COMPOSITE EXHIBIT NO. 1 - PART 5

**1.1.61.** "Edital Bondholders": Edital disponibilizado no Diário de Justiça Eletrônico do Tribunal de Justiça do Estado do Rio de Janeiro em 02.05.2014 contendo o regramento estabelecido pelo Juízo da Recuperação a respeito da segregação e individualização do direito de participação, petição, voz e voto dos Bondholders na Recuperação Judicial e em qualquer Assembleia de Credores do Grupo OGX.

**1.1.62.** "Efeito Adverso Relevante": É qualquer efeito adverso relevante sobre (a) o negócio, a condição (financeira, econômica, operacional ou outra), as perspectivas ou os resultados das operações da OGPar, da OGX, dos Acionistas, dos Garantidores e/ou de suas respectivas subsidiárias ou afiliadas, inclusive qualquer efeito adverso relevante sobre a capacidade de produção esperada do campo de exploração de petróleo de Tubarão Martelo; (b) a capacidade da OGPar, da OGX e/ou de qualquer dos Garantidores em implementar, consumar e/ou cumprir (incluindo o efetivo descumprimento de) qualquer de suas obrigações nos termos deste Plano, da Escritura de Emissão de Debêntures, do Empréstimo Adicional, dos Contratos de Garantia DIP e/ou do Contrato de Subscrição; (c) a legalidade, a validade, o efeito vinculante ou a exequibilidade contra a OGX e/ou qualquer dos Garantidores deste Plano, da Escritura de Emissão de Debêntures, do Empréstimo Adicional, dos Contratos de Garantia DIP e/ou do Contrato de Subscrição; (d) os direitos de qualquer titular de Debêntures nos termos da Escritura de Emissão de Debêntures, dos Novos Financiadores do Empréstimo Adicional e/ou dos Contratos de Garantia DIP; e/ou das Garantias DIP.

**1.1.63.** "Eike Batista": Eike Fuhrken Batista, brasileiro, separado judicialmente, engenheiro metalúrgico, residente e domiciliado em Praia do Flamengo, nº 154, 10º andar, Rio de Janeiro – RJ, inscrito no CPF sob nº 664.976.807-30.

**1.1.64.** "Empréstimo Adicional": É o financiamento extraconcursal super-prioritário contraído pela OGX, no valor de **US$ 73.170.731,71** (setenta e três milhões cento e setenta mil e setecentos e trinta e um dólares norte-americanos e setenta e um centavos), nos termos do Contrato de Pré Pagamento de Exportação, o qual terá o tratamento previsto nos Artigos 67, 84 e 149 da Lei de Falências e demais disposições legais aplicáveis. Para que não haja dúvidas, o Empréstimo Adicional corresponde ao Financiamento Suplementar constante da Escritura de Emissão de Debêntures, Contrato de Compartilhamento e Contratos de Garantias DIP.

**1.1.65.** "Empréstimo DIP": É o financiamento extraconcursal super-prioritário já concedido e a ser concedido pelos Backstop Novos Financiadores e os Novos Financiadores, mediante a subscrição das Debêntures nos termos da Escritura de Emissão de Debêntures, o qual terá o tratamento previsto nos Artigos 67, 84 e 149 da Lei de Falências e demais disposições legais aplicáveis, nos termos da **Cláusula 4.3** e seguintes do presente Plano e da Escritura de Emissão de Debêntures.

**1.1.66.** "Empréstimos Ponte": São, em conjunto, o 1º Empréstimo Ponte e o 2º Empréstimo Ponte.

**1.1.67.** "Escritura de Emissão de Debêntures": É o Instrumento Particular de Escritura da 3ª (Terceira) Emissão de Debêntures Simples, Não Conversíveis em Ações, a ser Convolada em Conversível em Ações da Espécie com Garantia Real, com Garantia Fidejussória Adicional, em Três Séries, da OGX Petróleo e Gás S.A., celebrado entre a OGX, o Agente Fiduciário das Debêntures, OGPar e outros, conforme aditada de tempos em tempos. O Terceiro Aditamento da Escritura de Emissão de Debêntures para inclusão das Debêntures 3ª Série e outras disposições específicas deverá refletir materialmente os termos e condições da minuta incluída no **Anexo 1.1.67** deste Plano.

**1.1.68.** "Escrituras de Emissão dos Bonds": São as escrituras de emissão dos Bonds 2018 e dos Bonds 2022 denominadas respectivamente: (a) "*Indenture Dated as of June 3, 2011, U.S.$ 2,563,000,000 8,500% Senior Notes Due 2018*"; e (b) "*Indenture Dated as of March 30, 2012, U.S.$ 1,063,000,000 8,375% Senior Notes Due 2022*", emitidas por OGX Áustria, com garantia de OGPar e OGX.

**1.1.69.** "Garantias DIP": É o pacote de garantias outorgado pelo Grupo OGX aos Novos Financiadores do Empréstimo DIP e Empréstimo Adicional, conforme descrito na **Cláusula 4.3.5** deste Plano e nos termos dos Contratos de Garantias DIP, da Escritura de Emissão de Debêntures e do Contrato de Compartilhamento.

**1.1.70.** "Garantias Ponte": É o pacote de garantias outorgado pelo Grupo OGX aos Novos Financiadores do 2º Empréstimo Ponte, nos termos dos Contratos de Garantias – 2º Empréstimo Ponte, as quais foram integralmente liberadas com o adimplemento do 2º Empréstimo Ponte.

**1.1.71.** "Garantidores": São as seguintes sociedades do Grupo OGX, que prestaram todas ou algumas das Garantias Ponte e/ou Garantias DIP, conforme aplicável, aos Novos Financiadores em contrapartida à concessão dos Recursos Novos: OGX, OGPar, OGX Áustria, OGX International, OGX Netherlands B.V. e OGX Netherlands Holding B.V. e Parnaíba B.V.

**1.1.72.** "Grupo OGX": Sociedades que são direta ou indiretamente controladas pela OGPar incluindo, mas não se limitando à OGX, OGX Áustria, OGX International e suas respectivas subsidiárias e afiliadas.

**1.1.73.** "Grupo OSX": Sociedades que são direta ou indiretamente controladas pela OSX Brasil S.A. – Em Recuperação Judicial, incluindo, mas não se limitando, à OSX Serviços Operacionais Ltda. – Em Recuperação Judicial, OSX Construção Naval S.A. – Em Recuperação Judicial, OSX GmbH, OSX Leasing Group B.V., OSX1 Leasing B.V., OSX2 Leasing B.V., OSX WHP 1&2 Leasing B.V., OSX2 Holding B.V., OSX3 Holdco B.V., OSX3 Holding B.V. e OSX3 Leasing B.V.

**1.1.74.** "Homologação Judicial do Plano": É a decisão judicial proferida pelo Juízo da Recuperação que concede a Recuperação Judicial, nos termos do Artigo 58, *caput* e/ou §1º da Lei de Falências. Para os efeitos deste Plano, considera-se que a Homologação Judicial do Plano ocorre na data da publicação, no Diário de Justiça Eletrônico do Estado do Rio de Janeiro, da decisão concessiva da Recuperação Judicial.

**1.1.75.** "Incorporação": Operação societária consistente na incorporação da OGPar pela OGX na forma descrita na **Cláusula 9ª** e seguintes deste Plano.

**1.1.76.** "Juízo da Recuperação": O Juízo da 4ª Vara Empresarial da Comarca do Rio de Janeiro.

**1.1.77.** "Laudos": São os laudos econômico-financeiros que demonstram a viabilidade econômica da OGPar, a avaliação dos bens da OGX e atestam que perspectiva de recuperação dos Credores neste Plano é melhor do que as perspectivas de recuperação em caso de falência da OGPar, nos termos do Artigo 53, da Lei de Falências (**Anexo 1.1.77**).

**1.1.78.** "Lei das Sociedades por Ações": A Lei nº 6.404, de 15 de dezembro de 1976.

**1.1.79.** "Lei de Falências": A Lei nº 11.101, de 9 de fevereiro de 2005.

**1.1.80.** "Lista de Credores": É a lista de credores, conforme apresentada pelo Administrador Judicial e publicada em 02.05.2014, respeitadas e observadas eventuais decisões supervenientes quanto ao valor, classificação e natureza dos Créditos, proferidas pelo Juízo da Recuperação até a data do Aumento de Capital da OGX Mediante Capitalização de Crédito e, posteriormente, a lista de credores consolidada no Quadro Geral de Credores.

**1.1.81.** "Notificação de Interesse de Subscrição das Debêntures 3ª Série": É a notificação a ser encaminhada pelos Credores Qualificados para Subscrição das Debêntures 3ª Série à OGX, ao Agente Fiduciário das Debêntures e ao Administrador Judicial (a) manifestando sua intenção e comprometimento irrevogável e irretratável em subscrever integralmente a sua quota parte das Debêntures 3ª Série, correspondente ao valor proporcional do seu Crédito, por meio de um investimento direto (para o caso de Credores não residentes no Brasil); (b) indicando sua qualificação e os dados de contato, inclusive endereço físico e eletrônico para recebimento do Comunicado de Subscrição de que trata este Plano; (c) na hipótese de pessoa jurídica, cópia dos estatutos e/ou contratos sociais e demais documentos que atestem os poderes do subscritor da Notificação de Interesse de Subscrição das Debêntures 3ª Série para representar e vincular o Credor; e (d) na hipótese do Credor não ter residência no Brasil, as seguintes informações e comprovantes necessários para o registro do investimento perante o Banco Central do Brasil: (i) comprovante de inscrição perante a Secretaria da Receita Federal do Brasil (no Cadastro Nacional de Pessoas Jurídicas – CNPJ ou no Cadastro de Pessoas Físicas – CPF, conforme o caso); e (ii) comprovante de registro perante o Banco Central do Brasil (Cadastro de Pessoas Físicas e Jurídicas - Capitais Internacionais – CADEMP (conforme instruções contidas no "Cademp - Manual do Declarante", disponível em www.bcb.gov.br » Câmbio e Capitais Estrangeiros » Manuais"). Essas informações e documentos deverão ser disponibilizadas à OGX no prazo estabelecido no **Anexo 4.6**. Ao encaminhar a Notificação de Interesse de Subscrição das Debêntures 3ª Série, os Credores Qualificados para Subscrição das Debêntures 3ª Série declaram e reconhecem, para os devidos fins de direito, em caráter irrevogável e irretratável que (i) não são Partes Relacionadas;

e (ii) estão cientes de que a aquisição e investimento nas Debêntures envolve riscos relevantes, tendo em vista, principalmente, o fato de a OGPar e a OGX estarem em Recuperação Judicial e o pagamento das Debêntures ser incerto, sendo capazes de individualmente ou por meio de assessores especialmente contratados para este fim, analisar a conveniência e oportunidade desta subscrição à luz de sua própria capacidade financeira. A Notificação de Interesse de Subscrição das Debêntures 3ª Série deverá seguir o modelo constante do **Anexo 1.1.81** e ser enviada na forma do procedimento da **Cláusula 16.5** deste Plano.

1.1.82.  "Novo Mercado": É o segmento de listagem da BM&FBOVESPA - Bolsa de Valores, Mercadorias e Futuros ("BM&FBOVESPA") destinado à negociação de ações emitidas por empresas que se comprometem, voluntariamente, com a adoção de práticas de governança corporativa e divulgação de informações adicionais em relação ao que é exigido pela legislação.

1.1.83.  "Novos Financiadores": São os Credores Concursais e/ou Credores Extraconcursais e/ou terceiros, incluindo bancos intermediários, agentes de financiamento, entre outros, que já emprestaram ou que vierem a emprestar Recursos Novos à OGX, mediante a subscrição do 1º Empréstimo Ponte, 2º Empréstimo Ponte, Empréstimo DIP e/ou do Empréstimo Adicional, conforme estabelecido na **Cláusula 4ª** e seguintes deste Plano. Os Novos Financiadores são e serão, para todos os fins legais, titulares de créditos extraconcursais e pagos com precedência absoluta aos demais Créditos, inclusive os Créditos Extraconcursais, em hipótese de superveniente falência da OGPar, da OGX ou qualquer sociedade do Grupo OGX, nos termos dos Artigos 67, 84 e 149 da Lei de Falências e demais disposições legais aplicáveis.

1.1.84.  "OGPar": Tem o significado atribuído no preâmbulo deste Plano.

1.1.85.  "OGX": OGX Petróleo e Gás S.A. – Em Recuperação Judicial, sociedade anônima inscrita no CNPJ/MF sob o nº 08.926.302/0001-05, com sede na Praça Mahatma Gandhi, n.º 14, Cidade do Rio de Janeiro, Estado do Rio de Janeiro.

1.1.86.  "OGX Áustria": OGX Áustria GmbH – Em Recuperação Judical, sociedade constituída sob as leis da República da Áustria, com registro comercial na Corte Comercial de Viena sob o no FN 335512

e sede na Schwarzenbergplatz 5/Top no 2/3, 1030, Viena, e inscrita perante o CNPJ sob o nº 16.885.474/0001-06.

**1.1.87.** "OGX International": OGX International GmbH – Em Recuperação Judicial sociedade constituída sob as leis da República da Áustria, com registro na Corte Comercial de Viena sob n.º FN 335513B, e sede na Schwarzenbergplatz 5/Top Nr. 2/3, 1030, na cidade de Viena.

**1.1.88.** "OGX Reestruturada": Tem o significado atribuído na **Cláusula 9.2** deste Plano.

**1.1.89.** "Parnaíba B.V.": Parnaíba B.V., sociedade (*Besloten Vennootschap*) constituída e existente de acordo com as leis da Holanda, com sede em Haia, na Parkstraat 83, 209 / 210 Office, 2514JG's-Gravenhage.

**1.1.90.** "Partes Isentas": São a OGPar, o Grupo OGX, os Acionistas, os Novos Financiadores, incluindo os Backstop Novos Financiadores, os Bondholders Aderentes, o Agente Fiduciário dos Bonds e suas respectivas controladas, subsidiárias, afiliadas e coligadas e outras sociedades pertencentes ao mesmo grupo societário e econômico, seus diretores, conselheiros, acionistas, minoritários, sócios, agentes, funcionários, representantes, assessores, consultores e advogados, sucessores e cessionários, para fins deste Plano.

**1.1.91.** "Partes Relacionadas": São (i) as sociedades, direta ou indiretamente, controladas pelo Sr. Eike Batista, inclusive as sociedades do Grupo OSX; e/ou (ii) administradores de qualquer sociedade do Grupo OGX em qualquer tempo e/ou do Grupo OSX; e/ou (iii) familiares até o terceiro grau de qualquer das pessoas indicadas nos itens (i) e (ii) acima.

**1.1.92.** "*Plan Support Agreement*": É o contrato celebrado entre o Grupo OGX e os Bondholders Aderentes, em 24.12.2013, com a finalidade de estabelecer as condições básicas para a reestruturação do Grupo OGX.

**1.1.93.** "Plano": Este plano de recuperação judicial, conforme aditado, modificado ou alterado de tempos em tempos.

**1.1.94.** "Plano OGX": É o plano de recuperação judicial apresentado pela OGX, conforme aditado, modificado ou alterado de tempos em tempos.

**1.1.95.** "Plano OGX Áustria": É o plano de recuperação judicial apresentado pela OGX Áustria, conforme aditado, modificado ou alterado de tempos em tempos.

**1.1.96.** "Plano OGX Internacional": É o plano de recuperação judicial apresentado pela OGX International, conforme aditado, modificado ou alterado de tempos em tempos.

**1.1.97.** "Planos Partes Relacionadas OGX": São, em conjunto, o Plano OGX, Plano OGX Áustria e o Plano OGX Internacional, conforme aditados, modificados ou alterados de tempos em tempos.

**1.1.98.** "Poços Iniciais": São os poços 7-TBMT-8HP e 9-OGX-44HP no campo de Tubarão Martelo.

**1.1.99.** "*Put Option*": É o Instrumento Particular de Outorga de Opção de Subscrição de Ações e Outras Avenças da OGPar, celebrado em 24.10.2012, entre a OGPar e Centennial Asset Mining Fund LLC e Eike Batista.

**1.1.100.** "Recuperação Judicial": Processo de recuperação judicial autuado sob nº 0377620-56.2013.8.19.0001, em curso perante o Juízo da Recuperação.

**1.1.101.** "Recursos Novos": São todos os recursos provenientes do 1º Empréstimo Ponte, do 2º Empréstimo Ponte, do Empréstimo DIP e do Empréstimo Adicional, já concedidos ou que venham a ser concedidos pelos Novos Financiadores.

**1.1.102.** "Registro de Companhia Aberta": É o procedimento a ser adotado pela OGX para obtenção de registro, na categoria A, de emissora de valores mobiliários admitidos à negociação em mercados regulamentados de valores mobiliários perante a CVM, nos termos da Instrução CVM nº. 480, de 7 de dezembro de 2009. O Registro de Companhia Aberta é condição essencial para implementação do Plano OGX e deste Plano, de forma que eventual atraso na obtenção do referido Registro de Companhia Aberta poderá comprometer ou afetar o tempo de verificação das medidas de reestruturação previstas no Plano OGX e neste Plano.

6705

**1.1.103.** "Resolução do Plano": Efeito decorrente da verificação de qualquer uma das condições resolutivas listadas na **Cláusula 11ª** deste Plano.

**1.1.104.** "Resultado do Procedimento": Conforme definido na **Cláusula 10.1** deste Plano, refere-se ao resultado do procedimento relativo à solução amigável de disputa acerca do *Put Option*.

**1.1.105.** "Tubarão Azul": É um campo localizado na Bacia de Campos, Estado do Rio de Janeiro, onde se encontra o bloco exploratório CM-592, cujos direitos de concessão foram outorgados à OGX através dos Contrato de Concessão BM-C-41.

**1.1.106.** "Tubarão Martelo": É o campo localizado na Bacia de Campos, Estado do Rio de Janeiro, onde se encontram os blocos exploratórios CM-466 e CM-499, cujos direitos de concessão foram outorgados à OGX através dos Contratos de Concessão BM-C-39 e BM-C-40, respectivamente.

**1.2. Cláusulas e Anexos.** Exceto se especificado de forma diversa, todas as Cláusulas e Anexos mencionados neste Plano referem-se a Cláusulas e Anexos deste Plano. Referências a cláusulas ou itens deste Plano referem-se também às respectivas subcláusulas e subitens.

**1.3. Títulos.** Os títulos dos Capítulos e das Cláusulas deste Plano foram incluídos exclusivamente para referência e não devem afetar sua interpretação ou o conteúdo de suas previsões.

**1.4. Termos.** Os termos "incluem", "incluindo" e termos similares devem ser interpretados como se estivessem acompanhados da expressão "mas não se limitando a".

**1.5. Referências.** As referências a quaisquer documentos ou instrumentos incluem todos os respectivos aditivos, consolidações e complementações, exceto se de outra forma expressamente previsto.

**1.6. Disposições Legais.** As referências a disposições legais e leis devem ser interpretadas como referências a essas disposições tais como vigentes nesta data ou em data que seja especificamente determinada pelo contexto.

**1.7. Prazos.** Todos os prazos previstos neste Plano serão contados na forma determinada no Artigo 132 do Código Civil, desprezando-se o dia do começo e incluindo-se o dia do vencimento. Quaisquer prazos deste Plano (sejam contados em

Dias Úteis ou não) cujo termo final caia em um dia que não seja um Dia Útil, serão automaticamente prorrogados para o Dia Útil imediatamente posterior.

## 2.    Considerações Gerais

**2.1.    Histórico.** A OGPar é uma sociedade *holding*, de capital aberto, com ações listadas no Novo Mercado da BM&FBOVESPA, pertencente ao Grupo OGX, cujo objeto social consiste em deter participação acionária em outras companhias do Grupo OGX, dentre elas a OGX, a qual consiste na sociedade operacional dentre as sujeitas à Recuperação Judicial.

Criado em 2007, o Grupo OGX realizou no Brasil, ao longo dos últimos 6 (seis) anos, atividades exploratórias de petróleo e gás nas Bacia de Campos, Santos, Espírito Santo, Parnaíba e Pará-Maranhão. Para consecução dessa inédita campanha exploratória, o Grupo OGX investiu mais de R$ 10 bilhões em suas atividades no Brasil, o que o torna o maior investidor privado no segmento em que atua.

**2.2.    Estrutura societária do Grupo OGX.** O Grupo OGX está estruturado conforme organograma abaixo reproduzido:



**2.3.    Captação de Investimentos.** Uma parte significativa dos investimentos realizados pelo Grupo OGX no estratégico ramo em que atua foi obtida por meio da captação de recursos junto a investidores internacionais, notadamente por meio da emissão dos Bonds 2018 e Bonds 2022.

Nesse sentido, em 26.05.2011, a OGPar emitiu os Bonds 2018, no valor total de US$ 2.563.000.000,00 (dois bilhões quinhentos e sessenta e três milhões de dólares norte-americanos), os quais foram posteriormente assumidos pela OGX Áustria, na qualidade

de emissora dos Bonds 2018. Os recursos líquidos obtidos com a emissão dos Bonds 2018 e sua oferta a investidores institucionais qualificados, foram integralmente destinados ao caixa do Grupo OGX, mediante a celebração de operação de pré-pagamento exportação celebrada entre OGX e OGX Áustria, para fazer frente à inédita campanha exploratória e ao desenvolvimento da produção nos blocos descobertos até que o Grupo OGX se tornasse autofinanciável.

Da mesma forma, em 30.03.2012, a OGX Áustria emitiu os Bonds 2022, no valor total de US\$ 1.063.000.000,00 (um bilhão e sessenta e três milhões de dólares norte-americanos), os quais foram igualmente destinados a investidores institucionais qualificados. Os recursos líquidos da emissão dos Bonds 2022 também foram destinados ao caixa do Grupo OGX, de forma a viabilizar a implementação do plano de negócios do Grupo OGX, mediante a emissão de debêntures pela OGX, as quais foram subscritas pela OGX Áustria.

Em contrapartida aos recursos obtidos em decorrência da emissão dos Bonds 2018 e dos Bonds 2022, a OGX e a OGPar garantem integralmente os Bonds 2018 e os Bonds 2022, como principais devedoras e pagadoras solidárias para os fins de direito.

Em que pesem os significativos investimentos realizados pelo Grupo OGX nos projetos de exploração do setor de óleo e gás definidos em seu plano de negócios, uma série de eventos adversos e externos ao Grupo OGX modificou, sensivelmente, a dinâmica das atividades por ele desenvolvidas.

**2.4.    Razões da Crise.** Conforme amplamente exposto no âmbito da Recuperação Judicial, o Grupo OGX enfrenta as consequências diretas da ocorrência de uma série de fatos adversos relacionados ao risco da atividade que desenvolve. Embora a investigação técnica empreendida em diferentes campos, cujos direitos de exploração foram concedidos ao Grupo OGX, tenha resultado em previsões de produção muito significativas, a exploração mostrou-se comercialmente inviável em alguns deles. Em que pese a extração de petróleo e gás em determinados blocos concedidos pela União ter correspondido às previsões técnicas, a produção em outros blocos se mostrou insuficiente ou antieconômica, de forma que os resultados financeiros esperados não foram alcançados. Esse fato repercutiu de forma muito negativa nas receitas do Grupo OGX e, por consequência, tornou-o incapaz de honrar com os compromissos assumidos perante fornecedores e instituições financiadoras.

Além disso, o inadimplemento de Petronas Brasil E&P Ltda. em concluir a transação de compra de 40% (quarenta por cento) dos blocos de Tubarão Martelo, conforme contratada no *Farmout Agreement* (Contrato de Farmout), também contribuiu de forma determinante para a crise de liquidez experimentada pelo Grupo OGX, a qual implicou o pedido de Recuperação Judicial.

**2.5.   Objetivo e Considerações Sobre o Plano.** O objetivo do Plano é permitir que a OGPar, enquanto companhia *holding* de todo o Grupo OGX, supere sua crise econômico-financeira, implemente as medidas cabíveis para sua reorganização operacional, atendam aos interesses e preservem os direitos dos Credores e demais interessados. Para tanto, o presente Plano busca estabelecer a forma de liquidação de suas dívidas concursais, convertendo-as em capital da OGX, e de obtenção de Recursos Novos, viabilizando, dessa forma, não só a manutenção das atividades do Grupo OGX, mas também a continuidade do crescimento através da retomada da capacidade de investimento.

   2.5.1.   Este Plano estabelece proposta de reestruturação e pagamento dos Credores e respectivos Créditos Concursais em condições mais favoráveis e vantajosas do que aquelas que se verificariam em hipótese de decretação da falência do Grupo OGX, mediante capitalização da dívida com a consequente entrega das Ações resultante do Aumento de Capital da OGX Mediante Capitalização de Crédito, com a possibilidade de recebimento em dinheiro, resultante da alienação das Ações, para aqueles Credores que assim desejarem, nos termos do Plano da OGX. Ademais, todos os Credores Concursais tiveram o direito de (a) apresentar objeções ao Plano nos termos do Artigo 55 da Lei de Falências; e (b) participar da deliberação e votação deste Plano na Assembleia de Credores, em igualdade de condições. Assim o Plano é justo, razoável e equânime sob o ponto de vista material e processual.

**2.6.   Novos Recursos e Investimentos.** Como é notório, o setor de óleo e gás demanda vultosa alocação de recursos financeiros. Diante da série de fatos adversos relacionados ao risco da atividade desenvolvida pelo Grupo OGX e que a acometeram nos últimos meses, o Grupo OGX viu-se sem condições para financiar a extração de petróleo dos campos de Tubarão Martelo e Tubarão Azul (em fase de testes), o que culminou no ajuizamento do pedido da Recuperação Judicial.

Não obstante, desde Agosto de 2013, ou seja, antes da Data do Pedido, o Grupo OGX tem se dedicado a buscar a captação de novos recursos no mercado local e internacional e, para tanto, tem contado com o trabalho conjunto de seus administradores, assessores e consultores altamente qualificados e com ampla experiência em projetos de reestruturação financeira.

Após uma minuciosa análise da situação financeira e operacional do Grupo OGX, concluiu-se que o Grupo OGX precisaria e precisa receber, além das receitas previstas em seu fluxo de caixa e projeções, novos financiamentos para custear o desenvolvimento de suas atividades e a preservação de seus ativos durante o temporário processo de reestruturação em que se encontra. A obtenção de tais

recursos financeiros foi acertadamente vista como indispensável para a estabilização do fluxo de caixa do Grupo OGX e, consequentemente, a viabilidade da reestruturação e soerguimento do Grupo OGX, mediante implementação do seu plano de negócios.

Nesse contexto, após um detido processo de captação de investimentos perante vários potenciais investidores, conduzido de boa-fé pelo Grupo OGX e seus administradores, assessores e consultores, a única operação firme de financiamento tempestivamente apresentadas ao Grupo OGX por investidores de inquestionável idoneidade e capacidade financeira, em montante e prazo adequados, foi o Empréstimo DIP, nos termos do Contrato de Subscrição e da Escritura de Emissão de Debêntures.

A segurança da contratação do Empréstimo DIP conferiu ao Grupo OGX as condições necessárias para dar continuidade ao desenvolvimento de suas atividades, bem como à busca por novos investimentos. Nesse sentido, a OGX rapidamente se tornou mais atrativa para outros investidores, viabilizando a celebração dos instrumentos relativos aos Empréstimos-Ponte e ao Empréstimo Adicional.

**2.7.   Autorização para Outorga de Garantias.** Em razão da necessidade de obtenção dos Recursos Novos e de forma a viabilizar a contratação do Empréstimo DIP e do Empréstimo Adicional, em 27.01.2014, o Juízo da Recuperação autorizou o Grupo OGX a onerar bens do seu ativo permanente para garantia do Empréstimo DIP, a teor dos Artigos 66 e 67 da Lei de Falências. A decisão do Juízo da Recuperação foi integralmente mantida pelo E. Tribunal de Justiça do Rio de Janeiro, nos termos do acórdão da 14ª Câmara de Direito Privado proferido em 30.04.2014. O presente Plano também autoriza o Grupo OGX a onerar outros bens do seu ativo permanente para garantia do Empréstimo DIP e do Empréstimo Adicional, inclusive nos termos dos Contratos de Garantia DIP – 2ª e 3ª Séries, a serem compartilhadas nos termos do Contrato de Compartilhamento.

**3.   Visão Geral sobre as Medidas de Recuperação**

**3.1.   Concessão de Recursos Novos.** Para que a OGPar e suas subsidiárias possam recompor o capital de giro necessário para continuidade de suas atividades e preservação de seus ativos, bem como para o desenvolvimento de seu plano de negócios, era e continua sendo essencial que a OGPar e suas subsidiárias obtivessem e obtenham os Recursos Novos, nos termos dos Empréstimo DIP e, em função deste, dos Empréstimos Ponte e Empréstimo Adicional, com a proteção dos Artigos 67, 84 e 149 da Lei de Falências e demais disposições legais aplicáveis. A OGX esclarece que esses Novos Financiadores foram os únicos dispostos a desembolsar, de maneira firme, os Recursos Novos, dentre as dezenas de outras instituições consultadas pelo Grupo OGX desde Agosto de 2013.

**3.1.1.** Desta forma, a concessão de Recursos Novos pelos Novos Financiadores é essencial para o sucesso deste Plano, para os quais será dado o tratamento privilegiado e precedência absoluta de recebimento, inclusive em hipótese de superveniente falência da OGX e/ou Garantidores, conforme previsto nos Artigos 67, 84 e 149 da Lei de Falências, bem como o disposto neste Plano, no 2º Empréstimo Ponte, na Escritura de Emissão de Debêntures (Empréstimo DIP), no Contrato de Pré-Pagamento de Exportação (Empréstimo Adicional), nos Contratos de Garantias Ponte e nos Contratos de Garantias DIP.

**3.2.** **Reestruturação de Dívidas.** Além da obtenção de Recursos Novos, é igualmente indispensável que o Grupo OGX possa, no âmbito da Recuperação Judicial e dentro dos limites estabelecidos pela Lei de Falências e pelos Planos Partes Relacionadas OGX, reestruturar as dívidas contraídas perante seus Credores Concursais. Além disso, dentro dos limites legais aplicáveis, o Grupo OGX também poderá buscar a renegociação de seu endividamento junto aos Credores Extraconcursais, oferecendo as mesmas condições ofertadas aos Credores Concursais, ressalvado, no entanto, que a renegociação com os Credores Extraconcursais somente será concretizada mediante acordos específicos entre o Grupo OGX e referidos Credores Extraconcursais, conforme aplicável (no entanto, para fins de clareza e transparência, tal fato é mencionado neste Plano).

**3.2.1.** Observado o quanto estabelecido na **Cláusula 5ª** deste Plano, a reestruturação referida na **Cláusula 3.2** dar-se-á através (i) da conversão dos Créditos dos Credores Financeiros em capital social da OGX, nos termos do Artigo 171, §2º da Lei das Sociedades por Ações e demais disposições legais aplicáveis, com a possibilidade de recebimento em dinheiro, resultante da alienação das Ações, para aqueles Credores que assim desejarem e se manifestarem nos termos do Plano OGX; e (ii) pagamento em dinheiro, na forma e prazos estabelecidos pela **Cláusula 5.2.** deste Plano.

**3.3.** **Governança.** A OGPar, apoiada pelos Acionistas, promoverá alterações nos seus órgãos de administração, buscando aprimorar a sua governança corporativa, com gestão profissional e independente, e o aumento de controle e do monitoramento de suas operações, na forma descrita neste Plano.

**3.4.** **Alienação de Bens do Ativo Permanente.** O Grupo OGX poderá promover a alienação e/ou oneração de bens que integram seu ativo permanente, conforme autorizado expressamente pelo Juízo da Recuperação, na forma do Artigo 66 da Lei de Falências, ou por este Plano, observados em qualquer caso os limites estabelecidos neste Plano, no Contrato de Subscrição, na Escritura de Emissão de Debêntures (Empréstimo DIP), no Contrato de Pré-Pagamento de Exportação (Empréstimo

Adicional), nos Contratos de Garantias DIP, de forma a assegurar a execução do presente Plano e o sucesso da Recuperação Judicial.

**4.     Empréstimos Extraconcursais de Recursos Novos**

**4.1.     Condições Gerais.** Diante das necessidades de caixa do Grupo OGX para estabilizar seu capital de giro, proteger ativos essenciais e permitir a adoção de medidas visando à sua reestruturação, o Grupo OGX buscou e obteve a captação dos seguintes mútuos extraconcursais na forma dos Artigos 66, 67, 84, inciso V e 149 da Lei de Falências e demais disposições legais aplicáveis, em ordem cronológica: (i) 1º Empréstimo Ponte; (ii) 2º Empréstimo Ponte; (iii) Empréstimo DIP; e (iv) Empréstimo Adicional. Os empréstimos acima referidos são extraconcursais e não se sujeitam aos termos deste Plano.

No entanto, para fins de clareza, transparência e compreensão do Juízo da Recuperação, Administrador Judicial, Credores e demais interessados, inclusive acerca dos procedimentos para participação dos Credores na subscrição das Debêntures 3ª Série e implicações do Aumento de Capital da OGX Mediante Conversão das Debêntures na reestruturação final do Grupo OGX, com efeitos imediatos na estrutura de capital do Grupo OGX, faz-se abaixo um sumário executivo dos principais termos, condições e garantias dos empréstimos extraconcursais.

**4.2.     Empréstimos Ponte.** Os Empréstimos Ponte foram integralmente pagos e adimplidos em 13.03.2014 e 14.03.2014, respectivamente, observados todos os termos e condições previstos no 1º Empréstimo Ponte e no 2º Empréstimo Ponte. O 2º Empréstimo Ponte era integralmente garantido pelas Garantias Ponte, conforme autorizado pelo Juízo da Recuperação em decisão proferida em 27.01.2014, as quais foram integralmente liberadas após o adimplemento do 2º Empréstimo Ponte.

**4.3.     Empréstimo DIP -- Emissão de Debêntures.** Em 12.02.2014, a OGX emitiu as Debêntures, nos termos e sujeito às condições da Escritura de Emissão de Debêntures e do Contrato de Subscrição, visando à obtenção de Recursos Novos no valor correspondente, em moeda corrente nacional, a **US$ 215.000.000,00** (duzentos e quinze milhões de dólares norte-americanos), que na Data de Emissão correspondia a **R$ 514.624.000,00** (quinhentos e catorze milhões e seiscentos e vinte e quatro mil reais).

    **4.3.1.     Séries das Debêntures.** As Debêntures foram emitidas em 3 (três) séries, a saber:

- Debêntures 1ª Série: emitidas, subscritas e integralizadas pelo valor total de **R$ 299.200.000,00** (duzentos e noventa e nove milhões e duzentos mil reais), atualizado monetariamente pelo fator de variação da cotação de fechamento da taxa de venda de câmbio de Reais por

Dólares dos Estados Unidos da América, nos termos da Escritura de Emissão de Debêntures, correspondente na Data da Emissão a **US$ 125.000.000,00** (cento e vinte e cinco milhões de dólares norte-americanos).

- <u>Debêntures 2ª Série</u>: emitidas com um valor total de até **R$ 215.424.000,00** (duzentos e quinze milhões e quatrocentos e vinte e quatro mil reais), atualizado monetariamente pelo fator de variação da cotação de fechamento da taxa de venda de câmbio de Reais por Dólares dos Estados Unidos da América, nos termos da Escritura de Emissão de Debêntures, correspondente na Data da Emissão a até **US$ 90.000.000,00** (noventa milhões de dólares norte-americanos), a serem oportunamente subscritas e integralizadas pelos Backstop Novos Financiadores (sejam Credores ou não). O valor final das Debêntures 2ª Série corresponderá à porção não subscrita das Debêntures 3ª Série pelos Credores e eventuais sobras de Credores que não integralizem a subscrição das Debêntures 3ª Série, observado o disposto neste Plano, no Plano OGX e na Escritura de Emissão de Debêntures. As Debêntures 2ª Série poderão ser integralmente canceladas, caso as Debêntures 3ª Série sejam integralmente subscritas, observado o disposto na Escritura de Emissão de Debêntures, neste Plano e no Plano OGX.

- <u>Debêntures 3ª Série</u>: emitidas com um valor total de até **R$ 215.424.000,00** (duzentos e quinze milhões e quatrocentos e vinte e quatro mil reais), atualizado monetariamente pelo fator de variação da cotação de fechamento da taxa de venda de câmbio de Reais por Dólares dos Estados Unidos da América, nos termos da Escritura de Emissão de Debêntures, correspondente na Data da Emissão a até **US$ 90.000.000,00** (noventa milhões de dólares norte-americanos), a serem oportunamente subscritas e integralizadas pelos Credores, proporcionalmente ao respectivo Crédito. O valor final das Debêntures 3ª Série a serem subscritas por Credores Concursais e/ou Credores Extraconcursais (que aderirem expressamente ao Plano) poderá variar conforme demanda verificada pelas Debêntures 3ª Série. As Debêntures 3ª Série poderão ser canceladas em razão da ausência de Credores interessados na sua subscrição, integralização ou inadimplemento na integralização, conforme descrito na **Cláusula 4.6** e seguintes deste Plano e do Plano OGX, observado o disposto na Escritura de Emissão de Debêntures.

**4.3.2.** **Outras Características das Debêntures 3ª Série.** Nos termos da Escritura de Emissão de Debêntures, conforme aditada de tempos em tempos, as Debêntures 3ª Série: (a) são materialmente semelhantes às Debêntures 2ª Série e conferem os mesmos direitos e prerrogativas aos respectivos debenturistas de participar do Empréstimo DIP; (b) possuem *covenants* e hipóteses de vencimento antecipado mais restritos do que aqueles estabelecidos para as Debêntures 1ª Série e no Empréstimo Adicional; (c) terão seu vencimento antecipado automático em caso de declaração de vencimento antecipado das Debêntures 1ª Série e/ou do Empréstimo Adicional; (d) serão automaticamente convertidas em Ações se as Debêntures 1ª Série forem convertidas em Ações, inclusive em caso de dispensa pelos Novos Financiadores das Debêntures 1ª Série das Condições Precedentes para Conversão das Debêntures 1ª Série em Ações estabelecidas na Escritura de Emissão de Debêntures; (e) contemplarão que eventuais deliberações em sede de assembleia de debenturistas serão tomadas observado o quórum conjunto composto pelos subscritores das Debêntures 2ª Série e Debêntures 3ª Série; e (f) assim como as Debêntures 1ª Série, são juniores e subordinadas ao Empréstimo Adicional para fins de cobrança e excussão das Garantias DIP em caso de inadimplemento do Grupo OGX, nos termos do Contrato de Compartilhamento.

**4.3.3.** **Destinação dos Recursos Novos do Empréstimo DIP.** Os Recursos Novos do Empréstimo DIP foram e serão destinados ao pagamento de obrigações extraconcursais, financiamento de determinados investimentos em capital e despesas operacionais para manutenção das atividades da OGX, bem como para o pagamento de despesas relacionadas ao presente processo de Recuperação Judicial, conforme orçamento acordado expressamente previsto na Escritura de Emissão de Debêntures e no Contrato de Subscrição.

**4.3.4.** **Extraconcursalidade do Empréstimo DIP.** Nos termos dos Artigos 67, 84, 85 e 149 e demais disposições legais aplicáveis da Lei de Falências, as Debêntures foram emitidas no âmbito da Recuperação Judicial. O crédito correspondente às Debêntures é e sempre será considerado extraconcursal para todos os fins de direito, inclusive em caso de superveniência de falência da OGX, ainda que as Debêntures sejam subscritas pelos Credores e se verifique o Aumento de Capital da OGX Mediante Capitalização de Crédito, devendo ser pago com precedência sobre todos os Créditos Concursais e Créditos Extraconcursais, observado o disposto nos

Artigos 84, 85, 149 e demais disposições aplicáveis da Lei de Falências.

4.3.5.  **Constituição das Garantias DIP.** Sem prejuízo da senioridade, extraconcursalidade e correspondente proteção que recaem sobre os Recursos Novos, nos termos dos Artigos 67, 84, 85 e 149 e demais disposições legais aplicáveis da Lei de Falências, a OGX e os Garantidores, conforme aplicável, em garantia ao integral e pontual cumprimento das obrigações sob o Empréstimo DIP e Empréstimo Adicional, com autorização do Juízo da Recuperação a teor do Artigo 66 da Lei de Falências, quando aplicável, outorgaram e outorgarão as Garantias DIP, nos termos dos seguintes Contratos de Garantia DIP (**Anexos 1.1.33 e 1.1.35** do Plano OGX):

(i)  alienação fiduciária sobre o petróleo e gás de titularidade da OGX em qualquer dos seguintes campos de produção, respeitadas as respectivas participações da OGX em cada um desses campos de produção: (a) Bloco BS-4; (b) Tubarão Martelo; e (c) Blocos POT-M-762, CE-M-661, POT-M-475 e CE-M-603, nos quais a OGX participa, respectivamente com 50% (cinquenta por cento), 30% (trinta por cento), 65% (sessenta e cinco por cento) e 50% (cinquenta por cento), observado, o direito de outros credores que já detinham garantia sobre quantidade determinada de petróleo, nos termos do "*Instrumento Particular de Alienação Fiduciária de Petróleo e Gás Natural em Garantia*";

(ii)  cessão fiduciária de: (a) todos os direitos creditórios oriundos da comercialização de petróleo e gás de titularidade da OGX, observado o direito de outros credores que já detinham garantia sobre quantidade determinada de petróleo; (b) dos direitos de crédito detidos pela OGX frente à Parnaíba Gás Natural oriundos do *Shared Costs Agreement Termination and Release*, celebrado entre a OGX, a Parnaíba Gás Natural e Eneva S.A., em 30.10.2013, bem como das notas promissórias emitidas pela Parnaíba Gás Natural em favor da OGX relacionadas ao *Shared Costs Agreement Termination and Release*; e (c) da conta vinculada na qual serão depositados os recursos decorrentes dos direitos creditórios acima mencionados, nos termos do "Instrumento Particular de Cessão Fiduciária de Direitos Creditórios e Títulos de Crédito em Garantia (Intercompany e Venda de Produto)" e do Contrato de Depósito em Garantia e Outras Avenças;

(iii)   cessão fiduciária de: (a) direitos creditórios detidos pela OGX contra a União fundados no direito de reembolso pelo recolhimento a maior de Imposto de Renda Pessoa Jurídica, observado, no entanto, o direito de outros credores que tenham preferência com relação a referidos créditos, e (b) da conta vinculada na qual serão depositados os recursos decorrentes dos direitos creditórios acima mencionados, nos termos do "*Instrumento Particular de Cessão Fiduciária de Direitos Creditórios em Garantia (Direitos Tributários)*" e do Contrato de Depósito em Garantia e Outras Avenças;

(iv)   penhor sobre os direitos emergentes da participação da OGX nos contratos relacionados à concessão sobre BS-4, nos termos do "*Instrumento Particular de Penhor de Direitos Sobre Contrato de Concessão e Outras Avenças (BS4)*";

(v)   cessão fiduciária de, entre outros, (a) direitos de crédito detidos pela OGX contra a Cambuhy Investimento Ltda. decorrentes do Contrato de Compra e Venda, (b) direitos creditórios da OGPar decorrentes de eventual subrogação nos direitos dos respectivos credores do "Instrumento Particular de Escritura de Primeira Emissão Pública de Debêntures Simples, Não Conversíveis em Ações, da Espécie Quirografária, Com Garantia Fidejussória, Em Série Única, da Parnaíba"; "Contrato de Empréstimo (Credit Agreement)", celebrado entre Parnaíba Gás Natural, OGPar, MPX Energia S.A. e Morgan Stanley Bank, N.A.; e do "Instrumento Particular de Alienação Fiduciária de Ações e Outras Avenças", celebrado entre OGPar, MPX Energia S.A., Planner Trustee Distribuidora de Títulos e Valores Mobiliários Ltda. e Paraíba Gás Natural, (c) das contas vinculadas nas quais serão depositados os recursos decorrentes dos direitos creditórios acima mencionados e os demais direitos creditórios objeto da garantia em questão, nos termos do "*Instrumento Particular de Cessão Fiduciária de Direitos Creditórios em Garantia (Parnaíba)*" e do Contrato de Depósito em Garantia e Outras Avenças;

(vi)   cessão fiduciária de direitos de crédito detidos pela OGX e pela OGPar oriundos de: (a) contratos de seguro; (b) litígios judiciais e extrajudiciais (inclusive na hipótese de início de litígio contra Brasil E&P Ltda.); (c) contratos e outros instrumentos; (d) quaisquer outros direitos de crédito que não sejam objeto de

outra garantia específica, e (e) cessão fiduciária sobre as contas vinculadas nas quais serão depositados os recursos decorrentes dos direitos creditórios acima mencionados, nos termos do "*Instrumento Particular de Cessão Fiduciária de Direitos Creditórios em Garantia (Geral)*" e do Contrato de Depósito em Garantia e Outras Avenças;

(vii) alienação fiduciária sobre ativos de titularidade de Parnaíba B.V., nos termos "*Instrumento Particular de Alienação Fiduciária de Equipamentos em Garantia*";

(viii) cessão fiduciária sobre: (a) todos e quaisquer direitos creditórios de titularidade da OGX oriundos da integralização da primeira série de Debêntures sob o Instrumento de Crédito, que serão depositados em conta corrente vinculada da OGX e (b) sobre a referida conta, nos termos do "Instrumento Particular de Cessão Fiduciária de Direitos Creditórios em Garantia (Recursos da Integralização da Primeira Série de Debêntures)" e do Contrato de Depósito em Garantia e Outras Avenças;

(ix) penhor sobre a totalidade das ações de emissão da Parnaíba B.V., nos termos do "*Deed of Pledge of Parnaíba B.V. Shares*";

(x) penhor de direitos de crédito detidos pela OGX Netherlands contra a MPX Energia GmbH decorrentes da alienação das ações de emissão da Parnaíba B.V., nos termos do "*Deed of Pledge of Parnaíba MPX Receivables*";

(xi) penhor de direitos de crédito detidos pela OGX Netherlands contra a Parnaíba B.V., nos termos do "*Deed of Pledge of Parnaíba MPX Receivables*";

(xii) penhor de recebíveis, direitos de venda e outros direitos relacionados a contrato de exportação da OGX e dos Garantidores nos termos do "*Security Agreement*";

(xiii) alienação fiduciária de ações da OGX e OGPar, a ser constituída entre as partes após aprovação do Plano;

(xiv) penhor sobre os direitos emergentes da participação da OGX nos contratos de concessão relativos aos contratos de concessão BM-C-39 e BM-C-40 de Tubarão Martelo e aos

contratos de concessão da 11ª Rodada a ser constituído entre as partes após aprovação do Plano; e

(xv) penhor sobre ações de emissão da OGX International, OGX Austria, OGX Netherlands B.V. e OGX Netherlands Holding B.V., observado o disposto na Escritura de Emissão, a ser constituído após aprovação do Plano.

**4.3.5.1.** Em adição e sem prejuízo às Garantias DIP, o Empréstimo DIP também conta com a garantia fidejussória, na forma de fiança prestada por todos os Garantidores.

**4.3.6.** **Compartilhamento de Garantias.** Sem prejuízo da senioridade, extraconcursalidade e correspondente proteção que recaem sobre os Recursos Novos provenientes do Empréstimo DIP, nos termos dos Artigos 67, 84, 85 e 149 e demais disposições legais aplicáveis da Lei de Falências, as Garantias DIP são e serão compartilhadas para garantia ao integral e pontual cumprimento das obrigações assumidas sob o Empréstimo Adicional nos termos do Contrato de Pré-Pagamento de Exportação, nos termos dos Contratos de Garantia DIP e Contrato de Compartilhamento. O Empréstimo Adicional terá prioridade sobre as Debêntures na excussão das Garantias DIP e na distribuição e recebimento do produto correspondente para quitação do Empréstimo Adicional, nos termos do Contrato de Compartilhamento.

**4.4.** **Debêntures 1ª Série.** As Debêntures 1ª Série foram integralmente subscritas e integralizadas pelos Backstop Novos Financiadores (direta ou indiretamente) em 13.02.2014.

**4.5.** **Debêntures 2ª Série.** As Debêntures 2ª Série serão oportunamente subscritas e integralizadas pelos Backstop Novos Financiadores (sejam Credores ou não), desde que preenchidos e verificados determinados termos e condições precedentes estabelecidos no Contrato de Subscrição e na **Cláusula 4.5** do Plano OGX.

**4.6.** **Debêntures 3ª Série.** As Debêntures 3ª Série poderão ser subscritas e integralizadas por Credores Concursais e/ou Credores Extraconcursais (estes últimos desde que tenham aderido expressamente ao presente Plano, conforme aplicável) que se qualificarem como Credores Qualificados para Subscrição das Debêntures 3ª Série, nos termos da Escritura de Emissão de Debêntures, do Contrato de Subscrição, da **Cláusula 4.6** e seguintes, bem como do **Anexo 4.6**, todos do Plano OGX.

**4.7.  Procedimento para Aumento de Capital da OGX Mediante Conversão das Debêntures.** As Debêntures serão convertidas automaticamente em Ações da OGX, após o integral cumprimento ou dispensa expressa das condições precedentes para sua conversão em Ações da OGX, conforme taxativamente estabelecidas na Escritura de Emissão de Debêntures e no Contrato de Subscrição e observando-se, ainda, as condições elencadas na **Cláusula 4.8** do Plano OGX.

> **4.7.1.**   A OGPar, em caráter irrevogável e irretratável, obriga-se a votar favoravelmente ao aumento do capital social da OGX, mediante a emissão de novas Ações, para converter, nos termos dos Artigos 57 e 171, §3º, da Lei das Sociedades por Ações, a totalidade das Debêntures em Ações, observado o disposto nos demais Planos Parte Relacionadas OGX e itens abaixo e respeitadas todas as disposições legais e regulamentares aplicáveis.

**4.8.  Empréstimo Adicional – Contrato de Pré-Pagamento de Exportação.** O Empréstimo Adicional foi contratado em 09.04.2014 e será satisfeito nos termos e condições do Contrato de Pré-Pagamento de Exportação. O Empréstimo Adicional é integralmente garantido pelas Garantias DIP, que são compartilhadas com o Empréstimo DIP, nos termos do Contrato de Pré-Pagamento de Exportação e do Contrato de Compartilhamento. O Empréstimo Adicional tem prioridade sobre as Debêntures na cobrança e excussão das Garantias DIP e no recebimento do respectivo produto.

> **4.8.1.**   **Extraconcursalidade do Empréstimo Adicional.** Nos termos dos Artigos 67, 84, 85 e 149 e demais disposições legais aplicáveis da Lei de Falências, o Empréstimo Adicional é e sempre será considerado extraconcursal, inclusive em caso de superveniência de falência do Grupo OGX, devendo ser pago com precedência sobre todos os Créditos Concursais e Créditos Extraconcursais, observado o disposto nos Artigos 84, 85, 149 e demais disposições aplicáveis da Lei de Falências.

**5.  Reestruturação e Liquidação de Dívidas**

**5.1.  Pagamento dos Credores Financeiros.** Os Créditos detidos pelos Credores Financeiros, incluindo, mas não se limitando, aos Créditos Concursais detidos pelos Bondholders relativos aos Bonds 2018 e aos Bonds 2022, serão integralmente pagos pela OGX nos termos e condições previstos para realização do Aumento de Capital da OGX Mediante Capitalização de Crédito, conforme estabelecido pelas **Cláusulas 5.1.3** e **5.1.4** do Plano OGX.

**5.1.1.** **Aumento de Capital da OGX Mediante Capitalização de Crédito.** A OGPar, em caráter irrevogável e irretratável, na condição de acionista controladora da OGX, obriga-se por este Plano e pelo Plano OGX a realizar e fazer com que seja realizada assembleia geral extraordinária da OGX, em até 15 (quinze) dias da data de cumprimento das Condições Precedentes para o Aumento de Capital da OGX Mediante Capitalização de Crédito previstas no Plano OGX, na qual a OGPar obriga-se a aprovar o aumento do capital social da OGX, mediante a emissão de novas Ações, para capitalizar, a totalidade dos Créditos Concursais, conforme indicado na Lista de Credores (reduzido apenas pelo valor a ser pago nos termos da **Cláusula 5.1.4** do Plano OGX) e a totalidade dos Créditos Extraconcursais que expressamente aderirem ao presente Plano, nos termos da **Cláusula 5.5** abaixo, observado o disposto neste Plano e nos Planos Partes Relacionadas OGX, e itens abaixo nos termos do Artigo 171, §2º, da Lei das Sociedades por Ações e respeitadas todas as demais disposições legais e regulamentares aplicáveis.

**5.2.** **Pagamento dos Credores Quirografários que não sejam Credores Financeiros.** Os Créditos Concursais dos Credores Quirografários, excetuados os Credores Financeiros, serão pagos em 48 (quarenta e oito) parcelas fixas, iguais e mensais, devendo o primeiro pagamento ocorrer no dia 30 de janeiro de 2015 e os demais pagamentos no dia 30 de cada mês, até 30 de dezembro de 2018. Após a Incorporação os pagamentos serão realizados pela OGX Reestruturada.

**5.2.1.** O Credor Quirografário deverá notificar a OGPar, com cópia para o Administrador Judicial, informando sua intenção, no prazo de até 10 (dez) Dias Úteis contados da Homologação Judicial do Plano e será irrevogável e irretratável. Referida notificação deverá incluir, ainda, os dados da conta bancária na qual deverá ser realizado o pagamento e deverá ser efetuada nos termos da **Cláusula 16.5** deste Plano.

**5.2.2.** O valor mínimo de cada parcela a ser paga a cada Credor Quirografário é de R$ 2.500,00 (dois mil e quinhentos reais), salvo se o saldo remanescente de seu Crédito for inferior a esse valor.

**5.3.** **Credores Trabalhistas.** Na presente data, não há Créditos Trabalhistas sujeitos à Recuperação Judicial da OGPar. Na hipótese de serem reconhecidos Créditos Trabalhistas, por decisão judicial ou acordo entre as partes, os referidos Créditos Trabalhistas serão pagos em 12 (doze) parcelas mensais iguais e sucessivas, sendo devida a primeira parcela a partir do recebimento, pela OGPar, de comunicação, nos termos da **Cláusula 16.5**, enviada pelo Credor Trabalhista detentor do Crédito

Trabalhista reconhecido, a respeito do trânsito em julgado da decisão judicial ou acordo que reconhecer o Crédito Trabalhista.

**5.4.    Credores com Garantia Real.** Na presente data, não há Créditos com Garantia Real sujeitos à Recuperação Judicial da OGPar. Na hipótese de serem reconhecidos Créditos com Garantia Real, por decisão judicial, arbitral ou acordo entre as partes, os referidos Credores com Garantia Real terão o mesmo tratamento dado aos Créditos Quirografários. Para tanto, deverá ser observado o quanto disposto na **Cláusula 16.5** abaixo.

**5.5.    Alteração da Lista de Credores após o Aumento de Capital da OGX Mediante Capitalização de Crédito.** Executado o quanto disposto na **Cláusula 5.3** acima, na hipótese de se verificar eventual majoração na quantidade de Créditos decorrentes de decisão judicial transitada em julgado e retificação da Lista de Credores, a OGX também se responsabilizará pela emissão de tantas Ações quanto necessárias para permitir a capitalização dos novos Créditos (i) com valor de emissão igual ao valor de emissão das Ações quando do Aumento de Capital da OGX Mediante Capitalização de Crédito, e (ii) observadas as condições previstas nas **Cláusulas 5.1.3, 5.1.4 e 5.1.5** do Plano OGX.

**5.6.    Credores Extraconcursais.** Para fins de esclarecimento, a OGPar declara e reconhece que os Créditos Extraconcursais não estão sujeitos ao presente Plano, de forma que sua aprovação pela Assembleia de Credores não implica na imediata reestruturação dos Créditos Extraconcursais nos termos e condições aqui descritos. No entanto, a OGPar expressamente estende as condições propostas aos Credores Concursais para os Credores Extraconcursais que queiram aderir a este Plano, estando ciente, no entanto, que tais termos e condições somente serão aplicáveis na medida em que haja adesão expressa e voluntária por parte do Credor Extraconcursal a este Plano, nos termos previstos nesta **Cláusula 5ª**. Referida adesão deverá ocorrer por escrito, em caráter irretratável e irrevogável, mediante notificação à OGPar, encaminhada até a data da Assembleia de Credores que aprovar este Plano. Desta forma, as condições ora descritas estão incluídas no presente Plano para fins de transparência e conhecimento de todos os Credores, dado que a adesão de Credores Extraconcursais ao presente Plano terá o efeito imediato de aumentar o valor dos Créditos que serão capitalizados na OGX e eventualmente pagos aos Credores Extraconcursais, nos termos da **Cláusula 5ª** do Plano OGX.

**6.       Operações com Partes Relacionadas**

**6.1.    Declaração OGPar.** Para fins e por força deste Plano e do Plano OGX, a OGPar desde logo declara e reconhece ser devedora da OGX por força da subrogação operada em favor da OGX em decorrência da entrega de Ações em pagamento dos

Créditos Concursais dos Credores Financeiros na forma do Plano OGX, por meio do Aumento de Capital da OGX Mediante Capitalização de Crédito.

**6.2.   Pagamento de Créditos Devidos a Partes Relacionadas.** A OGX, por força deste Plano e do Plano OGX, para todos os fins de direito, se obriga em caráter irrevogável e irretratável a exonerar a OGPar da obrigação de pagamento decorrente da subrogação operada em favor de OGX contra OGPar e OGX Áustria por força do pagamento pela OGX dos Créditos Concursais dos Credores Financeiros, inclusive os Créditos Concursais detidos pelos Bondholders relativos aos Bonds 2018 e Bonds 2022, nos termos da **Cláusula 5.1.3.17** do Plano OGX.

**7.   Governança Corporativa – Observância de Obrigações.** A partir da Data de Emissão e até que se verifique a efetiva entrega das Ações aos Credores em razão (i) do Aumento de Capital da OGX Mediante Capitalização de Crédito; e (ii) do Aumento de Capital da OGX Mediante Conversão das Debêntures na forma deste Plano, do Plano OGX e da Escritura de Emissão de Debêntures, a administração da OGX deverá observar, na condução das suas atividades, as melhores práticas de governança corporativa, além de todos os termos, condições e limitações e restrições constantes deste Plano e do Plano OGX, da Escritura de Emissão de Debêntures, do Contrato de Subscrição, do *Plan Support Agreement*, do Contrato de Pré-Pagamento de Exportação, dos Contratos de Garantia DIP e demais instrumentos e contratos relacionados aos instrumentos e contratos acima e/ou sua reestruturação e Recuperação Judicial.

**8.   Alienação e/ou oneração de Bens do Ativo Permanente.** Salvo as operações de alienação e oneração de bens do ativo permanente do Grupo OGX previstas neste Plano e no Plano OGX, a OGPar somente poderá alienar ou onerar quaisquer bens do seu ativo, financeiro ou intangível que esteja livre e desembaraçado, durante todo o período em que permanecer em Recuperação Judicial, sem necessidade de prévia autorização de qualquer Credor, ou da Assembleia de Credores, desde que (i) tenha ocorrido o Aumento de Capital da OGX Mediante Capitalização de Crédito; (ii) respeitadas e atendidas as condições, limitações, restrições e aprovações estabelecidas na Escritura de Emissão de Debêntures, nos Contratos de Garantia DIP, no Contrato de Subscrição e no Contrato de Pré-Pagamento de Exportação; e (iii) tenham sido obtidas as aprovações das entidades competentes, quando aplicável.

**9.   Incorporação**

**9.1.**   Após a realização e implementação (i) do Aumento de Capital da OGX Mediante Capitalização de Crédito, nos termos deste Plano e do Plano OGX; e (ii) do Aumento de Capital da OGX Mediante Conversão das Debêntures, nos termos da Escritura da Emissão de Debêntures, as administrações da OGPar e OGX obrigam-se a adotar os

atos necessários para a incorporação da OGPar pela OGX ("Incorporação"), inclusive o de propor aos respectivos acionistas a Incorporação.

**9.1.1.** A OGPar e a OGX poderão alterar a ordem dos eventos societários previstos neste Plano, caso não seja tempestivamente obtido o Registro de Companhia Aberta por fato não imputável à OGX e o atraso possa comprometer ou prejudicar a implementação das etapas deste Plano, podendo inclusive antecipar a Incorporação para o mesmo momento ou imediatamente seguinte ao Aumento de Capital da OGX Mediante Capitalização de Crédito, de tal forma que os Credores recebam Ações emitidas por uma companhia aberta ou em iminência de obter o registro de companhia aberta, mantendo-se inalterados o resultado final e os benefícios para os Credores nos termos deste Plano, inclusive, sem limitação, as participações finais atribuídas aos Acionistas, Credores e Backstop Novos Financiadores no capital social da OGX Reestruturada, conforme definido na **Cláusula 9.3** deste Plano. O disposto nesta Cláusula não altera os termos e condições das Debêntures e direitos conferidos aos respectivos subscritores.

**9.2.** A Incorporação resultará em uma companhia aberta com ações negociadas no segmento de listagem denominado Novo Mercado da BM&FBOVESPA S.A. ("OGX Reestruturada").

**9.2.1.** A OGX Reestruturada utilizará os registros e ticker da OGPar no Novo Mercado da BM&FBOVESPA S.A. - Bolsa de Valores, Mercadorias e Futuros até que sejam obtidos registros próprios para a negociação das ações, observado sempre o determinado pela BM&FBOVESPA S.A.

**9.3.** A relação de troca a ser proposta aos acionistas de OGPar e OGX para a Incorporação será aquela que resulte na seguinte estrutura societária final da OGX Reestruturada imediatamente após a implementação da Incorporação:

| Acionistas | Participação na OGX Reestruturada |
|---|---|
| Eike Batista | 1 ação |
| Centennial Asset Mining Fund, LLC, e Centennial Asset Brazilian Equity Fund, LLC | 5,02% |
| Outros Acionistas da OGPar (na data da convocação da AGE de Incorporação) | 4,98% |
| Novos Financiadores da 1ª Série de Debêntures | 41,9767% |
| Novos Financiadores da 2ª Série e 3ª Série de Debêntures | 23,0233% |
| Credores Concursais ou Extraconcursais (que aderirem ao Plano ou aos Planos Partes Relacionadas OGX) e/ou Comissário em benefício dos Credores Concursais ou Extraconcursais Extraconcursais (que aderirem ao Plano ou aos Planos Partes Relacionadas OGX) | 25,00% |

**9.4.**    Como vantagem adicional à subscrição das novas Ações de emissão da OGX, os acionistas da OGPar, incluindo os Acionistas, receberão bônus de subscrição a serem emitidos pela OGX Reestruturada na mesma assembleia que for convocada para deliberar sobre a Incorporação com as seguintes principais condições: (i) prazo para exercício de 5 (cinco) anos a contar da data de sua emissão, podendo a OGX Reestruturada definir janelas em que os detentores dos bônus de subscrição poderão exercer seu bônus e subscrever as ações dele resultantes; e (ii) um número de ações ordinárias a serem subscritas que representem, no total agregado, 15% (quinze por cento) das ações da OGX Reestruturada (sujeita a todos os ajustes habituais que constarão do certificado de bônus de subscrição), considerando um preço de exercício por ação, no momento do exercício, baseado no valor da OGX Reestruturada (*equity value*) em moeda corrente nacional equivalente, na data de emissão dos bônus de subscrição, a US$ 1.500.000.000,00 (um bilhão e quinhentos milhões de dólares norte-americanos). O preço fixado em moeda corrente nacional será corrigido pelo IGP-M a partir da data de emissão dos bônus de subscrição.

**9.5.**    A Incorporação estará sujeita às aprovações societárias necessárias, de acordo com o previsto na Lei das Sociedades por Ações. As administrações da OGPar e da OGX envidarão os melhores esforços para fazer com que as assembleias gerais extraordinárias de Incorporação sejam realizadas em até 30 (trinta) dias data da ocorrência do Aumento de Capital da OGX Mediante Conversão dos Debêntures, nos termos da Escritura da Emissão de Debêntures. Os Acionistas, Grupo OGX e Partes Relacionadas obrigam-se a, em caráter irrevogável e irretratável, por força deste Plano, a aprovar a Incorporação.

6724

**9.6.** O objetivo da Incorporação, após realizadas as operações de capitalização previstas neste Plano que têm a finalidade de buscar o saneamento financeiro do Grupo OGX, é nivelar todos os *stakeholders* em uma mesma companhia e conferir a todos os então acionistas acesso ao mercado de capitais, com a possibilidade de negociarem suas Ações e monetizá-las conforme entenderem adequado, bem como participar de eventual valorização do ativo, se for o caso.

## 10.   *Put Option*

**10.1.** Uma vez aprovado o Plano pela Assembleia de Credores e divulgado aos Credores o resultado do procedimento informado pela OGPar mediante o Comunicado ao Mercado de 11.11.2013, a propósito da discussão do *Put Option*, eventualmente concluindo pela sua invalidade e/ou inexigibilidade ("Resultado do Procedimento"), fica convencionado que na data em que forem efetivamente entregues aos Credores Concursais e Credores Extraconcursais (apenas os Credores Extraconcursais que tiverem expressamente aderido ao Plano) e/ou ao Comissário as Ações correspondentes ao Aumento de Capital da OGX Mediante Capitalização de Crédito (conforme definido na **Cláusula 5.1.3** do Plano OGX), livres e desembaraçadas de quaisquer ônus ou questionamentos, os Credores Concursais e Credores Extraconcursais (apenas os Credores Extraconcursais que tiverem expressamente aderido ao Plano), por força deste Plano, reconhecerão, para todos os fins de direito, a plena validade e eficácia do Resultado do Procedimento.

**11.   Condições Resolutivas.** São condições resolutivas do Plano, cuja superveniência acarretará o cancelamento da aprovação deste Plano e suas respectivas disposições e a convocação de uma Assembleia de Credores para deliberar a respeito de uma alternativa ao Plano ou a falência da OGPar:

(i)   a constatação, até que ocorra o Aumento de Capital da OGX Mediante Capitalização de Crédito, de qualquer falsidade ou incorreção quanto a qualquer declaração ou garantia prestada pela OGPar neste Plano ou nos seus Anexos que caracterize Efeito Adverso Relevante;

(ii)   o descumprimento pelos Acionistas de qualquer obrigação assumida neste Plano e no Plano OGX ou prática de qualquer ato ou medida incompatível com as disposições deste Plano e/ou do Plano OGX;

(iii)   a não verificação das Condições Precedentes para o Aumento de Capital da OGX Mediante Capitalização de Crédito, previstas na **Cláusula 5.1.3.1** do Plano OGX em até 120 (cento e vinte)

6725

dias contados da Homologação Judicial do Plano ou até 30.09.2014, o que ocorrer primeiro;

(iv)   a não realização da assembleia geral extraordinária e demais atos de implementação do Aumento de Capital da OGX Mediante Capitalização de Crédito, inclusive entrega das Ações aos Credores Concursais e Credores Extraconcursais (que aderirem ao Plano) em até 140 (cento e quarenta) dias contados da Homologação Judicial do Plano ou até 20.10.2014, o que ocorrer primeiro;

(v)   a não adesão ao Plano e/ou aos Planos Partes Relacionadas OGX, conforme aplicável, de Credores Extraconcursais que sejam Partes Relacionadas até a data do Aumento de Capital da OGX Mediante Capitalização de Crédito prevista na **Cláusula 5.1.3** do Plano OGX; e/ou

(vi)   a não Aprovação do Plano pela Assembleia de Credores e/ou resolução de quaisquer dos Planos Partes Relacionadas OGX.

**11.1.  Dispensa das Condições Resolutivas.** Os Credores podem, em deliberação dos titulares da maioria simples dos Créditos presentes à Assembleia de Credores convocada para essa finalidade, dispensar a seu exclusivo critério, no todo ou em parte, quaisquer das condições resolutivas descritas na **Cláusula 11ª** acima.

**12.   Efeitos do Plano**

**12.1.  Vinculação do Plano.** As disposições do Plano vinculam a OGPar, a OGX, os Acionistas e os Credores, e os seus respectivos cessionários e sucessores, a partir da Homologação Judicial do Plano.

**12.2.  Novação.** A inexistência de recurso a que tenha sido atribuído efeito suspensivo (ou ação judicial com mesmo efeito) interposto contra a Homologação Judicial do Plano acarretará a novação dos Créditos Concursais e dos Créditos Extraconcursais detidos por Credores Extraconcursais que tenham expressamente aderido ao presente Plano, que serão liquidados na forma estabelecida neste Plano. Mediante referida novação, todas as obrigações, *covenants*, índices financeiros, hipóteses de vencimento antecipado, bem como outras obrigações e garantias que sejam incompatíveis com as condições deste Plano deixarão de ser aplicáveis.

**12.3.  Extinção de Ações.** Exceto se previsto de forma diversa neste Plano, os Credores não mais poderão, a partir da Aprovação do Plano (i) ajuizar ou prosseguir toda e qualquer ação judicial ou processo de qualquer tipo relacionado ou não a

qualquer Crédito contra a OGPar; (ii) executar qualquer sentença, decisão judicial ou sentença arbitral contra a OGPar; (iii) penhorar quaisquer bens da OGPar para satisfazer seus Créditos; (iv) criar, aperfeiçoar ou executar qualquer garantia real sobre bens e direitos de OGPar para assegurar o pagamento de seus Créditos; (v) reclamar qualquer direito de compensação contra qualquer crédito devido à OGPar; (vi) buscar a satisfação de seus Créditos por quaisquer outros meio; e (vii) sujeito à verificação do Resultado do Procedimento e satisfação dos termos e condições da **Cláusula 10.1** deste Plano, buscar a satisfação de toda e qualquer pretensão, ação ou direito a demandar anulação, execução específica, reparação de danos ou quaisquer outras demandas, a qualquer título, em relação ao *Put Option*. Todas as ações e execuções judiciais em curso contra a OGPar, relativas aos Créditos serão extintas, e as penhoras e constrições existentes serão liberadas.

**12.3.1.** Verificada a Resolução do Plano, fica assegurado aos Credores o direito de ajuizar e/ou prosseguir em qualquer demanda, judicial ou não, contra a OGPar, bem como perseguir a excussão de todo e qualquer bem que lhe tenha sido onerado pela OGPar e/ou terceiros em garantia às obrigações sujeitas ou não a esse Plano.

**12.4. Reconstituição de Direitos.** Verificada a Resolução do Plano e convolação da Recuperação Judicial em falência, no prazo de supervisão estabelecido no Artigo 61 da Lei de Falências, os Credores terão reconstituídos seus direitos e garantias nas condições originalmente contratadas, deduzidos os valores eventualmente pagos e ressalvados os atos validamente praticados no âmbito da Recuperação Judicial, tal como determina o Artigo 61, § 2º, da Lei de Falências.

**12.5. Quitação.** Exceto na hipótese de Resolução do Plano, os pagamentos e o Aumento de Capital da OGX Mediante Capitalização de Crédito realizados na forma estabelecida neste Plano e no Plano OGX acarretarão automaticamente e independentemente de qualquer formalidade adicional, a quitação plena, irrevogável e irretratável, de todos os Créditos de qualquer tipo e natureza contra a OGPar, OGX Áustria, OGX International, OGX e seus controladores e garantidores, inclusive juros, correção monetária, penalidades, multas e indenizações. Com a ocorrência da quitação, os Credores serão considerados como tendo quitado, liberado e/ou renunciado de todos e quaisquer Créditos, e não mais poderão reclamá-los, contra a OGPar, controladas, subsidiárias, afiliadas e coligadas e outras sociedades pertencentes ao mesmo grupo societário e econômico, e seus diretores, conselheiros, Acionistas, minoritários, sócios, agentes, funcionários, representantes, fiadores, avalistas, garantidores, sucessores e cessionários.

**12.6. Ratificação de Atos.** A Aprovação do Plano pela Assembleia de Credores representa a concordância e ratificação da OGPar, Acionistas, Grupo OGX e dos Credores, inclusive dos Credores Qualificados para Subscrição das Debêntures 3ª Série,

de todos os atos praticados e obrigações contraídas pela OGPar no curso da Recuperação Judicial, incluindo, mas não se limitando (i) à obtenção e contratação pela OGPar e demais empresas do Grupo OGX dos Recursos Novos conforme o disposto no 1º Empréstimo Ponte, no 2º Empréstimo Ponte, no Empréstimo DIP e no Empréstimo Adicional; (ii) aos termos e condições da Escritura de Emissão de Debêntures, do Contrato de Subscrição e do Contrato de Pré-Pagamento de Exportação, conforme aditados de tempos em tempos, inclusive das condições de conversibilidade das Debêntures em Ações; (iii) à contratação e constituição das Garantias Ponte e Garantias DIP em favor dos Novos Financiadores em contrapartida à concessão dos Recursos Novos, nos termos dos Contratos de Garantia Ponte, dos Contratos de Garantia DIP e do Contrato de Compartilhamento, conforme aditados de tempos em tempos; e (iv) aos demais atos e ações necessárias para integral implementação e consumação deste Plano, do Plano OGX e da Recuperação Judicial, cujos atos ficam expressamente autorizados, validados e ratificados para todos os fins de direito, inclusive e especialmente dos Artigos 66, 74 e 131 da Lei de Falências.

**12.7. Isenção de Responsabilidades e Renúncia.** Em razão da Aprovação do Plano pela Assembleia de Credores, os Credores expressamente reconhecem e isentam as Partes Isentas de toda e qualquer responsabilidade pelos atos praticados e obrigações contratadas no curso da Recuperação Judicial incluindo a contratação e implementação do Empréstimo DIP nos termos da Escritura de Emissão de Debêntures, do Empréstimo Adicional nos termos do Contrato de Pré-Pagamento de Exportação, e das Garantias DIP e do Contrato de Compartilhamento, conferindo às Partes Isentas quitação ampla, rasa, geral, irrevogável e irretratável de todos os direitos e pretensões materiais ou morais porventura decorrentes dos referidos atos a qualquer título. A Aprovação do Plano pela Assembleia de Credores representa igualmente a renúncia expressa e irrevogável dos Credores, inclusive dos Credores Qualificados para Subscrição das Debêntures 3ª Série, a toda e qualquer pretensão, ação ou direito a demandar, perseguir ou reclamar, em Juízo ou fora dele, a qualquer título e sem qualquer reserva ou ressalva, reparação de danos e/ou quaisquer outras ações ou medidas contra as Partes Isentas em relação aos atos praticados e obrigações contraídas pelas Partes Isentas durante a Recuperação Judicial, incluindo a contratação e implementação do 1º Empréstimo Ponte, do 2º Empréstimo Ponte, do Empréstimo DIP e do Empréstimo Adicional e o procedimento para solução de discussão do *Put Option* mencionado na **Cláusula 10ª**.

**13.    Formalização de Documentos e Outras Providências.** A OGPar, OGX, OGX Áustria, OGX International e os Acionistas obrigam-se, em caráter irrevogável e irretratável, por força deste Plano, a realizar todos os atos e firmar todos os contratos e outros documentos que, na forma e na substância, sejam necessários ou adequados ao cumprimento e implementação deste Plano, dos Planos Partes Relacionadas OGX e obrigações correlatas.

**14.   Modificação do Plano.** Aditamentos, alterações ou modificações ao plano podem ser propostas a qualquer tempo após a Homologação Judicial do Plano, desde que tais aditamentos, alterações ou modificações sejam submetidas à votação na Assembleia de Credores, sejam aprovadas pela OGPar e que seja atingido o quórum requerido pelos Artigos 45 e 58, caput e §1º, da Lei de Falências.

**14.1.  Efeito Vinculativo das Modificações do Plano.** Os aditamentos, alterações ou modificações ao Plano vincularão a OGPar e seus Credores, inclusive os Credores Extraconcursais que a ele aderirem e os Credores dissidentes, e seus respectivos cessionários e sucessores, a partir de sua aprovação pela Assembleia de Credores na forma dos Artigos 45 ou 58 da Lei de Falências.

**15.   Manutenção do Direito de Petição e Voz e Voto em Assembleia de Credores.** Para fins deste Plano e enquanto não verificado o encerramento da Recuperação Judicial, os Credores que venham a converter seus Créditos em capital na forma do Aumento de Capital da OGX Mediante Capitalização de Crédito previsto no Plano OGX preservarão o valor e quantidade de seus Créditos para fins de direito de petição, voz e voto em toda e qualquer Assembleia de Credores posterior à Homologação Judicial do Plano, independentemente da conversão dos Créditos em participação acionária e respectiva quitação.

**16.   Disposições Gerais**

**16.1.  Contratos Existentes e Conflitos.** Na hipótese de conflito entre as disposições deste Plano e as obrigações previstas nos contratos celebrados com qualquer Credor anteriormente à Data do Pedido, este Plano prevalecerá. Na hipótese de conflito entre as disposições deste Plano e da Escritura de Emissão de Debêntures e/ou do Contrato de Subscrição e/ou do Contrato de Pré-Pagamento de Exportação e/ou dos Contratos de Garantia DIP e/ou do Contrato de Compartilhamento, os termos da Escritura de Emissão de Debêntures e/ou do Contrato de Subscrição e/ou do Contrato de Pré-Pagamento de Exportação e/ou dos Contratos de Garantia DIP e/ou do Contrato de Compartilhamento prevalecerão. Na hipótese de conflito entre as disposições deste Plano e dos Planos Partes Relacionadas OGX, os termos do Plano OGX prevalecerão.

**16.2.  Aprovação da ANP e CADE.** Todas as disposições deste Plano que dependam de aprovação pela ANP e/ou pelo CADE deverão ser aprovadas pelos referidos órgãos para que surtam seus regulares efeitos. As disposições deste Plano poderão ser adaptadas para cumprir as exigências da ANP e/ou do CADE, aplicando-se, no que for cabível, o disposto na **Cláusula 13ª.**

**16.2.1.**   Em 06.05.2014, foi disponibilizado, no Diário Oficial da União, o despacho n.º 512 da Superintendência-Geral do CADE referente ao

Ato de Concentração n.º 08700.002983/2014-47, por meio do qual o CADE aprovou, sem restrições, os termos e condições das operações previstas no presente Plano.

**16.3. Anexos.** Todos os Anexos a este Plano são a ele incorporados e constituem parte integrante do Plano. Na hipótese de haver qualquer inconsistência entre este Plano e qualquer Anexo, o Plano prevalecerá.

**16.4. Encerramento da Recuperação Judicial.** O processo de recuperação judicial será encerrado a qualquer tempo após a Homologação Judicial do Plano, a requerimento de OGPar, desde que (i) esse encerramento seja aprovado pela maioria simples dos Créditos presentes na Assembleia de Credores; ou (ii) todas as obrigações do Plano que se vencerem até 2 (dois) anos após a Homologação do Plano sejam cumpridas.

**16.5. Comunicações.** Todas as notificações, requerimentos, pedidos e outras comunicações a OGPar, requeridas ou permitidas por este Plano, para serem eficazes, devem ser feitas por escrito e serão consideradas realizadas quando (i) enviadas por correspondência registrada, com aviso de recebimento, ou por *courier*; e efetivamente entregues ou (ii) enviadas por fac-símile, *e-mail* ou outros meios, quando efetivamente entregues e confirmadas por telefone. Todas as comunicações devem ser endereçadas da seguinte forma ou de outra forma que for informada pela OGPar, nos autos do processo de recuperação judicial ou diretamente ao administrador judicial ou aos Credores:

**Óleo e Gás Participações S.A. – Em Recuperação Judicial**
Endereço: Rua do Passeio, nº 56, 10º, 11º e 12º andares
Rio de Janeiro, Rio de Janeiro
A/C: Diretor Presidente (Paulo Narcélio Simões Amaral ou seu Substituto)
A/C: Diretor Jurídico (Darwin Corrêa ou seu Substituto)
Telefone: +55 21 3916 - 4600
Fax: +55 21 3916 - 4546
E-mail: rj@ogpar.com.br

**Ao Administrador Judicial** (Deloitte Touche Tohmatsu ou seu Substituto)
Endereço: Av. Presidente Wilson, 231, 22º andar
Rio de Janeiro, Rio de Janeiro
A/C: Luis Vasco Elias (ou seu Substituto)
Telefone: + 55 21 3981 - 0467
E-mail: ajoleoegas@deloitte.com

**Ao Agente Fiduciário das Debêntures** (Oliveira Trust Distribuidora de Títulos e Valores Mobiliários S.A. ou seu Substituto)
Endereço: Avenida das Américas, nº 500, bloco 13, grupo 205, Rio de Janeiro, Estado do Rio de Janeiro
A/C: Sr. Gustavo Dezouzart (ou seu Substituto)
Telefone: + 55 21 3514 - 0000
Fax: +55 21 3514 - 0000
E-mail: gustavo.dezouzart@oliveiratrust.com.br
E-mail: ger3.agente@oliveiratrust.com.br

**16.6. Meios de Pagamento.** Quando aplicável, os valores devidos aos Credores nos termos deste Plano serão pagos por meio da transferência direta de recursos à conta bancária do respectivo Credor, por meio de documento de ordem de crédito (DOC) ou de transferência eletrônica disponível (TED), sendo que a OGPar poderá contratar agente de pagamento para a efetivação de tais pagamentos aos Credores. O comprovante de depósito do valor creditado a cada Credor servirá de prova de quitação do respectivo pagamento.

**16.6.1.** Para a realização do pagamento mencionado na **Cláusula 5.2**, os Credores devem informar à OGPar suas respectivas contas bancárias para esse fim, mediante comunicação por escrito endereçada à OGPar, nos termos da **Cláusula 16.5**. Para a realização do pagamento mencionado na Cláusula 5.1 deste Plano e a Cláusula 5.1.5.1(ii) e seguintes do Plano OGX, os Credores devem informar à OGX suas respetivas contas bancárias por esse fim, mediante envio à OGX da Notificação de Opção de Recebimento (conforme definido no Plano OGX), nos termos da Cláusula 17.5 do Plano OGX. Os pagamentos que não forem realizados em razão de os Credores não terem informado suas contas bancárias com no mínimo 30 (trinta) dias de antecedência da data de pagamento previsto não serão considerados como um evento de descumprimento do Plano. Neste caso, a critério da OGPar, os pagamentos devidos aos credores que não tiverem informado suas contas bancárias poderão ser realizados em juízo. Não haverá a incidência de juros, multas ou encargos moratórios se os pagamentos não tiverem sido realizados em razão de os Credores não terem informado tempestivamente suas contas bancárias.

**16.7. Data do Pagamento.** Na hipótese de qualquer pagamento ou obrigação prevista no Plano estar prevista para ser realizada ou satisfeita em um dia que não seja um Dia Útil, o referido pagamento ou obrigação poderá ser realizado ou satisfeita, conforme o caso, no Dia Útil seguinte.

**16.8. Encargos Financeiros.** Salvo previsão em contrário no Plano, não incidirão juros e nem correção monetária sobre o valor dos Créditos.

**16.9. Créditos em Moeda Estrangeira.** Os Créditos em moeda estrangeira serão mantidos na moeda original para todos os fins de direito e serão liquidados, observado o disposto neste Plano, em conformidade com o Artigo 50, §2° da Lei de Falências. Exceto em caso de disposição específica neste Plano, os Créditos em moeda estrangeira serão convertidos em reais com base na cotação de fechamento da taxa de venda de câmbio de Reais por Dólares dos Estados Unidos da América, disponível no SISBACEN – Sistema de Informações do Banco Central do Brasil, transação PTAX-800, opção 5, cotações para a contabilidade, moeda 220, mercado livre, na data imediatamente anterior à data em que a conversão de moeda é necessária, inclusive para fins do Aumento de Capital da OGX Mediante Capitalização de Crédito, nos termos deste Plano e do Plano OGX.

**16.10. Divisibilidade das Previsões do Plano.** Na hipótese de qualquer termo ou disposição do Plano ser considerada inválida, nula ou ineficaz pelo Juízo da Recuperação, o restante dos termos e disposições do Plano devem permanecer válidos e eficazes.

**16.11. Processo Auxiliar no Exterior.** A OGPar poderá ajuizar um processo de falência com base no *Chapter 15* do *Bankruptcy Code* dos Estados Unidos da América, com o objetivo de conferir efeitos ao Plano em território norte-americano, vinculando os Credores ali domiciliados e estabelecidos, bem como outros procedimentos de insolvência, ou de qualquer outra natureza, em outras jurisdições conforme necessário para implementação deste Plano, incluindo, mas não se limitando, aos processos de insolvência existentes nos termos da legislação austríaca. Os referidos processos não poderão alterar as condições de pagamento e os demais termos deste Plano.

**16.12. Adesão dos Acionistas, OGX, OGX Áustria e OGX International.** Os Acionistas, a OGX Áustria e a OGX International subscrevem o presente Plano, assumindo e concordando com tudo aquilo que se refira às suas respectivas esferas jurídicas, bem como obrigando-se a fazer e praticar todos os atos necessários ou úteis e a assinar todos e quaisquer documentos necessários ao fiel cumprimento das obrigações assumidas neste Plano ou para sua implementação.

**16.13. Lei Aplicável.** Os direitos, deveres e obrigações decorrentes deste Plano deverão ser regidos, interpretados e executados de acordo com as leis vigentes na República Federativa do Brasil.

**16.14. Eleição de Foro.** Todas as controvérsias ou disputas que surgirem ou estiverem relacionadas a este Plano serão resolvidas (i) pelo Juízo da Recuperação, até

o encerramento do processo de recuperação judicial; e (ii) pelos juízos competentes no Brasil ou no exterior, conforme estabelecido nos contratos originais firmados entre OGPar e os respectivos Credores, após o encerramento do processo de recuperação judicial.

O Plano é firmado pelos representantes legais devidamente constituídos da OGPar. Os Laudos econômico-financeiro e de avaliação dos bens e ativos (**Anexo 1.1.77**) subscritos por empresas especializadas foram apresentados ao Juízo da Recuperação, na forma da Lei de Falências, em 28.05.2014 e fazem parte integrante deste Plano.

Rio de Janeiro, 28 de maio de 2014

*[Segue página de assinaturas do Plano de Recuperação Judicial da OGPar]*

*[Página de assinaturas do Plano de Recuperação Judicial da OGPar]*

**Óleo e Gás Participações S.A. – Em Recuperação Judicial**, atual denominação de OGX
Petróleo e Gás Participações S.A.

**OGX Petróleo e Gás S.A. – Em Recuperação Judicial**

**OGX Áustria GMBH – Em Recuperação Judicial**

**OGX International GMBH – Em Recuperação Judicial**

**Centennial Asset Mining Fund LLC.**

**Centennial Asset Brazilian Equity Fund, LLC.**

**Eike Fuhrken Batista**



## RELAÇÃO DE ANEXOS AO PLANO DE RECUPERAÇÃO DA OGPar

**Anexo 1.1.34**   Contrato de Subscrição

**Anexo 1.1.35**   Contrato de Pré-Pagamento à Exportação

**Anexo 1.1.67**   Escritura de Emissão de Debêntures

**Anexo 1.1.77**   Laudos

**Anexo 1.1.81**   Notificação de Interesse de Subscrição das Debêntures 3ª Série

**Anexo 4.6**   Procedimento para Subscrição das Debêntures 3ª Série

Exhibit 8

## REORGANIZATION PLAN FOR
## OGX INTERNATIONAL GMBH – EM RECUPERAÇÃO JUDICIAL

**OGX International GmbH - Em Recuperação Judicial** ("OGX International"), a limited liability company established under the laws of Austria, registered with the Vienna Chamber of Commerce under number FN 335513B, with registered office at Schwarzenbergplatz 5/Top No. 2/3, 1030, in the City of Vienna, submits, in case file number 0377620-56.2013.8.19.0001 of the judicial reorganization proceeding under way at the 4th Corporate Court for the District of Rio de Janeiro, State of Rio de Janeiro ("Judicial Reorganization Proceeding"), the following reorganization plan pursuant to Article 53 of Law 11.101/2005 ("Plan").

**1.1.**    OGX International was included in the Judicial Reorganization pursuant to the terms of the ruling that granted the processing of the judicial reorganization of Austrian companies pronounced by the Court of Rio de Janeiro on December 3, 2013, in the Bill of Review number 0064658-77.2013.8.19.0000, for being the controlling shareholder of OGX Austria GmbH - Em Recuperação Judicial ("OGX Austria"), issuer of Bonds 2018 and Bonds 2022 (as defined in the OGX Austria Reorganization Plan attached hereto), which include the joint liability of OGX Petróleo e Gás S.A. - Em Recuperação Judicial and Óleo e Gás Participações S.A. - Em Recuperação Judicial.

**1.2.**    Notwithstanding it being the controlling shareholder of OGX Austria, OGX International does not guarantee the Credits (as defined in the OGX Austria Reorganization Plan attached hereto), and there exist no credit rights held by third parties against OGX International, whether subject to the Judicial Reorganization Proceeding or otherwise.

**1.3.**    Likewise, the Credits held by Creditors of OGX Petróleo e Gás S.A. - Em Recuperação Judicial and Óleo e Gás Participações S.A. - Em Recuperação Judicial OGX International do not affect OGX International in any way.

**1.4.**    Despite the OGX Group not being aware of the existence of any claims from third parties against it (as defined in the OGX Austria Reorganization Plan), any credit claims against OGX International will be resolved according to the terms and conditions of the OGX Austria Reorganization Plan, attached to this Plan as **Annex A**.

[ *initials* ]

SP – 10771849v1

The Plan is signed by the duly appointed OGX International legal representatives.

Rio de Janeiro, February 14, 2014

[ *signature* ]
_____
**OGX International GmbH - Em Recuperação Judicial**

SP – 10771849v1



STATE of NEW YORK          )
                           )          ss:
COUNTY of NEW YORK         )

### CERTIFICATE OF ACCURACY

This is to certify that the attached document, "*Exhibit 8 - OGX International*" originally written in *Portuguese* is to the best of our knowledge and belief, a true, accurate and complete translation into *English*.

Dated: April 4, 2017

*Allison Carey*
Allison Carey
Consortra Translations

Sworn to and signed before ME this
_____ day of _____,
2017.

_____
Notary Public

JAMES G. MAMERA
Notary Public- State of New York
No. 01MA6157195
Qualified In New York County
My Commission Expires December 4, 2018

Your
legal
translation
partner

## PLANO DE RECUPERAÇÃO JUDICIAL DE
## OGX INTERNATIONAL GMBH – EM RECUPERAÇÃO JUDICIAL

**OGX International GmbH – Em Recuperação Judicial** ("OGX International"), sociedade de responsabilidade limitada constituída sob as leis da Áustria, com registro na Corte Comercial de Viena sob nº FN 335513B, e sede na Schwarzenbergplatz 5/Top Nr. 2/3, 1030, na cidade de Viena, apresenta, nos autos do processo de recuperação judicial autuado sob nº 0377620-56.2013.8.19.0001, em curso perante a 4ª Vara Empresarial da Comarca do Rio de Janeiro, Estado do Rio de Janeiro ("Processo de Recuperação Judicial"), o seguinte plano de recuperação judicial, em cumprimento ao disposto no Artigo 53 da Lei nº 11.101/2005 ("Plano").

**1.1.** A OGX International foi incluída no Processo de Recuperação Judicial, nos termos da decisão que deferiu o processamento da recuperação judicial das sociedades austríacas proferida pelo Tribunal do Rio de Janeiro em 03 de dezembro de 2013, nos autos do Agravo de Instrumento nº 0064658-77.2013.8.19.0000, em virtude de ser a sócia controladora da OGX Áustria GmbH – Em Recuperação Judicial ("OGX Austria"), sociedade emissora dos Bonds 2018 e dos Bonds 2022 (conforme definidos no Plano de Recuperação Judicial da OGX Austria anexo), que contam com a obrigação solidária de OGX Petróleo e Gás S.A. – Em Recuperação Judicial e Óleo e Gás Participações S.A. – Em Recuperação Judicial.

**1.2.** Embora seja a sociedade controladora da OGX Austria, os Créditos (conforme definido no Plano de Recuperação Judicial da OGX Austria anexo) não são garantidos pela OGX International e tampouco existem contra a OGX International quaisquer direitos de crédito detidos por terceiros, sejam eles sujeitos ao Processo de Recuperação Judicial ou não.

**1.3.** Da mesma forma, os Créditos detidos pelos Credores da OGX Petróleo e Gás S.A. – Em Recuperação Judicial e Óleo e Gás Participações S.A. – Em Recuperação Judicial contra tais sociedades, não afetam de qualquer maneira a OGX International.

**1.4.** Embora o Grupo OGX (conforme definido no Plano de Recuperação Judicial da OGX Austria) não tenha conhecimento da existência de qualquer pretensão de terceiros contra a OGX International, eventuais pretensões de crédito contra a OGX International serão solucionadas nos termos do Plano de Recuperação Judicial da OGX Austria, anexo ao presente Plano na forma do **Anexo A**.

O Plano é firmado pelos representantes legais devidamente constituídos da OGX International.

Rio de Janeiro, 14 de fevereiro de 2014

_____

**OGX International GmbH – Em Recuperação Judicial**

# Exhibit 9

GENERAL MEETING OF CREDITORS OF

OGX PETRÓLEO E GÁS S/A – JUDICIAL RESTRUCTURING

On the 3rd (third) day of the month of June of 2014, at 15:10 hours, in the Building of the Stock Exchange of Rio de Janeiro – Main Auditorium, located at Praça XV de Novembro, 20, Centro, State of Rio de Janeiro, the Judicial Administrator Deloitte Touch Tohmatsu Consultores Ltda., represented by Mr. Luis Vasco Elias, named by the law judge of the 4th Commercial Court of the State of Rio de Janeiro, opened the General Meeting of Creditors ("AGC") of OGX Petróleo e Gás / SA – in Judicial Restructuring ("OGX P&G" or "Restructuring Company"). The Representative of the Judicial Administrator gave the floor to counsel for the Judicial Administrator, Eduardo Guimarães Wanderley, a member of Veirano Advogados, OAB 68.891/RS, who proceeded to read the entire tenor of the decision entered by the Honorable Appeals Court Judge Jessé Torres in the record of Motion for Injunctive Relief 0026517-52.2014.8.19.0000, a copy of which is attached hereto as **Annex I**. Thereafter, Mr. Marcelo Carpenter, representative of the Restructuring Company, gave notice of the request to abandon made by the Petitioner in the aforementioned Motion for Injunctive Relief and reported that a registered copy of the petition was sent to the representative of the Judicial Administrator. Thereafter, the Representative of the Judicial Administrator gave the floor to counsel for the Judicial Administrator, who proceeded to read the entire tenor of the decision entered by the Honorable Dr. Gilberto Clóvis Farias Matos, chief judge of the 4th Commercial Court for the County of Rio de Janeiro / RJ, at 18:30 hours yesterday, June 2, 2014, a copy of which is attached hereto (**Annex II**). The representative of the Judicial Administrator projected the list of *bondholders* authorized to participate and vote in this AGC, under the terms of the aforementioned decision (**Annex III**). Thereafter, Mr. Felipe Galea, representative of the creditor Autonomy Master Funder and other creditors listed, asked the representative of the Judicial Administrator not to count the votes of the so-called "adherent *bondholders*" for the purposes of calling the AGC to order and deciding, or, in the alternative, that such votes be counted separately, because he believes that the fact that the judicial restructuring plan contains exclusive benefits for such creditors would constitute an abuse of right and would imply a conflict of interest. The

representative of the Judicial Administrator denied both requests, in accordance with the decisions entered by the Honorable Judge of the 4th Commercial Court for the County of Rio de Janeiro / RJ.  Thereafter, the representative of the Judicial Administrator, in the presence of 62.79% (sixty two point seventy-nine percent) of the credits subject to judicial restructuring, called the AGC to order, upon first notification, under the terms of Article 37, second paragraph, of Law 11,101/2005.  The presence of Mr. Darwin Correa, OAB/RJ 112.898, a member of PCPC Advogados, representative of the controlling shareholders, Mr. Eike Fuhrken Batista, Centennial Asset Brazilian Equity Fund LLC, and Centennial Asset Mining Fund LLC, was recorded. Thereafter, the Judicial Administrator invited Mr. Thiago Braga Junqueira, a member of Pinheiro Neto Advogados, OAB/SP 286.786, representative of the creditor Passaic Place LLC, to be secretary of the meeting, who accepted the invitation.   The Representative of the Judicial Administrator gave the floor to counsel for the Judicial Administrator, Eduardo Guimarães Wanderley, OAB 68.891/RS, who proceeded to read the entire tenor of the notification of invitation to the AGC.  Thereafter, the representative of the Judicial Administrator gave the floor to the chief executive officer of the restructuring company, Mr. Paulo Narcélio Simões Amaral, who made brief comments on the history and the current situation of the company.  Thereafter, in view of item (a) of the order of the day, the Representative of the Judicial Administrator questioned the creditors on their interest in establishing the Meeting of Creditors.  There were no statements by the creditors, such that the Committee was not established.   Thereafter, commencing with item (b) of the order of the day, the representative of the Judicial Administrator gave the floor to Mr. Marcelo Carpenter, representative of the Restructuring Company and member of the firm Sérgio Bermudes, for him to present the Judicial Restructuring Plan to the creditors.  Mr. Marcelo Carpenter reported that what was being projected on the screen were clauses of the plan highlighted in inverted commas and that copies of his presentation and the provisions were being made available at that time.

Mr. Eduardo Munhoz, also counsel for the Restructuring Company, took the floor to state that, in view of the explanation given by Mr. Marcelo Carpenter, he would prefer not to go into detail on the presentation because of the short amount of time.   Thus, that he would make general statements about the plan and he made himself available for questions.  He stated that the final result of the restructuring would reflect a

situation very common in developed countries, because priority is given to the so-called "new money," obtained by the company at a time of absolute depletion of its funds.  Those new funds, with greater risk, would receive the biggest slice of the "Restructured OGX."  The "second new money" in which all creditors could participate, would receive the second greatest slice of the "Restructured OGX."  The third biggest slice, of 25% of the company, would remain with the creditors who did not contribute new money. In last place would be the shareholders, which constitutes a framework unusual in Brazil, but common in developed countries.  Shareholders would fall to 10% of current equity, which would demonstrate the rationality of the process and the commitment not to save the owners, but rather the company.  The Restructured OGX would come out with practically no debt and it would be in a position to perform its economic activities. Once the explanations were over, the representative of the Judicial Administrator asked the creditors present about the existence of any questions regarding the terms of the Judicial Restructuring Plan. Mr. Marcio Oya, representative of the creditor Diamond Offshore Netherlands B.V. took the floor, and asked whether the representatives of the Restructuring Company could explain what the total value of the non-restructuring creditors would be and which non-restructuring creditors had adhered to the plan.  Mr. Eduardo Munhoz stated that only one non-restructuring creditor would adhere to the plan which would be part of the companies that comprise the OSX Group and that there would not be any other material non-restructuring debt.  Mr. Paulo Narcélio explained that, after the conversion of the debts of the Restructuring Company into equity, the Restructured OGX would have net equity of approximately R$ 3.3 billion and debt of approximately R$ 200 million.  Mr. Márcio Oya asked about the treatment given to creditors who did not want to hold stock, specifically what the time frame would be for the agent to sell the stock stipulated in the plan, to which Mr. Eduardo Munhoz answered that the time frame was not yet established, although the idea was that the sale would be made in the short-term, as soon as possible.  Thereafter Mr. Felipe Galea, representative of the creditor Autonomy Master Fund and others, took the floor, and asked about the participation by OSX in the 3rd Tranche of the "DIP Loan."  Mr. Eduardo Munhoz answered that the part belonging to the creditors who did not subscribe to the 3rd series would be fully subscribed to by the subscribers to the

second series.  Mr. Felipe Galea stated that, at the end of 2013, OGX acknowledged – in a relevant event – that OSX would not participate in the 3rd tranche and that the amount which in principle would belong to OSX if were to exercise its right of subscription would clearly be allocated to the *backstop lenders*.  Questioned once again on the subscription by OSX to the 3rd tranche, Mr. Felipe Galea, the representatives of the Restructuring Company, acknowledged the information contained in the relevant event, but, as the discussions moved ahead, they reported that, although subscription by OSX was unlikely, it would not be possible to ensure non-subscription at this time, in virtue of the fact that it was a matter attributed to OSX, also in judicial restructuring.  Thereafter, Mr. Felipe Galea proposed to the Restructuring Company that the amount attributable to OSX not be computed for the effects of distributing the right to subscribe to the 3rd tranche and he asked the representatives of OSX present in the AGC to make a statement.  Mr. Eduardo Munhoz stated that the premise of the plan and of the negotiations that involved the granting of financing by the *backstop lenders* is that the excesses of the 3rd tranche be allotted to the subscribers to the 2nd tranche and, thus, he rejected Mr. Galea's proposal.  Mr. Munhoz stated that he appreciates the willingness of the creditors to participate in the 3rd tranche but that, when the company needed short-term funds, no other group of investors – beyond the *backstop lenders* – were found who would commit to financing the company in the total amount of US$ 215,000,000.00.  Mr. Darwin Correa, representative of the controlling shareholders, reported that the Restructuring Company hired the investment bank Blackstone which, through market mechanisms, sought to contact investors interested in financing the Restructuring Company, including Autonomy, but that only the group of *backstop lenders* would commit to providing the "emergency money." Mr. Felipe Galea alleged that his clients had demonstrated an interest in participating in the financing in the past and that, now, they would be considered unsuitable and without the financial capacity. Mr. Darwin Correa stated that Blackstone contacted Autonomy in the past, that it did not state an interest and that those facts would be reflected in an *affidavit* by Blackstone, submitted into the record of the judicial restructuring proceeding.  Furthermore, that Autonomy only stated an interest after December 24, 2013.  The Restructuring Company reiterated its position and rejected the proposal by Mr. Felipe Galea. Mr. Thomaz Sant' Ana, representative of the creditor Itava Inc. and others,

suggested that the risk of the financers of the 1st tranche would have been mitigated with the pledge of all the assets of the company in favor of the *backstop lenders*, and he proposed that at least the 3rd tranche not be subscribed to by the *backstop lenders* at first and that, if there were excesses, they be submitted to the other creditors.   Mr. Eduardo Munhoz suggested that the Restructuring Company used all of its efforts to see funds, both in Brazil and abroad, and that, in a moment of high risk, only one group of investors comprised of some creditors and new investors committed to providing US$ 215 million.   That, at that time, management of the Restructuring Company had to make a decision to either negotiate that financing, avoiding even the loss of concessions from the ANP, or bankruptcy.   Furthermore, Mr. Eduardo Munhoz stressed the specifics of the guarantees granted under the "DIP Loan," given that they might not have any value in case of an interruption in the operations of the Restructuring Company.   He also stated that there was a time question, because it was fundamental for the second part of the funds (90 million dollars) reach the company quickly and that any subscription sequence or rounds could harm the company.   Thus, he reported that the Restructuring Company rejects the proposal by Mr. Thomaz Sant' Ana.   Mr. Thomaz Sant' Ana alleged that, as he understood it, the Restructuring Company was prohibited from negotiating the terms of the plan and he asked that the representatives of the *backstop lenders* be asked about the proposals made.   The Representative of the Judicial Administrator asked whether the representatives of the *backstop lenders* would like to make a statement regarding the matter.   Mr. Marcelo Carpenter requested the floor to suggest that there was no difference in treatment among the restructuring creditors. Mr. Giuliano Colombo, from the firm of Pinheiro Neto, representative of some *backstop lenders*, stated that the group that gave financing to the Restructuring Company is comprised of *bondholders* and also of other investors who are not restructuring creditors of the company. Further, that the company and aforementioned creditors adopted a transparent position throughout the process.   In line with that, that a decision was made to include conditions for converting the new debt within the framework of the judicial restructuring, but that that would not be an obligation derived from the judicial restructuring plan.   That the DIP Loan relates to new debt for the company and that he did not believe that the AGC was the appropriate forum to discuss the renegotiation of non-restructuring obligations.   He stated

that he does not have a mandate to make any type of concession in respect of the conditions already negotiated and contracted with the Restructuring Company.  Mr. Thomas Sant' Ana stated that the plan was already approved and it could not be discussed in the AGC.  Mr. Marcelo Carpenter noted that the negotiations are serious and that it is not staged.  Mr. Felipe Galea stated that it is appropriate to discuss the matters related to the "DIP Loan" at this time, because they are part of the judicial restructuring, and he proposed to the representatives of the Restructuring Companies that, because of the time, the creditors could subscribe to the 3rd tranche in any amount they deemed appropriate, and that any excess be returned.  Mr. Eduardo Munhoz reiterated the Restructuring Company's position and rejected the proposal.  Mr. Mario Gelli, representative of the creditor DOF REDERI II AS and one other, asked the Restructuring Company's representatives for clarifications on the procedure for enforcing the *put option* and its progress.  Mr. Eduardo Munhoz stated that there is a discussion between the controlling shareholder and the company regarding the enforceability of the *put option*, and that a procedure had been started for a tentative amicable solution to the matter, contracting opinions from three jurists and that he did not have authorization to discuss the matter.  Mr. Mario Gelli, once again taking the floor, stated that that would represent a waiver of the right of the company to receive one billion dollars, which if received could result in better payment conditions for the supplier creditors, and his clients.  Mr. Darwin Correa noted that the procedure is stayed until the decision of the AGC, as previously announced by the company.  Mr. Eduardo Munhoz stated that the company is dealing with the situation of the *put option* responsibly and that that would not be the solution of the Restructuring Company's problems in the necessary time and manner.  Mr. Thomaz Sant' Ana asked from whom the three opinions had been sought and he asked for details of the procedure, to which Mr. Eduardo Munhoz answered that he could not provide more information, because of the fact that it was disclosed in a relevant event in 2013, so that any disclosure at this time would harm the symmetry of information owed to the shareholders.  Mr. Igor Lima, representative of certain *bondholders*, asked for the floor for clarifications on the procedural order for creditors not domiciled in Brazil to participate in the DIP Loan.  In response, the representatives of the Restructuring Company stated that: (i) uncertified copies of the articles of incorporation or a notarized certification that confirms the powers of attorney

of the signatories for the procedures needed to participate in the DIP Loan would be sufficient; (ii) that the requirement for "2689 Accounts" was eliminated for the 3rd tranche to facilitate the participation of the creditors in that 3rd tranche; (iii) that the company would make its best efforts to institute an *ADR* program that would meet the needs of creditors with position restrictions on holding assets in Brazil. The creditor Marcelo Alves de Oliveira questioned the need to consularize certain documents, to which the representative of the Judicial Administrator suggested that the matter be submitted to the judge in the judicial restructuring. The representative of the Judicial Administrator asked whether other creditors would like to speak and, because there was silence and the questions regarding the Restructuring Plan had been answered, the representative of the Judicial Administrator put it up for a vote, pursuant to Art. 45 of Law 11,101/05. At the end of the vote, the representative of the Judicial Administrator submitted the voting results. [T]he Judicial Restructuring Plan received favorable votes from 90.42% (ninety point forty-two percent) of the credits present in the AGC and 81.59% (eighty-one point fifty-nine percent) of the creditors present; votes against 9.58% (nine point fifty-eight percent) of the credits and 18.41% (eighteen point forty-one percent) of the creditors; there were also 5 (five) abstentions, in the amount of R$ 98,299,925.90 (ninety-eight million two hundred and ninety-nine thousand nine hundred and twenty-five *reais* and ninety centavos). Under the terms of the decision entered by the Honorable Judge of the 4th Commercial Court of Rio de Janeiro / RJ (Annex I), computing the votes of the creditors listed at the end of Annex III separately, the Judicial Restructuring Plan had favorable votes from 91.93% (ninety-one point ninety-three percent) of the credits present at the AGC and 84.97% (eighty-four point ninety-seven percent) of the creditors present; votes against of 8.07% (eight point zero seven percent) of the credits and 15.03% (fifteen pint zero three percent) of the creditors; there were also 5 (five) abstentions, in the amount of R$ 98,299,925.90 (ninety-eight million two hundred and ninety-nine thousand nine hundred and twenty-five *reais* and ninety centavos) **(Annex IV)**. The declarations of the votes of the credits represented by attorneys Felipe Galea, Thomaz Sant' Ana and Igor Lima, from the firm BMA, are attached to these minutes **(Annex V)**.

The results of the vote were projected on the screen.  Mr. Luiz Guilherme Migliora, from Veirano Advogados, attorney for the Judicial Administrator, OAB/RJ 63.303, read the order portion of the decision entered by the Honorable Appeals Court Judge Jessé Torres in the record of motion for injunctive relief no. 0026517-52.2014.8.19.0000, containing the confirmation of the request to abandon by Petitioner Perenco Petróleo e Gás do Brasil Ltda. in that Motion for Injunctive Relief.

The representative of the Judicial Administrator adjourned the work to prepare these minutes which, read and found in order, were approved by all those present, having been signed by the Judicial Administrator, as chair of the AGC, by the Secretary, by the representative of the Restructuring Company and two Creditors from Class III, the Attendance List **(Annex VI)** being incorporated into these minutes.

Rio de Janeiro, June 03, 2014

**Deloitte Touche Tohmatsu Consultores Ltda**.
Luis Vasco Elias
Judicial Administrator

**Passaic Place LLC**
by power of attorney Dr. Thiago Braga Junqueira
OAB/SP 286.786
Secretary

**Restructuring Company**
by power of attorney Dr. Marcelo Carpenter
OAB/RJ 92.518

**Class III Creditors**

**Autonomy Master Fund Limited**
by power of attorney Felipe Evaristo dos Santos Galea
OAB/SP 220.280

**Schulamberger Serviços de Petróleo Ltda.**
by power of attorney Sérgio Savi
OAB/RJ 106.962

[handwritten:] *ANNEX 1*
[digital stamp:] [Court of Justice of the State of Rio de Janeiro
Page 1204
Digitally Stamped]
[handwritten:] *7462*

**Judicial Power of the State of Rio de Janeiro**
**Special Unit**

**Writ of Mandamus No.** 0026517-52.2014.8.19.0000

**Petitioner:** Parenco Petróleo e Gás do Brasil Ltda.
**Respondent:** Honorable Reporting Justice of the Interlocutory Appeal No. 0023089-82.2014.8.19.0000 – 14th Civil Chamber
**Rapporteur:** Judge Jessé Torres

DECISION

Writ of Mandamus. Having heard the petition for writ of mandamus, and in keeping with the prevailing jurisprudence of the Superior Court, the preliminary injunction petition is partially granted, given that, due to the judgment of judicial cognizance, those present proved *fumus boni juris* and *periculum in mora*, in spite of the technical complexity of the matter and the caution with which it would have to be treated in view of the due legal process and the economic and social interests under discussion. The Petitioner made the request for the waiver, authorizing the dismissal of the case, based on Art. 267, VIII, of the Code of Civil Procedure.
.
Having examined the case records of the Writ of Mandamus No. 00026517-52.2014.8.19.0000, in which Perenco Petróleo e Gás do Brasil Ltda is the Petitioner and the responder is the Hon. Reporting Justice of the Interlocutory Appeal No. 0023089-82.2014.8.19.0000 – 14th Civil Chamber, the Rapporteur dismisses the case based on Art. 267, item VIII, of the Code of Civil Procedure, for the reasons listed below.

The Petitioner pleaded to grant a suspensive effect of the interlocutory appeal No. 0023089-82.2014.8.19.0000, delivered to the 14th Civil Chamber, until final judgment is made by the Chamber, taking into consideration that the contested decision subverted the due legal process that is inscribed in bankruptcy law, to carry out specific innovative procedures for enabling some creditors, so as to legitimize them and to exercise voting rights in general meetings.

The Rapporteur heard the writ of mandamus, taking into account the prevailing jurisprudence of the Superior Court, in the sense that, as it is not appropriate to appeal against the decision of the Rapporteur that allows or rejects the request for a suspensive effect of the interlocutory appeal – because he is subject only to a request for reconsideration (Code of Civil Procedure, Article 527, III and Single Paragraph) – he concedes to filing a writ of mandamus, since this case deals with a "teratology" decision, manifestly illegal or

_____[round seal:] [DIGITALLY SIGNED
Court of Justice of the State of Rio de Janeiro]

Special Unit
Av. Erasmo Braga, Nr.115, Room 910, Lamina I
Center – Rio de Janeiro/State of Rio de Janeiro – ZIP code_ 20010-010
Tel. +55 21 3133-2501

JESSE TORRES PEREIRA JUNIOR 000007267          Signed on June 3, 2014 at 4:00:48 p.m.
Location: OFFICE OF JUDGE TORRES PEREIRA JUNIOR

9

[digital stamp:] [Court of Justice of the State of Rio de Janeiro
Page 1205
Digitally Stamped]
[handwritten:] *7463*



**Judicial Power of the State of Rio de Janeiro**

**Special Unit**

issued under a misuse of power. In this sense: RMS (Ordinary Appeal in Writ of Mandamus) No. 36.982/PB, AgRg in the AREsp (Regulatory Appeal in a Special Appeal Bill) No. 95.401/PR, AgRg in the REsp No. 1.215.895/MT, RMS No. 32.787/SE.

The preliminary injunction petition was granted, in accordance, in order to have a partial suspensive effect on the interlocutory appeal underway in the 14th Civil Chamber, in the sense that the convened meeting must take place on the 3rd day of this month, in which the creditors who so wish may be in attendance, but whose validity is subject to the suitability examination of the due legal process that said Chamber shall conduct in a timely manner.

Intervening petition filed by ÓLEO E GÁS PARTICIPAÇÕES S.A. to postulate the dismissal of the preliminary injunction (folder 32).

Now, the Petitioner makes a revocation request (folder 1.202).

In the case of individual subjective rights, the revocation, in the special writ of mandamus process, can occur "at any time, regardless of the respondent's consent" (RE 167.224-2, Rel. Min. Néri da Silveira. Supreme Court Newsletter No. 184, of 04-12-00). Either by loss of the object, or by revocation, the interest to pursue a request for writ of mandamus is withdrawn, in its procedural sense of usefulness, necessity or advantage, imposing the termination of proceedings based on Art. 267, Item VIII, of the Code of Civil Procedure, which I hereby determine in exercising the powers conferred upon me by Art. 31, VII, of the Bylaws of the Court of Justice.

No fee shall be charged, in honor of the guidance given in Entry 512 of the Precedent of the Supreme Court, implemented in Art. 25 of Law No. 12.016/09.

Rio de Janeiro, June 03, 2014.

Chief Judge **JESSÉ TORRES**

Rapporteur

_____ [round seal:] [DIGITALLY SIGNED

Court of Justice of the State of Rio de Janeiro]

Special Unit

Av. Erasmo Braga, Nr.115, Room 910, Lamina I

Center – Rio de Janeiro/State of Río de Janeiro – ZIP code_ 20010

# Deloitte.

[handwritten:] **ANNEX 1**

Receiver
FA – Reorganization

Deloitte Touche Tohmatsu
Consultores Ltda
Av. Pres. Wilson, 231 – 22nd Floor
20030-905 – Rio de Janeiro – RJ
Brazil

Tel.: +55 (21) 3981-0487
+55 (21) 5186-1091
ajolecegas@deloitte.com

[handwritten:] *7464*

HONORABLE COURT JUDGE OF THE 4TH BUSINESS COURT OF THE CAPITAL DISTRICT OF THE STATE OF RIO DE JANEIRO

[handwritten:]
*J.I.*
*(1) According to the decision rendered, which regulated the presentation of documentation able to prove the legitimacy of the creditor or bondholder, the individual vote of those who submitted complete documentation pursuant to the terms of the annexed table shall be upheld.*

*(2) Also upheld is the calculation of votes collected separately from those who submitted complete documentation, but still have pending formalities, requiring a ten day extension of the deadline, under penalty of exclusion of their votes.*

*(3) Finally, also upheld is the calculation of any creditors that failed to submit complete documentation necessary for proving the validity of the creditor, [illegible] voting in the meeting, pursuant to the voting, as shown in the annexed table. [illegible]*

*Rio, 06-02-14 at 6:30 p.m.*

*[signature]*

File no. 0377620-56.2013.8.19.0001

DELOITTE TOUCHE TOHMATSU CONSULTORES LTDA, the Receiver appointed by this Honorable Judge in the case record of the JUDICIAL REORGANIZATION of ÓLEO E GÁS PARTICIPAÇÕES S.A. – IN JUDICIAL REORGANIZATION and other "Companies under Reorganization"), respectfully addresses Your Excellency, in order to expose and require the following:

"Deloitte" refers to the limited liability company established in the United Kingdom, "Deloitte Touche Tohmatsu Limited" and its network of member firms, each of which constitutes a separate legal entity. Access www.deloitte.com/about for a detailed description of the legal structure of Deloitte Touche Tohmatsu Limited and its member firms.

© 2011 Deloitte Touche Tohmatsu. All rights reserved.

[handwritten:] **7465**

1.       The purpose of this petition is to present, for assessment by the Hon. Judge, the list of bondholders that filed applications for the recognition of the right to petition, participate, speak and vote in general meetings of creditors of the companies under reorganization, according to the decision on pages 4,162/4,167. ("Authorizing Decision").

2.       The Receiver notes that only part of the documentation reviewed was assessed in the "Bondholder Identification Incident", and that he also reviewed documents taken directly from the Notary and others that were presented to him by the respective bondholders' lawyers, but with proof of filing with the distributor notary.

3.       In accordance with the Authorizing Decision, this Receiver understands that only the bondholders that presented all related documents during the preparation of the decision and before May 23, 2014, and in compliance with not less than all of the formal aspects of the procedure (such as notarization, embassy services and sworn translations), shall be automatically eligible to participate in the general meetings of the creditors to take place tomorrow, June 3, 2014.

4.       Thus, the Receiver understands that the bondholders listed in Annex I of this petition and those that total US$ 2,064,417,000.00 (two billion, sixty-four million, four hundred and seventeen thousand United States dollars) shall be eligible to exercise the right to petition, participate, speak and vote, in accordance with the generic and authorizing decision.

5.       On the other hand, in accordance with the Authorizing Decision, recognition of such rights for bondholders who are not eligible, pursuant to the provisions of the preceding paragraph, depends on the new specific and individualized decisions of this Judge.

6.       In the latter group, the Receiver understands that there are different situations that must be considered by your Honor.

7.       The first of which concerns the bondholders that, as understood by the Receiver, have submitted no less than all of the documents mentioned in the Authorizing Decision, with all of the necessary formalities, between May 23, 2014 and this date. The bondholders list can be found in Annex II of this petition, totaling US$ 122,825,000.00 (one hundred and twenty-two million, eight hundred and twenty-five thousand United States dollars).

[signature]

[handwritten:] *7466*

8.      The second situation concerns the bondholders that, as understood by the Receiver, have submitted no less than all of the documents mentioned in the Authorizing Decision, but without all of the necessary formalities before this date, requiring addition time to do so. The bondholders list can be found in Annex III of this petition, totaling US$ 42,352,000.00 (forty-two million, three hundred and fifty-two thousand United States dollars).

9.      The third group contains the bondholders that, as understood by the Receiver, have submitted less than all of the documents mentioned in the Authorizing Decision. The bondholders list can be found in Annex IV of this petition, totaling US$ 41,422,000.00 (forty-one million, four hundred and twenty-two thousand United States dollars).

10.     The final group contains bondholders that did not submit any of the documents mentioned in the Authorizing Decision. The bondholders list can be found in Annex V of this petition.

11.     Finally, the Receiver puts himself at the disposal of the Court for any clarifications that may be necessary.


Rio de Janeiro, June 2, 2014

[signature]

**DELOITTE TOUCHE TOHMATSU CONSULTORES LTDA.**

**Receiver**

Luis Vasco Elias

[signature]

**Luiz Gulherme Migliora**

OAB/RJ no. 63.306

13

[handwritten:] *ANNEX 3*
[handwritten:] *7467*

**Valid Votes – Annexes 1 and 2**

| BAUPOST | US$ | US$ | US$ |
|---|---|---|---|
| Passaic Place LLC. | 448,818,000.00 | 101,245,000.00 | 550,063,000.00 |
| **Subtotal** | **448,818,000.00** | **101,245,000.00** | **550,063,000.00** |
| CREDIT SUISSE | | | |
| Alpha HG Fund LTD | 3,320,000.00 | 5,050,000.00 | 8,370,000.00 |
| CSHG Graal Fund, LLC | 25,390,000.00 | 39,530,000.00 | 64,920,000.00 |
| Directive HG Fund | 3,470,000.00 | 3,560,000.00 | 7,030,000.00 |
| Green Fund, LLC | 6,570,000.00 | 14,290,000.00 | 20,860,000.00 |
| Green Fund II, LLC | 450,000.00 | 970,000.00 | 1,420,000.00 |
| **Subtotal** | **39,200,000.00** | **63,400,000.00** | **102,600,000.00** |
| DUPONT | | | |
| DuPont Pension Trust | 64,295,000.00 | 11,685,000.00 | 75,980,000.00 |
| **Subtotal** | **64,295,000.00** | **11,685,000.00** | **75,980,000.00** |
| EMSO | | | |
| Emerging Markets Special Opportunities Ltd. | 4,512,000.00 | 591,000.00 | 5,103,000.00 |
| EMSO Saguaro Funds Ltd. | 5,294,000.00 | 693,000.00 | 5,987,000.00 |
| EMSO Rose Fund Ltd. | 3,884,000.00 | 509,000.00 | 4,393,000.00 |
| EMSO Tulip Fund Ltd. | 2,960,000.00 | 388,000.00 | 3,348,000.00 |
| **Subtotal** | **16,650,000.00** | **2,181,000.00** | **18,831,000.00** |
| LORD ABBETT | | | |
| Lord Abbet Bond-Debenture Fund, Inc. | 20,000,000.00 | 0 | 20,000,000.00 |
| Lord Abbett Investment Trust – Lord Abbett Income Fund | 1,800,000.00 | 0 | 1,800,000.00 |
| Lord Abbett Investment Trust – Lord Abbett Inflation Focused Fund | 225,000.00 | 0 | 225,000.00 |
| Lord Abbett Investment Trust – Lord Abbett Short Duration Income Fund | 31,150,000.00 | 0 | 31,150,000.00 |
| Lord Abbett Investment Trust- Lord Abbett Total Return Fund | 1,730,000.00 | 0 | 1,730,000.00 |
| **Subtotal** | **54,905,000.00** | **0.00** | **54,905,000.00** |

**Number of Creditors: 16**          **Amount of credits: US$ 802,379.00.00**

14

[handwritten:] *7468*

**Valid Votes – Annexes 1 and 2**

| MONEDA | US$ | US$ | US$ |
|---|---|---|---|
| Moneda Latin American Corporate Debt | 5,588.000.00 | 1,427,000.00 | 7,015,000.00 |
| MLF Trust | 3,910,000.00 | 883,000.00 | 4,793,000.00 |
| Moneda Deuda Latinamericana Fondo de Inversión | 35,754,000.00 | 8,444,000.00 | 44,198,000.00 |
| **Subtotal** | **45,252,000.00** | **10,754,000.00** | **56,006,000.00** |
| NOMURA | | | |
| Nomura International Pic. | 138,688,000.00 | 42,954,000.00 | 181,642,000.00 |
| **Subtotal** | **138,688,000.00** | **42,954,000.00** | **181,642,000.00** |

**Number of creditors: 4**                          **Amount of credits: US$ 237,648,000.00**

15

[handwritten:] *7469*

**Valid Votes – Annexes 1 and 2**

| PIMCO | US$ | US$ | US$ |
|---|---|---|---|
| PIMCO Funds: PIMCO Diversified Income Fund | 20,900,000.00 | 12,200,000.00 | 33,100,000.00 |
| PIMCO Funds: PIMCO Floating Income Fund | 10,900,000.00 | 8,500,000.00 | 19,400,000.00 |
| PIMCO Global Stocks PLUS Income Fund | 1,400,000.00 | 2,050,000.00 | 3,450,000.00 |
| PIMCO Global Credit Opportunity Master Fund LDC Corporate Relative Value Sleeve | 18,100,000.00 | 35,900,000.00 | 54,000,000.00 |
| PIMCO Combined Alpha Strategies Master Fund LDC | 800,000.00 | 0 | 800,000.00 |
| PIMCO Funds: PIMCO Income Fund | 136,860,000.00 | 39,820,000.00 | 176,680,000.00 |
| PIMCO Income Opportunity Fund | 3,700,0000.00 | 3,300,000.00 | 7,000,000.00 |
| PIMCO Monthly Income Fund (Canada) | 18,100,000.00 | 6,700,000.00 | 24,800,000.00 |
| LVS I LCC | 218,830,000.00 | 190,780,000.00 | 409,610,000.00 |
| PIMCO Funds: PIMCO Small Company Fundamental IndexPLUS AR Strategy Fund | 600,000.00 | 1,000,000.00 | 1,600,000.00 |
| PIMCO Funds: PIMCO Small Company Fundamental IndexPLUS AR Strategy Fund | 3,900,000.00 | 0 | 3,900,000.00 |
| PIMCO Dynamic Income Fund | 16,700,000.00 | 0 | 16,700,000.00 |
| PIMCO Funds: Global Investors Series plc, Income Fund | 24,850,000.00 | 5,150,000.00 | 30,000,000.00 |
| PIMCO Funds: PIMCO Worldwide Fundamental Advantage AR Strategy Fund | 1,600,000.00 | 0 | 1,600,000.00 |
| PIMCO Tactical Opportunities Master Fund Ltd. | 2,000,000.00 | 0 | 2,000,000.00 |
| PIMCO Global Credit Opportunity Master Fund LDC Fundamental High Yield Sleeve | 0 | 1,700,000.00 | 1,700,000.00 |
| PIMCO Dynamic Credit Income Fund | 48,450,000.00 | 6,000,000.00 | 54,450,000.00 |
| PIMCO Equity Series: PIMCO Dividend and Income Builder Fund | 200,000.00 | 200,000.00 | 400,000.00 |
| **PIMCO Subtotal** | **527,890,000.00** | **313,300,000.00** | **841,190,000.00** |

**Number of Creditors: 18**                     **Amount of credits: US$ 841,190,000.00**

[handwritten:] *7470*

**Valid Votes – Annexes 1 and 2**

| FIRENZE | US$ | US$ | US$ |
|---|---|---|---|
| Firenze Corporate INC. | 700,000.00 | 0.00 | 700,000.00 |
| **Subtotal** | **700,000.00** | **0.00** | **700,000.00** |
| SPINNAKER | | | |
| Spinnaker Global Especial Situations Fund | 48,000,000.00 | 0 | 48,000,000.00 |
| Spinnaker Global Emerging Markets Fund | 62,300,000.00 | 0 | 62,300,000.00 |
| Spinnaker Global Opportunity Fund Ltd. | 25,200,000.00 | 0 | 25,200,000.00 |
| **Subtotal** | **135,500,0000.00** | **0.00** | **135,500,000.00** |
| VR Global | | | |
| VR Global Partners L.P. | 5,000,000.00 | 2,000,000.00 | 7,000,000.00 |
| **Subtotal** | **5,000,000.00** | **2,000,000.00** | **7,000,000.00** |
| BRENNUS | | | |
| Brennus Fund LP | 10,000,000.00 | 0.00 | 10,000,000.00 |
| **Subtotal** | **10,000,000.00** | **0.00** | **10,000,000.00** |
| FSB | | | |
| FSB Investments LTD. | 30,000,000.00 | 0.00 | 30,000,000.00 |
| **Subtotal** | **30,000,000.00** | **0.00** | **30,000,000.00** |

**Number of Creditors: 7**                    **Amount of credits: US$ 183,200,000.00**

17

[handwritten:] *7471*

**Valid Votes – Annexes 1 and 2**

| ALESSANDRA/MANULI | US$ | US$ | US$ |
|---|---|---|---|
| Alessandra Manuli | 550,000.00 | 0.00 | 550,000.00 |
| **Subtotal** | **550,000.00** | **0.00** | **550,000.00** |
| ANDROMEDA | | | |
| Andromeda Global Credit Fund LTD. | 600,000.00 | 9,290,000.00 | 9,890,000.00 |
| **Subtotal** | **600,000.00** | **9,290,000.00** | **9,890,000.00** |
| ANTONELLO MANULI | | | |
| Antonello Manuli | 875,000.00 | 0 | 875,000.00 |
| **Subtotal** | **875,000.00** | **0** | **875,000.00** |
| ASPEN | | | |
| Aspen Creek Partners, LP | 2,000,000.00 | 2,200,000.00 | 4,200,000.00 |
| **Subtotal** | **2,000,000.00** | **2,200,000.00** | **4,200,000.00** |
| AUTONOMY | | | |
| Autonomy Master Fund Limited | 35,757,000.00 | 19,401,000.00 | 55,158,000.00 |
| **Subtotal** | **35,757,000.00** | **19,401,000.00** | **55,158,000.00** |
| FIRST GENEVA | | | |
| First Geneva High Yield Fund | 1,950,000.00 | 0.00 | 1,950,000.00 |
| **Subtotal** | **1,950,000.00** | **0.00** | **1,950,000.00** |

**Number of Creditors: 6**                    **Amount of credits: US$ 72,623,000.00**

18

[handwritten:] *7472*

**Valid Votes – Annexes 1 and 2**

| GAM | US$ | US$ | US$ |
|---|---|---|---|
| GAM Trading (no. 37) INC. | 5,343,000.00 | 2,899,000.00 | 8,242,000.00 |
| **Subtotal** | **5,343,000.00** | **2,899,000.00** | **8,242,000.00** |
| LYXOR/ANDROMEDA | | | |
| Lyxor/Andromeda Global Credit Fund LTDA. | 300,000.00 | 6,210,000.00 | 6,510,000.00 |
| **Subtotal** | **300,000.00** | **6,210,000.00** | **6,510,000.00** |
| SHAHRIAR SHAHIDA | | | |
| Shahriar Shahida | 0.00 | 2,000,000.00 | 2,000,000.00 |
| **Subtotal** | **0.00** | **2,000,000.00** | **2,000,000.00** |
| SUSQUEHANNA | | | |
| Susquehanna Ireland Limited | 9,000,000.00 | 6,000,000.00 | 15,000,000.00 |
| **Subtotal** | **9,000,000.00** | **6,000,000.00** | **15,000,000.00** |
| CAPITAL VENTURES | | | |
| Capital Ventures International | 4,000,000.00 | 10,600,000.00 | 14,600,000.00 |
| **Subtotal** | **4,000,000.00** | **10,600,000.00** | **14,600,000.00** |
| ITAVA | | | |
| Itava Inc. | 3,650,000.00 | 0.00 | 3,650,000.00 |
| **Subtotal** | **3,650,000.00** | **0.00** | **3,650,000.00** |
| ELISABETTA MANULI | | | |
| Elisabetta Anastasia Manuli | 200,000.00 | 0.00 | 200,000.00 |
| **Subtotal** | **200,000.00** | **0.00** | **200,000.00** |

**Number of Creditors: 7**                    **Amount of credits: US$ 50,202,000.00**

[handwritten:] *7473*

Votes to be collected separately – Annex 3

| BNYM | US$ | US$ | US$ |
|---|---|---|---|
| BNYM Brazil International Fund SPC, On Behalf of JGP Offshore Segregated Portfolio | 1,500,000.00 | 0.00 | 1,500,000.00 |
| **Subtotal** | **1,500,000.00** | **0.00** | **1,500,000.00** |
| BRAX | | | |
| Brax Fund | 1,500,000.00 | 0.00 | 1,500,000.00 |
| **Subtotal** | **1,500,000.00** | **0.00** | **1,500,000.00** |
| NOVEL | | | |
| Novel Capital Ground Limited | 500,000.00 | 0.00 | 500,000.00 |
| **Subtotal** | **0.00** | **0.00** | **500,000.00** |
| QUAQUER | | | |
| Quaquer Event Arbitrag Fund (series de Quaquer Investment Trust) | 3,500,000.00 | 0.00 | 3,500,000.00 |
| **Subtotal** | **3,500,000.00** | **0.00** | **3,500,000.00** |
| EUROPEAN DISTRESSED | | | |
| European Distressed Mac Limited | 3,800,000.00 | 2,016,000.00 | 5,816,000.00 |
| **Subtotal** | **3,800,000.00** | **2,106,000.00** | **5,816,000.00** |
| GLG NEUTRAL FUND | | | |
| GLG Market Neutral Fund | 3,300,000.00 | 1,896,000.00 | 5,196,000.00 |
| **Subtotal** | **3,000,000.00** | **1,896,000.00** | **5,196,000.00** |
| GLG MASTER FUND | | | |
| GLG European Distressed Market Fund | 6,400,000.00 | 3,366,000.00 | 9,766,000.00 |
| **Subtotal** | **6,400,000.00** | **3,366,000.00** | **9,766,000.00** |
| GLG FUND | | | |
| GLG European Distressed Fund | 8,150,000.00 | 6,424,000.00 | 14,754,000.00 |
| **Subtotal** | **8,150,000.00** | **6,424,000.00** | **14,754,000.00** |
| MARCELLO ALVES | | | |
| Marcello Alves de Oliveira | 0.00 | 800,000,00 | 800,000,00 |
| **Subtotal** | **0.00** | **800,000.00** | **800,000.00** |
| **Total** | **USD 28,650,000.00** | **USD 14,502,000.00** | **USD 43,152,000.00** |

**Number of creditors: 9**          **Amount of credits: US$ 43,152,000.00**

20

[handwritten:] *7474*

**TOTALS**

| | |
|---|---|
| Total valid votes – annexes 1 and 2 | |
| Total number of creditors: 58 | |
| | Total amount of credits: |
| | US$ 2,187,242,000.00 |

| | |
|---|---|
| Total votes to be collected separately – annex 3 | |
| Total number of creditors: 9 | |
| | Total amount of credits: |
| | US$ 43,152,000.00 |

| | |
|---|---|
| Total valid votes and votes to be collected separately – annexes 1,2 and 3 | |
| Total number of creditors: 67 | |
| | Total amount of credits: |
| | US$ 2,230,394,000.00 |

Author's signature by ALBERTO JORGE DE LIMA FERREIRA ALVES: 000090389 <albertojorge@tjrj.jus.br> Unknown validity

21

Date: 05/15/2014 5:25:13 PM Location: TJ-RJ (Rio de Janeiro Court of Justice)

| Year 6 – No. 166/2014 | Date Made Available: Thursday, May 15 | [Handwritten:] *7475* |
| Book V – Tenders and other publications | Date Published: Friday, May 16 | 9 |

id: 1862279

PUBLISHED CITATION with a term of 20 (twenty) days, as set out below:

Dr. IVONE FERREIRA CAETANO, Titular Judge of the Court of Children, Youth, and the Elderly of the Rio de Janeiro State Capital County.

NOTIFIES any who have knowledge of this NOTICE, and especially DION CAMILO DA SILVA, that this Court of Children, Youth and the Elderly, located at Praça Onze de Junho, 403 – Centro, is processing Case no. 2014.710.000244-8, which is related to the request for ADOPTION  AND REMOVAL OF FAMILY POWER, requested by Paulo Henrique dos Santos and Dione Camilo da Silva, in favor of the teen/child C.T.S., born on 12/19/2005, daughter of the PARTY BEING CITED, which is in an unknown and uncertain location. Be informed that you have a term of 10 (ten) days to respond, after which the case will continue until a final sentence. So you cannot claim ignorance of the entire proceedings, the Hon. Judge ordered that this PUBLISHED CITATION be issued, which will be published and posted in the appropriate location, pursuant to Art. 232 of the Code of Civil Procedure. Given and issued in this city of Rio de Janeiro, on May 13 of 2014. I, Maria da Graça Rodrigues, Court Activity Clerk, Reg. no. 01/28571, typed it, and I, Francisco José da Rocha Carvalho, Reg. No. 01/18568, Chief Clerk, undersign. Sign: Dr. Ivone Ferreira Caetano, Judge of the Court of Children, Youth, and the Elderly.

2 of 3

id: 1863667

PUBLISHED CITATION with a term of 20 (twenty) days, as set out below:

Dr. IVONE FERREIRA CAETANO, Titular Judge of the Court of Children, Youth, and the Elderly of the Rio de Janeiro State Capital County.

NOTIFIES any who have knowledge of this NOTICE, and especially JOSÉ MARCIANO DOS SANTOS, that this Court of Children, Youth and the Elderly, located at Praça Onze de Junho, 403 – Centro, is processing Case no. 2014.710.001107-3, which is related to a request for CUSTODY, requested by Marcelo Luiz da Cunha, in favor of the teens/children M.A.S. (04/06/2005) and O.M.S. (07/26/1998), daughter of the PARTY BEING CITED, which is in an unknown and uncertain location. Be informed that you have a term of 10 (ten) days to respond, after which the case will continue until a final sentence. So you cannot claim ignorance of the entire proceedings, the Hon. Judge ordered that this PUBLISHED CITATION be issued, which will be published and posted in the appropriate location, pursuant to Art. 232 of the Code of Civil Procedure. Given and issued in this city of Rio de Janeiro, on May 14 of 2014. I, Maria da Graça Rodrigues, Court Activity Clerk, Reg. no. 01/28571, typed it, and I, Francisco José da Rocha Carvalho, Reg. No. 01/18568, Chief Clerk, undersign. Sign: Dr. Ivone Ferreira Caetano, Judge of the Court of Children, Youth, and the Elderly.

1 of 3

---

**Business Court**

**Fourth Business Court**

---

Id: 1862525

4TH BUSINESS COURT OF LAW OF THE COUNTY OF RIO DE JANEIRO, STATE OF RIO DE JANEIRO. PUBLISHED CONVENING OF GENERAL CREDITOR ASSEMBLIES, IN ACCORDANCE WITH ARTICLE 36 OF LAW NO. 11.101/05, TAKEN FROM THE RECORDS OF THE COURT RECOVERY OF ÓLEO E GÁS PARTICIPAÇÕES S.A. UNDER BANKRUPTCY REORGANIZATION, OGX PETRÓLEO E GÁS S.A., UNDER BANKRUPTCY REORGANIZATION, OGX AUSTRIA GMBH, UNDER BANKRUPTCY REORGANIZATION, and OGX AUSTRIA INTERNATIONAL GMBH, UNDER BANKRUPTCY REORGANIZATION, RECORDS NO. 0377620-56.2013.8.19.0001.

HIS EXCELLENCY MR. DR. GILBERTO CLOVIS FARIAS MATOS, HON. JUDGE OF THE 4TH BUSINESS COURT OF THE COUNTY OF RIO DE JANEIRO, STATE OF RIO DE JANEIRO, in the records of the BANKRUPTCY REORGANIZATION OF ÓLEO E GÁS PARTICIPAÇÕES S.A. UNDER BANKRUPTCY REORGANIZATION, OGX PETRÓLEO E GÁS S.A., UNDER BANKRUPTCY REORGANIZATION, OGX AUSTRIA GMBH, UNDER BANKRUPTCY REORGANIZATION, and OGX AUSTRIA INTERNATIONAL GMBH, UNDER BANKRUPTCY REORGANIZATION, which, upon the presentation of objections to the bankruptcy reorganization plans submitted by ÓLEO E GÁS PARTICIPAÇÕES S.A. UNDER BANKRUPTCY REORGANIZATION, OGX PETRÓLEO E GÁS S.A., UNDER BANKRUPTCY REORGANIZATION, OGX AUSTRIA GMBH, UNDER BANKRUPTCY REORGANIZATION, presented in accordance with Art. 55 of Law 11.101/05, convenes the interested creditors to the GENERAL CREDITOR ASSEMBLIES of the three companies, to be done at the Stock Market Building of Rio de Janeiro – Main Auditorium, located at Praça XV de Novembro, 20, Centro, Rio de Janeiro, RJ, in the 1st (first) convening, on June 3 (three) of 2014, with credentials as of 12 (twelve) o'clock for all creditors, and a General Creditor Assembly beginning at 2 (two) PM for creditors of OGX PETRÓLEO E GÁS S.A. UNDER BANKRUPTCY REORGANIZATION, and, once that is over, the General Creditor Assembly for creditors of ÓLEO E GÁS PARTICIPAÇÕES S.A. UNDER BANKRUPTCY REORGANIZATION, and finally, once that is over, the General Creditor Assembly for creditors of OGX AUSTRIA GMBH, UNDER BANKRUPTCY REORGANIZATION, and on the 2nd (second) convening, on the 11th (eleventh) of June, 2014, with credentials, starting at 12 (twelve) o'clock for all creditors, and a General Creditor Assembly beginning at 2 (two) PM for creditors of OGX PETRÓLEO E GÁS S.A. UNDER BANKRUPTCY REORGANIZATION, and, once that is over, the General Creditor Assembly for creditors of ÓLEO E GÁS PARTICIPAÇÕES S.A. UNDER BANKRUPTCY REORGANIZATION, and finally, once that is over, the General Creditor Assembly for creditors of OGX AUSTRIA GMBH, UNDER BANKRUPTCY REORGANIZATION, to be presided over by the representative of the Court Administrator. Considering that none of the creditors legitimized in accordance with § 3 of Article 45 of Law 11,101/2005 presented objections to the bankruptcy reorganization plan submitted by OGX INTERNATIONAL GMBH, UNDER BANKRUPTCY REORGANIZATION, a general creditor assembly for that company was waived, in accordance with Art. 56 of Law no. 11,101/2005. Initiation on the 1st convening of each of the three GENERAL CREDITOR ASSEMBLIES for ÓLEO E GÁS PARTICIPAÇÕES S.A. UNDER BANKRUPTCY REORGANIZATION, OGX PETRÓLEO E GÁS S.A. UNDER BANKRUPTCY REORGANIZATION, and OGX AUSTRIA GMBH, UNDER BANKRUPTCY REORGANIZATION, will be done in the presence of holders of more than half of the credits in each creditor class of each of the three

---

___

Official Publication of the Court of Justice of Rio de Janeiro State – Federal Law no. 11,419/2006, Art. 4, and TJ/OE Resolution no. 10/2008.

Author's signature by ALBERTO JORGE DE LIMA FERREIRA ALVES: 000090389 <albertojorge@tjrj.jus.br> Unknown validity
Date: 05/15/2014 5:25:14 PM Location: TJ-RJ (Rio de Janeiro Court of Justice)

| Year 6 – No. 166/2014 | Date Made Available: Thursday, May 15 | [Handwritten:] *7475* |
| Book V – Tenders and other publications | Date Published: Friday, May 16 | 10 |

companies, individually calculated. The general creditor assembly(ies) will be initiated, in the event of the 2nd (second) convening, with any quorum. Each General Creditor Assembly will have on its agenda: (a) the creation of a Creditor Committee for each of the companies under Reorganization, whose representatives must be elected by the creditors and bondholders legitimized to vote on each company under Reorganization (with votes determined pursuant to Art. 42 of Law 11,101/2005); and (b) a decision regarding the approval, rejection or modification of plans for judicial recovery of each company under Reorganization, by the creditors and bondholders legitimized to vote on each respective company under Reorganization (with votes determined pursuant to Art. 42 of Law 11,101/2005). The deliberations established in the agenda for each General Creditor Assembly will occur only when the three General Creditor Assemblies are validly installed at the same time. The creditors and bondholders legitimized to vote who wish to be represented by attorneys, as provided in Article 37, § 4, of Law no. 11,101/05, must deliver to the Court Administrator, Deloitte Touche Tohmatsu Consultore Ltda., at its address at Av. Presidente Wilson, no. 231/22° andar, Centro/RJ, CEP 20030-905, within up to 24 (twenty four) hours before the General Creditor Assemblies are held, in accordance with the convening notice, a valid document that proves its powers or stating the pages in the case records where the document can be found.

Creditors may obtain copies of the bankruptcy reorganization plans at the website [http://www.ogpar.com.br], by request to the Court Administrator at the e-mail ajoleoegas@deloitte.com, or at the clerkship of the Fourth Business Court of the Rio de Janeiro State Capital County, located at Av. Erasmo Braga, 115, 7° andar, Centro, Rio de Janeiro, RJ. And, so that all creditors are notified of this, and cannot claim ignorance of it, this notice is issued, which will be published in accordance with the Law, with one copy posted on the customary place on the Forum. LET THIS BE DONE. Given and issued in this city of Rio de Janeiro, State of Rio de Janeiro, on May thirteenth, 2014. I, Maria Carmelina de Oliveira, Reg. No. 01/9151, undersign. Sig. Hon Judge Dr. GILBERTO CLOVIS FARIAS MATOS.

**6th Business Court**

id: 1863794

NOTICE SUMMONING INTERESTED THIRD PARTIES, with a term of 20 (twenty) days, in accordance with Art. 94 (Consumer Defense Code), of Law no. 8,078/90, as follows:

Doctor Maria Isabel Paes Goncalves, Judge of the 6th Business Court of the Rio de Janeiro State Capital County, NOTIFIES interested third parties that, by means of the 1st Records Distribution Office, this Court was given a CIVIL COLLECTIVE LAWSUIT, Case No. 0050274-19.2007.8.19.0001, filed by the ASSOCIAÇÃO FLUMINENSE DE AMPARO AOS CEGOS (Rio de Janeiro Association of Assistance to the Blind) against BANCO BRADESCO S/A, the object of which is to order that the defendant create its joining contracts and all other essential documents for the consumer relation printed in Braille language; that the defendant send consolidated monthly statements for the visually impaired in Braille language; that the bank develop internally, for its employees, a booklet with codes of conduct to serve the visually impaired, in such a manner as to guide and stimulate the awareness of differentiated treatment; that the defendant be condemned to pay a fine and other requests. And, in order to make the interested parties aware and for legal purposes, this notice is issued, which will be posted in the customary place and published in accordance with the law, aware that this court operates at Avenida Erasmo Braga, 115, Lâmina Central, sala 720 – Centro. Given and issued in this city of Rio de Janeiro, on May nine of two thousand fourteen. I, Luna Cátia V. Ferreira, Court Analyst, typed it. And I, Guiomar de Azevedo Zarife, Clerk, undersign. Maria Isabel Paes Gonçalves – Judge.

id: 1863795

SIXTH BUSINESS COURT OF THE CAPITAL COUNTY

BANKRUPTCY OF PERFUMARIA SOCIAL LTDA EPP

Process No. 0033886-02.2011.8.19.0001

NOTICE of Art. 7, § 2, of Law 11,101/2005, as follows:
The Court Liquidator of the Center of Court Liquidators of the Rio de Janeiro Capital County, in his or her capacity as Court Administrator of the Bankruptcy in question, in compliance with the provisions of Article 7, § 2, of Law 11,101/05, publishes this notice with a list of creditors of said company. This Court Administrator's address is at Avenida Nilo Peçanha, no. 11, 3° andar, from 11:00 am to 6:00 pm, available to the persons indicated in Art. 8 of Law 11,101/2005, and may, within the common term of 10 (ten) days, access the documents on which this list was created, and may submit to the 6th Business Court of this County, an objection to the list of creditors, indicating the absence of any credit or opposing the legitimacy, the value, or the classification of credit listed.

UNSECURED CREDIT

BANCO SAFRA S/A (Pages 17/29) ...... R$ 149,616.76
And, so that the interested parties are made aware for legal purposes, this notice is issued, which will be posted in the customary place and published in accordance with the law. Aware that this Court operates at Av. Erasmo Braga, 115, Lâmina Central, sala 720, Centro. Given and issued in this city of Rio de Janeiro, on the fourteenth of the month of May of two thousand fourteen. I, Luna Cátia Vasconcelos Ferreira, Court Analyst, typed it. And I, Guiomar de Azevedo Zarife, a clerk, undersign. (a) Maria Isabel Paes Gonçalves, Judge.

id: 1863769

Official Publication of the Court of Justice of Rio de Janeiro State – Federal Law no. 11,419/2006, Art. 4, and TJ/OE Resolution no. 10/2008.

[handwritten:] *ANNEX 4*
[handwritten:] *7477*

**OGXPG – Voting by Credit minus Consolidated Abstention Percentage**
**Topic 1 – Approve the Judicial Reorganization Plan presented at this General Meeting of Creditors?**



[right side text; top to bottom]: Yes Credits; No Credits; Abstention Credits
[graph headers, left to right]: Class 3; TOTAL

**OGXPG – Voting by Creditor minus Consolidated Abstention Percentage**
**Topic 1 – Approve the Judicial Reorganization Plan presented at this General Meeting of Creditors?**



[right side text; top to bottom]: Yes Votes; No Votes; Abstention Votes
[graph headers, left to right]: Class 3; TOTAL

24

**Decreasing List of Credits**

**Deloitte** [Handwritten:] *7478*

| | | |
|---|---|
| **Name of the Assembly: OGXPG** | **Beginning Date: June 3, 2014 12:11:17 p.m.** |
| **Location: Rio de Janeiro** | **Notes:** |
| **Category: Consolidated** | |

| Creditor | Representative | Class | Votes | Credit |
|---|---|---|---|---|
| Passaic Place LLC | | Class 3 | 1 | 1,245,342,632.00 |
| LVS I LLC | | Class 3 | 1 | 927,357,040.00 |
| Nomura International Plc. | | Class 3 | 1 | 411,237,488.00 |
| PIMCO Funds: PIMCO Income Fund | | Class 3 | 1 | 400,003,520.00 |
| DuPont Pension Trust | | Class 3 | 1 | 172,018,720.00 |
| CSHG Graal Fund, LLC | | Class 3 | 1 | 146,978,880.00 |
| DIAMOND OFFSHORE NETHERLANDS B.V. | | Class 3 | 1 | 145,142,489.15 |
| Spinnaker Global Emerging Markets Fund | | Class 3 | 1 | 141,047,200.00 |
| SCHLUMBERGER SERVIÇOS DE PETRÓLEO LTDA. | | Class 3 | 1 | 129,792,400.72 |
| Autonomy Master Fund LImited | | Class 3 | 1 | 124,877,712.00 |
| PIMCO Dynamic Credit Income Fund | | Class 3 | 1 | 123,274,800.00 |
| PIMCO Global Credit Opportunity Master Fund LDC Corporate Relative Value Sleeve | | Class 3 | 1 | 122,256,000.00 |
| Spinnaker Global Special Situations Fund | | Class 3 | 1 | 108,672,000.00 |
| SOUTHERN SCHLUMBERGER SA | | Class 3 | 1 | 105,199,120.88 |
| Moneda Deuda Latinoamericana Fondo de Inversion | | Class 3 | 1 | 100,064,272.00 |
| PIMCO Funds: PIMCO Diversified Income Fund | | Class 3 | 1 | 74,938,400.00 |
| Lord Abbett Investment Trust – Lord Abbett Short Duration Income Fund | | Class 3 | 1 | 70,523,600.00 |
| PERENCO PETRÓLEO E GÁS DO BRASIL LTDA. | | Class 3 | 1 | 69,277,715.78 |
| PIMCO Funds: Global Investors Series plc, Income Fund | | Class 3 | 1 | 67,920,000.00 |
| FSB Investments LTD. | | Class 3 | 1 | 67,920,000.00 |
| Spinnaker Global Opportunity Fund Ltd. | | Class 3 | 1 | 57,052,800.00 |
| PIMCO Monthly Income Fund (Canada) | | Class 3 | 1 | 56,147,200.00 |
| [illegible]SWACO DO BRASIL – COMERCIO SERVIÇOS | | Class 3 | 1 | 54,106,695.86 |
| CALAND BOREN B.V. | | Class 3 | 1 | 50,493,049.63 |
| Green Fund, LLC | | Class 3 | 1 | 47,227,040.00 |
| Lord Abbett Bond – Debenture Fund, Inc. | | Class 3 | 1 | 45,280,000.00 |
| PIMCO Funds: PIMCO Floating Income Fund | | Class 3 | 1 | 43,921,600.00 |
| PETRÓLEO BRASILEOR S.A. | | Class 3 | 1 | 38,080,905.30 |
| PIMCO Dynamic Income Fund | | Class 3 | 1 | 37,808,800.00 |
| BAKER HUGHES DO BRASIL LTDA. | | Class 3 | 1 | 34,490,920.10 |
| Susquehanna Ireland Limited | | Class 3 | 1 | 33,960,000.00 |
| BRAM OFFSHORE TRANSPORTES MARÍTIMOS LTDA. | | Class 3 | 1 | 33,862,290.83 |
| Capital Ventures International | | Class 3 | 1 | 33,054,400.00 |
| BRASDRIL SOCIEDADE DE PERFURAÇÕES LTDA. | | Class 3 | 1 | 33,009,765.50 |
| GLG European Distressed Fund | | Class 3 | 1 | 32,995,536.00 |
| Brennus Fund LP | | Class 3 | 1 | 22,640,000.00 |

**Decreasing List of Credits**

**Deloitte** [Handwritten:] *7479*

| | |
|---|---|
| Name of the Assembly: OGXPG | Beginning Date: June 3, 2014 12:11:17 p.m. |
| Location: Rio de Janeiro | Notes: |
| Category: Consolidated | |

| Creditor | Representative | Class | Votes | Credit |
|---|---|---|---|---|
| Andromeda Global Credit Fund LTD. | | Class 3 | 1 | 22,390,960.00 |
| GLG European Distressed Master Fund LTD. | | Class 3 | 1 | 22,110,224.00 |
| Alpha HG Fund LTD | | Class 3 | 1 | 18,949,680.00 |
| GAM Trading (No. 37) INC. | | Class 3 | 1 | 18,659,888.00 |
| GE OIL & GAS DO BRASIL LTDA | | Class 3 | 1 | 17,870,264.05 |
| WELLSTREAM INTERNTIONAL LTD (sic) | | Class 3 | 1 | 17,681,634.23 |
| SMITH INTERNATIONAL DO BRASIL LTDA. | | Class 3 | 1 | 16,120,015.25 |
| Directive HG Fund | | Class 3 | 1 | 15,915,920.00 |
| Moneda Latin American Corporate Debt | | Class 3 | 1 | 15,881,960.00 |
| PIMCO Income Opportunity Fund | | Class 3 | 1 | 15,848,000.00 |
| [illegible] Global Partners L.P. | | Class 3 | 1 | 15,848,000.00 |
| Lyxor/Andromea Global Credit Fund LTDA. | | Class 3 | 1 | 14,738,640.00 |
| EMSO Saguaro Funds Ltd. | | Class 3 | 1 | 13,554,568.00 |
| ENSCO DO BRASIL PETRÓLEO E GÁS LTDA. | | Class 3 | 1 | 13,404,123.10 |
| European Distressed Mac Limited | | Class 3 | 1 | 13,167,424.00 |
| GLG Market Neutral Fund | | Class 3 | 1 | 11,763,744.00 |
| Emerging Markets Special Opportunities Ltd. | | Class 3 | 1 | 11,553,192.00 |
| MAERSK SUPPLY SERVICE AS | | Class 3 | 1 | 11,125,608.43 |
| MLF Trust | | Class 3 | 1 | 10,851,352.00 |
| FRANK'S INTERNATIONAL DO BRASIL LTDA. | | Class 3 | 1 | 10,675,519.70 |
| MAERSK OIL BRASIL LTDA. | | Class 3 | 1 | 10,521,152.41 |
| EMSO Rose Fund Ltd. | | Class 3 | 1 | 9,945,752.00 |
| FRANK'S INTERNATIONAL AMERICAS B.V. | | Class 3 | 1 | 9,535,287.49 |
| [illegible] Creek Partners, LP | | Class 3 | 1 | 9,508,800.00 |
| [illegible] ENERGY DO BRASIL LTDA | | Class 3 | 1 | 9,305,520.00 |
| PIMCO Funds: PIMCO International Fundamental IndexPlus | | | | |
| AR Strategy Fund | | Class 3 | 1 | 8,829,600.00 |
| DOF REDERI II AS | | Class 3 | 1 | 8,743,750.14 |
| Itava Inc. | | Class 3 | 1 | 8,263,600.00 |
| Quaquer Event Arbitrag Fund (series de Quaquer Investment | | | | |
| Trust | | Class 3 | 1 | 7,924,000.00 |
| PIMCO Global Stocks PLUS & Income Fund | | Class 3 | 1 | 7,810,800.00 |
| EMSO Tulip Fund Ltd. | | Class 3 | 1 | 7,579,872.00 |
| MARINE PRODUCTION SYSTEMS DO BRASIL LTDA. | | Class 3 | 1 | 6,906,904.86 |
| MAERSK ENERGIA LTDA | | Class 3 | 1 | 6,203,680.00 |
| V&M DO BRASIL S.A. | | Class 3 | 1 | 4,899,243.74 |
| NORSKAN OFFSHORE LTDA. | | Class 3 | 1 | 4,769,259.98 |
| HALLIBURTON SERVICOS LTDA | | Class 3 | 1 | 4,696,184.50 |
| PIMCO Tactical Opportunities Master Fund Ltd. | | Class 3 | 1 | 4,528,000.00 |

**Decreasing List of Credits**

**Deloitte** [Handwritten:] *7480*

Name of the Assembly: OGXPG

Beginning Date: June 3, 2014 12:11:17 p.m.

Location: Rio de Janeiro

Notes:

Category: Consolidated

| Creditor | Representative | Class | Votes | Credit |
|---|---|---|---|---|
| Shahriar Geneva High Yield Fund | | Class 3 | 1 | 4,528,000.00 |
| First Geneva High Yield Fund | | Class 3 | 1 | 4,414,800.00 |
| Lord Abbett Investment Trust – Lord Abbett Income Fund | | Class 3 | 1 | 4,075,200.00 |
| Lord Abbett Investment Trust – Lord Abbett Total Return Fund | | Class 3 | 1 | 3,916,720.00 |
| PIMCO Global Credit Opportunity Master Fund LDC Fundamental High Yield Sleeve | | Class 3 | 1 | 3,848,800.00 |
| GEORESEARCH DO BRASIL LTDA. | | Class 3 | 1 | 3,742,160.68 |
| PIMCO Funds: PIMCO Small Company Fundamental IndexPLUS AR Strategy Fund | | Class 3 | 1 | 3,622,400.00 |
| PIMCO Funds: PIMCO Worldwide Fundamental Advantage AR Strategy Fund | | Class 3 | 1 | 3,460,422.35 |
| [illegible]KER HUGHES OILFIELD OPERATIONS INC | | Class 3 | 1 | 3,396,000.00 |
| [illegible]YM Brazil International Fund SPC, On Behalf of JGP Offshore Segregated Portfolio | | Class 3 | 1 | 3,396,000.00 |
| Brax Fund | | Class 3 | 1 | 3,214,880.00 |
| Green II Fund, LLC | | Class 3 | 1 | 3,161,314.14 |
| PETROBRAS DISTRIBUIDORA S.A. | | Class 3 | 1 | 3,133,322.95 |
| IBM BRASIL – INDÚSTRIA, MÁQUINAS E SERVIÇOS LTDA. | | Class 3 | 1 | 2,662,508.56 |
| INTERMOORD DO BRASIL SERVIÇOS OFFSHORE DE INSTALAÇÃO LTDA. | | Class 3 | 1 | 2,416,627.65 |
| Antonello Manuli | | Class 3 | 1 | 1,981,000.00 |
| INNOVA RIO ENGENHARIA E CONSTRUÇÕES LTDA. | | Class 3 | 1 | 1,933,811.49 |
| PIMCO Combined Alpha Strategies Master Fund LDC | | Class 3 | 1 | 1,811,200.00 |
| MARCELLO ALVES DE OLIVEIRA | | Class 3 | 1 | 1,811,200.00 |
| CAPROCK COMUNICAÇÕES DO BRASIL LTDA. | | Class 3 | 1 | 1,803,614.21 |
| [illegible]ERSK SUPPLY SERVICE – APOIO MARÍTIMO LTDA. | | Class 3 | 1 | 1,792,339.82 |
| [illegible]nze Corporate INC. | | Class 3 | 1 | 1,584,800.00 |
| BRIC BRAZILIAN INTERMODAL COMPLEX S.A. | | Class 3 | 1 | 1,428,206.17 |
| GREENE'S ENERGIA SERVIÇOS DO BRASIL LTDA. | | Class 3 | 1 | 1,258,084.10 |
| Alessandra Manuli | | Class 3 | 1 | 1,245,200.00 |
| FUGRO BRASIL SERVICOS SUBMARINOS E | | Class 3 | 1 | 1,199,796.73 |
| Novel Capital Group Limited | | Class 3 | 1 | 1,132,000.00 |
| SOUTHERN WESTERNGECO S.R.L. | | Class 3 | 1 | 1,012,323.94 |
| PULSE MONITORAMENTO ESTRUTURAL LTDA | | Class 3 | 1 | 998,524.07 |
| PIMCO Equity Series: PIMCO Dividend and Income Builder | | Class 3 | 1 | 905,600.00 |
| C-INNOVATION DO BRASIL SERVIÇOS DE ROBÓTICA SUBMARINA LTDA. | | Class 3 | 1 | 802,286.94 |
| GEOQUEST SYSTEMS B.V. | | Class 3 | 1 | 781,588.97 |
| MARINE PRODUCTION SYSTEMS LTD | | Class 3 | 1 | 665,592.84 |
| AECOM DO BRASIL LTDA | | Class 3 | 1 | 608,328.47 |

User: equadros          Page:     3 / 6          Date: June 3, 2014     Time: 5:39:56 p.m.

6718750

**Decreasing List of Credits**

**Deloitte** [Handwritten:] *7481*

**Name of the Assembly: OGXPG**                     Beginning Date: June 3, 2014 12:11:17 p.m.

**Location: Rio de Janeiro**                     Notes:

**Category: Consolidated**

| Creditor                                               Representative | Class | Votes | Credit |
|---|---|---|---|
| Lord Abbett Investment Trust – Lord Abbett Inflation Focused Fund | Class 3 | 1 | 509,400.00 |
| GOLS SERVICOS DE LOGISTICA OFFSHORE LTDA. | Class 3 | 1 | 483,718.35 |
| Elisabetta Anastasia Manuli | Class 3 | 1 | 452,800.00 |
| INVISION GEOFISICA LTDA | Class 3 | 1 | 410,347.46 |
| SOLINTEC CONSULTORIA E SERVIÇOS DE GEOLOGIA LTDA. | Class 3 | 1 | 324,322.65 |
| RENTCON LOCAÇÃO E COMÉRCIO DE EQUIPAMENTOS LTDA. EPP | Class 3 | 1 | 301,598.34 |
| 2H OFFSHORE PROJETOS LTDA | Class 3 | 1 | 275,020.67 |
| BIOCHRON CONSULTORIA LTDA | Class 3 | 1 | 242,927.50 |
| [illegible]ERSK H2S SAFETY SERVICES AS | Class 3 | 1 | 233,125.14 |
| [illegible]MA DESENVOLVIMENTO & MEIO AMBIENTE | Class 3 | 1 | 218,877.49 |
| PORTAGIO ENGENHARIA E CONSTRUCOES L | Class 3 | 1 | 215,271.00 |
| MAERSK H2S SAFETY SERVICES BRASIL S.A. | Class 3 | 1 | 212,445.25 |
| POTIGUAR ENGENHARIA, CONSULTORIA E | Class 3 | 1 | 184,852.80 |
| ANALISYS AUDITORIA, CONSULTORIA E TREINAMENTO LTDA. | Class 3 | 1 | 144,994.66 |
| GC CONSULTORES (originally listed as GAFFNEY, CLINE & ASSOCIATES INC.) | Class 3 | 1 | 131,948.54 |
| WILD WELL CONTROL, INC | Class 3 | 1 | 96,012.55 |
| WORKBOAT SERVICOS E APOIO MARITIMOS | Class 3 | 1 | 90,809.04 |
| MARLOPES ASSESSORIA EM SEGURANCA DO | Class 3 | 1 | 87,837.73 |
| SAVECARE ATENDIMENTO PRE-HOSPITALAR | Class 3 | 1 | 87,000.00 |
| G COMEX ARMAZENS GERAIS LTDA | Class 3 | 1 | 66,905.20 |
| VIVO SA | Class 3 | 1 | 66,604.11 |
| [illegible]OA CANTO REZENDE E GUERRA ADVOGADOS | Class 3 | 1 | 57,053.02 |
| [illegible]FTECH BRASIL SERVICOS E COMERCIOS | Class 3 | 1 | 56,600.00 |
| AUTOMATOS PARCICIPACOES S.A. | Class 3 | 1 | 50,992.74 |
| MS LOGISTICA ADUANEIRA LTDA | Class 3 | 1 | 49,496.35 |
| FARIA LAHAM CONSULTORIA EMPRESARIAL | Class 3 | 1 | 47,883.35 |
| INVENTUM PROGRAMACAO VISUAL E PROJE | Class 3 | 1 | 45,436.50 |
| ASSOCIACAO DESPORTIVA RJX | Class 3 | 1 | 44,500.00 |
| TOTVS SA | Class 3 | 1 | 42,435.80 |
| INTER ASSESSORIA AERONAUTICA LTDA | Class 3 | 1 | 38,012.80 |
| WLA INTERPRETACAO DE PERFIS LTDA | Class 3 | 1 | 37,145.00 |
| AEROSPACE E MARINE INTERNATIONAL | Class 3 | 1 | 36,371.16 |
| OKER EMPREENDIMENTOS, PARTICIPACOES | Class 3 | 1 | 35,855.15 |
| BANCO BRADESCO S/A | Class 3 | 1 | 33,870.74 |
| SPRINK SEGURANÇA CONTRA INCENDIO LTDA | Class 3 | 1 | 28,572.58 |
| INSTITUTO INNOVARE PESQUISA DE MERC | Class 3 | 1 | 28,400.00 |

**Decreasing List of Credits**

**Deloitte** [Handwritten:] *7482*

Name of the Assembly: OGXPG                                    Beginning Date: 6/3/2014 12:11:17 p.m.

Location: Rio de Janeiro                                       Notes:

Category: Consolidated

| Creditor | Representative | Class | Votes | Credit |
|---|---|---|---|---|
| VENATIV ASSESORIA AMBIENTAL E COME | | Class 3 | 1 | 27,319.32 |
| MP DE LIMA GEOLOGIA DE PETROLEO | | Class 3 | 1 | 26,000.00 |
| FULLTIME COMERCIO DE MATERIAIS PARA | | Class 3 | 1 | 24,795.50 |
| MADRI ENGENHARIA PROJ E EST AMBIENT | | Class 3 | 1 | 24,484.00 |
| LERSCH TRADUÇÕES | | Class 3 | 1 | 20,350.09 |
| CARRIERWEB BR SOLUÇÕES TECNOLÓGICAS LTDA. | | Class 3 | 1 | 17,905.04 |
| ATLANTIS SOLUCOES EM MEIO AMBIENTE | | Class 3 | 1 | 16,035.20 |
| EXPRO DO BRASIL SERVICOS LTDA | | Class 3 | 1 | 15,480.73 |
| DAVIS POLK & WARDWELL CONSULTORES E | | Class 3 | 1 | 14,639.95 |
| [illegible]C M PEREIRA MUDANCAS E TRANSPORTE | | Class 3 | 1 | 14,364.00 |
| VINHAS E REDENSCHI ADVOGADOS | | Class 3 | 1 | 13,531.45 |
| TOP RIO VIAGENS E TURISMO LTDA | | Class 3 | 1 | 13,486.64 |
| RADIO-TAXI 2000 – COOPERATIVA DE RA | | Class 3 | 1 | 13,232.77 |
| FRANCA, LOPES PINTO ADVOGADOS ASSOCIADOS | | Class 3 | 1 | 12,666.67 |
| REAL SRR PUBLICIDADE E MARKETING LTDA | | Class 3 | 1 | 12,623.10 |
| EDUARDO DUARTE SERVICOS LTDA | | Class 3 | 1 | 12,000.00 |
| AR FRIO SISTEMAS TERMICOS LTDA | | Class 3 | 1 | 11,775.57 |
| MHAC INTERMEDIACAO DE NEGOCIOS EIRE | | Class 3 | 1 | 10,650.00 |
| FIVE STARS DE MACAE SERVICOS DE PET | | Class 3 | 1 | 9,621.50 |
| 15 OFICIO DE NOTAS DA COMARCA DA CAPITAL | | Class 3 | 1 | 7,926.32 |
| LABTOX – LABORATORIO DE ANALISE AMBIENTAL | | Class 3 | 1 | 7,889.82 |
| NMC ASSESSORIA COMERCIAL LTDA | | Class 3 | 1 | 7,404.35 |
| PRESCELL ASSESSORIA EXECUTIVA LTDA | | Class 3 | 1 | 6,572.62 |
| [illegible]S.A. | | Class 3 | 1 | 6,468.92 |
| LOGIKA SERVICOS DE TRANSPORTES LTDA | | Class 3 | 1 | 6,232.34 |
| CAR RENTAL SYSTEMS DO BRASIL LOCAÇÃO | | Class 3 | 1 | 6,090.00 |
| PRATICAGEM FLUMINENSE SOCIEDADE DE | | Class 3 | 1 | 5,882.00 |
| INTERNAUTICA CALL CENTER SERVICOS D | | Class 3 | 1 | 5,044.55 |
| MEDIA CORP SERVICOS DE PUBLICIDADE | | Class 3 | 1 | 5,000.00 |
| MAIS MEDIA MONITORAMENTO DE INFORMA | | Class 3 | 1 | 3,873.56 |
| DIAS CORREA ADVOGADOS | | Class 3 | 1 | 3,390.00 |
| B.A.M CONSULTORIAS E GESTAO DE PATR | | Class 3 | 1 | 3,333.18 |
| CMS CAMERON MCKENNA CONSULTORES EM | | Class 3 | 1 | 3,135.00 |
| MED-RIO CHECK-UP MED PREVENT LTDA | | Class 3 | 1 | 3,026.00 |
| HS ASSOCIATUS LTDA | | Class 3 | 1 | 2,950.00 |
| MTT SERVICOS DE INFORMATICA LTDA | | Class 3 | 1 | 2,890.00 |
| FIRMO SABINO E LESSA ADVOGADOS | | Class 3 | 1 | 2,745.03 |

User: equadros          Page:      5 / 6          Date: June 3, 2014     Time: 5:39:56 p.m.

7031250

**Decreasing List of Credits**

**Deloitte** [Handwritten:] *7483*

**Name of the Assembly: OGXPG**

**Location: Rio de Janeiro**

**Category: Consolidated**

**Beginning Date: June 3, 2014 12:11:17 p.m.**

**Notes:**

| Creditor | Representative | Class | Votes | Credit |
|---|---|---|---|---|
| ICF CONSULTORIA DO BRASIL LTDA | | Class 3 | 1 | 2,728.86 |
| GEOCHEMICAL TECHNOLOGY SERVICIOS AN | | Class 3 | 1 | 2,436.94 |
| INTEGRA CONSULTORIA SS LTDA | | Class 3 | 1 | 2,056.15 |
| IRON MOUNTAIN DO BRASIL LTDA | | Class 3 | 1 | 1,935.73 |
| AVIPAM TURISMO E TECNOLOGIA LTDA | | Class 3 | 1 | 1,921.72 |
| LUMIS EIP TECNOLOGIA DA INFORMACAO | | Class 3 | 1 | 1,777.86 |
| FM ORGANIZACAO E PLANEJAMENTO DE EV | | Class 3 | 1 | 1,641.50 |
| ASSOCIACAO BRASILEIRA DAS EMPRESAS | | Class 3 | 1 | 1,591.82 |
| MANAN 246 SERVICOS LTDA | | Class 3 | 1 | 1,517.83 |
| [illegible]ERCONNECTIONS EXCELENCIA EM IDIO | | Class 3 | 1 | 1,386.41 |
| [illegible]SOCIACAO DOS TAXISTAS DO CASTELINHO | | Class 3 | 1 | 1,167.00 |
| INSTITUTO DE CIENCIAS NAUTICAS ICN | | Class 3 | 1 | 1,100.00 |
| COPY HOUSE SERVICOS REPROGRAFICOS L | | Class 3 | 1 | 1,099.65 |
| COMUNIQUE SE COMUNICACAO CORPORATIVA | | Class 3 | 1 | 1,000.00 |
| AQUALAB QUIMICA E SERVICOS LTDA | | Class 3 | 1 | 904.09 |
| LUCADDELI MERCEARIA LTDA EPP | | Class 3 | 1 | 581.68 |
| SERVICOS TEC E DE REP BARCRO LTDA E | | Class 3 | 1 | 420.25 |
| CRISTOVINHO ALIMENTOS LTDA EPP | | Class 3 | 1 | 249.32 |
| ARAQUEM DE AZEREDO | | Class 3 | 1 | 226.20 |
| OPTIONS CONSULTORIA E TREINAMENTOS | | Class 3 | 1 | 189.00 |
| TOCANTINS ADVOGADOS | | Class 3 | 1 | 147.84 |
| LAVA SÃO SALVADOR LAVANDERIA LTDA | | Class 3 | 1 | 131.14 |
| BLOOMBERG FINANCE L.P. | | Class 3 | 1 | 124.52 |
| DIGITALIZACAO DE DADOS LTDA | | Class 3 | 1 | 40.23 |

**Final Result**

**Deloitte** [Handwritten:] *7484*

| | |
|---|---|
| **Name of the Assembly: OGXPG** | **Beginning Date: June 3, 2014 12:11:17 p.m.** |
| **Location: Rio de Janeiro** | **Notes:** |
| **Category: Consolidated** | |

Topic:   Start Date: June 3, 2014 509:37 p.m.          End Date: June 3, 2014 5:39:38 p.m.

**Approve the Judicial Reorganization Plan presented at this General Meeting of Creditors?**

| Class: | Class 1 | | Class 2 | | Class 3 | | Total: | |
|---|---|---|---|---|---|---|---|---|
| | **People** | **Credits** | **People** | **Credits** | **People** | **Credits** | **People** | **Credits** |
| Yes | 0.00% | 0.00% | 0.00% | 0.00% | 81.59% | 90.42% | 81.59% | 90.42% |
| No | 0.00% | 0.00% | 0.00% | 0.00% | 18.41% | 9.58% | 18.41% | 9.58% |
| Abst. | 0.00% | 0.00% | 0.00% | 0.00% | 2.43% | 1.66% | 2.43% | 1.66% |
| | 0 | | 0 | 0 | | 0 | 201 | 5,835,110.986 | 201 | 5,835,110.986 |

User: equadros                Page:        1/ 1                Date: June 3, 2014      Time: 5:39:53 p.m.
                                                                                        6250000

31

**Detailed Voting Report**

**Deloitte** [Handwritten:] *7485*

Name of Assembly: OGXPG

Beginning Date: June 3, 2014 12:11:17 p.m.

Location: Rio de Janeiro

Notes:

Category: Consolidated

| Creditor | Representative | Class | Total Votes | Vote | Subject |
|---|---|---|---|---|---|
| 15 OFICIO DE NOTAS DA COMARCADA CAPITAL | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| 2H OFFSHORE PROJETOS LTDA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| AECOM DO BRASIL LTDA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| AEROSPACE E MARINE INTERNATIONAL | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| Alessandra Manuli | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| [illegible]ha HG Fund LTD | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| ANALISYS AUDITORIA, CONSULTORIA E TREINAMENTO LTDA. | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| Andromeda Global Credit Fund LTD. | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| Antonello Manuli | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| AQUALAB QUIMICA E SERVICOS LTDA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| AR FRIO SISTEMAS TERMICOS LTDA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| ARAQUEM DE AZEREDO | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| Aspen Creek Partners, LP | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| ASSOCIACAO BRASILEIRA DAS EMPRESAS | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| ASSOCIACAO DESPORTIVA RJX | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| ASSOCIACAO DOS TAXISTAS DO CASTELINHO | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| ATLANTIS SOLUCOES EM MEIO AMBIENTE | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| AUTOMATOS PARTICIPACOES S.A. | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| Autonomy Master Fund Limited | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| AVIPAM TURISMO E TECNOLOGIA LTDA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| B.A.M. CONSULTORIAS E GESTAO DE PATR | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| BAKER HUGHES DO BRASIL LTDA. | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| BAKER HUGHES OILFIELD OPERATIONS INC | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| BANCO BANKPAR S/A | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| BANCO BRADESCO S/A | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |

User: equadros          Page:          1 / 9          Date: June 3, 2014          Time: 5:39:55 p.m.

1250000

32

**Detailed Voting Report**

**Deloitte** [Handwritten:] *7486*

Name of the Assembly: OGXPG

Beginning Date: June 3, 2014 12:11:17 p.m.

Location: Rio de Janeiro

Notes:

Category: Consolidated

| Creditor | Representative | Class | Total Votes | Vote | Subject |
|---|---|---|---|---|---|
| BIOCHRON CONSULTORIA LTDA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| BLOOMBERG FINANCE L.P. | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| BNYM Brazil International Fund SPC, On Behalf of JGP Offshore Segregated Portfolio | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| BP ENERGY DO BRASIL LTDA | | Class 3 | 1 | A | Approve Court Reorganization Plan presented in this GCA? |
| BRAM OFFSHORE TRANSPORTES MARÍTIMOS LTDA. | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| [illegible]ASDRIL SOCIEDADE DE PERFURAÇÕES LTDA. | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| [illegible]x Fund | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| Brennus Fund LP | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| BRIC BRAZILIAN INTERMODAL COMPLEX S.A. | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| C-INNOVATION DO BRASIL SERVICOS DE ROBÓTICA SUBMARINA LTDA. | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| CALAND BOREN B.V. | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| Capital Ventures International | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| CAPROCK COMUNICAÇÕES DO BRASIL LTDA. | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| CAR RENTAL SYSTEMS DO BRASIL LOCAÇÃO | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| CARRIERWEB BR SOLUÇÕES TECNOLÓGICAS LTDA. | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| [illegible] DIGITALIZACAO DE DADOS LTDA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| CMS CAMERON MCKENNA CONSULTORES EM | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| COMUNIQUE SE COMUNICACAO CORPORATIVA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| COPY HOUSE SERVICOS REPROGRAFICOS L | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| CRISTOVINHO ALIMENTOS LTDA EPP | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| SCHG Graal Fund, LLC | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| DAVIS POLK & WARDWELL CONSULTORES E | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| DIAMOND OFFSHORE NETHERLANDS B.V. | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| DIAS CORREA ADVOGADOS | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| Directive HG Fund | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |

User: equadros          Page:     2 / 9          Date: June 3, 2014     Time: 5:39:55 p.m.

1406250

33

**Detailed Voting Report**          **Deloitte** [Handwritten:] *7487*

Name of the Assembly: OGXPG
Location: Rio de Janeiro
Category: Consolidated

Beginning Date: 6/3/2014 12:11:17 p.m.
Notes:

| Creditor | Representative | Class | Total Votes | Vote | Subject |
|---|---|---|---|---|---|
| DOF REDERI II AS | | Class 3 | 1 | A | Approve Court Reorganization Plan presented in this GCA? |
| DuPont Pension Trust | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| EDUARDO DUARTE SERVICOS LTDA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| Elisabetta Anastasia Manuli | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| Emerging Markets Special Opportunities Ltd. | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| EMSO Rose Fund Ltd. | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| EMSO Saguaro Funds Ltd. | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| EMSO Tulip Fund Ltd. | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| ENSCO DO BRASIL PETROLEO E GAS LTDA. | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| European Distressed Mac Limited | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| EXPRO DO BRASIL SERVICOS LTDA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| FARIA LAHAM CONSULTORIA EMPRESARIAL | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| Firenze Corporate INC. | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| FIRMO SABINO E LESSA ADVOGADOS | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| First Geneva High Yield Fund | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| [illegible]E STARS DE MACAE SERVICOS DE [illegible] | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| [illegible] ORGANIZACAO E PLANEJAMENTO DE EV | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| FRANCA, LOPES PINTO ADVOGADOS ASSOCIADOS | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| FRANK'S INTERNATIONAL AMERICAS B.V. | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| FRANK'S INTERNATIONAL BRASIL LTDA. | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| FSB Investments LTD. | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| FUBRO BRASIL SERVICOS SUBMARINOS E | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| FULLTIME COMERCIO DE MATERIAIS PARA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| G COMEX ARMAZENS GERAIS LTDA | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| GAM Trading (No. 37) INC. | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |

**Detailed Voting Report**                    **Deloitte** [Handwritten:] *7488*

Name of the Assembly: OGXPG
Location: Rio de Janeiro
Category: Consolidated

Beginning Date: 6/3/2014 12:11:17 p.m.
Notes:

| Creditor | Representative | Class | Total Votes | Vote | Subject |
|---|---|---|---|---|---|
| GCA CONSULTORES LTDA. (Originally listed as GAFFNEY, CLINE & ASSOCIATES INC.) | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| GE OIL & GAS DO BRASIL LTDA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| GEOCHEMICAL TECHNOLOGY SERVICIOS AN | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| GEOQUEST SYSTEMS B.V. | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| GEORESEARCH DO BRASIL LTDA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| GLG European Distressed Fund | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| [illegible]G European Distressed Master Fund LTD. | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| GLG Market Neutral Fund | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| GOLS SERVICOS DE LOGISTICA OFFSHORE LTDA. | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| Green Fund LLC | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| Green II Fund, LLC | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| GREENE'S ENERGIA SERVIÇOS DO BRASIL LTDA. | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| HALLIBURTON SERVICOS LTDA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| HS ASSOCIATUS LTDA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| IBM BRASIL – INDÚSTRIA, MÁQUINAS E SERVIÇOS LTDA. | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| [illegible] CONSULTORIA DO BRASIL LTDA. | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| INNOVA RIO ENGENHARIA E CONSTRUÇÕES LTDA. | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| INSTITUTO DE CIENCIAS NAUTICAS ICN | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| INSTITUTO INNOVARE PESQUISA DE M ERC | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| INTEGRA CONSULTORIA SS LTDA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| INTER ASSESSORIA AERONAUTICA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| INTERCONNECTIONS EXCELENCIA EM IDIO | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| INTERMOOR DO BRASIL SERVIÇOS OFFSHORE DE INSTALAÇÃO LTDA. | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| INTERNAUTICA CALL CENTER SERVICOS D | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| INVENTUM PROGRAMACAO VISUAL E PROJE | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |

**Detailed Voting Report**                                    **Deloitte** [Handwritten:] *7489*

Name of the Assembly: OGXPG                                  Beginning Date: 6/3/2014 12:11:17 p.m.

Location: Rio de Janeiro                                     Notes:

Category: Consolidated

| Creditor | Representative | Class | Total Votes | Vote | Subject |
|---|---|---|---|---|---|
| INVISION GEOFISICA LTDA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| IRON MOUNTAIN DO BRASIL LTDA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| Itava Inc. | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| JSL S.A | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| LABTOX – LABORATORIO DE ANALISE AMBIENTAL | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| [illegible]RSCH TRADUÇÕES | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| LOGIKA SERVICOS DE TRANSPORTES LTDA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| Lord Abbett Bond – Debenture Fund, Inc. | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| Lord Abbett Investment Trust, Lord Abbett Income Fund | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| Lord Abbett Investment Trust, Lord Abbett Inflation Focused Fund | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| Lord Abbett Investment Trust, Lord Abbett Short Duration Income Fund | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| Lord Abbett Investment Trust, Lord Abbett Total Return Fund | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| LUCADDELI MERCERAIA LTDA EPP | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| LUMIS EIP TECNOLOGIA DA INFORMAÇÃO | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| [illegible]S I LLC | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| [illegible]xor/Andromeda Global Credit Fund LTDA. | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| MADRI ENGENHARIA PROJ E EST AMBIENT | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| MAERSK ENERGIA LTDA | | Class 3 | 1 | A | Approve Court Reorganization Plan presented in this GCA? |
| MAERSK H2S SAFEY SERVICES AS | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| MAERSK H2S SAFETY SERVICES BRASIL S.A. | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| MAERSK OIL BRASIL LTDA | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| MAERSK SUPPLY SERVICE – APOIO MARÍTIMO LTDA. | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| MAERSK SUPPLY SERVICE AS | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| MAIS MEDIA MONITORAMENTO DE INFORMA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |

**Detailed Voting Report**                          **Deloitte** [Handwritten:] *7490*

Name of the Assembly: OGXPG                                    Beginning Date: 6/3/2014 12:11:17 p.m.

Location: Rio de Janeiro                                       Notes:

Category: Consolidated

| Creditor | Representative | Class | Total Votes | Vote | Subject |
|---|---|---|---|---|---|
| MANAN 246 SERVICOS LTDS | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| MARCELLO ALVES DE OLIVEIRA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| MARINE PRODUCTION SYSTEMS DO BRASIL LTDA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| MARLOPES ASSESSORIA EM SEGURANCA DO | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| MED-RIO CHECK-UP MED PREVENT LTDA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| MEDIA CORP SERVICOS DE PUBLICIDADE | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| MHAC INTERMEDIACAO DE NEGOCIOS EIRE | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| MI SWACO DO BRASIL – COMERCIO SERVICOS | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| MLF Trust | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| Moneda Deuda Latinoamericana Fondo de Inversion | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| Moneda Latin American Corporate Debt | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| MP DE LIMA GEOLOGIA DE PETROLEO | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| MS LOGISTICA ADUANEIRA LTDA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| MTT SERVICOS DE INFORMATICA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| [illegible] ASSESSORIA COMERCIAL LTDA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| [illegible]mura International Plc. | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| NORSKAN OFFSHORE LTDA | | Class 3 | 1 | A | Approve Court Reorganization Plan presented in this GCA? |
| Novel Capital Group Limited | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| OKER EMPREENDIMENTOS. PARTICIPACOES | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| OPTIONS CONSULTORIA E TREINAMENTOS | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| Passaic Place LLC | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| PERENCO PETROLEO E GAS DO BRASIL LTDA | | Class 3 | 1 | A | Approve Court Reorganization Plan presented in this GCA? |
| PETROBRAS DISTRIBUIDORA S.A. | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| PETROLEO BRASILEIRO S.A. | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |

User: equadros          Page:     6 / 9          Date: June 3, 2014     Time: 5:39:55 p.m.
                                                                          2031250

**Detailed Voting Report**

**Deloitte** [Handwritten:] *7491*

Name of the Assembly: OGXPG
Location: Rio de Janeiro
Category: Consolidated

Beginning Date: 6/3/2014 12:11:17 p.m.
Notes:

| Creditor | Representative | Class | Total Votes | Vote | Subject |
|---|---|---|---|---|---|
| PIMCO Combined Alpha Strategies Master Fund LDS | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| PIMCO Dynamic Credit Income Fund | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| PIMCO Dynamic Income Fund | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| PIMCO Equity Series: PIMCO Dividend And Income Fund | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| PIMCO Funds : Global Investors Series plc. Income Fund | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| PIMCO Funds: PIMCO Diversified Income Fund | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| PIMCO Funds: PIMCO Floating Income Fund | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| PIMCO Funds: PIMCO Income Fund | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| PIMCO Funds: PIMCO International Fundamental IndexPLUS AR Strategy Fund | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| PIMCO Funds: PIMCO Small Company Fundamental IndexPLUS AR Strategy Fund | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| PIMCO Funds: PIMCO Worldwide Fundamental Advantage AR Strategy Fund | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| PIMCO Global Credit Opportunity Master Fund LDC Corporate Relative Value Sleeve | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| PIMCO Global Credit Opportunity Master Fund LDC Fundamental High Yield Sleeve | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| PIMCO Global Stocks PLUS & Income Fund | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| PIMCO Income Opportunity Fund | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| PIMCO Monthly Income Fund (Canada) | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| PIMCO Tactical Opportunities Master Fund Ltd. | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| PORTAGIO ENGENHARIA E CONSTRUCOES L | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| POTIGUAR ENGENHARIA, CONSULTORIA E | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| PRATICAGEM FLUMINENSE SOCIEDADE DE | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| PRESSCELL ASSESSORIA EXECUTIVA LTDA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |

| | | | | |
|---|---|---|---|---|
| PULSE MONITORAMENTO ESTRUTURAL LTDS | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| Quaquer Event Arbitrag Fund (series de Quaqer Investment Trust) | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| R C M PEREIRA MUDANCAS E TRASPORTE | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |

User: equadros          Page:     7 / 9                Date: June 3, 2014     Time: 5:39:55 p.m.
                                                                              2187500

**Detailed Voting Report**

**Deloitte** [Handwritten:] *7492*

Name of the Assembly: OGXPG
Location: Rio de Janeiro
Category: Consolidated

Beginning Date: 6/3/2014 12:11:17 p.m.
Notes:

| Creditor | Representative | Class | Total Votes | Vote | Subject |
|---|---|---|---|---|---|
| RADIO-TAXI 2000 – COOPERATIVA DE RA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| REAL SPR PUBLICIDADE E MARKETING LTDA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| RENTCON LOCACAO E COMERCIO DE EQUIPAMENTOS LTDA, EPP | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| SAVECARE ATENDIMENTO PRE-HOSPITALAR | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| SCHLUMBERGER SERVICOS DE PETROLEO LTDA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| SERVICOS TEC E DE REP BARCRO LTDA E | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| Shariar Shahida | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| SMITH INTERNATIONAL DO BRASIL LTDA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| SOFFTECH BRASIL SERVICOS E COMERCIO | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| SOLINTEC CONSULTORIA E SERVICOS DE GEOLOGIA LTDA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| SOMA DESENVOLVIMENTO & MEIO AMBIENTE | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| SOUTHERN SCHLUMBERGER SA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| SOUTHERN WESTERNGECO S.R.L. | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| Spinnaker Global Emerging Markets Fund | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| Spinnaker Global Opportunity Fund Ltd | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| Spinnaker Global Special Situations Fund | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| SPRINK SEGURANCA CONTRA INCENDIO LTDA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| SUBSEA7 DO BRASIL SERVICOS LTDA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| Susquehanna Ireland Limited | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| TOCANTINS ADVOGADOS | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| TOP RIO VIAGENTS E TURISMO LTDA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| TOTVS SA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| ULHOA CANTO REZENDE E GUERRA ADVOGADOS | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| V&M DO BRASIL S.A. | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| VENATIV ASSESSORIA AMBIENTAL E COME | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |

User: equadros          Page:     8 / 9          Date: June 3, 2014     Time: 5:39:55 p.m.

2500000

**Detailed Voting Report**

**Deloitte** [Handwritten:] *7493*

| | | |
|---|---|---|
| **Name of the Assembly: OGXPG** | **Beginning Date: 6/3/2014 12:11:17 p.m.** | |
| **Location: Rio de Janeiro** | **Notes:** | |
| **Category: Consolidated** | | |

| Creditor | Representative | Class | Total Votes | Vote | Subject |
|---|---|---|---|---|---|
| VINHAS E REDENSCHI ADVOGADOS | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| VIVO SA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| VR Global Partners L.P. | | Class 3 | 1 | N | Approve Court Reorganization Plan presented in this GCA? |
| WILD WELL CONTROL, INC. | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| WLA INTERPRETACAO DE PERFIS LTDA | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |
| WORKBOAT SERVICOS E APOIO MARITIMOS | | Class 3 | 1 | Y | Approve Court Reorganization Plan presented in this GCA? |

[handwritten:] *ANNEX 5*
[handwritten:] *7494*



To

Deloitte Touche Tohmatsu Consultores Ltda., the Receiver appointed in the Judicial Reorganization case no. 0377620-56.2013.8.19.0001, proposed by Óleo e Gás Participações S.A., current name OGX Petróleo e Gás Paticipações S.A. ("OGX PARTICIPAÇÕES"), OGX Petróleo e Gás S.A. ("OGX"), OGX International Gmbh ("OGX INTERNATIONAL") and OGX Austria Gmbh ("OGX AUSTRIA") and, jointly with OGX PARTICIPAÇÕES, OGX AND OGX INTERNATIONAL, the "OGX GROUP" or the "COMPANIES UNDER REORGANIZATION").

ALESSANDRA MANULI, ANDROMEDA GLOBAL CREDIT FUND LTD., ANTONELLO MANULI, ASPEN CREEK PARTNERS, LP, AUTONOMY MASTER FUND LIMITED, BRAX FUND, BNYM BRAZIL INTERNACIONAL FUND SPC, ON BEHALF OF JGP OFFSHORE SEGREGATED PORTFOLIO, BRENNUS FUND LP, CAPITAL VENTURES INTERNATIONAL, ELISABETTA MANULI, FIRENZE CORPORATE INC., FIRST GENEVA HIGH YIELD FUND, FSB INVESTMENT LTD., GAM TRADING (NO. 37) INC., GLG EUROPEAN DISTRESSED FUND, GLG EUROPEAN DISTRESSED MASTER FUND LTD., GLG MARKET NEUTRAL FUND, EUROPEAN DISTRESSED MAC LIMITED, ITAVA INC., LYXOR/ANDROMEDA GLOBAL CREDIT FUND LIMITED, NOVEL CAPITAL GROUP LIMITED, QUAKER EVENT ARBITRAG FUND, SHAHRIAR SHAHIDA, SUSQUEHANNA

BRASÍLIA
Setor Comercial Sul, S. 1, B. F
no. 30 – Floor 7 – 70097-900
t. +55 61 3218-0300
f. +55 61 3218-0315

RIO DE JANEIRO
Av. Almirante Barroso, 52
Floor 31 – 20031-030
t. +55 21 3624-5800
f. +55 21 2262-5526

SÃO PAULO
Av. Pres. [illegible]
1455 – Floor 10 – 04543-011
t. +55 11 2179-4600
f. +55 11 2179-4597

1

44

[handwritten:] *7495*

**BM&A** | ADVOGADOS
BARBOSA, MÜSSNICH & ARAGÃO

By their lawyers, **IRELAND LIMITED** and **VR GLOBAL PARTNERS L.P.**, as the holders of bonds issued by **OGX ÁUSTRIA** ("Bondholders"[1]), backed by **OGX PARTICIPAÇÕES** and **OGX**, belonging to the class of unsecured creditors, hereby reiterate their objection to the calculation of credits made by certain creditors of the OGX GROUP for the purposes of installation and voting at the general meeting of creditors on this date, and **vote to reject** the judicial reorganization plan by OGX ("PRJ OGX"), the judicial reorganization plan of OGX Participações ("PRJ OGXPar") and the judicial reorganization plan of OGX ÁUSTRIA ("PRJ ÁUSTRIA") under discussion (together, the "PRJ"), for the main reasons summarized below:

**(i) ABUSE OF COMPLIANT BONDHOLDERS' VOTING RIGHTS – OBVIOUS CONFLICT OF INTEREST.**

Whereas:

(i.1) the opportunities to gain economic benefits given exclusively to COMPLIANT BONDHOLDERS, particularly through exclusive subscription of 1ST SERIES DEBENTURES and 2ND SERIES DEBENTURES, extensively demonstrated in the objection to the PRJ presented by the creditor Autonomy Master Fund Limited ("AUTONOMY");

(i.2) that, in order to obtain these exclusive advantages, the COMPLIANT BONDHOLDERS previously negotiated the PRJ and agreed to approve them, also signing a so-called "plan support agreement";

(i.3) that, the COMPLIANT BONDHOLDERS alone hold most of or a large portion of the credits under discussion; and

(i.4) that approval of the PRJ negotiated in advance by the COMPLIANT BONDHOLDERS allegedly releases them from the business contained in the *PLAN SUPPORT AGREEMENT*, intending to prevent other measures from being adopted by creditors from the OGX Group against the OGX Group, the COMPLIANT BONDHOLDERS and even the Deutsche Bank Trust Company Americas,

---

[1] The defined voting terms comply with the terms defined in the Judicial Reorganization Plan, unless they are defined differently in the voting itself.

BRASÍLIA
Setor Comercial Sul, S. 1, B. F
no. 30 – Floor 7 – 70097-900
t. +55 61 3218-0300
f. +55 61 3218-0315

RIO DE JANEIRO
Av. Almirante Barroso, 52
Floor 31 – 20031-030
t. +55 21 3624-5800
f. +55 21 2262-5526

SÃO PAULO
Av. Pres. [illegible]
1455 – Floor 10 – 04543-011
t. +55 11 2179-4600
f.      +55      11      2179-4597

2

[handwritten:] *7496*



By voting in favor of the PRJ, the COMPLIANT BONDHOLDERS are **abusing the right to vote**, in a blatant conflict of interest. Thus, they should be **ineligible to vote** or have their votes disregarded, ensuring that the outcome of the vote regarding the PRJ is exclusively the result of exempted creditors, sparing the general meeting of creditors of blatantly invalid votes.


*(ii)* COMPLIANT BONDHOLDERS' EXCLUSIVITY TO PARTICIPATE IN THE 1ST SERIES OF DEBENTURES OF DIP FINANCING: whereas, of the group of creditors in the OGX GROUP, on the date in which the petition for judicial reorganization was filed, only the COMPLIANT BONDHOLDERS, holding the majority of alleged voting credits in the general meeting of creditors, despite having the same type of credit from the same origin as the other BONDHOLDERS, have the abusively **exclusive** right to subscribe for 1ST SERIES DEBENTURES, as provided for in a totally illegal manner in clauses **1.1.1, 1.1.20, 1.1.22, 4.3.1** and **4.4** of the PRJ OGX, clauses **1.1.1, 1.1.18, 1.1.20, 4.31** and **4.4** of the PRJ OGXPar and clauses **1.1.1, 1.1.17, 1.1.19, 4.31** and **4.4** of the PRJ ÁUSTRIA. There is no logical or legal argument capable of justifying such exclusivity. If there are other BONDHOLDERS interested in investing new funds in the OGX GROUP, there is no reason for this differentiation in favor of preserving the company. The COMPANIES UNDER REORGANIZATION were in such need of more investments that they recently contracted a new and relevant ADDITIONAL LOAN to the DIP LOAN;

*(iii)* COMPLIANT BONDHOLDERS' RIGHT TO ALSO PARTICIPATE IN SUBSCRIBING FOR THE 3RD SERIES DEBENTURES: As if the exclusivity given to COMPLIANT BONDHOLDERS to participated in the 1ST SERIES DEBENTURES were not enough, despite their credits being of the same type and origin as those of the other BONDHOLDERS, the PRJ also provides for the possibility of COMPLIANT BONDHOLDERS subscribing for the 3RD SERIES DEBENTURES, which will, unfairly and unreasonably, guarantee them a greater shareholding in the REORGANIZED OGX. Therefore, clauses **1.1.4** and **4.6**, together with clauses **1.1.1, 1.1.20, 1.1.22,**

BRASÍLIA
Setor Comercial Sul, S. 1, B. F
no. 30 – Floor 7 – 70097-900
t. +55 61 3218-0300
f. +55 61 3218-0315

RIO DE JANEIRO
Av. Almirante Barroso, 52
Floor 31 – 20031-030
t. +55 21 3624-5800
f. +55 21 2262-5526

SÃO PAULO
Av. Pres. [illegible]
1455 – Floor 10 – 04543-011
t. +55 11 2179-4600
f. +55 11 2179-4597

3

[handwritten:] *7497*



**4.3.1 and 4.4**, spark an obvious advantage without cause, which contaminates the PRJ OGX as a whole, and is reproduced in PRJ OGXPar in clauses **1.1.1, 1.1.4, 1.1.18, 1.1.20, 4.31, 4.4** and **4.6** and in PRJ ÁUSTRIA in clauses **1.1.1, 1.1.4, 1.1.1, 1.1.17, 1.1.19, 4.31** and **4.4**;

*(iv)* **COMPLIANT BONDHOLDERS' EXCLUSIVITY IN SUBSCRIBING FOR 2ND SERIES DEBENTURES:** the subscription of any unsubscribed 3RD SERIES DEBENTURES, namely, 2ND SERIES DEBENTURES, is permitted solely to the COMPLIANT BONDHOLDERS, which his equivalent to saying that, even outside of the 1ST SERIES DEBENTURES, the COMPLIANT BONDHOLDERS' subscription right is not actually limited to the percentage of their respective credits, once again establishing an imbalance of opportunities when compared to the other BONDHOLDERS. The exclusivity referred to herein guarantees that, if there are unsubscribed debentures (and there certainly will be), the COMPLIANT BONDHOLDERS will acquire an even greater stake in the REORGANIZED OGX upon completion of the proposed reorganization;

*(v)* **ALLEGIANCE OF THE DEBENTURES SUBSCRIBERS TO THE WILL OF THE COMPLIANT BONDHOLDERS:** in addition to the numerous advantages listed above, the COMPLIANT BONDHOLDERS also control the fate of the 3RD SERIES DEBENTURES. Pursuant to clause 4.8.1 of the PRJ OGX, the 3RD SERIES DEBENTURES shall be converted into REORGANIZED OGX shares if the 1ST SERIES DEBENTURES were also, such that the COMPLIANT BONDHOLDERS may even waive the precedent conditions for such a conversion, if they choose. Two conclusions can be taken from the abovementioned provisions: on one hand (i) the 3RD SERIES DEBENTURES are <u>ONLY</u> converted <u>IF</u> the 1ST SERIES DEBENTURES are converted; and, on the other hand, (ii) if the 1ST SERIES DEBENTURES are converted, the 3RD SERIES DEBENTURES will be <u>AUTOMATICALLY</u> converted, regardless of the subscribers' wishes. However, in both scenarios, conversion of the 3RD SERIES DEBENTURES depends on and will always be linked to the COMPLIANT BONDHOLDERS' wishes;

BRASÍLIA
Setor Comercial Sul, S. 1, B. F
no. 30 – Floor 7 – 70097-900
t. +55 61 3218-0300
f. +55 61 3218-0315

RIO DE JANEIRO
Av. Almirante Barroso, 52
Floor 31 – 20031-030
t. +55 21 3624-5800
f. +55 21 2262-5526

SÃO PAULO
Av. Pres. [illegible]
1455 – Floor 10 – 04543-011
t. +55 11 2179-4600
f.       +55      11      2179-4597

4

[handwritten:] *7498*



**(vi) BONUS OF 10% (THE FORMER "BACKSTOP FEE"):** The simple rule of three is sufficient in the ratio between the 1ST SERIES DIP LOAN and the 2ND SERIES DIP, pursuant to the percentage of REORGANIZED OGX shares that each one reaches at the time of conversion, in order to verify that the percentage of equity interest guaranteed to the COMPLIANT BONDHOLDERS was defined to ensure payment of additional compensation that has been publically referred to by the COMPANIES UNDER REORGANIZATION as a "backstop fee", another privilege that is not shared evenly.

**(vii) ILLEGALITY OF THE ATTEMPT TO IMPOSE SETTLEMENT:** by clauses **1.1.96, 13.3, 13.5, 13.6** and **13.7** of the PRJ OGX (reproduced in the PRJ OGXPar in clauses **1.1.81, 12.5, 12.6** and **12.7** and in PRJ ÁUSTRIA in clauses **1.1.83, 10.5, 10.6** and **10.7**), the COMPANIES UNDER REORGANIZATION intend to receive, including as a result of the mere approval of the PRJ, full and final settlement for all acts committed during the judicial reorganization, as well as those related to any claim made by the creditors in question against the COMPANIES UNDER REORGANIZATION. The COMPANIES UNDER REORGANIZATION also intend to extend this settlement to the COMPLIANT BONDHOLDERS and the Deutsche Bank Trust Company Americas. Although they are driven to by the circumstances of the PRJ, the creditors in question are already recorded as not agreeing to grant the full and final settlement of all credits, of any kind and nature, including interest, monetary adjustment, penalties, fines and indemnities, in favor of the COMPANIES UNDER REORGANIZATION or any third party. Indeed, this is an insulting attempt to impose illegalities committed against a minority deprived of so many rights. The COMPLIANT BONDHOLDERS negotiated exclusive benefits, had them included in the PRJ and intend to grant themselves full discharge; and

**(viii) OBSCURE RELEASE FROM THE PUT OPTION OBLIGATION:** It is extremely strange the fact that, in the fragile financial situation in which the OGX GROUP finds itself, the PRJ contains the inclination to release the PUT OPTION obligation (as in clause 11 of the PRJ OGX and in Clause 10 of the PRJ

BRASÍLIA
Setor Comercial Sul, S. 1, B. F
no. 30 – Floor 7 – 70097-900
t. +55 61 3218-0300
f. +55 61 3218-0315

RIO DE JANEIRO
Av. Almirante Barroso, 52
Floor 31 – 20031-030
t. +55 21 3624-5800
f. +55 21 2262-5526

SÃO PAULO
Av. Pres. [illegible]
1455 – Floor 10 – 04543-011
t. +55 11 2179-4600
f.       +55       11       2179-4597

5

[handwritten:] *7499*



OGPAR). Even more unclear is the so-called PROCEDURE RESULT, in which creditors should acquiesce, in the event that it becomes apparent that the PUT OPTION is invalid and/or unenforceable, without clearly knowing well in advance what it is about.

Finally, we reiterate all previous statements made in the judicial reorganization proceedings, during the general meetings of creditors and in accordance with the objection to the PRJ presented by AUTONOMY on 4-4-2014.

Rio de Janeiro, June 3, 2014

[signature]                                              [signature]
Felipe Evaristo dos Santos Gelea                        Thomas Luis Sant'Ana
OAB/SP no. 220.280                                      OAB/SP no. 235.250

[signature]                                              [signature]
Igor Silva de Lima                                       Gustavo dos Reis Leitão
OAB/SP no. 281.482                                      OAB/SP no. 344.763

BRASÍLIA                          RIO DE JANEIRO                  SÃO PAULO
Setor Comercial Sul, S. 1, B. F   Av. Almirante Barroso, 52      Av. Pres. [illegible]
no. 30 – Floor 7 – 70097-900      Floor 31 – 20031-030           1455 – Floor 10 – 04543-011
t. +55 61 3218-0300               t. +55 21 3624-5800            t. +55 11 2179-4600
f. +55 61 3218-0315               f. +55 21 2262-5526            f. +55 11 2179-4597

6

[handwritten:] *ANNEX 6*
[handwritten:] *7500*

**OGXPG – Quorum of Credits by Class**



[text, right; top to bottom]: Non-Present Credits; Present Credits
[heading]: Class 3

[handwritten:] *7501*

# Attendance
# List

## OGX P&G

## June 3, 2014

**(1st Convocation of the General Meeting of Creditors)**

**Voters Present**

**Deloitte** [Handwritten:] *7502*

Name of the Assembly: OGXPG                                        Beginning Date: June 3, 2014 12:11:17 p.m.

Location: Rio de Janeiro                                                  Notes:

| Code | Creditor CPF/CNPJ | Total Votes | Class | Vote | Rep. Com. | Rep. |
|------|-------------------|-------------|-------|------|-----------|------|
| 1 | 15 OFICIO DE NOTAS DA COMARCA DA CAPITAL | 1 | Class 3 Creditor | | | THEMSELVES |
| 2 | 2H OFFSHORE PROJETOS LTDA | 1 | Class 3 Creditor | | | THEMSELVES |
| 7 | AECOM DO BRASIL LTDA | 1 | Class 3 Creditor | | | THEMSELVES |
| 9 | AEROSPACE E MARINE INTERNATIONAL | 1 | Class 3 Creditor | | | THEMSELVES |
| 209 | Alessandra Manuli | 1 | Class 3 Creditor | | | THEMSELVES |
| 230 | Alpha HG Fund LTD | 1 | Class 3 Creditor | | | THEMSELVES |
| 11 | ANALISYS AUDITORIA, CONSULTORIA E TREINAMENTO LTDA. | 1 | Class 3 Creditor | | | THEMSELVES |
| 210 | Andromeda Global Credit Fund LTD. | 1 | Class 3 Creditor | | | THEMSELVES |
| 211 | Antonello Manuli | 1 | Class 3 Creditor | | | THEMSELVES |
| 12 | AQUALAB QUIMICA E SERVICOS LTDA | 1 | Class 3 Creditor | | | THEMSELVES |
| 13 | AR FRIO SISTEMAS TERMICOS LTDA | 1 | Class 3 Creditor | | | THEMSELVES |
| 14 | ARAQUEM DE AZEREDO | 1 | Class 3 Creditor | | | THEMSELVES |
| 212 | Aspen Creek Partners, LP | 1 | Class 3 Creditor | | | THEMSELVES |
| 15 | ASSOCIACAO BRASILEIRA DAS EMPRESAS | 1 | Class 3 Creditor | | | THEMSELVES |
| 16 | ASSOCIACAO DESPORTIVA RJX | 1 | Class 3 Creditor | | | THEMSELVES |
| 17 | ASSOCIACAO DOS TAXISTAS DO CASTELINHO | 1 | Class 3 Creditor | | | THEMSELVES |
| 18 | ATLANTIS SOLUCOES EM MEIO AMBIENTE | 1 | Class 3 Creditor | | | THEMSELVES |
| 19 | AUTOMATOS PARTICIPACOES S.A. | 1 | Class 3 Creditor | | | THEMSELVES |
| 213 | Autonomy Master Fund Limited | 1 | Class 3 Creditor | | | THEMSELVES |
| 20 | AVIPAM TURISMO E TECNOLOGIA LTDA | 1 | Class 3 Creditor | | | THEMSELVES |
| 21 | B.A.M. CONSULTORIAS E GESTAO DE PATR | 1 | Class 3 Creditor | | | THEMSELVES |
| 22 | BAKER HUGHES DO BRASIL LTDA. | 1 | Class 3 Creditor | | | THEMSELVES |
| 23 | BAKER HUGHES OILFIELD OPERATIONS INC | 1 | Class 3 Creditor | | | THEMSELVES |
| 24 | BANCO BANKPAR S/A | 1 | Class 3 Creditor | | | THEMSELVES |
| 25 | BANCO BRADESCO S/A | 1 | Class 3 Creditor | | | THEMSELVES |
| 26 | BIOCHRON CONSULTORIA LTDA | 1 | Class 3 Creditor | | | THEMSELVES |
| 27 | BLOOMBERG FINANCE L.P. | 1 | Class 3 Creditor | | | THEMSELVES |
| 222 | BNYM Brazil International Fund | 1 | Class 3 Creditor | | | THEMSELVES |

SPC, On Behalf of JGP
Offshore Segregated Portfolio

| | | | | | | |
|---|---|---|---|---|---|---|
| User: equadros | | Page: | 1/8 | Date: June 3, 2014 | Time: 3:43:40 p.m. | |
| | | | | | 6562500 | |

**Voters Present**

**Deloitte** [Handwritten:] *7503*

Name of the Assembly: OGXPG                                    Beginning Date: June 3, 2014 12:11:17 p.m.

Location: Rio de Janeiro                                       Notes:

| 28 | BP ENERGY DO BRASIL LTDA | 1 | Class 3 Creditor | THEMSELVES |
|---|---|---|---|---|
| 29 | BRAM OFFSHORE TRANSPORTES MARÍTIMOS LTDA. | 1 | Class 3 Creditor | THEMSELVES |
| 31 | BRASDRIL SOCIEDADE DE PERFURAÇÕES LTDA. | 1 | Class 3 Creditor | THEMSELVES |
| 223 | Brax Fund | 1 | Class 3 Creditor | THEMSELVES |
| 207 | Brennus Fund LP | 1 | Class 3 Creditor | THEMSELVES |
| 32 | BRIC BRAZILIAN INTERMODAL COMPLEX S.A. | 1 | Class 3 Creditor | THEMSELVES |
| 34 | C-INNOVATION DO BRASIL SERVICOS DE ROBÓTICA SUBMARINA LTDA. | 1 | Class 3 Creditor | THEMSELVES |
| [illegible] | CALAND BOREN B.V. | 1 | Class 3 Creditor | THEMSELVES |
| 219 | Capital Ventures International | 1 | Class 3 Creditor | THEMSELVES |
| 37 | CAPROCK COMUNICAÇÕES DO BRASIL LTDA. | 1 | Class 3 Creditor | THEMSELVES |
| 38 | CAR RENTAL SYSTEMS DO BRASIL LOCAÇÃO | 1 | Class 3 Creditor | THEMSELVES |
| 39 | CARRIERWEB BR SOLUÇÕES TECNOLÓGICAS LTDA. | 1 | Class 3 Creditor | THEMSELVES |
| 40 | CEM DIGITALIZACAO DE DADOS LTDA | 1 | Class 3 Creditor | THEMSELVES |
| 43 | CMS CAMERON MCKENNA CONSULTORES EM | 1 | Class 3 Creditor | THEMSELVES |
| 44 | COMUNIQUE SE COMUNICACAO CORPORATIVA | 1 | Class 3 Creditor | THEMSELVES |
| 45 | COPY HOUSE SERVICOS REPROGRAFICOS L | 1 | Class 3 Creditor | THEMSELVES |
| 47 | CRISTOVINHO ALIMENTOS LTDA EPP | 1 | Class 3 Creditor | THEMSELVES |
| 231 | SCHG Graal Fund, LLC | 1 | Class 3 Creditor | THEMSELVES |
| 49 | DAVIS POLK & WARDWELL CONSULTORES E | 1 | Class 3 Creditor | THEMSELVES |
| 50 | DIAMOND OFFSHORE NETHERLANDS B.V. | 1 | Class 3 Creditor | THEMSELVES |
| 51 | DIAS CORREA ADVOGADOS | 1 | Class 3 Creditor | THEMSELVES |
| 232 | Directive HG Fund | 1 | Class 3 Creditor | THEMSELVES |
| 52 | DOF REDERI II AS | 1 | Class 3 Creditor | THEMSELVES |
| 233 | DuPont Pension Trust | 1 | Class 3 Creditor | THEMSELVES |

53

| 54  | EDUARDO DUARTE SERVICOS LTDA | 1 | Class 3 Creditor | THEMSELVES |
| 221 | Elisabetta Anastasia Manuli | 1 | Class 3 Creditor | THEMSELVES |
| 234 | Emerging Markets Special Opportunities Ltd. | 1 | Class 3 Creditor | THEMSELVES |
| 235 | EMSO Rose Fund Ltd. | 1 | Class 3 Creditor | THEMSELVES |
| 236 | EMSO Saguaro Funds Ltd. | 1 | Class 3 Creditor | THEMSELVES |
| 237 | EMSO Tulip Fund Ltd. | 1 | Class 3 Creditor | THEMSELVES |

| User: equadros | Page: | 2/ 8 | Date: June 3, 2014 | Time: 3:43:40 p.m. |
| | | | | 6718750 |

**Voters Present**

**Deloitte** [Handwritten:] *7504*

**Name of the Assembly: OGXPG**                    Beginning Date: June 3, 2014 12:11:17 p.m.

**Location: Rio de Janeiro**                    Notes:

| 56  | ENSCO DO BRASIL PETRÓLEO E GÁS LTDA. | 1 | Class 3 Creditor | THEMSELVES |
| 226 | European Distressed Mac Limited | 1 | Class 3 Creditor | THEMSELVES |
| 58  | EXPRO DO BRASIL SERVICOS LTDA | 1 | Class 3 Creditor | THEMSELVES |
| 59  | FARIA LAHAM CONSULTORIA EMPRESARIAL | 1 | Class 3 Creditor | THEMSELVES |
| 205 | Firenze Corporate INC. | 1 | Class 3 Creditor | THEMSELVES |
| 62  | FIRMO SABINO E LESSA ADVOGADOS | 1 | Class 3 Creditor | THEMSELVES |
| 214 | First Geneva High Yield Fund | 1 | Class 3 Creditor | THEMSELVES |
| 63  | FIVE STARS DE MACAE SERVICOS DE PET | 1 | Class 3 Creditor | THEMSELVES |
| 64  | FM ORGANIZACAO E PLANEJAMENTO DE EV | 1 | Class 3 Creditor | THEMSELVES |
| 65  | FRANCA, LOPES PINTO ADVOGADOS ASSOCIADOS | 1 | Class 3 Creditor | THEMSELVES |
| 67  | FRANK'S INTERNATIONAL AMERICAS B.V. | 1 | Class 3 Creditor | THEMSELVES |
| 66  | FRANK'S INTERNATIONAL BRASIL LTDA. | 1 | Class 3 Creditor | THEMSELVES |
| 208 | FSB Investments LTD. | 1 | Class 3 Creditor | THEMSELVES |
| 68  | FUGRO BRASIL SERVICOS SUBMARINOS E | 1 | Class 3 Creditor | THEMSELVES |
| 69  | FULLTIME COMERCIO DE MATERIAIS PARA | 1 | Class 3 Creditor | THEMSELVES |
| 70  | G COMEX ARMAZENS GERAIS LTDA | 1 | Class 3 Creditor | THEMSELVES |
| 215 | GAM Trading (No. 37) INC. | 1 | Class 3 Creditor | THEMSELVES |
| [illegible] | GCA CONSULTORES LTDA. (Originally listed as GAFFNEY, CLINE & ASSOCIATES INC.) | 1 | Class 3 Creditor | THEMSELVES |
| 72  | GE OIL & GAS DO BRASIL LTDA. | 1 | Class 3 Creditor | THEMSELVES |
| 73  | GEOCHEMICAL TECHNOLOGY SERVICIOS AN | 1 | Class 3 Creditor | THEMSELVES |
| 74  | GEOQUEST SYSTEMS B.V. | 1 | Class 3 Creditor | THEMSELVES |
| 75  | GEORESEARCH DO BRASIL LTDA. | 1 | Class 3 Creditor | THEMSELVES |
| 229 | GLG European Distressed Fund | 1 | Class 3 Creditor | THEMSELVES |
| 228 | GLG European Distressed Fund Master Fund LTD. | 1 | Class 3 Creditor | THEMSELVES |
| 227 | GLG Market Neutral Fund | 1 | Class 3 Creditor | THEMSELVES |
| 76  | GOLS SERVIÇOS DE LOGÍSTICA OFFSHORE LTDA. | 1 | Class 3 Creditor | THEMSELVES |
| 238 | Green Fund, LLC | 1 | Class 3 Creditor | THEMSELVES |
| 239 | Green II Fund, LLC | 1 | Class 3 Creditor | THEMSELVES |

| User: equadros | Page: | 3 / 8 | Date: June 3, 2014 | Time: 3:43:40 p.m. |
| | | | | 6875000 |

**Voters Present**

**Deloitte** [Handwritten:] *7505*

| | | | | |
|---|---|---|---|---|
| Name of the Assembly: OGXPG | | | Beginning Date: June 3, 2014 12:11:17 p.m. | |
| Location: Rio de Janeiro | | | Notes: | |

| | | | | |
|---|---|---|---|---|
| 77 | GREENE'S ENERGIA SERVICOS DO BRASIL LTDA. | 1 | Class 3 Creditor | THEMSELVES |
| 78 | HALLIBURTON SERVICOS LTDA | 1 | Class 3 Creditor | THEMSELVES |
| 79 | HS ASSOCIATUS LTDA | 1 | Class 3 Creditor | THEMSELVES |
| 80 | IBM BRASIL – INDÚSTRIA, MÁQUINAS E SERVIÇOS LTDA. | 1 | Class 3 Creditor | THEMSELVES |
| 81 | ICF CONSULTORIA DO BRASIL LTDA | 1 | Class 3 Creditor | THEMSELVES |
| 84 | INNOVA RIO ENGENHARIA E CONSTRUÇÕES LTDA. | 1 | Class 3 Creditor | THEMSELVES |
| 86 | INSTITUTO DE CIENCIAS NAUTICAS ICN | 1 | Class 3 Creditor | THEMSELVES |
| [illegible] | INSTITUTO INNOVARE PESQUISA DE MERC | 1 | Class 3 Creditor | THEMSELVES |
| 88 | INTEGRA CONSULTORIA SS LTDA | 1 | Class 3 Creditor | THEMSELVES |
| 89 | INTER ASSESSORIA AERONAUTICA LTDA | 1 | Class 3 Creditor | THEMSELVES |
| 90 | INTERCONNECTIONS EXCELENCIA EM IDIO | 1 | Class 3 Creditor | THEMSELVES |
| 91 | INTERMOOR DO BRASIL SERVIÇOS OFFSHORE DE INSTALAÇÃO LTDA. | 1 | Class 3 Creditor | THEMSELVES |
| 92 | INTERNAUTICA CALL CENTER SERVICOS D | 1 | Class 3 Creditor | THEMSELVES |
| 94 | INVENTUM PROGRAMACAO VISUAL E PROJE | 1 | Class 3 Creditor | THEMSELVES |
| 95 | INVISION GEOFISICA LTDA | 1 | Class 3 Creditor | THEMSELVES |
| 97 | IRON MOUNTAIN DO BRASIL LTDA | 1 | Class 3 Creditor | THEMSELVES |
| [illegible] | Itava Inc. | 1 | Class 3 Creditor | THEMSELVES |
| 99 | JSL S.A. | 1 | Class 3 Creditor | THEMSELVES |
| 100 | LABTOX - LABORATORIO DE ANALISE AMBIENTAL | 1 | Class 3 Creditor | THEMSELVES |
| 101 | LAVA SAO SALVADOR LAVANDERIA LTDA | 1 | Class 3 Creditor | THEMSELVES |
| 102 | LERSCH TRADUÇÕES | 1 | Class 3 Creditor | THEMSELVES |
| 104 | LOGIKA SERVICOS DE TRANSPORTES LTDA | 1 | Class 3 Creditor | THEMSELVES |
| 240 | Lord Abbett Bond – Debenture Fund, Inc. | 1 | Class 3 Creditor | THEMSELVES |
| 241 | Lord Abbett Investment Trust - Lord Abbett Income Fund | 1 | Class 3 Creditor | THEMSELVES |
| 242 | Lord Abbett Investment Trust - Lord Abbett Inflation Focused Fund | 1 | Class 3 Creditor | THEMSELVES |
| 243 | Lord Abbett Investment Trust - Lord Abbett Short Duration Income Fund | 1 | Class 3 Creditor | THEMSELVES |
| 244 | Lord Abbett Investment Trust - | 1 | Class 3 Creditor | THEMSELVES |

| | | | | |
|---|---|---|---|---|
| User: equadros | Page: | 4 / 8 | Date: June 3, 2014 | Time: 3:43:40 p.m. |
| | | | | 7031250 |

**Voters Present**

**Deloitte** [Handwritten:] *7506*

| | | | | |
|---|---|---|---|---|
| **Name of the Assembly: OGXPG** | | | **Beginning Date: June 3, 2014 12:11:17 p.m.** | |
| **Location: Rio de Janeiro** | | | **Notes:** | |

| | Lord Abbett Total Return Fund | | | |
|---|---|---|---|---|
| 106 | LUCADDELI MERCERAIA LTDA EPP | 1 | Class 3 Creditor | THEMSELVES |
| 107 | LUMIS EIP TECNOLOGIA DA INFORMAÇÃO | 1 | Class 3 Creditor | THEMSELVES |
| 245 | LVS I LLC | 1 | Class 3 Creditor | THEMSELVES |
| 216 | Lyxor/Andromeda Global Credit Fund LTDA. | 1 | Class 3 Creditor | THEMSELVES |
| 109 | MADRI ENGENHARIA PROJ E EST AMBIENT | 1 | Class 3 Creditor | THEMSELVES |
| 111 | MAERSK ENERGIA LTDA | 1 | Class 3 Creditor | THEMSELVES |
| 112 | MAERSK H2S SAFETY SERVICES AS | 1 | Class 3 Creditor | THEMSELVES |
| 110 | MAERSK H2S SAFETY SERVICES BRASIL S.A. | 1 | Class 3 Creditor | THEMSELVES |
| 113 | MAERSK OIL BRASIL LTDA. | 1 | Class 3 Creditor | THEMSELVES |
| 114 | MAERSK SUPPLY SERVICE – APOIO MARÍTIMO LTDA. | 1 | Class 3 Creditor | THEMSELVES |
| 115 | MAERSK SUPPLY SERVICE AS | 1 | Class 3 Creditor | THEMSELVES |
| 116 | MAIS MEDIA MONITORAMENTO DE INFORMA | 1 | Class 3 Creditor | THEMSELVES |
| 117 | MANAN 246 SERVICOS LTDA | 1 | Class 3 Creditor | THEMSELVES |
| 271 | MARCELLO ALVES DE OLIVEIRA | 1 | Class 3 Creditor | THEMSELVES |
| 118 | MARINE PRODUCTION SYSTEMS DO BRASIL LTDA. | 1 | Class 3 Creditor | THEMSELVES |
| 119 | MARINE PRODUCTION SYSTEMS LTD | 1 | Class 3 Creditor | THEMSELVES |
| 120 | MARLOPES ASSESSORIA EM SEGURANCA DO | 1 | Class 3 Creditor | THEMSELVES |
| 122 | MED-RIO CHECK-UP MED PREVENT LTDA | 1 | Class 3 Creditor | THEMSELVES |
| 121 | MEDIA CORP SERVICOS DE PUBLICIDADE | 1 | Class 3 Creditor | THEMSELVES |
| 127 | MHAC INTERMEDIACAO DE NEGOCIOS EIRE | 1 | Class 3 Creditor | THEMSELVES |
| 129 | MI SWACO DO BRASIL – COMERCIO SERVIÇOS | 1 | Class 3 Creditor | THEMSELVES |
| 246 | MLF Trust | 1 | Class 3 Creditor | THEMSELVES |
| 247 | Moneda Deuda Latinoamericana Fondo de Inversión | 1 | Class 3 Creditor | THEMSELVES |
| 248 | Moneda Latin American Corporate Debt | 1 | Class 3 Creditor | THEMSELVES |
| 130 | MP DE LIMA GEOLOGIA DE PETROLEO | 1 | Class 3 Creditor | THEMSELVES |
| 131 | MS LOGISTICA ADUANEIRA LTDA | 1 | Class 3 Creditor | THEMSELVES |
| 132 | MTT SERVICOS DE | 1 | Class 3 Creditor | THEMSELVES |

| | | | | | |
|---|---|---|---|---|---|
| User: equadros | Page: | 5 / 8 | Date: June 3, 2014 | Time: 3:43:40 p.m. | |
| | | | | 7187500 | |

**Voters Present**

**Deloitte** [Handwritten:] *7507*

| | | | | | |
|---|---|---|---|---|---|
| **Name of the Assembly:** OGXPG | | | **Beginning Date:** June 3, 2014 12:11:17 p.m. | | |
| **Location:** Rio de Janeiro | | | **Notes:** | | |

| | | | | |
|---|---|---|---|---|
| | INFORMATICA LTDA | | | |
| 134 | NMC ASSESSORIA COMERCIAL LTDA | 1 | Class 3 Creditor | THEMSELVES |
| 249 | Nomura International Plc. | 1 | Class 3 Creditor | THEMSELVES |
| 135 | NORSKAN OFFSHORE LTDA. | 1 | Class 3 Creditor | THEMSELVES |
| 224 | Novel Capital Group Limited | 1 | Class 3 Creditor | THEMSELVES |
| 138 | OKER EMPREENDIMENTOS, PARTICIPACOES | 1 | Class 3 Creditor | THEMSELVES |
| 140 | OPTIONS CONSULTORIA E TREINAMENTOS | 1 | Class 3 Creditor | THEMSELVES |
| 250 | Passaic Place LLC. | 1 | Class 3 Creditor | THEMSELVES |
| 142 | PERENCO PETRÓLEO E GÁS DO BRASIL LTDA. | 1 | Class 3 Creditor | THEMSELVES |
| 143 | PETROBRAS DISTRIBUIDORA S.A. | 1 | Class 3 Creditor | THEMSELVES |
| 144 | PETRÓLEO BRASILEIRO S.A. | 1 | Class 3 Creditor | THEMSELVES |
| 251 | PIMCO Combined Alpha Strategies Master Fund LDC | 1 | Class 3 Creditor | THEMSELVES |
| 252 | PIMCO Dynamic Credit Income Fund | 1 | Class 3 Creditor | THEMSELVES |
| 253 | PIMCO Dynamic Income Fund | 1 | Class 3 Creditor | THEMSELVES |
| 254 | PIMCO Equity Series: PIMCO Dividend and Income Builder Fund | 1 | Class 3 Creditor | THEMSELVES |
| 255 | PIMCO Funds: Global Investors Series plc, Income Fund | 1 | Class 3 Creditor | THEMSELVES |
| 256 | PIMCO Funds: PIMCO Diversivied Income Fund | 1 | Class 3 Creditor | THEMSELVES |
| 257 | PIMCO FUnds: PIMCO Floating Income Fund | 1 | Class 3 Creditor | THEMSELVES |
| 258 | PIMCO Funds: PIMCO Income Fund | 1 | Class 3 Creditor | THEMSELVES |
| 259 | PIMCO Funds: PIMCO International Fundamental IndexPLUS AR Strategy Fund | 1 | Class 3 Creditor | THEMSELVES |
| 260 | PIMCO Funds: PIMCO Small Company Fundamental IndexPLUS AR Strategy Fund | 1 | Class 3 Creditor | THEMSELVES |
| 261 | PIMCO Funds: PIMCO Worldwide Fundamental | 1 | Class 3 Creditor | THEMSELVES |
| 262 | PIMCO Global Credit Opportunity Master Fund LDC Corporate Relative Value Sleeve | 1 | Class 3 Creditor | THEMSELVES |
| 263 | PIMCO Global Credit Opportunity Mastesr Fund LDC Fundamental High Yield Sleeve | 1 | Class 3 Creditor | THEMSELVES |
| 264 | PIMCO Global Stocks PLUS & Income Fund | 1 | Class 3 Creditor | THEMSELVES |
| 265 | PIMCO Income Opportunity Fund | 1 | Class 3 Creditor | THEMSELVES |

| | | | | | |
|---|---|---|---|---|---|
| User: equadros | Page: | 6 / 8 | Date: June 3, 2014 | Time: 3:43:40 p.m. | |
| | | | | 7500000 | |

**Voters Present**

**Deloitte** [Handwritten:] *7508*

| | | | | |
|---|---|---|---|---|
| **Name of the Assembly: OGXPG** | | | **Beginning Date: June 3, 2014 12:11:17 p.m.** | |
| **Location: Rio de Janeiro** | | | **Notes:** | |

| | | | | |
|---|---|---|---|---|
| 266 | PIMCO Monthly Income Fund (Canada) | 1 | Class 3 Creditor | THEMSELVES |
| 267 | PIMCO Tactical Opportunities Master Fund Ltd. | 1 | Class 3 Creditor | THEMSELVES |
| 145 | PORTAGIO ENGENHARIA E CONSTRUCOES L | 1 | Class 3 Creditor | THEMSELVES |
| 146 | POTIGUAR ENGENHARIA, CONSULTORIA E | 1 | Class 3 Creditor | THEMSELVES |
| 147 | PRATICAGEM FLUMINENSE SOCIEDADE DE | 1 | Class 3 Creditor | THEMSELVES |
| 148 | PRESSCELL ASSESSORIA EXECUTIVA LTDA. | 1 | Class 3 Creditor | THEMSELVES |
| 150 | PULSE MONITORAMENTO ESTRUTURAL LTDA | 1 | Class 3 Creditor | THEMSELVES |
| 225 | Quaquer Event Arbitrag Fund (series de Quaquer Investment Trust) | 1 | Class 3 Creditor | THEMSELVES |
| 151 | R C M PEREIRA MUDANCAS E TRANSPORTE | 1 | Class 3 Creditor | THEMSELVES |
| 153 | RADIO-TAXI 2000 – COOPERATIVA DE RA | 1 | Class 3 Creditor | THEMSELVES |
| 154 | REAL SRR PUBLICIDADE E MARKETING LTDA | 1 | Class 3 Creditor | THEMSELVES |
| 155 | RENTCON LOCAÇÃO E COMÉRCIO DE EQUIPAMENTOS LTDA. EPP | 1 | Class 3 Creditor | THEMSELVES |
| 156 | SAVECARE ATENDIMENTO PRE-HOSPITALAR | 1 | Class 3 Creditor | THEMSELVES |
| 157 | SCHLUMBERGER SERVIÇOS DE PETRÓLEO LTDA. | 1 | Class 3 Creditor | THEMSELVES |
| 160 | SERVICOS TEC E DE REP BARCRO LTDA E | 1 | Class 3 Creditor | THEMSELVES |
| 217 | Shahriar Shahida | 1 | Class 3 Creditor | THEMSELVES |
| 162 | SMITH INTERNATIONAL DO BRASIL LTDA. | 1 | Class 3 Creditor | THEMSELVES |
| 163 | SOFFTECH BRASIL SERVICOS E COMERCIO | 1 | Class 3 Creditor | THEMSELVES |
| 164 | SOLINTEC CONSULTORIA E SERVIÇOS DE GEOLOGIA LTDA. | 1 | Class 3 Creditor | THEMSELVES |
| 165 | SOMA DESENVOLVIMENTO & MEIO AMBIENTE | 1 | Class 3 Creditor | THEMSELVES |
| 199 | SOUTHERN SCHLUMBERGER AS | 1 | Class 3 Creditor | THEMSELVES |
| 200 | SOUTHERN WESTERNGECO S.R.L. | 1 | Class 3 Creditor | THEMSELVES |
| 268 | Spinnaker Global Emerging Markets Fund | 1 | Class 3 Creditor | THEMSELVES |
| 269 | Spinnaker Global Opportunity Fund Ltd. | 1 | Class 3 Creditor | THEMSELVES |
| 270 | Spinnaker Global Special Situations Fund | 1 | Class 3 Creditor | THEMSELVES |

| | | | | |
|---|---|---|---|---|
| User: equadros | Page: | 7 / 8 | Date: June 3, 2014 | Time: 3:43:40 p.m. |
| | | | | 7656250 |

**Voters Present**

**Deloitte** [Handwritten:] *7509*

| Name of the Assembly: OGXPG | | | Beginning Date: June 3, 2014 12:11:17 p.m. | |
|---|---|---|---|---|
| Location: Rio de Janeiro | | | Notes: | |

| | | | | |
|---|---|---|---|---|
| 167 | SPRINK SEGURANÇA CONTRA INCENDIO LTDA | 1 | Class 3 Creditor | THEMSELVES |
| 169 | SUBSEA7 DO BRASIL SERVICOS LTDA | 1 | Class 3 Creditor | THEMSELVES |
| 218 | Susquehanna Ireland Limited | 1 | Class 3 Creditor | THEMSELVES |
| 176 | TOCANTINS ADVOGADOS | 1 | Class 3 Creditor | THEMSELVES |
| 177 | TOP RIO VIAGENS E TURISMO LTDA | 1 | Class 3 Creditor | THEMSELVES |
| 180 | TOTVS AS | 1 | Class 3 Creditor | THEMSELVES |
| 185 | ULHOA CANTO REZENDE E GUERRA ADVOGADOS | 1 | Class 3 Creditor | THEMSELVES |
| 187 | V&M DO BRASIL S.A | 1 | Class 3 Creditor | THEMSELVES |
| [illegible]9 | VENATIV ASSESSORIA AMBIENTAL E COME | 1 | Class 3 Creditor | THEMSELVES |
| 190 | VINHAS E REDENSCHI ADVOGADOS | 1 | Class 3 Creditor | THEMSELVES |
| 191 | VIVO AS | 1 | Class 3 Creditor | THEMSELVES |
| 206 | VR Global Partners L.P. | 1 | Class 3 Creditor | THEMSELVES |
| 201 | WELLSTREAM INTERNTIONAL LTD | 1 | Class 3 Creditor | THEMSELVES |
| 202 | WILD WELL CONTROL, INC | 1 | Class 3 Creditor | THEMSELVES |
| 195 | WLA INTERPRETACAO DE PERFIS LTDA | 1 | Class 3 Creditor | THEMSELVES |
| 197 | WORKBOAT SERVICOS E APOIO MARITIMOS | 1 | Class 3 Creditor | THEMSELVES |

**List of Creditors Present**

Deloitte [Handwritten:] *7510*

Class 3

| Code | Creditor | Associated company | ID (RG) | Full Name |
|------|----------|--------------------|---------|-----------|
| 1 | 15 OFICIO DE NOTAS DA  COMARCA DA CAPITAL | | [Hw:] *OAB/[illegible] 97685* | [signature] |
| 2 | 2H OFFSHORE PROJETOS LTDA | | [Hw:] *13084475-7* | [signature] |
| 3 | ABS GROUP SERVICES DO BRASIL LTDA | | | |
| 4 | ACAMIN GROUP SERVICES DO BRASIL LTDA | | | |
| 5 | ACCENTURE CONSULTORIA DE RECURSOS N | | | |
| 6 | ACCENTURE DO BRASIL LTDA | | | |
| 7 | AECOM DO BRASIL LTDA | | [Hw:] *OAB/SP 288556* | [signature] |
| 8 | AEROLEO TAXI AEREO S/A | | | |
| 9 | AEROSPACE E MARINE INTERNATIONAL | | [Hw:] *97885* | [signature] |
| 209 | Alessandra Manuli | | [Hw:] *OAB/SP 281.482* | [signature] |
| 230 | Alpha HG Fund LTD | | [Hw:] *OAB/SP 286.786* | [signature] |
| 10 | ALPINA BRIGGS DEFESA AMBIENTAL S/A | | | |
| 11 | ANALISYS AUDITORIA, CONSULTORIA E TREINAMENTO LTDA. | | [Hw:] *27635* | [signature] |
| 210 | Andromeda Global Credit Fund LTD. | | [Hw:] *OAB/SP 2350180* | [signature] |
| 211 | Antonello Manuli | | [Hw:] *OAB/SP 281.482* | [signature] |
| 12 | AQUALAB QUIMICA E SERVICOS LTDA | | [Hw:] *97685* | [signature] |
| 13 | AR FRIO SISTEMAS TERMICOS LTDA | | [Hw:] *97685* | [signature] |
| 14 | ARAQUEM DE AZEREDO | | [Hw:] *97685* | [signature] |
| 212 | Aspen Creek Partners, LP | | [Hw:] *OAB/SP 235250* | [signature] |
| 15 | ASSOCIACAO BRASILEIRA DAS EMPRESAS | | [Hw:] *97685* | [signature] |
| 16 | ASSOCIACAO DESPORTIVA RJX | | [Hw:] *97685* | [signature] |
| 17 | ASSOCIACAO DOS TAXISTAS DO CASTELINHO | | [Hw:] *97685* | [signature] |
| 18 | ATLANTIS SOLUCOES EM MEIO AMBIENTE | | [Hw:] *97685* | [signature] |
| 19 | AUTOMATOS PARTICIPACOES S.A. | | [Hw:] *97685* | [signature] |
| 213 | Autonomy Master Fund Limited | | [Hw:] *OAB/SP 270280* | [signature] |
| 20 | AVIPAM TURISMO E TECNOLOGIA LTDA | | [Hw:] *97685* | [signature] |
| 21 | B.A.M. CONSULTORIAS E GESTAO DE PATR | | [Hw:] *976859* | [signature] |

**List of Creditors Present**

**Deloitte** [Handwritten:] *7511*

---

Class 3

---

| Code | Creditor | Associated company | ID (RG) | Full Name |
|------|----------|--------------------|---------|-----------|
| 22 | BAKER HUGHES DO BRASIL LTDA. | | [Hw:] *155.307 OAB/RJ* | [signature] |
| 23 | BAKER HUGHES OILFIELD OPERATIONS INC | | [Hw:] *155.307 OAB/RJ* | [signature] |
| 24 | BANCO BANKPAR S/A | | [Hw:] *34.506.879-8* | [signature] |
| | | | *156.290 OAB/RJ* | |
| 25 | BANCO BRADESCO S/A | | [Hw:] *34.506.879-8* | [signature] |
| | | | *156.290* | |
| 26 | BIOCHRON CONSULTORIALTDA | | [Hw:] *97685* | [signature] |
| 27 | BLOOMBERG FINANCE L.P. | | [Hw:] *97685* | [signature] |
| 222 | BNYM Brazil International Fund SPC, On Behalf of JGP Offshore Segregated Portfolio | | [Hw:] *OAB/SP 281.482* | [signature] |
| 28 | BP ENERGY DO BRASIL LTDA | | [Hw:] *OAB/RJ 105.508* | [signature] |
| 29 | BRAM OFFSHORE TRANSPORTES MARÍTIMOS LTDA. | | [Hw:] *OAB/RJ 18.411* | [signature] |
| 30 | BRASBUNKER PARTICIPACOES S.A. | | | |
| 31 | BRASDRIL SOCIEDADE DE PERFURAÇÕES LTDA. | | [Hw:] *OAB/SP 247.509* | [signature] |
| 223 | Brax Fund | | [Hw:] *OAB/SP 281.482* | [signature] |
| 207 | Brennus Fund LP | | [Hw:] *OAB/SP 235.250* | [signature] |
| 32 | BRIC BRAZILIAN INTERMODAL COMPLEX S.A. | | [Hw:] *97685* | [signature] |
| 33 | BUREAU VERITAS DO BRASIL SOCIEDADE CLASSIFICADORA E CERTIFICADORA LTDA | | | |
| 34 | C-INNOVATION DO BRASIL SERVICOS DE ROBÓTICA SUBMARINA LTDA. | | [Hw:] *OAB/RJ 144.825* | [signature] |
| 41 | C-INNOVATION LLC | | | |
| 35 | CALAND BOREN B.V. | | 7.00.34351 [illegible] | [signature] |
| 36 | CALSEP INC. | | | |
| 219 | Capital Ventures International | | [Hw:] *OAB/SP 220280* | [signature] |
| 37 | CAPROCK COMUNICAÇÕES DO BRASIL LTDA. | | [Hw:] *969.007* | [signature] |
| 38 | CAR RENTAL SYSTEMS DO BRASIL LOCAÇÃO | | [Hw:] *97685* | [signature] |
| 39 | CARRIERWEB BR SOLUÇÕES TECNOLÓGICAS LTDA. | | [Hw:] *21336019-1* | [signature] |
| 40 | CEM DIGITALIZACAO DE DADOS LTDA | | [Hw:] *97685* | [signature] |
| 42 | CLARIANT SA | | | |
| 43 | CMS CAMERON MCKENNA CONSULTORES EM | | [Hw:] *97685* | [signature] |

User: equadros          Page:          2 / 11          Date: June 3, 2014          Time: 9:16:10 a.m.
8906250

**List of Creditors Present**

**Deloitte** [Handwritten:] *7512*

Class 3

| Code | Creditor | Associated company | ID (RG) | Full Name |
|------|----------|--------------------|---------|-----------|
| 44 | COMUNIQUE SE COMUNICACAO CORPORATIVA | | [Hw:] *97685* | [signature] |
| 45 | COPY HOUSE SERVICOS REPROGRAFICOS L | | [Hw:] *97685* | [signature] |
| 46 | CPR CENTRO DE PREVENCAO RIO LTDA MR | | | |
| 47 | CRISTOVINHO ALIMENTOS LTDA EPP | | [Hw:] *97685* | [signature] |
| 231 | SCHG Graal Fund, LLC | | [Hw:] *OAB/SP 286.786* | [signature] |
| 48 | CUSHMAN E WAKEFIELD SERVICOS GERAIS | | | |
| 49 | DAVIS POLK & WARDWELL CONSULTORES E | | [Hw:] *97685* | [signature] |
| 203 | DEUTSCHE BANK TRUST COMPANY AMERICAS (TRUSTEE) – SENIOR NOTES DUE 2018 | | | |
| 204 | DEUTSCHE BANK TRUST COMPANY AMERICAS (TRUSTEE) – SENIOR NOTES DUE 2022 | | | |
| 50 | DIAMOND OFFSHORE NETHERLANDS B.V. | | [Hw:] *OAB/SP 265.374* | [signature] |
| 51 | DIAS CORREA ADVOGADOS | | [Hw:] *97685* | [signature] |
| 232 | Directive HG Fund | | [Hw:] *OAB/SP 286.786* | [signature] |
| 52 | DOF REDERI II AS | | [Hw:] *123.648 OAB/RJ* | [signature] |
| 233 | DuPont Pension Trust | | *OAB/SP 281.482* | [signature] |
| 53 | EASY WAY DO BRASIL CONSULTORIA E INFORMATICA LTDA | | | |
| 54 | EDUARDO DUARTE SERVICOS LTDA | | [Hw:] *97685* | [signature] |
| 221 | Elisabetta Anastasia Manuli | | [Hw:] *OAB/SP 281.482* | [signature] |
| 234 | Emerging Markets Special Opportunities Ltd. | | [Hw:] *OAB/SP 286.786* | [signature] |
| 235 | EMSO Rose Fund Ltd. | | [Hw:] *OAB/SP 286.786* | [signature] |
| 236 | EMSO Saguaro Funds Ltd. | | [Hw:] *OAB/SP 286.786* | [signature] |
| 237 | EMSO Tulip Fund Ltd. | | [Hw:] *OAB/RJ 144.825* | [signature] |
| 55 | ENGINEERING DO BRASIL SA | | | |
| 56 | ENSCO DO BRASIL PETRÓLEO E GÁS LTDA. | | [Hw:] 26824555 -[illegible] | [signature] |
| 57 | ERM DO BRASIL LTDA | | | |
| 226 | European Distressed Mac Limited | | [Hw:] *OAB/SP 220280* | [signature] |
| 58 | EXPRO DO BRASIL SERVICOS LTDA | | [Hw:] *97685* | [signature] |
| 59 | FARIA LAHAM CONSULTORIA EMPRESARIAL | | [Hw:] *97685* | [signature] |

User: equadros          Page:      3 / 11          Date: June 3, 2014      Time: 9:16:10 a.m.
8906250

**List of Creditors Present**

**Deloitte** [Handwritten:] *7513*

___

Class 3

___

| Code | Creditor | Associated company | ID (RG) | Full Name |
|------|----------|--------------------|---------|-----------|
| 60 | FEDERACAO DAS E DE T DE P DO ESTADO | | | [signature] |
| 61 | FEDERAL EXPRESS CORPORATION | | | [signature] |
| 205 | Firenze Corporate INC. | | [Hw:] *OAB 220280* | [signature] |
| 62 | FIRMO SABINO E LESSA ADVOGADOS | | [Hw:] *97685* | [signature] |
| 214 | First Geneva High Yield Fund | | [Hw:] *OAB 235250* | [signature] |
| 63 | FIVE STARS DE MACAE SERVICOS DE PET | | [Hw:] *97685* | [signature] |
| 64 | FM ORGANIZACAO E PLANEJAMENTO DE EV | | [Hw:] *97685* | [signature] |
| 65 | FRANCA, LOPES PINTO ADVOGADOS ASSOCIADOS | | [Hw:] *97685* | [signature] |
| 67 | FRANK'S INTERNATIONAL AMERICAS B.V. | | [Hw:] *169007* | [signature] |
| 66 | FRANK'S INTERNATIONAL BRASIL LTDA. | | [Hw:] *169007* | [signature] |
| 208 | FSB Investments LTD. | | [Hw:] *OABSP 220 280* | [signature] |
| 68 | FUBRO BRASIL SERVICOS SUBMARINOS E | | [Hw:] *97685* | [signature] |
| 69 | FULLTIME COMERCIO DE MATERIAIS PARA | | [Hw:] *97685* | [signature] |
| 70 | G COMEX ARMAZENS GERAIS LTDA | | [Hw:] *155 426 OAB/RJ* | [signature] |
| 215 | GAM Trading (No. 37) INC. | | [Hw:] *OABSP 220 280* | [signature] |
| 71 | GCA CONSULTORES LTDA. (Originally listed as GAFFNEY, CLINE & ASSOCIATES INC.) | | [Hw:] *155 307 OAB/RJ* | [signature] |
| 72 | GE OIL & GAS DO BRASIL LTDA | | [Hw:] *26223 000-8* | [signature] |
| 73 | GEOCHEMICAL TECHNOLOGY SERVICIOS AN | | [Hw:] *97685* | [signature] |
| 74 | GEOQUEST SYSTEMS B.V. | | [Hw:] *106962 OAB/RJ* | [signature] |
| 75 | GEORESEARCH DO BRASIL LTDA | | [Hw:] *106962 OAB/RJ* | [signature] |
| 229 | GLG European Distressed Fund | | [Hw:] *OABSP 220 280* | [signature] |
| 228 | GLG European Distressed Master Fund LTD. | | [Hw:] *OABSP 220 280* | [signature] |
| 227 | GLG Market Neutral Fund | | [Hw:] *OABSP 220 280* | [signature] |
| 76 | GOLS SERVICOS DE LOGISTICA OFFSHORE LTDA. | | [Hw:] *97685* | [signature] |
| 238 | Green Fund LLC | | [Hw:] *OAB/SP 286.186* | [signature] |
| 239 | Green II Fund, LLC | | [Hw:] *OAB/SP 286.186* | [signature] |
| 77 | GREENE'S ENERGIA SERVIÇOS DO BRASIL LTDA. | | [Hw:] *185.809 OAB/RJ* | [signature] |

**List of Creditors Present**

**Deloitte** [Handwritten:] *7514*

___

Class 3

___

| Code | Creditor | Associated company | ID (RG) | Full Name |
|------|----------|--------------------|---------|-----------|
| 78 | HALLIBURTON SERVICOS LTDA | | [Hw:] *09547550-5* | [signature] |
| 79 | HS ASSOCIATUS LTDA | | [Hw:] *97685* | [signature] |
| 80 | IBM BRASIL – INDÚSTRIA, MÁQUINAS E SERVIÇOS LTDA. | | [Hw:] *OABRJ 121433* | [signature] |
| 81 | ICF CONSULTORIA DO BRASIL LTDA. | | [Hw:] *07685* | [signature] |
| 82 | IHS CERA | | [Hw:] " | [signature] |
| 83 | IMAGEM GEOSISTEMAS E COMERCIO LTDA | | [Hw:] " | [signature] |
| 84 | INNOVA RIO ENGENHARIA E CONSTRUÇÕES LTDA. | | [Hw:] *OAB/RJ 105516* | [signature] |
| 85 | INSTITUTO BRASILEIRO DE PETROLEO GA | | [Hw:] " | [signature] |
| 86 | INSTITUTO DE CIENCIAS NAUTICAS ICN | | [Hw:] *97685* | [signature] |
| 87 | INSTITUTO INNOVARE PESQUISA DE M ERC | | [Hw:] *97685* | [signature] |
| 88 | INTEGRA CONSULTORIA SS LTDA | | [Hw:] *97685* | [signature] |
| 89 | INTER ASSESSORIA AERONAUTICA | | [Hw:] *95180* | [signature] |
| 90 | INTERCONNECTIONS EXCELENCIA EM IDIO | | [Hw:] *97685* | [signature] |
| 91 | INTERMOOR DO BRASIL SERVIÇOS OFFSHORE DE INSTALAÇÃO LTDA. | | [Hw:] *13034475-7* | [signature] |
| 92 | INTERNAUTICA CALL CENTER SERVICOS D | | [Hw:] *92685* | [signature] |
| 93 | INTERTEK DO BRASIL INSPECOES LTDA | | [Hw:] " | [signature] |
| 94 | INVENTUM PROGRAMACAO VISUAL E PROJE | | [Hw:] *97685* | [signature] |
| 95 | INVISION GEOFISICA LTDA | | [Hw:] *97685* | [signature] |
| 96 | IOB INFORMACOES OBJETIVAS PUBLICACO [Hw:] *No effect* | | [Hw:] *97685* | [signature] |
| 97 | IRON MOUNTAIN DO BRASIL LTDA | | [Hw:] *97685* | [signature] |
| 220 | Itava Inc. | | [Hw:] *OAB/SP 235 250* | [signature] |
| 98 | JAYMAR DO BRASIL SERVIÇOS E CONSULTORIA EM ATIVIDADES MARÍTIMAS LTDA. | | [Hw:] " | [signature] |
| 99 | JSL S.A | | [Hw:] *OAB/RJ 139.481* | [signature] |
| 100 | LABTOX – LABORATORIO DE ANALISE AMBIENTAL | | [Hw:] *97685* | [signature] |
| 101 | LAVA SAO SALVADOR LAVANDERIA LTDA | | [Hw:] *97685* | [signature] |
| 102 | LERSCH TRADUÇÕES | | [Hw:] *97685* | [signature] |

**List of Creditors Present**

Deloitte [Handwritten:] *7515*

---

Class 3

---

| Code | Creditor | Associated company | ID (RG) | Full Name |
|------|----------|-------------------|---------|-----------|
| 103 | LOGICOM ESP LTD | | " | [signature] |
| 104 | LOGIKA SERVICOS DE TRANSPORTES LTDA | | [Hw:] *97685* | [signature] |
| 105 | LONDON OFFSHORE CONSULTANTS BRASIL LTDA | | " | [signature] |
| 240 | Lord Abbett Bond – Debenture Fund, Inc. | | [Hw:] *OAB/SP 286 786* | [signature] |
| 241 | Lord Abbett Investment Trust, Lord Abbett Income Fund | | [Hw:] *OAB/SP 286 786* | [signature] |
| 242 | Lord Abbett Investment Trust, Lord Abbett Inflation Focused Fund | | [Hw:] *OAB/SP 286 786* | [signature] |
| 243 | Lord Abbett Investment Trust, Lord Abbett Short Duration Income Fund | | [Hw:] *OAB/SP 286 786* | [signature] |
| 244 | Lord Abbett Investment Trust, Lord Abbett Total Return Fund | | [Hw:] *OAB/SP 286 786* | [signature] |
| 106 | LUCADDELI MERCEARIA LTDA EPP | | [Hw:] *97685* | [signature] |
| 107 | LUMIS EIP TECNOLOGIA DA INFORMAÇÃO | | [Hw:] *97685* | [signature] |
| 108 | LUPATECH EQUIPAMENTOS E SERVIÇOS PARA PETRÓLEO LTDA | | [Hw:] " | [signature] |
| 245 | LVS I LLC | | [Hw:] *OAB/SP 189-987* | [signature] |
| 216 | Lyxor/Andromeda Global Credit Fund LTDA. | | [Hw:] *OAB/SP 235 257* | [signature] |
| 109 | MADRI ENGENHARIA PROJ E EST AMBIENT | | [Hw:] *97685* | [signature] |
| 111 | MAERSK ENERGIA LTDA  [Hw:] *X* | | [Hw:] " | [signature] |
| 112 | MAERSK H2S SAFEY SERVICES AS | | [Hw:] *0415 497 5* | [signature] |
| 110 | MAERSK H2S SAFETY SERVICES BRASIL S.A. | | [Hw:] *97.904* | [signature] |
| 113 | MAERSK OIL BRASIL LTDA | | [Hw:] *132011* | [signature] |
| 114 | MAERSK SUPPLY SERVICE – APOIO MARÍTIMO LTDA. | | [Hw:] *97.904* | [signature] |
| 115 | MAERSK SUPPLY SERVICE AS | | [Hw:] *97.904* | [signature] |
| 116 | MAIS MEDIA MONITORAMENTO DE INFORMA | | [Hw:] *97685* | [signature] |
| 117 | MANAN 246 SERVICOS LTDA | | [Hw:] *97685* | [signature] |
| 118 | MARINE PRODUCTION SYSTEMS DO BRASIL LTDA. | | [Hw:] *319 526-A* | [signature] |
| 119 | MARINE PRODUCTION SYSTEMS LTD | | [Hw:] *319 526-A* | [signature] |
| 120 | MARLOPES ASSESSORIA EM SEGURANCA DO | | [Hw:] *97685* | [signature] |

User: equadros          Page:       6 / 11          Date: June 3, 2014    Time: 9:16:10 a.m.
9218750

**List of Creditors Present**

Deloitte [Handwritten:] *7516*

---

Class 3

---

| Code | Creditor | Associated company | ID (RG) | Full Name |
|------|----------|--------------------|---------|-----------|
| 122 | MED-RIO CHECK-UP MED PREVENT LTDA | | [Hw:] *97685* | [signature] |
| 121 | MEDIA CORP SERVICOS DE PUBLICIDADE | | [Hw:] *97685* | [signature] |
| 123 | MEGAWORK CONSULTORIA E SISTEMAS LTD | | [Hw:] " | [signature] |
| 124 | MELHORAMENTOS CMPC LTDA | | [Hw:] " | [signature] |
| 125 | MELHORAMENTOS PAPEIS LTDA | | [Hw:] " | [signature] |
| 126 | MGP TECHNOLOGIES | | [Hw:] " | [signature] |
| 127 | MHAC INTERMEDIACAO DE NEGOCIOS EIRE | | [Hw:] *97685* | [signature] |
| 128 | MHGT CONSULTORIA E GESTAO LTDA. | | [Hw:] " | [signature] |
| 129 | MI SWACO DO BRASIL – COMERCIO SERVIÇOS | | [Hw:] *10692 OAB/RJ* | [signature] |
| 246 | MLF Trust | | [Hw:] *OAB/SP 286-786* | [signature] |
| 247 | Moneda Deuda Latinoamericana Fondo de Inversión | | [Hw:] *OAB/SP 286-786* | [signature] |
| 248 | Moneda Latin American Corporate Debt | | [Hw:] *OAB/SP 286-786* | [signature] |
| 130 | MP DE LIMA GEOLOGIA DE PETROLEO | | [Hw:] *97685* | [signature] |
| 131 | MS LOGISTICA ADUANEIRA LTDA | | [Hw:] *97685* | [signature] |
| 132 | MTT SERVICOS DE INFORMATICA LTDA | | [Hw:] *97685* | [signature] |
| 133 | MULICEIRO SERVICOS MARITIMOS LTDA | | | [signature] |
| 134 | NMC ASSESSORIA COMERCIAL LTDA | | [Hw:] *97685* | [signature] |
| 249 | Nomura International Plc. | | [Hw:] *OAB/SP 286-786* | [signature] |
| 135 | NORSKAN OFFSHORE LTDA. | | [Hw:] *123 688 (OAB/RJ)* | |
| 224 | Novel Capital Group LImited | | [Hw:] *OAB/SP 281-482* | |
| 136 | OCEANBOAT SERVICE VESSELS LLC | | [Hw:] " | [signature] |
| 137 | ODONTOPREV AS | | [Hw:] " | [signature] |
| 198 | OFFSHORE SERVICE VESSELS LLC | | [Hw:] " | [signature] |
| 138 | OKER EMPREENDIMENTOS, PARTICIPACOES | | [Hw:] *97685* | [signature] |
| 139 | OPMAR SERVICOS MARITIMOS LTDA. | | [Hw:] " | [signature] |
| 140 | OPTIONS CONSULTORIA E TREINAMENTOS | | [Hw:] *97685* | [signature] |
| 250 | Passaic Place LLC. | | [Hw:] *OAB/SP 286-186* | [signature] |

User: equadros        Page:        7 / 11        Date: June 3, 2014        Time: 9:16:10 a.m.

9218750

66

**List of Creditors Present**

Deloitte [Handwritten:] *7517*

_____

Class 3

_____

| Code | Creditor | Associated company | ID (RG) | Full Name |
|------|----------|--------------------|---------|-----------|
| 141 | PENNANT SERVICOS MARITIMOS LTDA | | [Hw:] " | [signature] |
| 142 | PERENCO PETRÓLEO E GÁS DO BRASIL LTDA. | | [Hw:] *OAB/RJ 107-634* | [signature] |
| 143 | PETROBRAS DISTRIBUIDORA S.A. | | [Hw:] *OAB/RJ 122659* | [signature] |
| 144 | PETRÓLEO BRASILEIRO S.A. | | [Hw:] *OAB/RJ 184-987* | [signature] |
| 251 | PIMCO Combined Alpha Strategies Master Fund LDC | | [Hw:] *OAB/RJ 184-987* | [signature] |
| 252 | PIMCO Dynamic Credit Income Fund | | [Hw:] *OAB/RJ 184-987* | [signature] |
| 253 | PIMCO Dynamic Income Fund | | [Hw:] *OAB/RJ 184-987* | [signature] |
| 254 | PIMCO Equity Series: PIMCO Dividend and Income Builder Fund | | [Hw:] *OAB/RJ 184-987* | [signature] |
| 255 | PIMCO Funds: Global Investors Series plc, Income Fund | | [Hw:] *OAB/RJ 184-987* | [signature] |
| 256 | PIMCO Funds: PIMCO Diversivied Income Fund | | [Hw:] *OAB/RJ 184-987* | [signature] |
| 257 | PIMCO FUnds: PIMCO Floating Income Fund | | [Hw:] *OAB/RJ 184-987* | [signature] |
| 258 | PIMCO Funds: PIMCO Income Fund | | [Hw:] *OAB/RJ 184-987* | [signature] |
| 259 | PIMCO Funds: PIMCO International Fundamental IndexPLUS AR Strategy Fund | | [Hw:] *OAB/RJ 184-987* | [signature] |
| 260 | PIMCO Funds: PIMCO Small Company Fundamental IndexPLUS AR Strategy Fund        [Hw:] *X* | | [Hw:] *OAB/RJ 184-987* | [signature] |
| 261 | PIMCO Funds: PIMCO Worldwide Fundamental Advantage AR Strategy Fund | | [Hw:] *OAB/RJ 184-987* | [signature] |
| 262 | PIMCO Global Credit Opportunity Master Fund LDC Corporate Relative Value Sleeve | | [Hw:] *OAB/RJ 184-987* | [signature] |
| 263 | PIMCO Global Credit Opportunity Master Fund LDC Fundamental High Yield Sleeve | | [Hw:] *OAB/RJ 184-987* | [signature] |
| 264 | PIMCO Global Stocks PLUS & Income Fund | | [Hw:] *OAB/RJ 184-987* | [signature] |
| 265 | PIMCO Income Opportunity Fund | | [Hw:] *OAB/RJ 184-987* | |
| 266 | PIMCO Monthly Income Fund (Canada) | | [Hw:] *OAB/RJ 184-987* | |
| 267 | PIMCO Tactical Opportunities Master Fund Ltd. | | [Hw:] *OAB/RJ 184-987* | [signature] |
| 145 | PORTAGIO ENGENHARIA E CONSTRUCOES L | | [Hw:] *97685* | [signature] |
| 146 | POTIGUAR ENGENHARIA, CONSULTORIA E | | [Hw:] *97685* | [signature] |
| 147 | PRATICAGEM FLUMINENSE SOCIEDADE DE | | [Hw:] *97685* | [signature] |

User: equadros          Page:      8 / 11          Date: June 3, 2014     Time: 9:16:10 a.m.
9375000

**List of Creditors Present**

Deloitte [Handwritten:] *7518*

Class 3

| Code | Creditor | Associated company | ID (RG) | Full Name |
|------|----------|--------------------|---------|-----------|
| 148 | PRESSCEL ASSESSORIA EXECUTIVA LTDA | | [Hw:] *97685* | [signature] |
| 149 | PRO OCEANO SERVICO OCEANOGRAFICO E | | [Hw:] " | [signature] |
| 150 | PULSE MONITORAMENTO ESTRUTURAL LTDA | | [Hw:] *13034475-7 IFP* | [signature] |
| 225 | Quaquer Event Arbitrag Fund (series of Quaquer Investment Trust) | | [Hw:] *OAB/SP 281-482* | [signature] |
| 151 | R C M PEREIRA MUDANCAS E TRANSPORTE | | [Hw:] *95180* | [signature] |
| 152 | R P FILHO SERVICOS HIDRAULICOS LTDA | | [Hw:] " | [signature] |
| 153 | RADIO-TAXI 2000 – COOPERATIVA DE RA | | [Hw:] *97685* | [signature] |
| 154 | REAL SRR PUBLICIDADE E MARKETING LTDA | | [Hw:] *97685* | [signature] |
| 155 | RENTCON LOCAÇÃO E COMÉRCIO DE EQUIPAMENTOS LTDA. EPP | | [Hw:] *9122938 OAB/RJ* | [signature] |
| 156 | SAVECARE ATENDIMENTO PRE-HOSPITALAR | | [Hw:] *97685* | [signature] |
| 157 | SCHLUMBERGER SERVIÇOS DE PETRÓLEO LTDA. | | [Hw:] *106962 OAB/RJ* | [signature] |
| 158 | SERASA S.A. | | [Hw:] " | [signature] |
| 159 | SERRADOR RIO EMPREENDIMENTOS E PART | | [Hw:] " | [signature] |
| 160 | SERVICOS TEC E DE REP BARCRO LTDA E | | [Hw:] *97685* | [signature] |
| 217 | Shahriar Shahida | | [Hw:] *OAB/SP 295 250* | [signature] |
| 161 | SIGMA-ALDRICH BRASIL LTDA. (Originally listed as VETEC QUIMICA FINA LTDA.) | | [Hw:] " | [signature] |
| 162 | SMITH INTERNATIONAL DO BRASIL LTDA. | | [Hw:] *106962 OAB/RJ* | [signature] |
| 163 | SOFFTECH BRASIL SERVICOS E COMERCIO | | [Hw:] *97685* | [signature] |
| 164 | SOLINTEC CONSULTORIA E SERVICOS DE GEOLOGIA LTDA. | | [Hw:] *97685* | [signature] |
| 165 | SOMA DESENVOLVIMENTO & MEIO AMBIENTE | | [Hw:] *[illegible]* | |
| 166 | SOTREQ SA | | [Hw:] " | [signature] |
| 199 | SOUTHERN SCHLUMBERGER AS | | [Hw:] *106962 OAB/RJ* | [signature] |
| 200 | SOUTHERN WESTERNGECO S.R.L. | | [Hw:] *106962 OAB/RJ* | [signature] |
| 268 | Spinnaker Global Emerging Markets Fund | | [Hw:] *OAB/SP 184-987* | [signature] |
| 269 | Spinnaker Global Opportunity Fund Ltd. | | [Hw:] *OAB/SP 184-987* | [signature] |
| 270 | Spinnaker Global Special Situations  Fund | | [Hw:] *OAB/SP 184-987* | [signature] |

**List of Creditors Present**

**Deloitte** [Handwritten:] *7519*

_____

Class 3

_____

| Code | Creditor | Associated company | ID (RG) | Full Name |
|------|----------|--------------------|---------|-----------|
| 167 | SPRINK SEGURANÇA CONTRA INCENDIO LTDA | | [Hw:] *97685* | [signature] |
| 168 | STRUERS AS | | [Hw:] ″ | [signature] |
| 169 | SUBSEA7 DO BRASIL SERVICOS LTDA | | [Hw:] *97685* | [signature] |
| 170 | SUPERIOR ENERGY SERVICES SERVICOS D | | [Hw:] ″ | [signature] |
| 171 | SUPRICORP SUPRIMENTOS LTDA | | [Hw:] ″ | [signature] |
| 218 | Susquehanna Ireland Limited | | [Hw:] *OAB/SP 220 280* | [signature] |
| 172 | TECH7 INFORMATICA PAPELARIA | | [Hw:] ″ | [signature] |
| 173 | TERRAFORUM CONSULTORIA LTDA | | [Hw:] ″ | [signature] |
| 174 | THOMSON REUTERS SERVICOS ECONOMICOS | | [Hw:] ″ | [signature] |
| 175 | TIGER RENTANK DO BRASIL EQUIPAMENTO | | [Hw:] ″ | [signature] |
| 176 | TOCANTINS ADVOGADOS | | [Hw:] *97685* | [signature] |
| 177 | TOP RIO VIAGENS E TURISMO LTDA | | [Hw:] *97685* | [signature] |
| 178 | TORA LOGÍSTICA, ARMAZÉNS E TERMINAIS MULTIMODAIS S.A. | | [Hw:] ″ | [signature] |
| 179 | TORA TRANSPORTES INDUSTRIAIS LTDA | | [Hw:] ″ | [signature] |
| 180 | TOTVS SA | | [Hw:] *109.977 (OAB/RJ)* | [signature] |
| 181 | TRAMP OIL BRASIL LTDA | | [Hw:] ″ | [signature] |
| 182 | TRANSMAGNO TRANSPORTE RODOVIARIOS L | | [Hw:] ″ | [signature] |
| 183 | TRANSMAGNO TRANSPORTES RODOVIARIOS | | [Hw:] ″ | [signature] |
| 184 | TRONIC LIMITED | | [Hw:] ″ | |
| 185 | ULHOA CANTO REZENDE E GUERRA ADVOGADOS | | [Hw:] *97685* | |
| 186 | UTI DO BRASIL LTDA | | [Hw:] ″ | [signature] |
| 187 | V&M DO BRASIL S.A. [Hw:] *(Consolidated)* | | [Hw:] *126.586 OAB/RJ* | [signature] |
| 188 | ~~V&M DO BRASIL SA~~ | | ~~[Hw:] *126.586 OAB/RJ*~~ | ~~[signature]~~ |
| 189 | VENATIV ASSESSORIA AMBIENTAL E COME | | [Hw:] *97685* | [signature] |
| 190 | VINHAS E REDENSCHI ADVOGADOS | | [Hw:] *97685* | [signature] |
| 191 | VIVO SA | | [Hw:] *29.889 464 -6* | [signature] |
| 206 | VR Global Partners L.P. | | [Hw:] *29.889 464 -6* | |

User: equadros        Page:    10 / 11        Date: June 3, 2014    Time: 9:16:10 a.m.

9531250

**List of Creditors Present**

**Deloitte** [Handwritten:] *7520*

_____

Class 3

_____

| Code | Creditor | Associated company | ID (RG) | Full Name |
|------|----------|--------------------|---------|-----------|
| 192 | WEATHERFORD INDÚSTRIA E COMÉRCIO LTDA. | | [Hw:] " | [signature] |
| 193 | WEATHERFORD LABORATORIOS (BRASIL) | | [Hw:] " | [signature] |
| 201 | WELLSTREAM INTERNTIONAL LTD | | [Hw:] *26 223.000-8* | [signature] |
| 194 | WHITE MARTINS GASES INDUSTRIAIS LTDA | | [Hw:] " | [signature] |
| 202 | WILD WELL CONTROL, INC | | [Hw:] *6 [illegible]* | [signature] |
| 195 | WLA INTERPRETACAO DE PERFIS LTDA | | [Hw:] *97685* | [signature] |
| 196 | WOOD GROUP KENNY DO BRASIL SERVICOS | | [Hw:] " | [signature] |
| 197 | WORKBOAT SERVICOS E APOIO MARITIMOS | | [Hw:] *95180* | [signature] |

**List of Presence**
**Creditors with the right to speak**

**Deloitte** [Handwritten:] *7521*

**Class 3 (Affiliate /Intercompany)**

| Creditor | Associated company | ID (RG) | Signature |
|---|---|---|---|
| EBX HOLDING LTDA | OGX PETRÓLEO E GÁS S.A. | _____ | _____ |
| OGX AUSTRIA GMBH | OGX PETRÓLEO E GÁS S.A. | _____ | _____ |
| OSX 1 LEASING B.V | OGX PETRÓLEO E GÁS S.A. [Hw:] *Flavio Gabrino* | [Hw:] *94605 OAB/RJ* | [signature] |
| OSX 2 LEASING BV | OGX PETRÓLEO E GÁS S.A. | [Hw:] *94605 OAB/RJ* | [signature] |
| OSXSERVICOS OPERACIONAIS LTDA | OGX PETRÓLEO E GÁS S.A. | [Hw:] *94605 OAB/RJ* | [signature] |
| OSX WHP 1 & 2 LEASING BV | OGX PETRÓLEO E GÁS S.A. | [Hw:] *94605 OAB/RJ* | [signature] |
| OGX NETHERLANDS BV | OGX PETRÓLEO E GÁS S.A. | _____ | _____ |

Page 1 of 1

71

[Handwritten:] *7522*

# List of

# Guests

# OGX P&G

## June 3, 2014

**(1st Convocation of the General Meeting of Creditors)**

[Handwritten:] *7523*

| PASS NUMBER | NAME OF REQUESTER | SIGNATURE | NOTES |
|---|---|---|---|
| 1 | [Hw:] *Silvia Yuri Shimamoto* | *[signature]* | |
| 2 | [Hw:] *Barbara Bittencourt* | *[signature]* | |
| 3 | [Hw:] *Leonardo p. Costa* | *[signature]* | |
| 4 | [Hw:] *Bruno [illegible]* | *[signature]* | |
| 5 | [Hw:] *[illegible]* | *[signature]* | [Hw:] *GCA [illegible]* |
| 6 | [Hw:] *Mauricio Duppre* | *[signature]* | |
| 7 | [Hw:] *Iara Conrado* | *[signature]* | |
| 8 | [Hw:] *Bruno Magalhaes* | *[signature]* | [Hw:] *BP Energy* |
| 9 | [Hw:] *Paulo Sabino* | *[signature]* | [Hw:] *Baker Hughes* |
| 10 | [Hw:] *Cinthia Achao* | *[signature]* | [Hw:] *Baker Hughes* |

1

[Handwritten:] *7524*

| PASS NUMBER | NAME OF REQUESTER | SIGNATURE | NOTES |
|---|---|---|---|
| 11 | [Hw:] *Eduardo Takemi* | *[signature]* | |
| 12 | [Hw:] *Leonardo Castelan* | *[signature]* | |
| 13 | [Hw:] *[illegible] Oliveira* | *[signature]* | |
| 14 | [Hw:] *Ariane Rodrigues* | *[signature]* | |
| 15 | [Hw:] *Antonio [illegible]* | *[signature]* | [Hw:] *GCA [illegible]* |
| 16 | [Hw:] *Jose Sampaio* | *[signature]* | |
| 17 | [Hw:] *[illegible]* | *[signature]* | |
| 18 | [Hw:] *[illegible]* | *[signature]* | [Hw:] *BP Energy* |
| 19 | [Hw:] *Flavio Giz* | *[signature]* | [Hw:] *Baker Hughes* |
| 20 | [Hw:] *Manaela [illegible]* | *[signature]* | [Hw:] *Baker Hughes* |

2

CONTROL OF REQUESTS TO ACCOMPANY
GENERAL CREDITOR ASSEMBLY OGX P&G – 06/03/2014

[Handwritten:] *7525*

| PASS NUMBER | NAME OF REQUESTER | SIGNATURE | NOTES |
|---|---|---|---|
| 21 | [Hw:] *Gabriela Barros* | *[signature]* | [Hw:] *Baker Hughes* |
| 22 | [Hw:] *Karine  [illegible]* | *[signature]* | [Hw:] *Diamond Bras* |
| 23 | [Hw:] *[illegible]* | *[signature]* | [Hw:] *Ged Mex* |
| 24 | [Hw:] *Ana Luna Blanco* | *[signature]* | [Hw:] *Petrobras* |
| 25 | [Hw:] *Jose Luis M. Borges* | *[signature]* | [Hw:] *Petrobras* |
| 26 | [Hw:] *Raysa Moraes* | *[signature]* | [Hw:] *ABP* |
| 27 | [Hw:] *[illegible] Carvalho* | *[signature]* | [Hw:] *ABP* |
| 28 | [Hw:] *Peter Simpson* | *[signature]* | [Hw:] *2H Offshore* |
| 29 | [Hw:] *Daniela Velho* | *[signature]* | [Hw:] *Perenco* |
| 30 | [Hw:] *Olivier [illegible]* | *[signature]* | [Hw:] *Perenco* |

3

**CONTROL OF REQUESTS TO ACCOMPANY**
**GENERAL CREDITOR ASSEMBLY OGX P&G – JUNE 3, 2014**

[Handwritten:] *7526*

| PASS NUMBER | NAME OF REQUESTER | SIGNATURE | NOTES |
|---|---|---|---|
| 31 | [Hw:] *Ricardo Wagner* | *[signature]* | [Hw:] *BP Energy* |
| 32 | [Hw:] *Maria [illegible]* | *[signature]* | [Hw:] *[illegible]* |
| 33 | [Hw:] *Tatiana [illegible]* | *[signature]* | [Hw:] *Accompanying OSX* |
| 34 | [Hw:] *Felipe Brandão* | *[signature]* | [Hw:] *Accompanying OSX* |
| 35 | [Hw:] *Filipe Guimarães* | *[signature]* | [Hw:] *Accompanying OSX* |
| 36 | [Hw:] *Stephan S S* | *[signature]* | [Hw:] *"* |
| 37 | [Hw:] *Flávio [illegible]* | *[signature]* | [Hw:] *Accompanying Marcelo Alves* |
| 38 | | | |
| 39 | | | |
| 40 | | | |

4

[Handwritten:] *7527*

# List of Listeners

# OGX P&G

# June 3, 2014

**(1st Convening of the General Creditor Assembly)**

**CONTROL OF REQUESTS TO PARTICIPATE AS A LISTENER**
**GENERAL CREDITOR ASSEMBLY FOR OGX GROUP –JUNE 3, 2014**

[Handwritten:] *7528*

|  | PASS NUMBER | NAME OF REQUESTER | SIGNATURE | NOTES |
|---|---|---|---|---|
| y | 1 | [Hw:] *OAB/RJ 141.121 Paula R R Siqueira Campos* | [signature] | [Hw:] *Adv. CGG* |
| Y | 2 | [Hw:] *Cristiane B. Villela* | [signature] | [Hw:] *Adv. CGG* |
| X | ~~3~~ | ~~[Hw:] Flavia Morais~~ | ~~[signature]~~ | ~~[Hw:] Adv. CGG~~ |
| Y | 4 | [Hw:] *Raquel Faria* | [signature] | [Hw:] *Adv. CGG* |
| Y | 5 | [Hw:] *Gabriel Borsotto Thade* | [signature] | [Hw:] *Adv. CGG* |
| Y | 6 | [Hw:] *Rodrigo Gomes de Sousa* | [signature] | [Hw:] *Attorney for Nordic Trustee (OSX)* |
| Y | 7 | [Hw:] *Ansely Justen Simoes da Fonseca* | [signature] | [Hw:] *Attorney for Thomson Reuters* |
| Y | 8 | [Hw:] *Giovanna [illegible] OAB 167.[illegible]* | [signature] | [Hw:] *Attorney Bondholder ESI Investment* |
| Y | 9 | [Hw:] *David F. M. Gonzalez OAB/RJ 166.093* | [signature] | [Hw:] *Attorney Bondholder ESI Investment* |
|  | ~~10~~ | ~~[Hw:] Paulo [illegible] Santos~~ | ~~[signature]~~ | ~~[Hw:] [illegible]~~ |

1

**CONTROL OF REQUESTS TO PARTICIPATE AS A LISTENER**
**GENERAL CREDITOR ASSEMBLY FOR OGX GROUP – JUNE 3, 2014**

[Handwritten:] *7529*

| | PASS NUMBER | NAME OF REQUESTER | SIGNATURE | NOTES |
|---|---|---|---|---|
| y | 11 | [Hw:] *Rodolfo Wehrs* | *[signature]* | [Hw:] *Attorney ESI Investment* |
| Y | 12 | [Hw:] *Marcelo Stallone* | *[signature]* | [Hw:] *Bondholder natural person [illegible]* |
| Y | 13 | [Hw:] *Andre Soans* | *[signature]* | [Hw:] *Bondholder Dynamo* |
| (Y) | 14 | [Hw:] *Bernardo Costa* | *[signature]* | [Hw:] *Bondholder Dynamo* |
| Y | 15 | [Hw:] *Cid Oliveira* | *[signature]* | [Hw:] *Discovery bondholder* |
| Y | 16 | [Hw:] *Pedro P Lopes* | *[signature]* | [Hw:] *[illegible] creditor* |
| (Y) | 17 | [Hw:] *Raphael Jarqui* | *[signature]* | [Hw:] *Aeroleo Taxi [illegible] creditor* |
| Y | 18 | [Hw:] *Jose Eduardo Pastore* | *[signature]* | [Hw:] *Easy Way Brasil Creditor* |
| | ~~19~~ | ~~[Hw:] *Jose Luis Monteiro*~~ | — | ~~[Hw:] *Creditor Petrobras SA*~~ |
| | ~~20~~ | ~~[Hw:] *Wagner Santos*~~ | — | ~~[Hw:] *Creditor Petrobras SA*~~ |

2

**CONTROL OF REQUESTS TO PARTICIPATE AS A LISTENER**
**GENERAL CREDITOR ASSEMBLY FOR OGX GROUP – JUNE 3, 2014**

[Handwritten:] *7530*

| | PASS NUMBER | NAME OF REQUESTER | SIGNATURE | NOTES |
|---|---|---|---|---|
| y | 21 | [Hw:] *Sofia [illegible]* | *[signature]* | [Hw:] *Attorney CGG Veritas* |
| Y | 22 | [Hw:] *Lucas Matos Pereira* | *[signature]* | [Hw:] *Attorney [illegible] holding [illegible]* |
| Y | 23 | [Hw:] *Fabricio Machado Sampaio* | *[signature]* | [Hw:] *Oceanboat Servicos Maritimos Attorney* |
| | 24 | [Hw:] *Carlos Vasconcelos* | *[signature]* | [Hw:] *Demarest Attornye* |
| | 25 | [Hw:] *Rafael Gagliardi* | *[signature]* | [Hw:] *Demarest* |
| | 26 | [Hw:] *Max [illegible]* | *[signature]* | |
| | 27 | [Hw:] *Leonardo M.* | *[signature]* | [Hw:] *[illegible]* |
| Y | 28 | [Hw:] *William [illegible]* | *[signature]* | [Hw:] *Attorney [illegible]* |
| | 29 | | | |
| | 30 | | | |

3

80

# CERTIFICATE OF TRANSLATION

**STATE OF NEW YORK**    §
§
**COUNTY OF NEW YORK**  §

**Roberto J. Millan**, being duly sworn, deposes and says:

1.      I am employed as a Project Manager for LanguageWorks, a professional translation firm providing translation services since 1993.  I have personal knowledge of all of the facts stated herein.

2.      Attached to this Affidavit is a translation from Portuguese into English made by LanguageWorks of **Minutes of General Meeting of Creditors, together with annexes thereto**.

3.      LanguageWorks only utilizes the services of language professionals who have passed our stringent testing process, which involves a subject matter and language specific test translation that is reviewed by trusted linguists.  Less than 6% of applicants pass.  In addition, our language professionals must have a minimum of 5 years' professional translation experience or an applicable degree from an accredited institution.  In addition, for all translations, including this one, LanguageWorks uses three qualified linguists: a professional translator, an editor to double check for style and content, and a proofreader to review all text for completeness.  Translations made through our processes set forth above are regularly accepted into evidence in New York State courts.

4.      On the basis of the foregoing process and quality control procedures, I certify that the attached is an accurate translation of the original.

_____
**Roberto J. Millan**

SUBSCRIBED AND SWORN TO before me this seventh day of August, 2014.

_____
Notary Public          KEVIN N. HUDSON
Notary Public - State of New York
No. 01HU6209981
Qualified in Kings County
My Commission Expires September 13, 2017

ORIGINAL

7454

ASSEMBLÉIA GERAL DE CREDORES DE

OGX PETRÓLEO E GÁS S/A – RECUPERAÇÃO JUDICIAL

Aos 3 (três) dias do mês de junho de 2014, às 15h10 horas, no Edifício da Bolsa de Valores do Rio de Janeiro - Auditório Principal, localizado na Praça XV de Novembro, 20, Centro, Estado do Rio de Janeiro, o Administrador Judicial Deloitte Touche Tohmatsu Consultores Ltda., representado pelo Sr. Luis Vasco Elias, nomeado pelo juiz de direito da 4ª Vara Empresarial do Estado do Rio de Janeiro, abriu a Assembleia Geral de Credores ("AGC") de OGX Petróleo e Gás S/A – em Recuperação Judicial ("OGX P&G" ou "Recuperanda"). O Sr. Representante da Administrador Judicial passou a palavra para o advogado do Administrador Judicial, Eduardo Guimarães Wanderley, membro de Veirano Advogados, OAB 68.891/RS, que procedeu à leitura do inteiro teor da decisão proferida pelo Ilmo. Desembargador Jessé Torres nos autos do Mandado de Segurança 0026517-52.2014.8.19.0000, cuja cópia é anexada a presente ata como **Anexo I.** Ato contínuo, o Sr. Marcelo Carpenter, representante da Recuperanda, noticiou pedido de desistência da Impetrante do aludido Mandado de Segurança e informou que a cópia protocolada da petição fora enviada ao representante da Administradora Judicial. Em seguida, o Sr. Representante da Administradora Judicial passou a palavra para o advogado do Administrador Judicial, Eduardo Guimarães Wanderley, que procedeu à leitura do inteiro teor da decisão proferida pelo Exmo. Sr. Dr. Gilberto Clóvis Farias Matos, juiz titular da 4ª. Vara Empresarial da Comarca do Rio de Janeiro/RJ, às 18h30 de ontem, 2 de junho de 2014, cuja cópia é anexada a presente ata (**Anexo II**). O representante da Administradora Judicial projetou a relação de *bondholders* autorizados a participar e votar na presente AGC, nos termos na aludida decisão (**Anexo III**). Ato seguinte, o Sr. Felipe Galea, representante do credor Autonomy Master Fund e outros credores listados, requereu ao representante da Administradora Judicial que não computasse os votos dos denominados "*bondholders* aderentes" para fins de instalação da AGC e deliberação, ou que, subsidiariamente, tais votos fossem computados em apartado, por entender que o fato de o plano de recuperação judicial conter benefícios exclusivos à tais credores configuraria abuso de direito e implicaria conflito de interesses. O

7455

representante da Administradora Judicial negou ambos os requerimentos, em cumprimento às decisões proferidas pelo MM. Juízo da 4ª Vara Empresarial da Comarca do Rio de Janeiro/RJ. Ato contínuo, o representante da Administradora Judicial, diante da presença de 62,79% (sessenta e dois vírgula setenta e nove por cento) dos créditos submetidos à recuperação judicial, declarou instalada a AGC, em primeira convocação, nos termos do artigo 37, parágrafo segundo, da Lei 11.101/2005. Registra-se a presença do Sr. Darwin Correa, OAB/RJ 112.989, membro de PCPC Advogados, representante dos acionistas controladores, Sr. Eike Fuhrken Batista, Centennial Asset Brazilian Equity Fund LLC e Centennial Asset Mining Fund LLC. Em seguida, o Administrador Judicial convidou o Sr. Thiago Braga Junqueira, membro de Pinheiro Neto Advogados, OAB/SP 286.786, representante do credor Passaic Place LLC, para secretariar os trabalhos, o qual aceitou o convite. Em seguida, o Sr. Representante da Administradora Judicial passou a palavra para o advogado do Administrador Judicial, Eduardo Guimarães Wanderley, OAB 68.891/RS, que procedeu à leitura do inteiro teor do edital de convocação da AGC. A seguir, o representante da Administradora Judicial passou a palavra ao diretor-presidente da recuperanda, Sr. Paulo Narcélio Simões Amaral, que teceu breves considerações sobre o histórico e o momento atual da companhia. Ato contínuo, em atenção ao item (a) da ordem do dia, o Sr. Representante da Administradora Judicial inquiriu aos credores acerca do interesse na constituição do Comitê de Credores. Não houve manifestação dos credores, de forma que o Comitê não foi constituído. Em seguida, dando início ao item (b) da ordem do dia, o representante da Administradora Judicial concedeu a palavra ao Sr. Marcelo Carpenter, representante da Recuperanda e integrante do escritório Sérgio Bermudes, para que apresentasse aos credores o Plano de Recuperação Judicial. O Sr. Marcelo Carpenter informou que o que estava sendo projetado na tela eram cláusulas do plano destacadas entre aspas e que cópias da sua apresentação e das disposições estavam sendo disponibilizadas no momento.

Tomou a palavra o Sr. Eduardo Munhoz, também advogado da Recuperanda, para afirmar que, diante da explicação feita pelo Sr. Marcelo Carpenter, preferia não entrar em detalhes da apresentação em função do curto tempo. Assim, que faria menções gerais sobre o plano e se colocou à disposição para esclarecimentos. Afirmou que o resultado final da reestruturação refletiria uma

situação muito comum em países desenvolvidos, pois há um privilegio ao chamado "dinheiro novo", obtido pela companhia em um momento de absoluto exaurimento de seus recursos. Tais recursos novos, com maior risco, receberiam a maior fatia da "OGX Reestruturada". O "segundo dinheiro novo" de que poderão participar todos os credores, receberá a segunda maior fatia da "OGX Reestruturada". Que a terceira maior fatia, de 25% da companhia, ficará com os credores que não contribuírem com dinheiro novo. Em último lugar ficarão os acionistas, o que se figura um quadro não usual no Brasil, ainda que comum em países desenvolvidos. Os acionistas cairiam para 10% da participação atual, o que demonstraria a racionalidade do processo e o compromisso não com a salvação do empresário, mas da empresa. A OGX Reestruturada sairá com praticamente nenhum endividamento e terá todas as condições de exercer suas atividades econômicas. Terminadas as explicações iniciais, o representante da Administradora Judicial indagou aos credores presentes sobre a existência de alguma dúvida a respeito dos termos do Plano de Recuperação Judicial. Tomou a palavra o Sr. Marcio Oya, representante da credora Diamond Offshore Netherlands B.V., que perguntou se os representantes da Recuperanda poderiam esclarecer qual seria o valor total dos créditos extraconcursais e quantos credores extraconcursais teriam aderido ao plano. O Sr. Eduardo Munhoz afirmou que apenas um credor extraconcursal aderira ao plano e que seriam parte das empresas que compõem o Grupo OSX e que não haveria outro endividamento extraconcursal relevante. O Sr. Paulo Narcélio esclareceu que, após a conversão das dívidas da Recuperanda em participação societária, a OGX Reestruturada teria patrimônio líquido de aproximadamente R$ 3,3 bilhões para uma dívida de aproximadamente R$ 200 milhões. O Sr. Márcio Oya perguntou a respeito do tratamento a ser conferido aos credores que não desejassem deter ações, especificamente como e qual seria o prazo para a venda das ações pelo comissário previsto no plano, ao que o Sr. Eduardo Munhoz respondeu que o prazo ainda não estava estabelecido, embora a ideia seja de que a venda fosse efetuada em curto prazo, assim que possível. Em seguida, tomou a palavra o Sr. Felipe Gaiea, representante do credor Autonomy Master Fund e outros, que questionou a respeito da participação da OSX na 3ª. Série do "Empréstimo DIP". O Sr. Eduardo Munhoz respondeu que a parte correspondente aos credores que não subscreverem a 3ª série seria integralmente subscrita pelos subscritores da

segunda série. O Sr. Felipe Galea afirmou que, no final de 2013, a OGX teria reconhecido - em fato relevante - que a OSX não participaria da 3ª série e que o valor que a princípio caberia à OSX caso ela exercesse seu direito de subscrição claramente já seria destinado aos *backstop lenders*. Questionado novamente a respeito da subscrição da 3ª série pela OSX pelo Sr. Felipe Galea, os representantes da Recuperanda reconheceram a informação constante do fato relevante, mas, com o prosseguimento das discussões, informaram que, embora a subscrição pela OSX fosse improvável, não seria possível assegurar a não subscrição neste momento, em virtude de se tratar de matéria de atribuição da OSX, também em recuperação judicial. Em seguida, o Sr. Felipe Galea propôs à Recuperanda que o valor atribuível à OSX não fosse computado para efeitos de distribuição do direito de subscrição da 3ª série e pediu para que se manifestassem os representantes da OSX presentes na AGC. O Sr. Eduardo Munhoz afirmou que é premissa do plano e das negociações que envolveram a concessão do financiamento pelos *backstop lenders* que as sobras da 3ª série sejam atribuídas aos subscritores da 2ª série e, assim, rejeitou a proposta do Sr. Galea. O Sr. Munhoz afirmou que aprecia a vontade dos credores de participar da 3ª série mas que, no momento em que a companhia necessitava de recursos de curto prazo, não encontrou-se outro grupo de investidores - além dos *backstop lenders* - que se comprometessem a financiar a companhia no montante total de US$ 215.000.000,00. O Sr. Darwin Correa, representante dos acionistas controladores, informou que a Recuperanda contratara o banco de investimento Blackstone que, por meio de mecanismos de mercado, buscou contatar investidores interessados em financiar a Recuperanda, inclusive a Autonomy, mas que apenas o grupo de *backstop lenders* teria se comprometido a conceder o "dinheiro emergencial". O Sr. Felipe Galea alegou que seus clientes teriam demonstrado interesse em participar do financiamento no passado e que, agora, seriam tidos como inidôneos e sem capacidade financeira. O Sr. Darwin Correa afirmou que Blackstone contatou Autonomy no passado, que esta não teria manifestado interesse e que tais circunstâncias estariam refletidas em *affidavit* do Blackstone, juntado aos autos do processo de recuperação judicial. Ainda, que Autonomy somente teria manifestado interesse após 24 de dezembro de 2013. A Recuperanda reiterou sua posição e rejeitou a proposta do Sr. Felipe Galea. O Sr. Thomaz Sant' Ana, representante do credor Itava Inc. e outros,

7458

ponderou que o risco dos financiadores da 1ª série teria sido mitigado com a oneração de todos os ativos da companhia em favor dos *backstop lenders*, e propôs que pelo menos a 3ª série não fosse subscrita pelos *backstop lenders* em um primeiro momento e que, havendo sobras, que fossem submetidas aos demais credores. O Sr. Eduardo Munhoz ponderou que a Recuperanda usou de todos os seus esforços para buscar recursos, tanto no Brasil como no exterior, e que, em momento de alto risco, apenas um grupo de investidores composto de alguns credores e investidores novos comprometeu-se a aportar US$ 215 milhões. Que, naquele momento, havia para a administração da Recuperanda a decisão de ou negociar aquele financiamento, evitando inclusive a perda de concessões pela ANP, ou a falência. Ademais, o Sr. Eduardo Munhoz destacou a peculiaridade das garantias outorgadas no âmbito do "Empréstimo DIP", dado que poderiam não ter valor nenhum na hipótese de interrupção das atividades da Recuperanda. Afirmou, ainda, que existiria uma questão temporal, sendo fundamental que a segunda parte dos recursos (90 milhões de dólares) cheguem à companhia rapidamente e que eventual sucessão e rodadas de subscrição poderia prejudicar a empresa. Assim, informou que a Recuperanda rejeita a proposta do Sr. Thomaz Sant' Ana. O Sr. Thomaz Sant' Ana alegou que, no seu entendimento, a Recuperanda estava impedida de negociar os termos do plano e requereu que os representantes dos *backstop lenders* fossem inquiridos a respeito das propostas efetuadas. O Sr. Representante da Administradora Judicial questionou se os representantes dos *backstop lenders* gostariam de se pronunciar a respeito do assunto. O Sr. Marcelo Carpenter pediu a palavra para ponderar que não há nenhuma diferença de tratamento entre os credores concursais. O Sr. Giuliano Colombo, do escritório Pinheiro Neto, representante de alguns *backstop lenders*, afirmou que o grupo que concedeu financiamento à Recuperanda é composto por *bondholders* e também por outros investidores que não são credores concursais da companhia. Ainda, que a companhia e referidos credores adotaram uma postura transparente ao longo do processo. Nessa toada, que optou-se por incluir as condições de conversibilidade da nova dívida no âmbito da recuperação judicial, mas que essa não seria uma obrigação derivada do plano de recuperação judicial. Que o Empréstimo DIP diz respeito a uma nova dívida da companhia e que não acredita que a AGC fosse o foro adequado para discutir a renegociação de obrigações extraconcursais. Afirmou

7459

que não detém mandato para fazer qualquer tipo de concessão a respeito das condições já negociadas e contratadas com a Recuperanda. O Sr. Thomaz Sant' Ana afirmou que o plano já estaria aprovado e não poderia ser discutido na AGC. O Sr. Marcelo Carpenter registrou que a negociação é séria e que não há encenação. O Sr. Felipe Galea afirmou que cabe-se discutir as questões atinentes ao "Empréstimo DIP" no presente momento, por integrarem o plano de recuperação judicial, e propôs aos representantes da Recuperanda que, em benefício do tempo, os credores pudessem subscrever a 3ª série na quantidade que julgassem conveniente, e que eventual excesso fosse devolvido. O Sr. Eduardo Munhoz reiterou a posição da Recuperanda e rejeitou a proposta. O Sr. Mario Gelli, representante do credor DOF REDERI II AS e outro, pediu esclarecimentos aos representantes da Recuperanda acerca do procedimento de exigibilidade da *put option* e seu andamento. O Sr. Eduardo Munhoz afirmou que existe uma discussão entre o acionista controlador e a companhia a respeito da exigibilidade da *put option*, e que se iniciou um procedimento de tentativa de solução amigável para a questão, com a contratação de pareceres de três juristas e que não teria autorização para tratar do assunto. O Sr. Mario Gelli, de novo com a palavra, afirmou que isso representaria uma renúncia ao direito de receber um bilhão de dólares pela companhia, cujo recebimento poderia resultar em melhores condições de pagamento aos credores fornecedores, como seus clientes. O Sr. Darwin Correa registrou que o procedimento está suspenso até a deliberação da AGC, como anunciado pela companhia anteriormente. O Sr. Eduardo Munhoz afirmou que a companhia está lidando de maneira responsável com a situação da *put option* e que esta não seria a solução dos problemas da Recuperanda no tempo e modo necessário. O Sr. Thomaz Sant' Ana questionou quem seriam os três pareceristas contratados e pediu detalhes do procedimento, ao que o Sr. Eduardo Munhoz respondeu que não poderia prestar maiores informações, em respeito ao que foi divulgado em fato relevante em 2013, sendo que qualquer divulgação, neste momento, feriria a simetria de informações devida aos acionistas. O Sr. Igor Lima, representante de determinados *bondholders*, pediu a palavra para esclarecimentos de ordem procedimental para participação de credores não domiciliados no Brasil no Empréstimo DIP. Em resposta, os representantes da Recuperanda afirmaram que: (i) seriam suficientes cópias simples dos documentos constitutivos ou certidão notarial que confirme

7460

os poderes dos subscritores para os procedimentos necessários para a participação no Empréstimo DIP; (ii) que na 3ª série foi suprimida a exigência de "Contas 2689" para facilitar a participação dos credores naquela 3ª série; (iii) que a companhia envidará seus melhores esforços para instituir um programa de *ADR* que atenda as necessidades de credores com eventuais restrições para deter ativos no Brasil. O credor Marcelo Alves de Oliveira questionou a respeito da necessidade de consularização de determinados documentos, ao que o representante da Administradora Judicial sugeriu que a questão fosse submetida ao juízo da recuperação judicial. O representante da Administradora Judicial questionou se outros credores gostariam de se pronunciar e, havendo silêncio e esclarecidas as dúvidas a respeito do Plano de Recuperação, o representante da Administradora Judicial colocou-o em votação, na forma do art. 45 da Lei n. 11.101/05. Finalizada a votação, o representante da Administradora Judicial apresentou o quadro de votação. o Plano de Recuperação Judicial teve votos favoráveis de 90,42% (noventa vírgula quarenta e dois por cento) dos créditos presentes à AGC e 81,59% (oitenta e um vírgula cinquenta e nove por cento) dos credores presentes; votos contrários de 9,58% (nove vírgula cinquenta e oito por cento) dos créditos e de 18,41% (dezoito vírgula quarenta e um por cento) dos credores; houve, ainda, 5 (cinco) abstenções, no valor total de R$ 98.299.925,90 (noventa e oito milhões duzentos e noventa e nove mil novecentos e vinte e cinco reais e noventa centavos). Nos termos da decisão proferida pelo MM. Juízo da 4ª Vara Empresarial do Rio de Janeiro/RJ (Anexo I), computando em apartado os votos dos credores listados na parte final do Anexo III, o Plano de Recuperação Judicial teve votos favoráveis de 91,93% (noventa e um vírgula noventa e três por cento) dos créditos presentes à AGC e 84,97% (oitenta e quatro vírgula noventa e sete por cento) dos credores presentes; votos contrários de 8,07% (oito vírgula zero sete por cento) dos créditos e de 15,03% (quinze vírgula zero três por cento) dos credores; houve, ainda, 5 (cinco) abstenções, no valor total de R$ 98.299.925,90 (noventa e oito milhões duzentos e noventa e nove mil novecentos e vinte e cinco reais e noventa centavos) (**Anexo IV**). As declarações de voto dos credores representados pelos advogados Felipe Galea, Thomaz Sant' Ana e Igor Lima, do escritório BMA, encontram-se anexadas a presente ata (**Anexo V**).

7469

Os resultados da votação foram projetados na tela. O Sr. Luiz Guilherme Migliora, de Veirano Advogados, advogado da Administradora Judicial, OAB/RJ 63.303, leu a parte dispositiva da decisão proferida pelo Ilmo. Des. Jessé Torres nos autos do mandado de segurança n° 0026517-52.2014.8.19.0000, consignando a homologação do pedido de desistência da Impetrante Perenco Petróleo e Gás do Brasil Ltda. naquele Mandado de Segurança.

O representante da Administradora Judicial suspendeu os trabalhos para a lavratura da presente ata que, lida e achada conforme, foi aprovada pela unanimidade dos presentes, tendo sido assinada pelo Sr. Administrador Judicial, na qualidade de presidente da AGC, pelo Secretário, pelo representante da Recuperanda e dois Credores da Classe III, ficando a Lista de Presenças (**Anexo VI**) incorporada à presente ata.

Rio de Janeiro, 03 de junho de 2014

**Deloitte Touche Tohmatsu Consultores Ltda.**
Luis Vasco Elias
Administrador Judicial

**Passaic Place LLC**
p.p. Dr. Thiago Braga Junqueira
OAB/SP 286.786
Secretário

**Recuperanda**
p.p. Dr. Marcelo Carpenter
OAB/RJ 92.518

**Credores Classe III**

**Autonomy Master Fund Limited**
p.p. Felipe Evaristo dos Santos Galea
OAB/SP 270.280

**Schlumberger Serviços de Petróleo Ltda.**
p.p. Sérgio Savi
OAB/RJ 106.962

ANEXO 1





1204

7462

**Poder Judiciário do Estado do Rio de Janeiro**
**Órgão Especial**

Mandado se segurança nº 0026517-52.2014.8.19.0000

**Impetrante:** Perenco Petróleo e Gás do Brasil Ltda.
**Impetrado:** Exmo. Sr Desembargador Relator do Agravo de Instrumento Nº 0023089-62.2014.8.19.0000 – 14ª Câmara Cível
**Relator:** Des. Jessé Torres

### DECISÃO

Mandado de segurança. Ação mandamental conhecida, em atenção à jurisprudência dominante da Corte Superior. Pleito liminar parcialmente deferido, dado que, em juízo de cognição sumária, presentes se mostraram o *fumus boni iuris* e o *periculum in mora*, ante a complexidade técnica da matéria e a prudência com que haveria de ser tratada em face do devido processo legal e dos interesses econômicos e sociais em testilha. Impetrante que veio a formular pedido de desistência, autorizando a extinção do processo com base no art. 267, VIII, do CPC.

Vistos e examinados estes autos do Mandado de Segurança n° 0026517-52.2014.8.19.0000, em que figuram, como impetrante, Perenco Petróleo e Gás do Brasil Ltda., e, como impetrado, o Exmo. Sr. Desembargador Relator do Agravo de Instrumento Nº 0023089-62.2014.8.19.0000 – 14ª Câmara Cível, o Relator desta ação extingue o feito com arrimo no art. 267, inciso VIII, do CPC, pelos motivos que se enunciam a seguir.

O impetrante pleiteou a concessão de efeito suspensivo ao agravo de instrumento nº 0023089-62.2014.8.19.0000, distribuído à 14ª Câmara Cível, até o seu final julgamento pela Câmara, à consideração de que a decisão recorrida subverteu o devido processo legal insculpido na lei de falências, ao proceder a inovador procedimento específico para a habilitação de alguns credores, de sorte a legitimá-los ao exercício do direito de voto em assembleia geral.

O relator conheceu da ação mandamental em atenção à jurisprudência dominante da Corte Superior, no sentido de que, não sendo cabível a interposição de recurso contra a decisão do relator que defere ou indefere o pedido de efeito suspensivo a agravo de instrumento - porquanto sujeita apenas a pedido de reconsideração (CPC, art. 527, III e p. único) -, admite-se a impetração de mandado de segurança, desde que se trate de decisão teratológica, manifestamente ilegal



**Poder Judiciário do Estado do Rio de Janeiro**
**Órgão Especial**



1205

7463

proferida com abuso de poder. Nesse sentido: RMS nº 36.982/PB, AgRg no AREsp nº 95.401/PR, AgRg no REsp nº 1.215.895/MT, RMS nº 32.787/SE.

O pleito liminar foi deferido, em termos, para atribuir parcial eficácia suspensiva ao agravo de instrumento em curso na 14ª Câmara Cível, no sentido de que se deva realizar a assembleia convocada para 03 do corrente mês e podendo nela se manifestarem os credores que o desejarem, cuja validade, porém, sujeitar-se-á ao exame de pertinência do devido processo legal que aquela Câmara fará oportunamente.

Petição da ÓLEO E GÁS PARTICIPAÇÕES S.A., intervindo para postular o indeferimento da liminar (pasta 32).

Vem, agora, a impetrante a deduzir pedido de desistência (pasta 1.202).

Tratando-se de direito subjetivo individual, configura-se a desistência que, no especial processo do mandado de segurança, pode ocorrer "a qualquer tempo, independentemente do consentimento do impetrado" (RE 167.224-2, Rel. Min. Néri da Silveira, Boletim Informativo do STF, nº 184, de 12.04.00). Seja pela perda do objeto, seja pela desistência, segue-se o esgotamento do interesse de prosseguir-se na demanda mandamental, em seu sentido processual de utilidade, necessidade ou proveito, impondo-se a extinção do feito com arrimo no art. 267, inciso VIII, do CPC, o que ora determino no exercício da competência prevista no art. 31, VIII, do Regimento Interno do Tribunal de Justiça.

Sem honorários, em homenagem à orientação do verbete 512, da Súmula do Supremo Tribunal Federal, positivada no art. 25 da Lei nº 12.016/09.

Rio de Janeiro, 03 de junho de 2014.

Desembargador **JESSÉ TORRES**
Relator



Órgão Especial
Av. Erasmo Braga, nº 115, sala 910, Lâmina I
Centro – Rio de Janeiro/RJ – CEP: 20010-010
Tel: + 55 21 3133-2501

ANEXO 2

# Deloitte.

Administradora Judicial
FA - Reorganização

Deloitte Touche Tohmatsu
Consultores Ltda
Av. Pres. Wilson, 231 – 22° andar
20030-905 - Rio de Janeiro - RJ
Brasil

Tel.: + 55 (21) 3981-0467
+ 55 (11) 5186-1091
ajoleoegas@deloitte.com

7464

EXCELENTÍSSIMO SENHOR DOUTOR JUIZ DE DIREITO DA 4ª VARA EMPRESARIAL

DA COMARCA DA CAPITAL DO ESTADO DO RIO DE JANEIRO

*J.I.*

*(1) Consoante decisão proferida que regulamenta a apresentação da documentação apta a comprovar a legitimidade da qualidade de credor ou detentor de bonds, defere-se o voto individual daquele que apresentaram a documentação completa nos termos do quadro em anexo.*

*(2) Defere-se o cômputo do voto coletado em separado daqueles que apresentaram a documentação completa, mas que ainda pendentes de formalidades com a prorrogação do prazo por mais dez dias, sob pena de exclusão dos votos.*

*(3) Por fim, indefere-se o cômputo dos eventuais credores que deixaram de apresentar a documentação mínima necessária para a comprovação de sua qualidade de credor, vedando*

Autos n° 0377620-56.2013.8.19.0001 *– se o voto em assembleia, nos termos do voto, digo, quadro em anexo. Intimem-se.*

*Rio, 02. 06. 14 às 18h 30min.*

DELOITTE TOUCHE TOHMATSU CONSULTORES LTDA. Administradora Judicial

nomeada por esse MM. Juízo nos autos da RECUPERAÇÃO JUDICIAL ÓLEO E GÁS

PARTICIPAÇÕES S.A. – EM RECUPERAÇÃO JUDICIAL e outras ("Recuperandas"), vem,

respeitosamente, perante Vossa Excelência, expor e ao final requerer o quanto segue:

CONFERE COM O ORIGINAL
AO Escrivão
EDSON FERNANDES
Mat. 01/7455

"Deloitte" refere-se à sociedade limitada estabelecida no Reino Unido "Deloitte Touche Tohmatsu Limited" e sua rede de firmas-membro, cada qual constituindo uma pessoa jurídica independente. Acesse www.deloitte.com/about para uma descrição detalhada da estrutura jurídica da Deloitte Touche Tohmatsu Limited e de suas firmas-membro.

© 2011 Deloitte Touche Tohmatsu. Todos os direitos reservados.

1.     O propósito desta petição é apresentar, para a apreciação desse D. Juízo, a relação de *bondholders* que protocolaram pedidos de reconhecimento de direitos de petição, participação, voz e voto em assembleias gerais de credores das Recuperandas, nos termos da decisão de fls. 4.162/4.167 ("Decisão Autorizativa").

2.     A Administradora Judicial salienta que apenas parte da documentação analisada encontrava-se autuada no "Incidente de Identificação de Bondholders", e que também analisou documentos retirados diretamente em cartório e outros que lhes foram apresentados pelos advogados dos respectivos *bondholders*, porém com o comprovante de protocolo no distribuidor do fórum.

3.     Em conformidade com a Decisão Autorizativa, esta Administradora Judicial entende que apenas aqueles *bondholders* que apresentaram a totalidade dos documentos relacionados no bojo daquele *decisum* até 23 de maio de 2014, com o cumprimento de não menos que a totalidade dos aspectos formais inerentes ao processo (tais como notarizações, consularizações e traduções juramentadas), estariam automaticamente aptos a participar das assembleias gerais de credores a ocorrer no dia de amanhã, 3 de junho de 2014.

4.     Assim, a Administradora Judicial entende que os *bondholders* listados no Anexo I a esta petição e que totalizam US$ 2.064.417.000,00 (dois bilhões sessenta e quatro milhões quatrocentos e dezessete mil dólares norte-americanos) estariam aptos a exercer direito de petição, participação, voz e voto, nos termos da decisão genérica e autorizativa.

5.     Por outro lado, nos termos da Decisão Autorizativa, o reconhecimento dos mesmos direitos para aqueles *bondholders* que não se qualificarem nos termos do disposto no parágrafo acima depende de novas decisões específicas e individualizadas desse D. Juízo.

6.     Neste último grupo, esta Administradora Judicial entende que há diferentes situações que teriam que ser consideradas por V.Exa.

7.     A primeira delas diz respeito àqueles *bondholders* que, no entendimento desta Administradora Judicial, apresentaram não menos que a totalidade dos documentos aludidos na Decisão Autorizativa, com todas as formalidades cabíveis, após o dia 23 de maio de 2014 mas até esta data. A relação dos *bondholders* encontra-se no Anexo II a esta petição, totalizando US$ 122.825.000,00 (cento e vinte e dois milhões oitocentos e vinte e cinco mil dólares norte-americanos).

7466

8.    A segunda situação concerne àqueles *bondholders* que, no entendimento desta Administradora Judicial, apresentaram não menos que a totalidade dos documentos aludidos na Decisão Autorizativa, mas sem todas as formalidades cabíveis até esta data, requerendo prazo adicional para fazê-lo. A relação dos *bondholders* encontra-se no Anexo III a esta petição, totalizando US$ 42.352.000,00 (quarenta e dois milhões trezentos e cinquenta e dois mil dólares norte-americanos).

9.    O terceiro grupo contém os *bondholders* que, no entendimento desta Administradora Judicial, apresentaram menos do que a totalidade dos documentos aludidos na Decisão Autorizativa. A relação dos *bondholders* encontra-se no Anexo IV a esta petição, totalizando US$ 41.422.000,00 (quarenta e um milhões quatrocentos e quarenta e dois mil dólares norte-americanos).

10.    O último grupo contém *bondholders* que não apresentaram nenhum dos documentos aludidos na Decisão Autorizativa. A relação dos *bondholders* encontra-se no Anexo V a esta petição.

11.    Por fim, esta Administradora Judicial coloca-se à disposição desse D. Juízo para os esclarecimentos que se fizerem necessários.

Rio de Janeiro, 2 de junho de 2014

**DELOITTE TOUCHE TOHMATSU CONSULTORES LTDA.**
**Administradora Judicial**
Luis Vasco Elias

Luiz Guilherme Migliora
OAB/RJ nº 63.306

ANEXO 3

7467

Votos válidos – anexos 1 e 2

| | US$ | US$ | US$ |
|---|---|---|---|
| **BANPOS?** | | | |
| Passaic Place LLC. | 448.818.000,00 | 101.245.000,00 | 550.063.000,00 |
| Subtotal | 448.818.000,00 | 101.245.000,00 | 550.063.000,00 |
| **CREDIT SUISSE** | | | |
| Alpha HG Fund LTD | 3.320.000,00 | 5.050.000,00 | 8.370.000,00 |
| CSHG Graal Fund, LLC | 25.390.000,00 | 39.530.000,00 | 64.920.000,00 |
| Directive HG Fund | 3.470.000,00 | 3.560.000,00 | 7.030.000,00 |
| Green Fund, LLC | 6.570.000,00 | 14.290.000,00 | 20.860.000,00 |
| Green Fund II, LLC | 450.000,00 | 970.000,00 | 1.420.000,00 |
| Subtotal | 39.200.000,00 | 63.400.000,00 | 102.600.000,00 |
| **DUPONT** | | | |
| DuPont Pension Trust | 64.295.000,00 | 11.685.000,00 | 75.980.000,00 |
| Subtotal | 64.295.000,00 | 11.685.000,00 | 75.980.000,00 |
| **EMSO** | | | |
| Emerging Markets Special Opportunities Ltd. | 4.512.000,00 | 591.000,00 | 5.103.000,00 |
| EMSO Saguaro Funds Ltd. | 5.294.000,00 | 693.000,00 | 5.987.000,00 |
| EMSO Rose Fund Ltd. | 3.884.000,00 | 509.000,00 | 4.393.000,00 |
| EMSO Tulip Fund Ltd. | 2.960.000,00 | 388.000,00 | 3.348.000,00 |
| Subtotal | 16.650.000,00 | 2.181.000,00 | 18.831.000,00 |
| **LORD ABBETT** | | | |
| Lord Abbet Bond-Debenture Fund, Inc. | 20.000.000,00 | 0 | 20.000.000,00 |
| Lord Abbett Investment Trust - Lord Abbett Income Fund | 1.800.000,00 | 0 | 1.800.000,00 |
| Lord Abbett Investment Trust - Lord Abbett Inflation Focused Fund | 225.000,00 | 0 | 225.000,00 |
| Lord Abbett Investment Trust - Lord Abbett Short Duration Income Fund | 31.150.000,00 | 0 | 31.150.000,00 |
| Lord Abbett Investment Trust - Lord Abbett Total Return Fund | 1.730.000,00 | 0 | 1.730.000,00 |
| Subtotal | 54.905.000,00 | 0,00 | 54.905.000,00 |

Número de credores: 16          Valor dos créditos: US$ 802.379.000,00

CONFERE COM O ORIGINAL

EDSON FERNANDES
Mat. 013...

Votos válidos – anexos 1 e 2

7468

| MONEDA | | | |
|---|---|---|---|
| Moneda Latin American Corporate Debt | 5.588.000,00 | 1.427.000,00 | 7.015.000,00 |
| MLF Trust | 3.910.000,00 | 883.000,00 | 4.793.000,00 |
| Moneda Deuda Latinoamericana Fondo de Inversión | 35.754.000,00 | 8.444.000,00 | 44.198.000,00 |
| Subtotal | 45.252.000,00 | 10.754.000,00 | 56.006.000,00 |
| NOMURA | | | |
| Nomura International Plc. | 138.688.000,00 | 42.954.000,00 | 181.642.000,00 |
| Subtotal | 138.688.000,00 | 42.954.000,00 | 181.642.000,00 |

Valor dos créditos: US$ 237.648.000,00

Numero de credores: 4

CONFERE COM O ORIGINAL

O Escrivão

EDSON FERNANDES
Mat. 01/7453

## Votos válidos – anexos 1 e 2

| PIMCO | | | |
|---|---|---|---|
| PIMCO Funds: PIMCO Diversified Income Fund | 20.900.000,00 | 12.200.000,00 | 33.100.000,00 |
| PIMCO Funds: PIMCO Floating Income Fund | 10.900.000,00 | 8.500.000,00 | 19.400.000,00 |
| PIMCO Global Stocks PLUS & Income Fund | 1.400.000,00 | 2.050.000,00 | 3.450.000,00 |
| PIMCO Global Credit Opportunity Master Fund LDC Corporate Relative Value Sleeve | 18.100.000,00 | 35.900.000,00 | 54.000.000,00 |
| PIMCO Combined Alpha Strategies Master Fund LDC | 800.000,00 | 0 | 800.000,00 |
| PIMCO Funds: PIMCO Income Fund | 136.860.000,00 | 39.820.000,00 | 176.680.000,00 |
| PIMCO Income Opportunity Fund | 3.700.000,00 | 3.300.000,00 | 7.000.000,00 |
| PIMCO Monthly Income Fund (Canada) | 18.100.000,00 | 6.700.000,00 | 24.800.000,00 |
| LVS I LLC | 218.830.000,00 | 190.780.000,00 | 409.610.000,00 |
| PIMCO Funds: PIMCO Small Company Fundamental IndexPLUS AR Strategy Fund | 600.000,00 | 1.000.000,00 | 1.600.000,00 |
| PIMCO Funds: PIMCO International Fundamental IndexPLUS AR Strategy Fund | 3.900.000,00 | 0 | 3.900.000,00 |
| PIMCO Dynamic Income Fund | 16.700.000,00 | 0 | 16.700.000,00 |
| PIMCO Funds: Global Investors Series plc, Income Fund | 24.850.000,00 | 5.150.000,00 | 30.000.000,00 |
| PIMCO Funds: PIMCO Worldwide Fundamental Advantage AR Strategy Fund | 1.600.000,00 | 0 | 1.600.000,00 |
| PIMCO Tactical Opportunities Master Fund Ltd. | 2.000.000,00 | 0 | 2.000.000,00 |
| PIMCO Global Credit Opportunity Master Fund LDC Fundamental High Yield Sleeve | 0 | 1.700.000,00 | 1.700.000,00 |
| PIMCO Dynamic Credit Income Fund | 48.450.000,00 | 6.000.000,00 | 54.450.000,00 |
| PIMCO Equity Series: PIMCO Dividend and Income Builder Fund | 200.000,00 | 200.000,00 | 400.000,00 |
| Subtotal PIMCO | 527.890.000,00 | 313.300.000,00 | 841.190.000,00 |

Valor dos créditos: US$ 841.190.000,00

Número de credores:   18

CONFERE COM O ORIGINAL

EDSON FERNANDES
Mat. 017323

Votos válidos – anexos 1 e 2

| FIRENZE | | |
|---|---|---|
| Firenze Corporate INC. | 700.000,00 | 0,00 | 700.000,00 |
| Subtotal | 700.000,00 | 0,00 | 700.000,00 |
| SPINNAKER | | |
| Spinnaker Global Especial Situations Fund | 48.000.000,00 | 0 | 48.000.000,00 |
| Spinnaker Global Emerging Markets Fund | 62.300.000,00 | 0 | 62.300.000,00 |
| Spinnaker Global Opportunity Fund Ltd. | 25.200.000,00 | 0 | 25.200.000,00 |
| Subtotal | 135.500.000,00 | 0,00 | 135.500.000,00 |
| VR Global | | |
| VR Global Partners L.P. | 5.000.000,00 | 2.000.000,00 | 7.000.000,00 |
| Subtotal | 5.000.000,00 | 2.000.000,00 | 7.000.000,00 |
| BRENNUS | | |
| Brennus Fund LP | 10.000.000,00 | 0,00 | 10.000.000,00 |
| Subtotal | 10.000.000,00 | 0,00 | 10.000.000,00 |
| FSB | | |
| FSB Investments LTD. | 30.000.000,00 | 0,00 | 30.000.000,00 |
| Subtotal | 30.000.000,00 | 0,00 | 30.000.000,00 |

Valor dos créditos: US$ 183.200.000,00

Número de credores: 7

CONFERE COM O ORIGINAL

Escrivão

Votos válidos – anexos 1 e 2

| ALESSANDRA MANULI | | | |
|---|---|---|---|
| Alessandra Manuli | 550.000,00 | 0,00 | 550.000,00 |
| Subtotal | 550.000,00 | 0,00 | 550.000,00 |
| ANDROMEDA | | | |
| Andromeda Global Credit Fund LTD. | 600.000,00 | 9.290.000,00 | 9.890.000,00 |
| Subtotal | 600.000,00 | 9.290.000,00 | 9.890.000,00 |
| ANTONELLO MANULI | | | |
| Antonello Manuli | 875.000,00 | 0 | 875.000,00 |
| Subtotal | 875.000,00 | 0 | 875.000,00 |
| ASPEN | | | |
| Aspen Creek Partners, LP | 2.000.000,00 | 2.200.000,00 | 4.200.000,00 |
| Subtotal | 2.000.000,00 | 2.200.000,00 | 4.200.000,00 |
| AUTONOMY | | | |
| Autonomy Master Fund Limited | 35.757.000,00 | 19.401.000,00 | 55.158.000,00 |
| Subtotal | 35.757.000,00 | 19.401.000,00 | 55.158.000,00 |
| FIRST GENEVA | | | |
| First Geneva High Yield Fund | 1.950.000,00 | 0,00 | 1.950.000,00 |
| Subtotal | 1.950.000,00 | 0,00 | 1.950.000,00 |

Número de credores: 6 .............. Valor dos créditos: US$ 72.623.000,00

CONFERE COM O ORIGINAL

O Escrivão

EDSON FERNANDES
Mat. 01/7433

Votos válidos – anexos 1 e 2

| GAM | | | |
|---|---|---|---|
| GAM Trading (N° 37) INC. | 5.343.000,00 | 2.899.000,00 | 8.242.000,00 |
| Subtotal | 5.343.000,00 | 2.899.000,00 | 8.242.000,00 |
| LYXOR/ANDROMEDA | | | |
| Lyxor/Andromeda Global Credit Fund LTDA. | 300.000,00 | 6.210.000,00 | 6.510.000,00 |
| Subtotal | 300.000,00 | 6.210.000,00 | 6.510.000,00 |
| SHAHRIAR SHAHIDA | | | |
| Shahriar Shahida | 0,00 | 2.000.000,00 | 2.000.000,00 |
| Subtotal | 0,00 | 2.000.000,00 | 2.000.000,00 |
| SUSQUEHANNA | | | |
| Susquehanna Ireland Limited | 9.000.000,00 | 6.000.000,00 | 15.000.000,00 |
| Subtotal | 9.000.000,00 | 6.000.000,00 | 15.000.000,00 |
| CAPITAL VENTURES | | | |
| Capital Ventures International | 4.000.000,00 | 10.600.000,00 | 14.600.000,00 |
| Subtotal | 4.000.000,00 | 10.600.000,00 | 14.600.000,00 |
| ITAVA | | | |
| Itava Inc. | 3.650.000,00 | 0,00 | 3.650.000,00 |
| Subtotal | 3.650.000,00 | 0,00 | 3.650.000,00 |
| ELISABETTA MANULI | | | |
| Elisabetta Anastasia Manuli | 200.000,00 | 0,00 | 200.000,00 |
| Subtotal | 200.000,00 | 0,00 | 200.000,00 |

Número de credores: 7 ... Valor dos créditos: US$ 50.202.000,00

CONFERE COM O ORIGINAL. ... O Escrivão ... FERNANDES ... Mat. 017/133

## Votos a serem colhidos em apartado – anexo 3

| | | | |
|---|---|---|---|
| **BNYM** | | | |
| BNYM Brazil International Fund SPC, On Behalf Of JGP Offshore Segregated Portfolio | 1.500.000,00 | 0,00 | 1.500.000,00 |
| Subtotal | 1.500.000,00 | 0,00 | 1.500.000,00 |
| **BRAX** | | | |
| Brax Fund | 1.500.000,00 | 0,00 | 1.500.000,00 |
| Subtotal | 1.500.000,00 | 0,00 | 1.500.000,00 |
| **NOVEL** | | | |
| Novel Capital Group Limited | 500.000,00 | 0,00 | 500.000,00 |
| Subtotal | 0,00 | 0,00 | 500.000,00 |
| **QUAQUER** | | | |
| Quaquer Event Arbitrag Fund (series de Quaquer Investment Trust) | 3.500.000,00 | 0,00 | 3.500.000,00 |
| Subtotal | 3.500.000,00 | 0,00 | 3.500.000,00 |
| **EUROPEAN DISTRESSED** | | | |
| European Distressed Mac Limited | 3.800.000,00 | 2.016.000,00 | 5.816.000,00 |
| Subtotal | 3.800.000,00 | 2.016.000,00 | 5.816.000,00 |
| **GLG NEUTRAL FUND** | | | |
| GLG Market Neutral Fund | 3.300.000,00 | 1.896.000,00 | 5.196.000,00 |
| Subtotal | 3.300.000,00 | 1.896.000,00 | 5.196.000,00 |
| **GLG MASTER FUND** | | | |
| GLG European Distressed Master Fund LTD. | 6.400.000,00 | 3.366.000,00 | 9.766.000,00 |
| Subtotal | 6.400.000,00 | 3.366.000,00 | 9.766.000,00 |
| **GLG FUND** | | | |
| GLG European Distressed Fund | 8.150.000,00 | 6.424.000,00 | 14.754.000,00 |
| Subtotal | 8.150.000,00 | 6.424.000,00 | 14.754.000,00 |
| **MARCELLO ALVES DE OLIVEIRA** | | | |
| Marcello Alves de Oliveira | 0,00 | 800.000,00 | 800.000,00 |
| Subtotal | 0,00 | 800.000,00 | 800.000,00 |
| Total | USD 28.650.000,00 | USD 14.502.000,00 | USD 43.152.000,00 |

Valor dos créditos: US$ 43.152.000,00

Número de credores: 9

CONFERE COM O ORIGINAL
O Escrivão
EDSON FERNANDES
Mat. 017433

7474

## TOTAIS

Total votos válidos – anexos 1 e 2

Numero total de credores: 58

Valor total dos créditos:
US$ 2.187.242.000,00

Total votos a serem colhidos em apartado – anexo 3

Numero total de credores: 9

Valor total dos créditos:
US$ 43.152.000,00

Total votos válidos e votos a serem colhidos em apartado – anexos 1, 2 e 3

Numero total de credores: 67

Valor total dos créditos:
US$ 2.230.394.000,00

CONFERE COM O ORIGINAL
O Escrivão
EDSON FERNANDES
Mat. 01/7453

Assinado digitalmente por ALBERTO JORGE DE LIMA FERREIRA ALVES:000090389 <albertojorge@tj.rj.gov.br> Validade desconhecida
Data: 15/05/2014 17:25:36 Local: TJ-RJ

Ano 6 – nº 166/2014
Caderno V – Editais e demais publicações

Data de Disponibilização: quinta-feira, 15 de maio
Data de Publicação: sexta-feira, 16 de maio

**Id: 1862279**

EDITAL DE CITAÇÃO com o prazo de 20 (vinte) dias na forma abaixo:
A Dra. IVONE FERREIRA CAETANO, Juíza Titular da Vara da Infância, da Juventude e do Idoso da Comarca da Capital do Estado do Rio de Janeiro.
FAZ SABER a quantos do presente EDITAL tiverem conhecimento e, em especial, DION CAMILO DA SILVA, que por esta Vara da Infância, da Juventude e do Idoso, situada na Praça Onze de Junho, 403 - Centro, tramita o Processo nº: 2014.710.000244-8, que se refere ao pedido de ADOÇÃO C/C DESTITUIÇÃO DO PODER FAMILIAR, requerido por Paulo Henrique dos Santos e Dione Camilo da Silva, em favor da criança/adolescente C.T.S., nascida aos 19/12/2005, filha do CITANDO, que encontra-se em local incerto e não sabido. Fica ciente de que tem o prazo de 10 (dez) dias para oferecer resposta, findo os quais o processo terá prosseguimento até sentença final. E para que não alegue ignorância de todo o processado o MM. Juiz mandou expedir o presente EDITAL DE CITAÇÃO que será publicado e afixado em local próprio, conforme Art. 232 do Código de Processo Civil. Dado e passado nesta Cidade do Rio de Janeiro, aos 13 de maio de 2014. Eu, Maria da Graça Rodrigues, Técnica de Atividade Judiciária, matr.: 01/28571, digitei e Eu, Francisco José da Rocha Carvalho, matr.: 01/18568, Chefe da Serventia, subscrevo. Ass.: Dra. Ivone Ferreira Caetano, Juiz de Direito da Vara da Infância, da Juventude e do Idoso.

2 de 3

**Id: 1863667**

EDITAL DE CITAÇÃO com o prazo de 20 (vinte) dias na forma abaixo:
A Dra. IVONE FERREIRA CAETANO, Juíza Titular da Vara da Infância, da Juventude e do Idoso da Comarca da Capital do Estado do Rio de Janeiro.
FAZ SABER a quantos do presente EDITAL tiverem conhecimento e, em especial, JOSÉ MARCIANO DOS SANTOS, que por esta Vara da Infância, da Juventude e do Idoso, situada na Praça Onze de Junho, 403 - Centro, tramita o Processo nº: 2014.710.001107-3, que se refere ao pedido de GUARDA , requerido por Marcelo Luiz da Cunha, em favor das crianças/adolescentes: M.A.S.(06/04/2005) e O.M.S.(26/07/1998), filhos do CITANDO, que encontra-se em local incerto e não sabido. Fica ciente de que tem o prazo de 10 (dez) dias para oferecer resposta, findo os quais o processo terá prosseguimento até sentença final. E para que não alegue ignorância de todo o processado o MM. Juiz mandou expedir o presente EDITAL DE CITAÇÃO que será publicado e afixado em local próprio, conforme Art. 232 do Código de Processo Civil. Dado e passado nesta Cidade do Rio de Janeiro, aos 14 de maio de 2014. Eu, Maria da Graça Rodrigues, Técnica de Atividade Judiciária, matr.: 01/28571, digitei e Eu, Francisco José da Rocha Carvalho, matr.: 01/18568, Chefe da Serventia, subscrevo. Ass.: Dra. Ivone Ferreira Caetano, Juiz de Direito da Vara da Infância, da Juventude e do Idoso.

1 de 3

---

## Varas de Empresariais

### 4ª Vara Empresarial

**Id: 1862525**

JUÍZO DE DIREITO DA 4ª VARA EMPRESARIAL DA COMARCA DO RIO DE JANEIRO DO ESTADO DO RIO DE JANEIRO, EDITAL PARA CONVOCAÇÃO DE ASSEMBLEIAS GERAIS DE CREDORES, NOS TERMOS DO ARTIGO 36 DA LEI N.º 11.101/05, EXTRAÍDO DOS AUTOS DA RECUPERAÇÃO JUDICIAL DE ÓLEO E GÁS PARTICIPAÇÕES S.A. ¿ EM RECUPERAÇÃO JUDICIAL, OGX PETRÓLEO E GÁS S.A. ¿ EM RECUPERAÇÃO JUDICIAL, OGX AUSTRIA GMBH ¿ EM RECUPERAÇÃO JUDICIAL e OGX AUSTRIA INTERNATIONAL GMBH ¿ EM RECUPERAÇÃO JUDICIAL, AUTOS N.º 0377620-56.2013.8.19.0001.

O EXMO. SR. DR. GILBERTO CLOVIS FARIAS MATOS, MM. JUÍZ DE DIREITO DA 4ª VARA EMPRESARIAL DA COMARCA DO RIO DE JANEIRO DO ESTADO DO RIO DE JANEIRO, nos autos da RECUPERAÇÃO JUDICIAL DE ÓLEO E GÁS PARTICIPAÇÕES S.A. ¿ EM RECUPERAÇÃO JUDICIAL, OGX PETRÓLEO E GÁS S.A. ¿ EM RECUPERAÇÃO JUDICIAL, OGX AUSTRIA GMBH ¿ EM RECUPERAÇÃO JUDICIAL e OGX AUSTRIA INTERNATIONAL GMBH ¿ EM RECUPERAÇÃO JUDICIAL, que ante a apresentação de objeções aos planos de recuperação judicial apresentados por ÓLEO E GÁS PARTICIPAÇÕES S.A. ¿ EM RECUPERAÇÃO JUDICIAL, OGX PETRÓLEO E GÁS S.A. ¿ EM RECUPERAÇÃO JUDICIAL, OGX AUSTRIA GMBH ¿ EM RECUPERAÇÃO JUDICIAL, apresentadas nos termos do art. 55 da Lei 11.101/05, convoca os credores interessados, para as ASSEMBLEIAS GERAIS DE CREDORES das três sociedades, a serem realizadas no Edifício da Bolsa de Valores do Rio de Janeiro - Auditório Principal, localizado na Praça XV de Novembro, 20, Centro, Rio de Janeiro/RJ, em 1ª (primeira) convocação, no dia 3 (três) de julho de 2014, com credenciamento a partir das 12 (doze) horas para todos os credores, iniciando-se às 14 (quatorze) horas a Assembleia Geral de Credores da OGX PETRÓLEO E GÁS S.A. ¿ EM RECUPERAÇÃO JUDICIAL e, após finalizada, ocorrerá o início da Assembleia Geral de Credores da ÓLEO E GÁS PARTICIPAÇÕES S.A. ¿ EM RECUPERAÇÃO JUDICIAL e, finalmente, após finalizada, ocorrerá o início da Assembleia Geral de Credores da OGX AUSTRIA GMBH ¿ EM RECUPERAÇÃO JUDICIAL, e, em 2ª (segunda) convocação, no dia 11 (onze) de junho de 2014, com credenciamento a partir das 12 (doze) horas para todos os credores, iniciando-se às 14 (quatorze) horas a Assembleia Geral de Credores da OGX PETRÓLEO E GÁS S.A. ¿ EM RECUPERAÇÃO JUDICIAL e, após finalizada, ocorrerá o início da Assembleia Geral de Credores da ÓLEO E GÁS PARTICIPAÇÕES S.A. ¿ EM RECUPERAÇÃO JUDICIAL e, finalmente, após finalizada, ocorrerá o início da Assembleia Geral de Credores da OGX AUSTRIA GMBH ¿ EM RECUPERAÇÃO JUDICIAL, a serem presididas pelo representante da Administradora Judicial. Considerando que não houve apresentação, por nenhum dos credores legitimados na forma do § 3º do artigo 45 da Lei 11.101/2005, de objeção ao plano de recuperação judicial apresentado por OGX AUSTRIA INTERNATIONAL GMBH ¿ EM RECUPERAÇÃO JUDICIAL, fica dispensada a convocação de assembleia geral de credores para esta Recuperanda, nos termos do art. 56 da Lei nº 11.101/2005. A instalação em 1ª convocação de cada uma das três ASSEMBLEIAS GERAIS DE CREDORES de ÓLEO E GÁS PARTICIPAÇÕES S.A. ¿ EM RECUPERAÇÃO JUDICIAL, OGX PETRÓLEO E GÁS S.A. ¿ EM RECUPERAÇÃO JUDICIAL e OGX AUSTRIA GMBH ¿ EM RECUPERAÇÃO JUDICIAL ocorrerá com a presença de detentores de mais da metade dos créditos de cada classe de credor [...] uma das três

Assinatura digital por ALBERTO JORGE DE LIMA FERREIRA ALVES:000090383 <albertojorge@tjrj.jus.br> - Validade desconhecida
Data: 16.05.2014 12:25:44 Local: TJ-RJ

**Ano 6 – nº 166/2014**

**Caderno V – Editais e demais publicações**

**Data de Disponibilização: quinta-feira, 15 de maio**

**Data de Publicação: sexta-feira, 16 de maio**

**10**

sociedades, individualmente computados.   A(s) assembleia(s) geral(is) de credores será(ão) instalada(s), na hipótese de 2ª (segunda) convocação, com qualquer quórum.  Cada Assembleia Geral de Credores terá por ordem do dia: (a) a constituição de Comitê de Credores para cada uma das sociedades Recuperandas, cujos representantes deverão ser eleitos pelos credores e ¿bondholders¿ legitimados a votar de cada respectiva Recuperanda (com apuração dos votos conforme art. 42 da Lei 11.101/2005); e (b) a deliberação quanto à aprovação, rejeição ou modificação dos planos de recuperação judicial de cada Recuperanda, pelos credores e ¿bondholders¿ legitimados a votar de cada respectiva Recuperanda (com apuração dos votos conforme art. 45 da lei 11.101/2005). As deliberações previstas na ordem do dia de cada Assembleia Geral de Credores ocorrerão apenas quando as três Assembleias Gerais de Credores estiverem válida e concomitantemente instaladas. Os credores e ¿bondholders¿ legitimados a votar que desejarem se fazer representar por procurador, conforme disposto no artigo 37, § 4º, da Lei nº 11.101/05, deverão entregar à Administradora Judicial, Deloitte Touche Tohmatsu Consultores Ltda., em seu endereço à Av. Presidente Wilson, nº 231/22º andar, Centro/RJ, CEP 20030-905, em até 24 (vinte e quatro) horas antes da realização das Assembleias Gerais de Credores, conforme edital de convocação, documento hábil que comprove seus poderes ou a indicação das folhas dos autos do processo em que se encontre o documento.

Os credores poderão obter cópias dos planos de recuperação judicial no endereço eletrônico [http://www.ogpar.com.br], por solicitação à Administradora Judicial no correio eletrônico ajoleoegas@deloitte.com ou na Serventia do Juízo da Quarta Vara Empresarial da Comarca da Capital do Estado do Rio de Janeiro, situada na Av. Erasmo Braga, 115, 7º andar, Centro, Rio de Janeiro/RJ. E para que chegue ao conhecimento dos credores, e dele não venham alegar ignorância, é expedido o presente edital que será publicado na forma da Lei, tendo uma de suas vias afixada no local de costume do Fórum. CUMPRA-SE. Dado e passado nesta cidade do Rio de Janeiro, Estado do Rio de Janeiro, em treze de maio de 2014. Eu, Maria Carmelina de Oliveira, matr. 01/9151, subscrevo. Ass. MM. Juiz de Direito Dr. GILBERTO CLOVIS FARIAS MATOS.

## 6ª Vara Empresarial

Id: 1863794

**EDITAL PARA INTIMAÇÃO DE TERCEIROS INTERESSADOS**, com prazo de 20 (vinte) dias, nos termos do Art. 94 (Cód. De Defesa do Consumidor), da Lei nº 8.078/90, na forma abaixo:

A Doutora Maria Isabel Paes Gonçalves, Juíza de Direito da 6ª Vara Empresarial da Comarca da Capital do Estado do Rio de Janeiro, FAZ SABER a  terceiros interessados que, por intermédio do 1º Ofício do Registro de Distribuição, foi distribuída a este Juízo a **AÇÃO CIVIL COLETIVA**, Proc. nº **0050274-19.2007.8.19.0001**, aforada por **ASSOCIAÇÃO FLUMINENSE DE AMPARO AOS CEGOS** em face do BANCO BRADESCO S/A, tendo por objeto determinar que a ré confeccione seus contratos de adesão e todos os demais documentos fundamentais para a relação de consumo impressos em linguagem Braille; que o réu envie os extratos mensais consolidados dos deficientes visuais impressos em linguagem Braille; que o banco desenvolva em caráter interno para seus funcionários, cartilha com normas de conduta para atendimento ao deficiente visual, de forma que oriente e estimule a conscientização do tratamento diferenciado; que a ré seja condenada a pagamento de multa e outros pedidos. E para que chegue ao conhecimento dos interessados e fins de direito, é expedido o presente edital que será afixado no lugar de costume e publicado na forma da lei, cientes de que este Juízo funciona na Avenida Erasmo Braga, 115, Lâmina Central, sala 720 - Centro. Dado e passado nesta cidade do Rio de Janeiro, aos  nove de maio do ano dois mil e catorze. Eu, Luna Cátia V. Ferreira, Analista Judiciário, digitei. E eu, Guiomar de Azévedo Zarife, Escrivã, o subscrevo.(a) Maria Isabel Paes Gonçalves - Juíza de Direito -

id: 1863795

## SEXTA VARA EMPRESARIAL DA COMARCA DA CAPITAL

## MASSA FALIDA DE PERFUMARIA SOCIAL LTDA EPP

## Processo nº 0033886-02.2011.8.19.0001

**EDITAL** do art. 7º, § 2º da Lei 11.101/2005, na forma abaixo:

O Liquidante Judicial da Central de Liquidantes Judiciais da Comarca da Capital do Rio de Janeiro, na qualidade de Administrador Judicial da Massa Falida em epígrafe, em cumprimento ao que dispõe o artigo 7º, § 2º, da Lei 11.101/05, faz publicar este edital contendo a relação de credores da referida sociedade empresarial, encontra-se este Administrador Judicial com endereço na Avenida Nilo Peçanha, nº 11, 3º andar, no horário de 11h às 18h, à disposição das pessoas indicadas no art. 8º da Lei 11.101/2005, lhes sendo facultado, no prazo comum de 10 (dez) dias, o acesso aos documentos que fundamentaram a elaboração dessa relação, podendo apresentar, perante o juízo da 6ª Vara Empresarial desta Comarca, impugnação contra a relação de credores, apontando a ausência de qualquer crédito ou manifestando-se contra a legitimidade, importância ou classificação de crédito relacionado.

**CRÉDITO QUIROGRAFÁRIO**

BANCO SAFRA S/A (fls. 17/29) ...... R$ 149.616,76

E para que chegue ao conhecimento dos interessados e fins de direito é expedido o presente edital que será afixado no lugar de costume e publicado na forma da lei. Cientes de que este Juízo funciona na Av. Erasmo Braga, 115, Lâmina Central, sala 720, Centro. Dado e passado nesta cidade do Rio de Janeiro, aos catorze dias do mês de maio de dois mil e catorze. Eu, Luna Cátia Vasconcelos Ferreira, Analista Judiciário, digitei. E eu, Guiomar de Azevedo Zarife, Escrivã, o subscrevo. (a) Maria Isabel Paes Gonçalves, Juíza de Direito.

id: 1863796

ANEXO 4

7477

# OGXPG - Votação por Crédito menos Abstenção Percentual Consolidado
## Assunto 1 - Aprova o Plano de Recuperação Judicial apresentado nessa AGC?

🔲 Sim Créditos
🔳 Não Créditos
⬜ Abstenção Créditos

**Classe 3**
- 90,42%
- 9,58%
- 1,66%

**TOTAL**
- 90,42%
- 9,58%
- 1,66%

# OGXPG - Votação por Credor menos Abstenção Percentual Consolidado
## Assunto 1 - Aprova o Plano de Recuperação Judicial apresentado nessa AGC?

🔲 Sim Votos
🔳 Não Votos
⬜ Abstenção Votos

**Classe 3**
- 84,50%
- 18,41%
- 2,43%

**TOTAL**
- 84,50%
- 18,41%
- 2,43%

CONFERE COM O ORIGINAL
EDSON FERNANDES
Mat. 01/7433

## Lista Decrescente de Créditos

**Deloitte.** 1478

**Nome da Assembléia:** OGXPG

**Data Início:** 3/6/2014 12:11:17

**Local:** Rio de Janeiro

**Observação:**

**Categoria:** Consolidado

| Cred or | Representante | Classe | Votos | Crédito |
|---|---|---|---|---|
| Passaic Place LLC. | | Classe 3 | 1 | 1.245.342.632,00 |
| LVS I LLC | | Classe 3 | 1 | 927.357.040,00 |
| Nomura International Plc. | | Classe 3 | 1 | 411.237.488,00 |
| PIMCO Funds: PIMCO Income Fund | | Classe 3 | 1 | 400.003.520,00 |
| DuPo nt Pension Trust | | Classe 3 | 1 | 172.018.720,00 |
| CSHG Graal Fund LLC | | Classe 3 | 1 | 146.978.880,00 |
| DIAMOND OFFSHORE NETHERLANDS B.V. | | Classe 3 | 1 | 145.142.489,15 |
| Spinnaker Global Emerging Markets Fund | | Classe 3 | 1 | 141.047.200,00 |
| LUMBERGER SERVIÇOS DE PETRÓLEO LTDA. | | Classe 3 | 1 | 129.792.400,72 |
| nomy Master Fund Limited | | Classe 3 | 1 | 124.877.712,00 |
| PIMCO Dynamic Credit Income Fund | | Classe 3 | 1 | 123.274.800,00 |
| PIMCO Global Credit Opportunity Master Fund LDC Corporate Relative Value Sleeve | | Classe 3 | 1 | 122.256.000,00 |
| Spinnaker Global Special Situations Fund | | Classe 3 | 1 | 108.672.000,00 |
| SOUTHERN SCHLUMBERGER SA | | Classe 3 | 1 | 105.199.120,88 |
| Mone da Deuda Latinoamericana Fondo de Inversión | | Classe 3 | 1 | 100.064.272,00 |
| PIMCO Funds: PIMCO Diversified Income Fund | | Classe 3 | 1 | 74.938.400,00 |
| Lord Abbett Investment Trust - Lord Abbett Short Duration Income Fund | | Classe 3 | 1 | 70.523.600,00 |
| PERENCO PETRÓLEO E GÁS DO BRASIL LTDA. | | Classe 3 | 1 | 69.277.715,78 |
| PIMCO Funds: Global Investors Series plc, Income Fund | | Classe 3 | 1 | 67.920.000,00 |
| FSB Investments LTD | | Classe 3 | 1 | 67.920.000,00 |
| Spinnaker Global Opportunity Fund Ltd. | | Classe 3 | 1 | 57.052.800,00 |
| CO Monthly Income Fund (Canada) | | Classe 3 | 1 | 56.147.200,00 |
| SWACO DO BRASIL - COMERCIO SERVIÇOS | | Classe 3 | 1 | 54.106.695,86 |
| CALAND BOREN B.V. | | Classe 3 | 1 | 50.493.049,63 |
| :n Fund, LLC | | Classe 3 | 1 | 47.227.040,00 |
| Lord Abbett Bond - Debenture Fund, Inc. | | Classe 3 | 1 | 45.280.000,00 |
| PIMCO Funds: PIMCO Floating Income Fund | | Classe 3 | 1 | 43.921.600,00 |
| PETRÓLEO BRASILEIRO S.A. | | Classe 3 | 1 | 38.080.905,30 |
| PIMCO Dynamic Income Fund | | Classe 3 | 1 | 37.808.800,00 |
| BAKER HUGHES DO BRASIL LTDA. | | Classe 3 | 1 | 34.490.920,10 |
| Susquehanna Ireland Limited | | Classe 3 | 1 | 33.960.000,00 |
| BRAM OFFSHORE TRANSPORTES MARÍTIMOS LTDA. | | Classe 3 | 1 | 33.862.290,83 |
| Capital Ventures International | | Classe 3 | 1 | 33.054.400,00 |
| BRASDRIL SOCIEDADE DE PERFURAÇÕES LTDA. | | Classe 3 | 1 | 33.009.765,50 |
| GLG European Distressed Fund | | Classe 3 | 1 | 32.995.536,00 |
| Brennus Fund LP | | Classe 3 | 1 | 22.640.000,00 |

**Usuário:** equadros     **Página:**  1 / 5     **Data:** 03/06/2014     **Horário:** 17:39:56.

## Lista Decrescente de Créditos

**Deloitte.** 7479

Nome da Assembléia: OGXPG

Data Início: 3/6/2014 12:11:17

Local: Rio de Janeiro

Observação:

Categoria: Consolidado

| | | | |
|---|---|---|---|
| Andromeda Global Credit Fund LTD. | Classe 3 | 1 | 22.390.960,00 |
| GLG European Distressed Master Fund LTD | Classe 3 | 1 | 22.110.224,00 |
| Alpha HG Fund LTD | Classe 3 | 1 | 18.949.680,00 |
| GAM Trading (N° 37) INC | Classe 3 | 1 | 18.659.888,00 |
| GE OIL & GAS DO BRASIL LTDA | Classe 3 | 1 | 17.870.264,05 |
| WELLSTREAM INTERNTIONAL LTD | Classe 3 | 1 | 17.681.634,23 |
| SMITH INTERNATIONAL DO BRASIL LTDA. | Classe 3 | 1 | 16.120.015,25 |
| Directive HG Fund | Classe 3 | 1 | 15.915.920,00 |
| Moneda Latin American Corporate Debt | Classe 3 | 1 | 15.881.960,00 |
| CO Income Opportunity Fund | Classe 3 | 1 | 15.848.000,00 |
| Global Partners L.P. | Classe 3 | 1 | 15.848.000,00 |
| /Andromeda Global Credit Fund LTDA. | Classe 3 | 1 | 14.738.640,00 |
| EMSO Saguaro Funds Ltd. | Classe 3 | 1 | 13.554.568,00 |
| ENSCO DO BRASIL PETRÓLEO E GÁS LTDA. | Classe 3 | 1 | 13.404.123,10 |
| European Distressed Mac Limited | Classe 3 | 1 | 13.167.424,00 |
| GLG Market Neutral Fund | Classe 3 | 1 | 11.763.744,00 |
| Emerging Markets Special Opportunities Ltd. | Classe 3 | 1 | 11.553.192,00 |
| MAERSK SUPPLY SERVICE AS | Classe 3 | 1 | 11.125.608,43 |
| MLF Trust | Classe 3 | 1 | 10.851.352,00 |
| FRANK'S INTERNATIONAL BRASIL LTDA | Classe 3 | 1 | 10.675.519,70 |
| MAERSK OIL BRASIL LTDA. | Classe 3 | 1 | 10.521.152,41 |
| EMSO Rose Fund Ltd. | Classe 3 | 1 | 9.945.752,00 |
| FRANK'S INTERNATIONAL AMERICAS B.V. | Classe 3 | 1 | 9.535.287,49 |
| en Creek Partners, LP | Classe 3 | 1 | 9.508.800,00 |
| ENERGY DO BRASIL LTDA | Classe 3 | 1 | 9.305.520,00 |
| PIMCO Funds: PIMCO International Fundamental IndexPLUS Strategy Fund | Classe 3 | 1 | 8.829.600,00 |
| DOF REDERI II AS | Classe 3 | 1 | 8.743.750,14 |
| Itava Inc. | Classe 3 | 1 | 8.263.600,00 |
| Quaquer Event Arbitrag Fund (series de Quaquer Investment Trust) | Classe 3 | 1 | 7.924.000,00 |
| PIMCO Global Stocks PLUS & Income Fund | Classe 3 | 1 | 7.810.800,00 |
| EMSO Tulip Fund Ltd. | Classe 3 | 1 | 7.579.872,00 |
| MARINE PRODUCTION SYSTEMS DO BRASIL LTDA. | Classe 3 | 1 | 6.906.904,86 |
| MAERSK ENERGIA LTDA | Classe 3 | 1 | 6.203.680,00 |
| V&M DO BRASIL S.A. | Classe 3 | 1 | 4.899.243,74 |
| NORSKAN OFFSHORE LTDA. | Classe 3 | 1 | 4.769.259,98 |
| HALLIBURTON SERVICOS LTDA | Classe 3 | 1 | 4.696.184,50 |
| PIMCO Tactical Opportunities Master Fund Ltd. | Classe 3 | 1 | 4.528.000,00 |

Usuário: equadros    Página:    2  /  6    Data: 03/06/2014    Horário: 17:39:56.
6562500

## Lista Decrescente de Créditos

**Deloitte.**

7480

Nome da Assembléia: OGXPG

Data Início: 3/6/2014 12:11:17

Local: Rio de Janeiro

Observação:

Categoria: Consolidado

| | | | |
|---|---|---|---|
| Shariyat Shahida | Classe 3 | 1 | 4.528.000,00 |
| First Geneva High Yield Fund | Classe 3 | 1 | 4.414.800,00 |
| Lord Abbett Investment Trust - Lord Abbett Income Fund | Classe 3 | 1 | 4.075.200,00 |
| Lord Abbett Investment Trust - Lord Abbett Total Return Fund | Classe 3 | 1 | 3.916.720,00 |
| PIMCO Global Credit Opportunity Master Fund LDC Fundamental High Yield Sleeve | Classe 3 | 1 | 3.848.800,00 |
| GEORESEARCH DO BRASIL LTDA. | Classe 3 | | 3.742.160,68 |
| PIMCO Funds: PIMCO Small Company Fundamental IndexPLUS AR Strategy Fund | Classe 3 | 1 | 3.622.400,00 |
| PIMCO Funds: PIMCO Worldwide Fundamental Advantage AR Strategy Fund | Classe 3 | 1 | 3.622.400,00 |
| R HUGHES OILFIELD OPERATIONS INC. | Classe 3 | 1 | 3.460.422,35 |
| WM Brazil International Fund SPC, On Behalf Of JGP Core Segregated Portfolio | Classe 3 | 1 | 3.396.000,00 |
| Brax Fund | Classe 3 | 1 | 3.396.000,00 |
| Green II Fund, LLC | Classe 3 | 1 | 3.214.880,00 |
| PETROBRAS DISTRIBUIDORA S.A. | Classe 3 | 1 | 3.161.314,14 |
| IBM BRASIL - INDÚSTRIA, MÁQUINAS E SERVIÇOS LTDA. | Classe 3 | 1 | 3.133.322,95 |
| SUBSEA7 DO BRASIL SERVIÇOS LTDA | Classe 3 | 1 | 2.662.508,56 |
| INTERMOOR DO BRASIL SERVIÇOS OFFSHORE DE INSTALAÇÃO LTDA. | Classe 3 | 1 | 2.416.627,65 |
| Antonello Manuli | Classe 3 | 1 | 1.981.000,00 |
| INNOVA RIO ENGENHARIA E CONSTRUÇÕES LTDA. | Classe 3 | 1 | 1.933.811,49 |
| PIMCO Combined Alpha Strategies Master Fund LDC | Classe 3 | 1 | 1.811.200,00 |
| MARCELLO ALVES DE OLIVEIRA | Classe 3 | 1 | 1.811.200,00 |
| CAPROCK COMUNICAÇÕES DO BRASIL LTDA. | Classe 3 | 1 | 1.803.614,21 |
| ERSK SUPPLY SERVICE - APOIO MARÍTIMO LTDA. | Classe 3 | 1 | 1.792.339,82 |
| axo Corporate INC. | Classe 3 | 1 | 1.584.800,00 |
| BRIC BRAZILIAN INTERMODAL COMPLEX S.A | Classe 3 | 1 | 1.428.206,17 |
| ENE'S ENERGIA SERVIÇOS DO BRASIL LTDA. | Classe 3 | 1 | 1.258.084,10 |
| Alessandra Manuli | Classe 3 | 1 | 1.245.200,00 |
| FUGRO BRASIL SERVIÇOS SUBMARINOS E | Classe 3 | 1 | 1.199.796,73 |
| Novel Capital Group Limited | Classe 3 | 1 | 1.132.000,00 |
| SOUTHERN WESTERNGECO S.R.L. | Classe 3 | 1 | 1.012.323,94 |
| PULSE MONITORAMENTO ESTRUTURAL LTDA | Classe 3 | 1 | 998.524,07 |
| PIMCO Equity Series: PIMCO Dividend and Income Builder Fund | Classe 3 | 1 | 905.600,00 |
| C-INNOVATION DO BRASIL SERVIÇOS DE ROBÓTICA SUBMARINA LTDA. | Classe 3 | 1 | 802.286,94 |
| GEOQUEST SYSTEMS B.V. | Classe 3 | 1 | 781.588,97 |
| MARINE PRODUCTION SYSTEMS LTD | Classe 3 | 1 | 665.592,84 |
| AECOM DO BRASIL LTDA | Classe 3 | 1 | 608.328,47 |

Usuário: equadros   Página: 3 / 6   Data: 03/06/2014   Horário: 17:39:56.
6718750

## Lista Decrescente de Créditos

**Deloitte.** 7489

Nome da Assembléia: OGXPG

Local: Rio de Janeiro

Categoria: Consolidado

Data Início: 3/6/2014 12:11:17

Observação:

| | | | |
|---|---|---|---|
| Lord Abbett Investment Trust - Lord Abbett Inflation Focused Fund | Classe 3 | 1 | 509.400,00 |
| GOLS SERVIÇOS DE LOGÍSTICA OFFSHORE LTDA. | Classe 3 | 1 | 483.718,35 |
| Elisabetta Anastasia Manuli | Classe 3 | 1 | 452.800,00 |
| INVISION GEOFÍSICA LTDA | Classe 3 | 1 | 410.347,46 |
| SOLINTEC CONSULTORIA E SERVIÇOS DE GEOLOGIA LTDA. | Classe 3 | 1 | 324.322,65 |
| RENTCON LOCAÇÃO E COMÉRCIO DE EQUIPAMENTOS LTDA - EPP | Classe 3 | 1 | 301.598,34 |
| 2H OFFSHORE PROJETOS LTDA | Classe 3 | 1 | 275.020,67 |
| BIOCHRON CONSULTORIA LTDA | Classe 3 | 1 | 242.927,50 |
| MAERSK H2S SAFETY SERVICES AS | Classe 3 | 1 | 233.125,14 |
| IN A DESENVOLVIMENTO E MEIO AMBIENTE | Classe 3 | 1 | 218.877,49 |
| NGIO ENGENHARIA E CONSTRUCOES L | Classe 3 | 1 | 215.271,00 |
| MAERSK H2S SAFETY SERVICES BRASIL S/A | Classe 3 | 1 | 212.445,25 |
| POTIGUAR ENGENHARIA, CONSULTORIA E | Classe 3 | 1 | 184.852,80 |
| ANALISYS AUDITORIA, CONSULTORIA E TREINAMENTO LTDA. | Classe 3 | 1 | 144.994,66 |
| GCA CONSULTORES LTDA. (originalmente listado como GAFFNEY, CLINE & ASSOCIATES INC.) | Classe 3 | 1 | 131.948,54 |
| BANCO BANKPAR S/A | Classe 3 | 1 | 96.012,55 |
| WILD WELL CONTROL, INC | Classe 3 | 1 | 90.809,04 |
| WORKBOAT SERVIÇOS E APOIO MARÍTIMOS | Classe 3 | 1 | 90.095,38 |
| MARLOPES ASSESSORIA EM SEGURANCA DO | Classe 3 | 1 | 87.837,73 |
| SAVECARE ATENDIMENTO PRÉ-HOSPITALAR | Classe 3 | 1 | 87.000,00 |
| G COMEX ARMAZENS GERAIS LTDA | Classe 3 | 1 | 66.905,20 |
| VIVO SA | Classe 3 | 1 | 66.604,11 |
| IOA CANTO REZENDE E GUERRA ADVOGADOS | Classe 3 | 1 | 57.053,92 |
| FTECH BRASIL SERVIÇOS E COMERCIO | Classe 3 | 1 | 56.600,00 |
| AUTOMATOS PARTICIPACOES S.A | Classe 3 | 1 | 50.992,74 |
| G LOGISTICA ADUANEIRA LTDA | Classe 3 | 1 | 49.496,35 |
| FARIA LAHAM CONSULTORIA EMPRESARIAL | Classe 3 | 1 | 47.883,35 |
| INVENTUM PROGRAMAÇÃO VISUAL E PROJE. | Classe 3 | 1 | 45.436,50 |
| ASSOCIACAO DESPORTIVA RJX | Classe 3 | 1 | 44.500,00 |
| TOTVS SA | Classe 3 | 1 | 42.435,80 |
| INTER ASSESSORIA AERONAUTICA LTDA | Classe 3 | 1 | 38.012,80 |
| WLA INTERPRETAÇÃO DE PERFIS LTDA | Classe 3 | 1 | 37.145,00 |
| AEROSPACE E MARINE INTERNATIONAL | Classe 3 | 1 | 36.371,16 |
| OKER EMPREENDIMENTOS PARTICIPACOES | Classe 3 | 1 | 35.855,15 |
| BANCO BRADESCO S/A | Classe 3 | 1 | 33.870,74 |
| SPRINK SEGURANÇA CONTRA INCENDIO LTDA | Classe 3 | 1 | 28.572,58 |
| INSTITUTO INNOVARE PESQUISA DE MERC | Classe 3 | 1 | 28.400,00 |

Usuário: equadros   Página: 4 / 5   Data: 03/06/2014   Horário: 17:39:56.
6875000

## Lista Decrescente de Créditos

**Deloitte.** 7482

Nome da Assembléia: **OGXPG**

Local: **Rio de Janeiro**

Categoria: **Consolidado**

Data Início: **3/6/2014 12:11:17**

Observação:

| | | |
|---|---|---|
| VENATIV ASSESSORIA AMBIENTAL E COME | Classe 3 | 1 | 27.319,32 |
| MP DE LIMA GEOLOGIA DE PETROLEO | Classe 3 | 1 | 26.000,00 |
| FULL TIME COMERCIO DE MATERIAIS PARA | Classe 3 | 1 | 24.795,50 |
| MAD RI ENGENHARIA PROJ E EST AMBIENT | Classe 3 | 1 | 24.484,00 |
| EFRSCH TRADUÇÕES | Classe 3 | 1 | 20.359,09 |
| CARRIERWEB BR SOLUÇÕES TECNOLOGICAS LTDA. | Classe 3 | 1 | 17.905,04 |
| ATLANTIS SOLUCOES EM MEIO AMBIENTE | Classe 3 | 1 | 16.035,20 |
| EXPRO DO BRASIL SERVICOS LTDA | Classe 3 | 1 | 15.480,73 |
| DAVIS POLK & WARDWELL CONSULTORES E | Classe 3 | 1 | 14.639,95 |
| M PEREIRA MUDANCAS E TRANSPORTE | Classe 3 | 1 | 14.364,00 |
| AS E REDENSCHI ADVOGADOS | Classe 3 | 1 | 13.531,45 |
| TOP RJO VIAGENS E TURISMO LTDA | Classe 3 | 1 | 13.486,64 |
| RADIO-TAXI 2000 - COOPERATIVA DE RA | Classe 3 | 1 | 13.232,77 |
| FRANCA, LOPES PINTO ADVOGADOS ASSOCIADOS | Classe 3 | 1 | 12.666,67 |
| REAL SRR PUBLICIDADE E MARKETING LTDA | Classe 3 | 1 | 12.623,10 |
| EDUARDO DUARTE SERVICOS LTDA | Classe 3 | 1 | 12.000,00 |
| AR FRIO SISTEMAS TERMICOS LTDA | Classe 3 | 1 | 11.775,57 |
| MHAC INTERMEDIACAO DE NEGOCIOS EIRE | Classe 3 | 1 | 10.650,00 |
| FIVE STARS DE MACAE SERVICOS DE PET | Classe 3 | 1 | 9.621,50 |
| 15 OFICIO DE NOTAS DA COMARCA DA CAPITAL | Classe 3 | 1 | 7.926,32 |
| LABTOX - LABORATORIO DE ANALISE AMBIENTAL | Classe 3 | 1 | 7.889,82 |
| NMC ASSESSORIA COMERCIAL LTDA | Classe 3 | 1 | 7.404,35 |
| DNES SCELL ASSESSORIA EXECUTIVA LTDA | Classe 3 | 1 | 6.572,62 |
| S.A | Classe 3 | 1 | 6.468,92 |
| SIKA SERVICOS DE TRANSPORTES LTDA | Classe 3 | 1 | 6.232,34 |
| RENTAL SYSTEMS DO BRASIL LOCAÇÃO | Classe 3 | 1 | 6.090,00 |
| PRATICAGEM FLUMINENSE SOCIEDADE DE | Classe 3 | 1 | 5.882,00 |
| INTERNAUTICA CALL CENTER SERVICOS D | Classe 3 | 1 | 5.044,55 |
| MEDIA CORP SERVICOS DE PUBLICIDADE | Classe 3 | 1 | 5.000,00 |
| MAIS MEDIA MONITORAMENTO DE INFORMA | Classe 3 | 1 | 3.873,56 |
| DIAS CORREA ADVOGADOS | Classe 3 | 1 | 3.390,00 |
| B.A M CONSULTORIAS E GESTAO DE PATR | Classe 3 | 1 | 3.333,18 |
| CMS CAMERON MCKENNA CONSULTORES EM | Classe 3 | 1 | 3.135,00 |
| MED-RIO CHECK-UP MED PREVENT LTDA | Classe 3 | 1 | 3.026,00 |
| HS ASSOCIATUS LTDA | Classe 3 | 1 | 2.950,00 |
| MTT SERVICOS DE INFORMATICA LTDA | Classe 3 | 1 | 2.890,00 |
| FIRMO SABINO E LESSA ADVOGADOS | Classe 3 | 1 | 2.745,03 |

Usuário: equadros    Página:   5  /  6    Data: 03/06/2014    Horário: 17:39:56

# Lista Decrescente de Créditos

**Deloitte.**

7483

Nome da Assembléia: **OGXPG**

Local: **Rio de Janeiro**

Categoria: **Consolidado**

Data Início: 3/6/2014 12:11:17

Observação:

| | Classe | | |
|---|---|---|---|
| ICF CONSULTORIA DO BRASIL LTDA | Classe 3 | 1 | 2.728,86 |
| GEOCHEMICAL TECHNOLOGY SERVICOS AN | | | |
| INTEGRA CONSULTORIA SS LTDA | Classe 3 | 1 | 2.056,15 |
| IRON MOUNTAIN DO BRASIL LTDA | | | |
| A.VIPAM TURISMO E TECNOLOGIA LTDA | Classe 3 | 1 | 1.921,72 |
| LUMIS EIP TECNOLOGIA DA INFORMACAO | | | |
| FM ORGANIZACAO E PLANEJAMENTO DE EV | Classe 3 | 1 | 1.641,50 |
| ASSOCIACAO BRASILEIRA DAS EMPRESAS | | | |
| MANAN 246 SERVICOS LTDA | Classe 3 | 1 | 1.517,83 |
| ERCONNECTIONS EXCELENCIA EM IDIO | | | |
| SOCIACAO DOS TAXISTAS DO CASTELINHO | Classe 3 | 1 | 1.167,00 |
| INSTITUTO DE CIENCIAS NAUTICAS ICN | | | |
| COPY HOUSE SERVICOS REPROGRAFICOS L | Classe 3 | 1 | 1.099,65 |
| COMUNIQUE SE COMUNICACAO CORPORATIVA | | | |
| AQUALAB QUIMICA E SERVICOS LTDA | Classe 3 | 1 | 904,09 |
| LUCADDELI MERCEARIA LTDA EPP | | | |
| SERVICOS TEC E DE REP BARCRO LTDA E | Classe 3 | 1 | 420,25 |
| CRISTOVINHO ALIMENTOS LTDA EPP | | | |
| ARAQUEM DE AZEREDO | Classe 3 | 1 | 226,20 |
| OPTIONS CONSULTORIA E TREINAMENTOS | | | |
| TOCANTINS ADVOGADOS | Classe 3 | 1 | 147,84 |
| LAVA SAO SALVADOR LAVANDERIA LTDA | | | |
| BLOOMBERG FINANCE L.P. | Classe 3 | 1 | 124,52 |
| DIGITALIZACAO DE DADOS LTDA | | | |

CONFERE COM O ORIGINAL

EDSON FERNANDES
Mat. 017433

## Resultado Final

**Deloitte.** 7484

**Nome da Assembléia:** OGXPG

**Data Início:** 3/6/2014 12:11:17

**Local:** Rio de Janeiro

**Observação:**

**Categoria:** Consolidado - Menos Abstenção

**Assunto:** Data Início: 3/6/2014 17:09:37     Data de Término: 3/6/2014 17:39:38

Aprova o Plano de Recuperação Judicial apresentado nessa AGC?

| Classe: | Classe 1 | | Classe 2 | | Classe 3 | | Total: | |
|---|---|---|---|---|---|---|---|---|
| | Pessoas | Créditos | Pessoas | Créditos | Pessoas | Créditos | Pessoas | Créditos |
| Sim | 0,00% | 0,00% | 0,00% | 0,00% | 81,59% | 90,42% | 81,59% | 90,42% |
| Não | 0,00% | 0,00% | 0,00% | 0,00% | 18,41% | 9,58% | 18,41% | 9,58% |
| Abstenção | 0,00% | 0,00% | 0,00% | 0,00% | 2,43% | 1,66% | 2,43% | 1,66% |
| | 0 | | 0 | 0 | 0 | 201 | 5.835.110.986 | 201 | 5.835.110.986 |

CONFERE COM O ORIGINAL
O Escrivão
EDSON FERNANDES
Mat. 017433

7485

## Relatório de Votação Detalhado

**Deloitte.**

Nome da Assembléia: **OGXPG**    Data Início: **3/6/2014 12:11:17**

Local: **Rio de Janeiro**    Observação:

Categoria: **Consolidado**

| Credor | Representante | Classe | Total Votos | Voto | Assunto |
|--------|---------------|--------|-------------|------|---------|
| 15 OFICIO DE NOTAS DA COMARCA DA CAPITAL | | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| 2H OFFSHORE PROJETOS LTDA | | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| AECOM DO BRASIL LTDA | | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| AERO SPACE E MARINE INTERNATIONAL | | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| Alessandra Manuli | | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| HG Fund LTD | | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| ANALISYS AUDITORIA, CONSULTORIA E TREINAMENTO LTDA. | | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| Andromeda Global Credit Fund LTD | | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| Antonello Manuli | | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| AQUA LAB QUIMICA E SERVICOS LTDA | | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| AR FRIO SISTEMAS TERMICOS LTDA | | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| ARAQUEM DE AZEREDO | | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| Aspen Creek Partners, LP | | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| ASSOCIACAO BRASILEIRA DAS EMPRESAS | | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| ASSOCIACAO DESPORTIVA RJX | | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| ASSOCIACAO DOS TAXISTAS DO ESTELINHO | | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| ATLANTIS SOLUCOES EM MEIO AMBIENTE | | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| ATOMATOS PARTICIPACOES S/A | | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| Autonomy Master Fund Limited | | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| AVIPAM TURISMO E TECNOLOGIA LTDA | | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| B.A.M CONSULTORIAS E GESTAO DE PATR | | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| BAKER HUGHES DO BRASIL LTDA | | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| BAKER HUGHES OILFIELD OPERATIONS INC | | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| BANCO BANKPAR S/A | | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| BANCO BRADESCO S/A | | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |

# Relatório de Votação Detalhado

**Deloitte.**

7486

Nome da Assembléia: OGXPG

Data Início: 3/6/2014 12:11:17

Local: Rio de Janeiro

Observação:

Categoria: Consolidado

| | | | | |
|---|---|---|---|---|
| BIOCH RON CONSULTORIA LTDA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| BLOOMBERG FINANCE L.P. | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| BNYM - Brazil International Fund SPC on Behalf Of JGP Offshore Segregated Portfolio | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| BP ENERGY DO BRASIL LTDA | Classe 3 | 1 | A | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| BRAM OFFSHORE TRANSPORTES MARITIMOS LTDA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| S DRIL SOCIEDADE DE RFURAÇÕES LTDA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| ux Fund | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| Bre us Fund LP | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| BRIC BRAZILIAN INTERMODAL COMPLEX SA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| C-INNOVATION DO BRASIL SERVIÇOS DE ROBÓTICA SUBMARINA LTDA. | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| CALANO BOREN B.V. | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| Capital Ventures International | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| CAPROCK COMUNICAÇÕES DO BRASIL LTDA. | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| CAR RENTAL SYSTEMS DO BRASIL LOCAÇÃO | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| CARRIERWEB BR SOLUÇÕES CNOLOGICAS LTDA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| M DIGITALIZAÇÃO DE DADOS LTDA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| CMS CAMERON MCKENNA CONSULTORES EM | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| UNIQUE SE COMUNICACAO CORPORATIVA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| COPY HOUSE SERVIÇOS REPROGRAFICOS L | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| CRISTOVINHO ALIMENTOS LTDA EPP | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| CSHG Graal Fund, LLC | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| DAVIS POLK & WARDWELL CONSULTORES E | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| DIAMOND OFFSHORE NETHERLANDS B.V. | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| DIAS CORREA ADVOGADOS | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| Diredive HG Fund | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |

Usuário: equadros          Página: 2 / 9          Data: 03/06/2014

7487

## Relatório de Votação Detalhado **Deloitte.**

Nome da Assembléia: OGXPG

Data Início: **3/6/2014 12:11:17**

Local: **Rio de Janeiro**

Observação:

Categoria: **Consolidado**

| | | | | |
|---|---|---|---|---|
| OF REDERI II AS | Classe 3 | 1 | A | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| UPont Pension Trust | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| EDUARDO DUARTE SERVICOS LTDA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| Elisabetta Anastasia Manul | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| Emerg Ing Markets Special Opportunities Ltd. | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| EMSO Rose Fund Ltd. | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| ISO Saguaro Funds Ltd. | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| E  Tulip Fund Ltd. | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| ENSCO DO BRASIL PETRÓLEO E GÁS LTDA. | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| European Distressed Mac Limited | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| EXPRO DO BRASIL SERVICOS LTDA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| FARIA LAHAM CONSULTORIA EMPRESARIAL | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| Firenze Corporate INC. | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| FIRMO SABINO E LESSA ADVOGADOS | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| First Geneva High Yield Fund | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| E  STARS DE MACAE SERVICOS DE | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| FM ORGANIZACAO E PLANEJAMENTO DE EV | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| FRANCA, LOPES PINTO ADVOGADOS OCIADOS | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| FRANK'S INTERNATIONAL AMERICAS B.V. | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| FRANK'S INTERNATIONAL BRASIL LTDA. | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| FSB Investments LTD. | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| FUGRO BRASIL SERVICOS SUBMARINOS E | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| FULLTIME COMERCIO DE MATERIAIS PARA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| G.COMEX ARMAZENS GERAIS LTDA | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| GAN Trading (N° 37) INC. | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |

Usuário: equadros    Página: **3 / 9**    Data: 03/06/2014    Horário: 1:39:55

## Relatório de Votação Detalhado

**Deloitte.** 7488

Nome da Assembléia: OGXPG

Data Início: 3/6/2014 12:11:17

Local: Rio de Janeiro

Observação:

Categoria: Consolidado

| | | | | |
|---|---|---|---|---|
| GCAC ONSULTORES LTDA (originalmente listado como GAFFNEY CLINE & ASSOCIATES INC) | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| GE OIL & GAS DO BRASIL LTDA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| GEOCHEMICAL TECHNOLOGY SERVICIOS AN | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| GEOQUEST SYSTEMS B.V. | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| GEORESEARCH DO BRASIL LTDA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| GLG European Distressed Fund | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| European Distressed Master Fund | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| Market Neutral Fund | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| GOLS SERVICOS DE LOGÍSTICA OFFSHORE LTDA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| Green Fund, LLC | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| Green II Fund, LLC | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| GREENE'S ENERGIA SERVIÇOS DO BRASIL LTDA. | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| HALLIBURTON SERVICOS LTDA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| HS ASSOCIATUS LTDA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| IBM BRASIL - INDÚSTRIA, MAQUINAS E SERVIÇOS LTDA | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| CONSULTORIA DO BRASIL LTDA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| VARIO ENGENHARIA E CONSTRUÇÕES LTDA | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| TITUTO DE CIENCIAS NAUTICAS | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| INSTITUTO INNOVARE PESQUISA DE MERC | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| INTEGRA CONSULTORIA SS LTDA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| INTER ASSESSORIA AERONAUTICA LTDA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| INTERCONNECTIONS EXCELENCIA EM IDIO | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| INTERMOOR DO BRASIL SERVICOS OFFSHORE DE INSTALAÇÃO LTDA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| INTERNAUTICA CALL CENTER SERVICOS D | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| INVENTUM PROGRAMACAO VISUAL E PROJE | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |

Usuário: equadros    Páginas: 4 / 9    Data: 03/06/2014    Horário: 17:39:80
1248790



## Relatório de Votação Detalhado

**Deloitte.** 7489

Nome da Assembléia: **OGXPG**

Data Início: **3/6/2014 12:11:17**

Local: **Rio de Janeiro**

Observação;

Categoria: **Consolidado**

| | | | | |
|---|---|---|---|---|
| INVISION GEOFISICA LTDA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| IRONMOUNTAIN DO BRASIL LTDA. | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| Itava Inc. | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| JSL S.A. | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| LABTOX - LABORATORIO DE ANALISE AMBIENTAL | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| LAVA SAO SALVADOR LAVANDERIA LTDA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| LCH TRADUÇÕES | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| LOGICA SERVICOS DE TRANSPORTES | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| Lord Abbett Bond - Debenture Fund, Inc. | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| Lord Abbett Investment Trust - Lord Abbett Income Fund | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| Lord Abbett Investment Trust - Lord Abbett Inflation Focused Fund | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| Lord Abbett Investment Trust - Lord Abbett Short Duration Income Fund | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| Lord Abbett Investment Trust - Lord Abbett Total Return Fund | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| LUCADDELI MERCEARIA LTDA EPP | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| LUMIS EIP TECNOLOGIA DA INFORMAÇÃO | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| S.1 LLC | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| or/Andromeda Global Credit Fund LTDA. | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| MADRI ENGENHARIA PROJE EST IENT | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| MAERSK ENERGIA LTDA | Classe 3 | 1 | A | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| MAERSK H2S SAFETY SERVICES AS | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| MAERSK H2S SAFETY SERVICES BRASIL S.A | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| MAERSK OIL BRASIL LTDA. | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| MAERSK SUPPLY SERVICE - APOIO MARÍTIMO LTDA. | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| MAERSK SUPPLY SERVICE AS | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| MAIS MEDIA MONITORAMENTO DE INFORMA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |

CONFERE COM O ORIGINAL
EDSON FERNANDES
Mat. 01/7653

**Relatório de Votação Detalhado**     **Deloitte.** 7490

Nome da Assembléia: OGXPG                    Data Início: 3/6/2014 12:11:17

Local: Rio de Janeiro                        Observação:

Categoria: Consolidado

| | | | | |
|---|---|---|---|---|
| MANATN 246 SERVICOS LTDA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| MARC ELLO ALVES DE OLIVEIRA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| MARINE PRODUCTION SYSTEMS DO BRASIL LTDA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| MARINE PRODUCTION SYSTEMS LTD | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| MARLOPES ASSESSORIA EM SEGURANCA DO | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| MED-RIO CHECK-UP MED PREVENT LTDA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| A CORP SERVICOS DE BLICIDADE | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| MPC INTERMEDIACAO DE NCIOS EIRE | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| MISVVACO DO BRASIL COMERCIO SERVICOS | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| MLF Trust | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| Mone da Deuda Latinoamericana Fondo de Inversión | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| Mone da Latin American Corporate Debt | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| MP DE LIMA GEOLOGIA DE PETROLEO | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| MS LOGISTICA ADUANEIRA LTDA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| MTT SERVICOS DE INFORMATICA LTDA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| MC ASSESSORIA COMERCIAL LTDA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| nura International Plc | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| NORSKAN OFFSHORE LTDA | Classe 3 | 1 | A | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| Novel Capital Group Limited | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| OKER EMPREENDIMENTOS, PARTICIPACOES | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| OPTIONS CONSULTORIA E TREINAMENTOS | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| Passaic Place LLC | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| PERENCO PETROLEO E GAS DO BRASIL LTDA | Classe 3 | 1 | A | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| PETROBRAS DISTRIBUIDORA S.A. | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| PETRÓLEO BRASILEIRO S.A. | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |

Usuário: equadros          Página: 6 / 9          Data: 03/06/2014

**Relatório de Votação Detalhado**   **Deloitte.** 7491

Nome da Assembléia: OGXPG

Local: Rio de Janeiro

Categoria: Consolidado

Data Início: 3/6/2014 12:11:17

Observação:

| | | | | |
|---|---|---|---|---|
| PIMCO Combined Alpha Strategies Master Fund LDC | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| PIMCO Dynamic Credit Income Fund | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| PIMCO Dynamic Income Fund | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| PIMCO Equity Series: PIMCO Dividend and Income Builder Fund | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| PIMCO Funds: Global Investors Series plc, Income Fund | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| PIMCO Funds: PIMCO Diversified Income Fund | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| PIMCO Funds: PIMCO Floating Income Fund | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| PIMCO Funds: PIMCO Income Fund | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| PIMCO Funds: PIMCO International Fundamental IndexPLUS AR Strategy Fund | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| PIMCO Funds: PIMCO Small Company Fundamental IndexPLUS AR Strategy Fund | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| PIMCO Funds: PIMCO Worldwide Fundamental Advantage AR Strategy Fund | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| PIMCO Global Credit Opportunity Master Fund LDC Corporate Relative Value Sleeve | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| PIMCO Global Credit Opportunity Master Fund LDC Fundamental High Yield Sleeve | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| PIMCO Global Stocks PLUS & Income Fund | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| PIMCO Income Opportunity Fund | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| PIMCO Monthly Income Fund (Canada) | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| PIMCO Tactical Opportunities Master Fund Ltd. | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| PORTAGIO ENGENHARIAE CONSTRUCOES L | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| POTIGUAR ENGENHARIA, CONSULTORIA E | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| PRATICAGEM FLUMINENSE SOCIEDADE DE | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| PRESSCELL ASSESSORIA EXECUTIVA LTDA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| PULSE MONITORAMENTO ESTRUTURAL LTDA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| Quaquer Event Arbitrag Fund (series de Quaquer Investment Trust) | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| R C M PEREIRA MUDANCAS E TRANSPORTE | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |

Usuário:  equadros          Página:   7  /  9          Date: 03/06/2014          Horário:

CONFERE COM O ORIGINAL

EDSON FERNANDES
Mat. 017453
Escrivão

# Relatório de Votação Detalhado

**Deloitte.** 7492

Nome da Assembléia: **OGXPG**

Local: **Rio de Janeiro**

Categoria: **Consolidado**

Data Início: **3/6/2014 12:11:17**

Observação:

| | | | | |
|---|---|---|---|---|
| RADIO-TAXI 2000 - COOPERATIVA DE RA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| REAL SR&PUBLICIDADE E MARKETING LTDA. | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| RENTCON LOCAÇÃO E COMÉRCIO DE EQUIPAMENTOS LTDA. EPP | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| SAVE CARE ATENDIMENTO PRÉ-HOSPITALAR | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial nessa AGC? |
| SCHLUMBERGER SERVIÇOS DE PETRÓLEO LTDA. | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| SERVICOS TEC E DE REF BARCRO LTDA-E | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| Siar Shahida | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| SMI INTERNATIONAL DO BRASIL LT | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| SOFFTECH BRASIL SERVICOS E COMERCIO | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| SOLINTEC CONSULTORIA E SERVIÇOS DE GEOLOGIA LTDA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial nessa AGC? |
| SOMA DESENVOLVIMENTO & MEIO AMBIENTE | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| SOUTHERN SCHLUMBERGER SA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| SOUTHERN WESTERNGECO S.R.L. | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| Spinnaker Global Emerging Markets Fund | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| Spinnaker Global Opportuniy Fund Ltd. | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| Spinnaker Global Special Situations Fund | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| SPRINK SEGURANÇA CONTRA INCENDIO LTDA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| SUBSEA7 DO BRASIL SERVIÇOS LTDA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| Susquehanna Ireland Limited | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| TOCANTINS ADVOGADOS | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| TOP RIO VIAGENS E TURISMO LTDA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| TOTVS SA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| ULHOA CANTO REZENDE E GUERRA ADVOGADOS | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| V&M DO BRASIL S.A. | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| VENATIV ASSESSORIA AMBIENTAL E COME | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |

Usuário: equadros      Página:   8  /  9          Data: 03/06/2014      Horário:

## Relatório de Votação Detalhado          Deloitte. 7493

Nome da Assembléia: OGXPG                    Data Início: 3/6/2014 12:11:17

Local: Rio de Janeiro                         Observação:

Categoria: Consolidado

| | Classe | | | |
|---|---|---|---|---|
| VINHAS E REDENSCHI ADVOGADOS | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| VIVO SA | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| VR Global Partners LP | Classe 3 | 1 | N | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| WELLSTREAM INTERNTIONAL LTD | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| WILD WELL CONTROL INC | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| WLA INTERPRETACAO DE PERFIS | Classe 3 | 1 | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |
| JR KBOAT SERVICOS E APOIO MARITIMOS | Classe 3 | | S | Aprova o Plano de Recuperação Judicial apresentado nessa AGC? |

CONFERE COM O ORIGINAL
O Escrivão
EDSON FERNANDES
Mat. 01/2493

ANEXO 5



7494

À

Deloitte Touche Tohmatsu Consultores Ltda., Administradora Judicial nomeada nos autos da Recuperação Judicial nº 0377620-56.2013.8.19.0001; proposta por Óleo e Gás Participações S.A., atual denominação de OGX Petróleo e Gás Participações S.A. ("OGX PARTICIPAÇÕES"), OGX Petróleo e Gás S.A. ("OGX"), OGX International Gmbh ("OGX INTERNATIONAL") e OGX Austria Gmbh ("OGX AUSTRIA" e, em conjunto com OGX PARTICIPAÇÕES, OGX E OGX INTERNATIONAL, o "GRUPO OGX" ou as "RECUPERANDAS").

ALESSANDRA MANULI, ANDROMEDA GLOBAL CREDIT FUND LTD., ANTONELLO MANULI, ASPEN CREEK PARTNERS, LP, AUTONOMY MASTER FUND LIMITED, BRAX FUND, BNYM BRAZIL INTERNACIONAL FUND SPC, ON BEHALF OF JGP OFFSHORE SEGREGATED PORTFOLIO, BRENNUS FUND LP, CAPITAL VENTURES INTERNATIONAL, ELISABETTA MANULI, FIRENZE CORPORATE INC., FIRST GENEVA HIGH YIELD FUND, FSB INVESTMENT LTD., GAM TRADING (Nº 37) INC., GLG EUROPEAN DISTRESSED FUND, GLG EUROPEAN DISTRESSED MASTER FUND LTD., GLG MARKET NEUTRAL FUND, EUROPEAN DISTRESSED MAC LIMITED, ITAVA INC., LYXOR\ANDROMEDA GLOBAL CREDIT FUND LIMITED, NOVEL CAPITAL GROUP LIMITED, QUAKER EVENT ARBITRAG FUND, SHAHRIAR SHAHIDA, SUSQUEHANNA

BRASÍLIA
Setor Comercial Sul, Qd 1, Bl. F,
nº 30 - 7º andar | 70397-000
t. + 55 61 3218-0300
f. + 55 61 3218-0315

RIO DE JANEIRO
Av. Almirante Barroso, 52
31º andar | 20031-000
t. + 55 21 3824-5800
f. + 55 21 2262-5536

SÃO PAULO
Av. Pres. Juscelino Kubitschek,
1455 - 10º andar | 04543-011
t. + 55 11 2179-4600
f. + 55 11 2179-4597

1



**BM&A** | ADVOGADOS

BARBOSA, MÜSSNICH & ARAGÃO

7495

IRELAND LIMITED e VR GLOBAL PARTNERS L.P., por seus advogados, na qualidade de titulares de bonds emitidos pela OGX ÁUSTRIA ("*BONDHOLDERS*"[1]), garantidos por OGX PARTICIPAÇÕES e OGX, na classe quirografária, reiteram sua impugnação ao cômputo dos créditos de determinados credores do GRUPO OGX para fins de instalação e deliberação na assembleia geral de credores realizada nesta data, e **votam no sentido de rejeitar** o plano de recuperação judicial da OGX ("PRJ OGX"), o plano de recuperação judicial da OGX Participações ("PRJ OGXPAR") e o plano de recuperação judicial da OGX ÁUSTRIA ("PRJ ÁUSTRIA") em discussão (conjuntamente, os "PRJ"), pelos principais motivos sumariamente indicados a seguir:

**(i)   ABUSO DE DIREITO DE VOTO DOS BONDHOLDERS ADERENTES – EVIDENTE CONFLITO DE INTERESSES.** Considerando:

(i.1) as oportunidades de obter benefício econômico dadas exclusivamente aos BONDHOLDERS ADERENTES, especialmente mediante subscrição exclusiva das DEBÊNTURES 1ª SÉRIE e das DEBÊNTURES 2ª SÉRIE demonstradas amplamente na objeção aos PRJ apresentada pela credora Autonomy Master Fund Limited ("AUTONOMY");

(i.2) que, para a obtenção dessas vantagens exclusivas, os BONDHOLDERS ADERENTES previamente negociaram os PRJ e se comprometeram a aprová-los, assinando inclusive um denominado "acordo para suporte de plano" (o "*PLAN SUPPORT AGREEMENT*");

(i.3) que, sozinhos, os BONDHOLDERS ADERENTES detêm a maioria ou grande parte dos créditos em discussão; e

(i.4) que a aprovação dos PRJ antecipadamente negociados pelos BONDHOLDERS ADERENTES pretensamente confere aos próprios quitação dos negócios objetos do *PLAN SUPPORT AGREEMENT*, pretendendo ainda impedir que outras medidas sejam adotadas pelos credores do Grupo OGX contra o Grupo OGX, os BONDHOLDERS ADERENTES e inclusive o Deutsche Bank Trust Company Americas,



---

[1] Os termos definidos do voto respeitam os termos definidos no PRJ, salvo se no próprio voto definidos de forma distinta.

BRASÍLIA
Setor Comercial Sul, Qd 1, Bl. F,
nº 30 - 7º andar | 70397-900
t. + 55.61 3216-0300
f. + 55.61 3216-0315

RIO DE JANEIRO
Av. Almirante Barroso, 52
31º andar | 20031-000
t. + 55 21 3824-5800
f. + 55 21 2262-5536

SÃO PAULO
Av. Pres. Juscelino Kubitschek,
1455 - 10º andar | 04543-011
t. + 55 11 2179-4600
f. + 55 11 2179-4597

**BM&A** | ADVOGADOS

BARBOSA, MÜSSNICH & ARAGÃO

7496

Ao votarem favoravelmente aos PRJ, os BONDHOLDERS ADERENTES **abusam do direito de voto,** em flagrante conflito de interesses. Dessa forma, deveriam ser **impedidos de votar** ou ter seus votos desconsiderados, garantindo que o resultado da votação dos PRJ advenha exclusivamente de credores isentos, e poupando a assembleia geral de credores de flagrante nulidade;

*(ii)* **EXCLUSIVIDADE DOS** *BONDHOLDERS* **ADERENTES PARA PARTICIPAREM DA 1ª SÉRIE DE DEBÊNTURES DO FINANCIAMENTO DIP:** considerando o conjunto de credores do GRUPO OGX na data do pedido de recuperação judicial, apenas os BONDHOLDERS ADERENTES, detentores da maioria do crédito pretensamente votante na assembleia-geral de credores, apesar de terem crédito de mesma natureza e origem que os demais *BONDHOLDERS*, têm o direito abusivo de, com **exclusividade,** subscreverem as DEBÊNTURES 1ª SÉRIE, conforme disposto de maneira totalmente ilegal nas cláusulas **1.1.1, 1.1.20, 1.1.22, 4.3.1** e **4.4** do PRJ OGX, cláusulas **1.1.1, 1.1.18, 1.1.20, 4.31** e **4.4** do PRJ OGXPAR e cláusulas **1.1.1, 1.1.17, 1.1.19, 4.31** e **4.4** do PRJ ÁUSTRIA. Não há argumento lógico ou jurídico capaz de justificar tal exclusividade. Se existem outros *BONDHOLDERS* interessados em aportar novos recursos no GRUPO OGX, não há razão para esta diferenciação em prol da preservação da empresa. Tanto as RECUPERANDAS necessitavam de mais investimentos que recentemente contraíram novo e relevante EMPRÉSTIMO ADICIONAL ao EMPRÉSTIMO DIP;

*(iii)* **DIREITO DOS BONDHOLDERS ADERENTES DE TAMBÉM PARTICIPAREM DA SUBSCRIÇÃO DA 3ª SÉRIE DE DEBENTURES:** não bastasse a exclusividade conferida aos BONDHOLDERS ADERENTES para participarem das DEBÊNTURES 1ª SÉRIE, apesar de seus créditos serem de mesma natureza e origem que dos demais *BONDHOLDERS*, os PRJ preveem ainda a possibilidade de eles subscreverem a DEBÊNTURES 3ª SÉRIE, o que lhes garantirá, injusta e imotivadamente, uma participação acionária ainda maior na OGX REESTRUTURADA. Por este motivo, as cláusulas **1.1.4** e **4.6,** em conjunto com as cláusulas **1.1.1, 1.1.20, 1.1.22,**



BRASÍLIA
Setor Comercial Sul, Qd 1, Bl. F,
nº 30 - 7º andar | 70397-900
t. + 55 61 3218-0300
f. + 55 61 3218-0315

RIO DE JANEIRO
Av. Almirante Barroso, 52
31º andar | 20031-000
t. + 55 21 3824-5800
f. + 55 21 2262-5536

SÃO PAULO
Av. Pres. Juscelino Kubitschek,
1455 - 10º andar | 04543-011
t. + 55 11 2179-4600
f. + 55 11 2179-4597

BM&A | ADVOGADOS
BARBOSA, MÜSSNICH & ARAGÃO

7497

4.3.1 e 4.4, deflagram uma patente vantagem sem causa, que contamina todo o PRJ OGX, reproduzidas no PRJ OGXPar nas cláusulas **1.1.1**, **1.1.4**, **1.1.18**, **1.1.20**, **4.31**, **4.4** e **4.6** e no PRJ ÁUSTRIA nas cláusulas **1.1.1**, **1.1.4**, **1.1.1**, **1.1.17**, **1.1.19**, **4.31** e **4.4**;

(iv) **EXCLUSIVIDADE DOS BONDHOLDERS ADERENTES PARA SUBSCREVEREM A 2ª SÉRIE DE DEBÊNTURES:** a subscrição de eventuais sobras das DEBÊNTURES 3ª SÉRIE, isto é, as DEBÊNTURES 2ª SÉRIE, é permitida exclusivamente aos BONDHOLDERS ADERENTES, o que equivale a dizer que, mesmo fora das DEBÊNTURES 1ª SÉRIE, o direito de subscrição dos BONDHOLDERS ADERENTES não está efetivamente limitado ao percentual de seus respectivos créditos e novamente se estabelece desequilíbrio de oportunidades perante os demais *BONDHOLDERS*. A exclusividade aqui referida garantirá que, havendo sobras (e certamente haverá), os BONDHOLDERS ADERENTES adquiram uma participação ainda maior na OGX REESTRUTURADA ao término da reestruturação proposta;

(v) **SUBMISSÃO DOS SUBSCRITORES DAS DEBÊNTURES 3ª SÉRIE À VONTADE DOS BONDHOLDERS ADERENTES:** além das inúmeras vantagens acima enumeradas, os BONDHOLDERS ADERENTES ainda controlam o destino das DEBÊNTURES 3ª SÉRIE. Nos termos da cláusula 4.8.1 do PRJ OGX, as DEBÊNTURES 3ª SÉRIE serão convertidas em ações da OGX REESTRUTURADA se as DEBÊNTURES 1ª SÉRIE também o forem, sendo que os BONDHOLDERS ADERENTES podem, inclusive, dispensar as condições precedentes para tal conversão, se assim desejarem. Extraem-se das disposições acima mencionadas duas conclusões: por um lado, (i) as DEBÊNTURES 3ª SÉRIE **SOMENTE** serão convertidas **SE** houver a conversão das DEBÊNTURES 1ª SÉRIE; e, por outro lado, (ii) caso haja a conversão das DEBÊNTURES 1ª SÉRIE, as DEBÊNTURES 3ª SÉRIE serão **AUTOMATICAMENTE** convertidas, independentemente da vontade de seus subscritores. Portanto, em qualquer das hipóteses, a conversão das DEBÊNTURES 3ª SÉRIE dependerá e estará sempre vinculada à vontade dos BONDHOLDERS ADERENTES;

BRASÍLIA
Setor Comercial Sul, Qd 1, Bl. F,
nº 30 - 7º andar | 70297-900
t. + 55 61 3218-0300
f. + 55 61 3218-0315

RIO DE JANEIRO
Av. Almirante Barroso, 52
31º andar | 20031-000
t. + 55 21 3824-5800
f. + 55 21 2262-5536

SÃO PAULO
Av. Pres. Juscelino Kubitschek,
1455 - 10º andar | 04543-011
t. + 55 11 2176-4600
f. + 55 11 2179-4597

**BM&A** | ADVOGADOS
BARBOSA, MÜSSNICH & ARAGÃO

7498

**(vi)** **BÔNUS DE 10% (O ANTIGO "BACKSTOP FEE"):** basta simples regra de três na proporção entre a 1ª SÉRIE DO EMPRÉSTIMO DIP e a 2ª SÉRIE DO EMPRÉSTIMO DIP à luz do percentual de ações da OGX REESTRUTURADA que cada uma delas atinge no momento da conversão para verificar que o percentual de participação acionária garantido aos BONDHOLDERS ADERENTES foi definido de modo a assegurar o pagamento de remuneração adicional que vinha sendo referida publicamente pelas RECUPERANDAS como *backstop fee*, outra regalia não compartilhada equilibradamente;

**(vii)** **ILEGALIDADE DA TENTATIVA DE IMPOSIÇÃO DE QUITAÇÕES:** pelas cláusulas 1.1.96, 13.3, 13.5, 13.6 e 13.7 do PRJ OGX (reproduzidas no PRJ OGXPar nas cláusulas 1.1.81, 12.5, 12.6 e 12.7 e no PRJ ÁUSTRIA nas cláusulas 1.1.83, 10.5, 10.6 e 10.7), as RECUPERANDAS pretendem receber, inclusive em decorrência da mera aprovação dos PRJ, quitação plena, irrevogável e irretratável por todos os seus atos praticados no âmbito da recuperação judicial, bem como relativamente a toda e qualquer pretensão que os credores em questão poderiam ter contra as RECUPERANDAS. Pretendem ainda as RECUPERANDAS estender essa quitação aos BONDHOLDERS ADERENTES e ao Deutsche Bank Trust Company Americas. Ainda que sejam levados a tanto pelas circunstâncias dos PRJ, os credores em questão registram desde já não concordar em outorgar quitação plena, irrevogável e irretratável de todos os créditos e de qualquer tipo e natureza, incluindo juros, correção monetária, penalidades, multas e indenizações, em favor das RECUPERANDAS ou de quaisquer terceiros. Realmente, esta é uma tentativa vexatória de imposição de ilegalidades praticadas em detrimento de uma minoria já alijada de tantos direitos. Os BONDHOLDERS ADERENTES negociaram benefícios exclusivos, fizeram com que fossem inseridos nos PRJ e pretendem eles próprios outorgar-se ampla quitação; e

**(viii)** **OBSCURA LIBERAÇÃO DA OBRIGAÇÃO DA PUT OPTION:** causa extrema estranheza o fato de que na situação financeira delicada em que se encontra o GRUPO OGX, haja nos PRJ inclinação para a liberação da PUT OPTION (tal como na cláusula 11 do PRJ OGX e na Cláusula 10 do PRJ

BRASÍLIA
Setor Comercial Sul, Qd 1, Bl. F,
nº 30 – 7º andar | 70397-900
t. + 55 61 3218-0300
f. + 55 61 3218-0315

RIO DE JANEIRO
Av. Almirante Barroso, 52
31º andar | 20031-000
t. + 55 21 3824-5800
f. + 55 21 2262-5536

SÃO PAULO
Av. Pres. Juscelino Kubitschek,
1455 – 10º andar | 04543-011
t. + 55 11 2179-4600
f. + 55 11 2179-4597



**BM&A** | ADVOGADOS

BARBOSA, MUSSNICH & ARAGÃO

7499

OGPAR). Ainda mais nebuloso é o que se denomina RESULTADO DO PROCEDIMENTO, com o qual os credores deveriam anuir, na hipótese de se concluir pela invalidade e/ou inexigibilidade do PUT OPTION, sem saber claramente e com a devida antecedência do que se trata.

Por fim, reiteram todas as suas manifestações anteriores nos autos da recuperação judicial, durante as assembleias-gerais de credores e nos termos da objeção aos PRJ apresentada pela AUTONOMY em 4.4.2014.

Rio de Janeiro, 3 de junho de 2014

Felipe Evaristo dos Santos Galea

OAB/SP nº 220.280

Thomaz Luiz Sant' Ana

OAB/SP nº 235.250

Igor Silva de Lima

OAB/SP nº 281.482

Gustavo dos Reis Leitão

OAB/SP 344.763

**BRASÍLIA**
Setor Comercial Sul, Qd 1, Bl. F,
nº 30 - 7º andar | 70397-900
t. + 55 61 3218-0300
f. + 55 61 3218-0315

**RIO DE JANEIRO**
Av. Almirante Barroso, 52
31º andar | 20031-000
t. + 55 21 3824-5800
f. + 55 21 2262-5536

**SÃO PAULO**
Av. Pres. Juscelino Kubitschek,
1455 - 10º andar | 04543-011
t. + 55 11 2179-4600
f. + 55 11 2179-4597

6

ANEXO C

7500

# OGXPG - Quorum de Créditos por Classe

☐ Creditos Não Presentes
▨ Creditos Presentes

37,21%

62,79%

Classe 3

CONFERE COM O ORIGINAL
O Escrivão
EDSON FERNANDES
Mat. 017/433

7501

# Lista de

# Presença

## OGX P&G

## 03/06/2014

**(1ª Convocação da Assembleia Geral de Credores)**

## Votantes Presentes

**Deloitte.** 7502

Nome da Assembléia: OGXPG

Data Início: 3/6/2014 12:11:17

Local: Rio de Janeiro

Observação:

| Código | Credor | CPF CNPJ | Total Voto | Classe | Voto | Empresa Representante | Representante |
|--------|--------|----------|-----------|--------|------|----------------------|--------------|
| 1 | 15 OFICIO DE NOTAS DA COMARCA DA CAPITAL | | 1 | Classe 3 | Credor | | PRÓPRIO |
| 2 | 2H OFFSHORE PROJETOS LTDA | | 1 | Classe 3 | Credor | | PRÓPRIO |
| 7 | AECOM DO BRASIL LTDA | | 1 | Classe 3 | Credor | | PRÓPRIO |
| 9 | AEROSPACE E MARINE INTERNATIONAL | | 1 | Classe 3 | Credor | | PRÓPRIO |
| 209 | Alessandra Manuli | | 1 | Classe 3 | Credor | | PRÓPRIO |
| 230 | Alpha HG Fund LTD | | 1 | Classe 3 | Credor | | PRÓPRIO |
| 11 | ANALISYS AUDITORIA, CONSULTORIA E TREINAMENTO LTDA. | | 1 | Classe 3 | Credor | | PRÓPRIO |
| | Andromeda Global Credit Fund LTD. | | 1 | Classe 3 | Credor | | PRÓPRIO |
| | Antonello Manuli | | 1 | Classe 3 | Credor | | PRÓPRIO |
| 12 | AQUALAB QUIMICA E SERVICOS LTDA | | 1 | Classe 3 | Credor | | PRÓPRIO |
| 13 | AR FRIO SISTEMAS TERMICOS LTDA | | 1 | Classe 3 | Credor | | PRÓPRIO |
| 14 | ARAQUEM DE AZEREDO | | 1 | Classe 3 | Credor | | PRÓPRIO |
| 212 | Aspen Creek Partners, LP | | 1 | Classe 3 | Credor | | PRÓPRIO |
| 15 | ASSOCIACAO BRASILEIRA DAS EMPRESAS | | 1 | Classe 3 | Credor | | PRÓPRIO |
| 16 | ASSOCIACAO DESPORTIVA RJX | | 1 | Classe 3 | Credor | | PRÓPRIO |
| 17 | ASSOCIACAO DOS TAXISTAS DO CASTELINHO | | 1 | Classe 3 | Credor | | PRÓPRIO |
| 18 | ATLANTIS SOLUCOES EM MEIO AMBIENTE | | 1 | Classe 3 | Credor | | PRÓPRIO |
| 19 | AUTOMATOS PARTICIPACOES S.A | | 1 | Classe 3 | Credor | | PRÓPRIO |
| | Autonomy Master Fund Limited | | 1 | Classe 3 | Credor | | PRÓPRIO |
| | AVIPAM TURISMO E TECNOLOGIA LTDA | | 1 | Classe 3 | Credor | | PRÓPRIO |
| 21 | B.A.M CONSULTORIAS E GESTAO DE PATR | | 1 | Classe 3 | Credor | | PRÓPRIO |
| 22 | BAKER HUGHES DO BRASIL LTDA. | | 1 | Classe 3 | Credor | | PRÓPRIO |
| 23 | BAKER HUGHES OILFIELD OPERATIONS INC | | 1 | Classe 3 | Credor | | PRÓPRIO |
| 24 | BANCO BANKPAR S/A | | 1 | Classe 3 | Credor | | PRÓPRIO |
| 25 | BANCO BRADESCO S/A | | 1 | Classe 3 | Credor | | PRÓPRIO |
| 26 | BIOCHRON CONSULTORIA LTDA | | 1 | Classe 3 | Credor | | PRÓPRIO |
| 27 | BLOOMBERG FINANCE L.P. | | 1 | Classe 3 | Credor | | PRÓPRIO |
| 222 | BNYM Brazil International Fund SPC, On Behalf Of JGP Offshore Segregated Portfolio | | 1 | Classe 3 | Credor | | PRÓPRIO |

Usuário: equadros        Página:  1  /  8        Data: 03/06/2014        Horário: 15:45:40.
6562500

## Votantes Presentes

**Deloitte.** 7503

Nome da Assembléia: OGXPG

Data Início: 3/6/2014 12:11:17

Local: Rio de Janeiro

Observação:

| | | | | |
|---|---|---|---|---|
| 28 | BP ENERGY DO BRASIL LTDA | 1 | Classe 3  Credor | PRÓPRIO |
| 29 | BRAM OFFSHORE TRANSPORTES MARÍTIMOS LTDA. | 1 | Classe 3  Credor | PRÓPRIO |
| 31 | BRASDRIL SOCIEDADE DE PERFURAÇÕES LTDA. | 1 | Classe 3  Credor | PRÓPRIO |
| 223 | Brax Fund | 1 | Classe 3  Credor | PRÓPRIO |
| 207 | Brennus Fund LP | 1 | Classe 3  Credor | PRÓPRIO |
| 32 | BRIC BRAZILIAN INTERMODAL COMPLEX S.A | 1 | Classe 3  Credor | PRÓPRIO |
| 34 | C-INNOVATION DO BRASIL SERVIÇOS DE ROBÓTICA SUBMARINA LTDA. | 1 | Classe 3  Credor | PRÓPRIO |
| | CALAND BOREN B.V. | 1 | Classe 3  Credor | PRÓPRIO |
| 2 | Capital Ventures International | 1 | Classe 3  Credor | PRÓPRIO |
| 3 | CAPROCK COMUNICAÇÕES DO BRASIL LTDA. | 1 | Classe 3  Credor | PRÓPRIO |
| 38 | CAR RENTAL SYSTEMS DO BRASIL LOCAÇÃO | 1 | Classe 3  Credor | PRÓPRIO |
| 39 | CARRIERWEB BR SOLUÇÕES TECNOLÓGICAS LTDA. | 1 | Classe 3  Credor | PRÓPRIO |
| 40 | CEM DIGITALIZACAO DE DADOS LTDA | 1 | Classe 3  Credor | PRÓPRIO |
| 43 | CMS CAMERON MCKENNA CONSULTORES EM | 1 | Classe 3  Credor | PRÓPRIO |
| 44 | COMUNIQUE SE COMUNICACAO CORPORATIVA | 1 | Classe 3  Credor | PRÓPRIO |
| 45 | COPY HOUSE SERVIÇOS REPROGRAFICOS L | 1 | Classe 3  Credor | PRÓPRIO |
| 47 | CRISTOVINHO ALIMENTOS LTDA EPP | 1 | Classe 3  Credor | PRÓPRIO |
| 231 | CSHG Graal Fund, LLC | 1 | Classe 3  Credor | PRÓPRIO |
| | DAVIS POLK & WARDWELL CONSULTORES E | 1 | Classe 3  Credor | PRÓPRIO |
| 50 | DIAMOND OFFSHORE NETHERLANDS B.V. | 1 | Classe 3  Credor | PRÓPRIO |
| 51 | DIAS CORREA ADVOGADOS | 1 | Classe 3  Credor | PRÓPRIO |
| 232 | Directive HG Fund | 1 | Classe 3  Credor | PRÓPRIO |
| 52 | DOF REDERI II AS | 1 | Classe 3  Credor | PRÓPRIO |
| 233 | DuPont Pension Trust | 1 | Classe 3  Credor | PRÓPRIO |
| 54 | EDUARDO DUARTE SERVICOS LTDA | 1 | Classe 3  Credor | PRÓPRIO |
| 221 | Elisabetta Anastasia Manuli | 1 | Classe 3  Credor | PRÓPRIO |
| 234 | Emerging Markets Special Opportunities Ltd. | 1 | Classe 3  Credor | PRÓPRIO |
| 235 | EMSO Rose Fund Ltd. | 1 | Classe 3  Credor | PRÓPRIO |
| 236 | EMSO Saguaro Funds Ltd. | 1 | Classe 3  Credor | PRÓPRIO |
| 237 | EMSO Tulip Fund Ltd. | 1 | Classe 3  Credor | PRÓPRIO |

Usuário:  equadros    Página:   2  /  8    Data: 03/06/2014   Horário: 15:43:40.
6718750

CONFERE COM O ORIGINAL

EDSON FERNANDES

**Votantes Presentes**

**Deloitte.** 7504

No-me da Assembléia: OGXPG

Data Início: 3/6/2014 12:11:17

Local: Rio de Janeiro

Observação:

| 56 | ENSCO DO BRASIL PETRÓLEO E GÁS LTDA. | 1 | Classe 3 Credor | PRÓPRIO |
| 226 | European Distressed Mac Limited | 1 | Classe 3 Credor | PRÓPRIO |
| 58 | EXPRO DO BRASIL SERVICOS LTDA | 1 | Classe 3 Credor | PRÓPRIO |
| 59 | FARIA LAHAM CONSULTORIA EMPRESARIAL | 1 | Classe 3 Credor | PRÓPRIO |
| 205 | Firenze Corporate INC. | 1 | Classe 3 Credor | PRÓPRIO |
| 62 | FIRMO SABINO E LESSA ADVOGADOS | 1 | Classe 3 Credor | PRÓPRIO |
| 214 | First Geneva High Yield Fund | 1 | Classe 3 Credor | PRÓPRIO |
| 63 | FIVE STARS DE MACAE SERVICOS DE PET | 1 | Classe 3 Credor | PRÓPRIO |
| 64 | FM ORGANIZACAO E PLANEJAMENTO DE EV | 1 | Classe 3 Credor | PRÓPRIO |
| 65 | FRANCA, LOPES PINTO ADVOGADOS ASSOCIADOS | 1 | Classe 3 Credor | PRÓPRIO |
| 67 | FRANK'S INTERNATIONAL AMERICAS B.V. | 1 | Classe 3 Credor | PRÓPRIO |
| 66 | FRANK'S INTERNATIONAL BRASIL LTDA. | 1 | Classe 3 Credor | PRÓPRIO |
| 208 | FSB Investments LTD. | 1 | Classe 3 Credor | PRÓPRIO |
| 68 | FUGRO BRASIL SERVICOS SUBMARINOS E | 1 | Classe 3 Credor | PRÓPRIO |
| 69 | FULLTIME COMERCIO DE MATERIAIS PARA | 1 | Classe 3 Credor | PRÓPRIO |
| 70 | G COMEX ARMAZENS GERAIS LTDA | 1 | Classe 3 Credor | PRÓPRIO |
| 215 | GAM Trading (Nº 37) INC. | 1 | Classe 3 Credor | PRÓPRIO |
| 71 | GCA CONSULTORES LTDA. (originalmente listado como GAFFNEY, CLINE & ASSOCIATES INC.) | 1 | Classe 3 Credor | PRÓPRIO |
| 4 | GE OIL & GAS DO BRASIL LTDA | 1 | Classe 3 Credor | PRÓPRIO |
| 73 | GEOCHEMICAL TECHNOLOGY SERVICIOS AN | 1 | Classe 3 Credor | PRÓPRIO |
| 74 | GEOQUEST SYSTEMS B.V. | 1 | Classe 3 Credor | PRÓPRIO |
| 75 | GEORESEARCH DO BRASIL LTDA. | 1 | Classe 3 Credor | PRÓPRIO |
| 229 | GLG European Distressed Fund | 1 | Classe 3 Credor | PRÓPRIO |
| 228 | GLG European Distressed Master Fund LTD. | 1 | Classe 3 Credor | PRÓPRIO |
| 227 | GLG Market Neutral Fund | 1 | Classe 3 Credor | PRÓPRIO |
| 76 | GOLS SERVIÇOS DE LOGÍSTICA OFFSHORE LTDA. | 1 | Classe 3 Credor | PRÓPRIO |
| 238 | Green Fund, LLC | 1 | Classe 3 Credor | PRÓPRIO |
| 239 | Green II Fund, LLC | 1 | Classe 3 Credor | PRÓPRIO |

Usuário: equadros     Página:   3  /  8     Data: 03/06/2014     Horário: 15:43:40

## Votantes Presentes

**Deloitte.** 7505

Nome da Assembléia: OGXPG

Data Início: 3/6/2014 12:11:17

Local: Rio de Janeiro

Observação:

| | | | | |
|---|---|---|---|---|
| 77 | GREENE'S ENERGIA SERVIÇOS DO BRASIL LTDA. | 1 | Classe 3 Credor | PRÓPRIO |
| 78 | HALLIBURTON SERVICOS LTDA | 1 | Classe 3 Credor | PRÓPRIO |
| 79 | HS ASSOCIATUS LTDA | 1 | Classe 3 Credor | PRÓPRIO |
| 80 | IBM BRASIL – INDÚSTRIA, MÁQUINAS E SERVIÇOS LTDA. | 1 | Classe 3 Credor | PRÓPRIO |
| 81 | ICF CONSULTORIA DO BRASIL LTDA | 1 | Classe 3 Credor | PRÓPRIO |
| 84 | INNOVA RIO ENGENHARIA E CONSTRUÇÕES LTDA. | 1 | Classe 3 Credor | PRÓPRIO |
| 86 | INSTITUTO DE CIENCIAS NAUTICAS ICN | 1 | Classe 3 Credor | PRÓPRIO |
| | INSTITUTO INNOVARE PESQUISA DE MERC | 1 | Classe 3 Credor | PRÓPRIO |
| 8 | INTEGRA CONSULTORIA SS LTDA | 1 | Classe 3 Credor | PRÓPRIO |
| 89 | INTER ASSESSORIA AERONAUTICA LTDA | 1 | Classe 3 Credor | PRÓPRIO |
| 90 | INTERCONNECTIONS EXCELENCIA EM IDIO | 1 | Classe 3 Credor | PRÓPRIO |
| 91 | INTERMOOR DO BRASIL SERVIÇOS OFFSHORE DE INSTALAÇÃO LTDA. | 1 | Classe 3 Credor | PRÓPRIO |
| 92 | INTERNAUTICA CALL CENTER SERVICOS D | 1 | Classe 3 Credor | PRÓPRIO |
| 94 | INVENTUM PROGRAMACAO VISUAL E PROJE | 1 | Classe 3 Credor | PRÓPRIO |
| 95 | INVISION GEOFISICA LTDA | 1 | Classe 3 Credor | PRÓPRIO |
| 97 | IRON MOUNTAIN DO BRASIL LTDA | 1 | Classe 3 Credor | PRÓPRIO |
| _0 | Itava Inc. | 1 | Classe 3 Credor | PRÓPRIO |
| 99 | JSL S.A | 1 | Classe 3 Credor | PRÓPRIO |
| 100 | LABTOX – LABORATORIO DE ANALISE AMBIENTAL | 1 | Classe 3 Credor | PRÓPRIO |
| 101 | LAVA SAO SALVADOR LAVANDERIA LTDA | 1 | Classe 3 Credor | PRÓPRIO |
| 102 | LERSCH TRADUÇÕES | 1 | Classe 3 Credor | PRÓPRIO |
| 104 | LOGIKA SERVICOS DE TRANSPORTES LTDA | 1 | Classe 3 Credor | PRÓPRIO |
| 240 | Lord Abbett Bond – Debenture Fund, Inc. | 1 | Classe 3 Credor | PRÓPRIO |
| 241 | Lord Abbett Investment Trust – Lord Abbett Income Fund | 1 | Classe 3 Credor | PRÓPRIO |
| 242 | Lord Abbett Investment Trust – Lord Abbett Inflation Focused Fund | 1 | Classe 3 Credor | PRÓPRIO |
| 243 | Lord Abbett Investment Trust – Lord Abbett Short Duration Income Fund | 1 | Classe 3 Credor | PRÓPRIO |
| 244 | Lord Abbett Investment Trust – | 1 | Classe 3 Credor | PRÓPRIO |

Usuário: equadros     Página:  4  /  8     Data: 03/06/2014     Horário: 15:43:40. 7031250

CONFERE COM O ORIGINAL O Escrivão EDSON FERNANDES Mat. 01/7483

## Votantes Presentes

**Deloitte.** 7506

Nome da Assembléia: OGXPG

Data Início: 3/6/2014 12:11:17

Local: Rio de Janeiro

Observação:

| | Lord Abbett Total Return Fund | | | |
|---|---|---|---|---|
| 106 | LUCADDELI MERCEARIA LTDA EPP | 1 | Classe 3 Credor | PRÓPRIO |
| 107 | LUMIS EJP TECNOLOGIA DA INFORMAÇÃO | 1 | Classe 3 Credor | PRÓPRIO |
| 245 | LVS I LLC | 1 | Classe 3 Credor | PRÓPRIO |
| 216 | Lyxor/Andromeda Global Credit Fund LTDA. | 1 | Classe 3 Credor | PRÓPRIO |
| 109 | MADRI ENGENHARIA PROJ E EST AMBIENT | 1 | Classe 3 Credor | PRÓPRIO |
| 111 | MAERSK ENERGIA LTDA | 1 | Classe 3 Credor | PRÓPRIO |
| 112 | MAERSK H2S SAFETY SERVICES AS | 1 | Classe 3 Credor | PRÓPRIO |
| | MAERSK H2S SAFETY SERVICES BRASIL S.A | 1 | Classe 3 Credor | PRÓPRIO |
| | MAERSK OIL BRASIL LTDA. | 1 | Classe 3 Credor | PRÓPRIO |
| 114 | MAERSK SUPPLY SERVICE - APOIO MARÍTIMO LTDA. | 1 | Classe 3 Credor | PRÓPRIO |
| 115 | MAERSK SUPPLY SERVICE AS | 1 | Classe 3 Credor | PRÓPRIO |
| 116 | MAIS MEDIA MONITORAMENTO DE INFORMA | 1 | Classe 3 Credor | PRÓPRIO |
| 117 | MANAN 246 SERVIÇOS LTDA | 1 | Classe 3 Credor | PRÓPRIO |
| 271 | MARCELLO ALVES DE OLIVEIRA | 1 | Classe 3 Credor | PRÓPRIO |
| 118 | MARINE PRODUCTION SYSTEMS DO BRASIL LTDA. | 1 | Classe 3 Credor | PRÓPRIO |
| 119 | MARINE PRODUCTION SYSTEMS LTD | 1 | Classe 3 Credor | PRÓPRIO |
| 120 | MARLOPES ASSESSORIA EM SEGURANCA DO | 1 | Classe 3 Credor | PRÓPRIO |
| | MED-RIO CHECK-UP MED PREVENT LTDA | 1 | Classe 3 Credor | PRÓPRIO |
| | MEDIA CORP SERVICOS DE PUBLICIDADE | 1 | Classe 3 Credor | PRÓPRIO |
| 127 | MHAC INTERMEDIACAO DE NEGOCIOS EIRE | 1 | Classe 3 Credor | PRÓPRIO |
| 129 | MI SWACO DO BRASIL - COMERCIO SERVIÇOS | 1 | Classe 3 Credor | PRÓPRIO |
| 246 | MLF Trust | 1 | Classe 3 Credor | PRÓPRIO |
| 247 | Moneda Deuda Latinoamericana Fondo de Inversión | 1 | Classe 3 Credor | PRÓPRIO |
| 248 | Moneda Latin American Corporate Debt | 1 | Classe 3 Credor | PRÓPRIO |
| 130 | MP DE LIMA GEOLOGIA DE PETROLEO. | 1 | Classe 3 Credor | PRÓPRIO |
| 131 | MS LOGISTICA ADUANEIRA LTDA | 1 | Classe 3 Credor | PRÓPRIO |
| 132 | MTT SERVICOS DE | 1 | Classe 3 Credor | PRÓPRIO |

Usuário: equadros     Página:   5 / 8     Data: 03/06/2014     Horário: 15:43:40.
7187500

**Votantes Presentes**                    **Deloitte.** 7507

Nome da Assembléia: OGXPG                    Data Início: 3/6/2014 12:11:17

Local: Rio de Janeiro                    Observação:

| | | | | |
|---|---|---|---|---|
| | INFORMATICA LTDA | | | |
| 134 | NMC ASSESSORIA COMERCIAL LTDA | 1 | Classe 3  Credor | PRÓPRIO |
| 249 | Nomura International Plc. | 1 | Classe 3  Credor | PRÓPRIO |
| 135 | NORSKAN OFFSHORE LTDA. | 1 | Classe 3  Credor | PRÓPRIO |
| 224 | Novel Capital Group Limited | 1 | Classe 3  Credor | PRÓPRIO |
| 138 | OKER EMPREENDIMENTOS, PARTICIPACOES | 1 | Classe 3  Credor | PRÓPRIO |
| 140 | OPTIONS CONSULTORIA E TREINAMENTOS | 1 | Classe 3  Credor | PRÓPRIO |
| 250 | Passaic Place LLC. | 1 | Classe 3  Credor | PRÓPRIO |
| 142 | PERENCO PETRÓLEO E GÁS DO BRASIL LTDA. | 1 | Classe 3  Credor | PRÓPRIO |
| 143 | PETROBRAS DISTRIBUIDORA S.A. | 1 | Classe 3  Credor | PRÓPRIO |
| 1 | PETRÓLEO BRASILEIRO S.A. | 1 | Classe 3  Credor | PRÓPRIO |
| 251 | PIMCO Combined Alpha Strategies Master Fund LDC | 1 | Classe 3  Credor | PRÓPRIO |
| 252 | PIMCO Dynamic Credit Income Fund | 1 | Classe 3  Credor | PRÓPRIO |
| 253 | PIMCO Dynamic Income Fund | 1 | Classe 3  Credor | PRÓPRIO |
| 254 | PIMCO Equity Series: PIMCO Dividend and Income Builder Fund | 1 | Classe 3  Credor | PRÓPRIO |
| 255 | PIMCO Funds: Global Investors Series plc, Income Fund | 1 | Classe 3  Credor | PRÓPRIO |
| 256 | PIMCO Funds: PIMCO Diversified Income Fund | 1 | Classe 3  Credor | PRÓPRIO |
| 257 | PIMCO Funds: PIMCO Floating Income Fund | 1 | Classe 3  Credor | PRÓPRIO |
| 258 | PIMCO Funds: PIMCO Income Fund | 1 | Classe 3  Credor | PRÓPRIO |
| 259 | PIMCO Funds: PIMCO International Fundamental IndexPLUS AR Strategy Fund | 1 | Classe 3  Credor | PRÓPRIO |
| 260 | PIMCO Funds: PIMCO Small Company Fundamental IndexPLUS AR Strategy Fund | 1 | Classe 3  Credor | PRÓPRIO |
| 261 | PIMCO Funds: PIMCO Worldwide Fundamental Advantage AR Strategy Fund | 1 | Classe 3  Credor | PRÓPRIO |
| 262 | PIMCO Global Credit Opportunity Master Fund LDC Corporate Relative Value Sleeve | 1 | Classe 3  Credor | PRÓPRIO |
| 263 | PIMCO Global Credit Opportunity Master Fund LDC Fundamental High Yield Sleeve | 1 | Classe 3  Credor | PRÓPRIO |
| 264 | PIMCO Global Stocks PLUS & Income Fund | 1 | Classe 3  Credor | PRÓPRIO |
| 265 | PIMCO Income Opportunity Fund | 1 | Classe 3  Credor | PRÓPRIO |

CONFERE COM O ORIGINAL
PRÓPRIO
O Escrivão
PRÓPRIO
EDSON FERNANDES
Mat. 01/493

Usuário: equadros          Página:  6 / 8          Data: 03/06/2014          Horário: 15:43:40.
7500000

**Votantes Presentes**

**Deloitte.** 7508

Nome da Assembléia: OGXPG

Data Início: 3/6/2014 12:11:17

Local: Rio de Janeiro

Observação:

| | | | | | |
|---|---|---|---|---|---|
| 266 | PIMCO Monthly Income Fund (Canada) | 1 | Classe 3 Credor | PRÓPRIO | |
| 267 | PIMCO Tactical Opportunities Master Fund Ltd. | 1 | Classe 3 Credor | PRÓPRIO | |
| 145 | PORTAGIO ENGENHARIA E CONSTRUCOES L | 1 | Classe 3 Credor | PRÓPRIO | |
| 146 | POTIGUAR ENGENHARIA, CONSULTORIA E | 1 | Classe 3 Credor | PRÓPRIO | |
| 147 | PRATICAGEM FLUMINENSE SOCIEDADE DE | 1 | Classe 3 Credor | PRÓPRIO | |
| 148 | PRESSCELL ASSESSORIA EXECUTIVA LTDA | 1 | Classe 3 Credor | PRÓPRIO | |
| 150 | PULSE MONITORAMENTO ESTRUTURAL LTDA. | 1 | Classe 3 Credor | PRÓPRIO | |
| 22 | Quaquer Event Arbitrag Fund (series de Quaquer Investment Trust) | 1 | Classe 3 Credor | PRÓPRIO | |
| 151 | R C M PEREIRA MUDANCAS E TRANSPORTE | 1 | Classe 3 Credor | PRÓPRIO | |
| 153 | RADIO-TAXI 2000 - COOPERATIVA DE RA | 1 | Classe 3 Credor | PRÓPRIO | |
| 154 | REAL SRR PUBLICIDADE E MARKETING LTDA | 1 | Classe 3 Credor | PRÓPRIO | |
| 155 | RENTCON LOCAÇÃO E COMÉRCIO DE EQUIPAMENTOS LTDA. EPP | 1 | Classe 3 Credor | PRÓPRIO | |
| 156 | SAVECARE ATENDIMENTO PRE-HOSPITALAR | 1 | Classe 3 Credor | PRÓPRIO | |
| 157 | SCHLUMBERGER SERVIÇOS DE PETRÓLEO LTDA. | 1 | Classe 3 Credor | PRÓPRIO | |
| 160 | SERVICOS TEC E DE REP BARCRO LTDA E | 1 | Classe 3 Credor | PRÓPRIO | |
| 217 | Shahriar Shahida | 1 | Classe 3 Credor | PRÓPRIO | |
| 1 | SMITH INTERNATIONAL DO BRASIL LTDA. | 1 | Classe 3 Credor | PRÓPRIO | |
| | SOFFTECH BRASIL SERVICOS E COMERCIO | 1 | Classe 3 Credor | PRÓPRIO | |
| 164 | SOLINTEC CONSULTORIA E SERVIÇOS DE GEOLOGIA LTDA. | 1 | Classe 3 Credor | PRÓPRIO | |
| 165 | SOMA DESENVOLVIMENTO & MEIO AMBIENTE | 1 | Classe 3 Credor | PRÓPRIO | |
| 199 | SOUTHERN SCHLUMBERGER SA | 1 | Classe 3 Credor | PRÓPRIO | |
| 200 | SOUTHERN WESTERNGECO S.R.L. | 1 | Classe 3 Credor | PRÓPRIO | |
| 268 | Spinnaker Global Emerging Markets Fund | 1 | Classe 3 Credor | PRÓPRIO | |
| 269 | Spinnaker Global Opportunity Fund Ltd. | 1 | Classe 3 Credor | PRÓPRIO | |
| 270 | Spinnaker Global Special Situations Fund | 1 | Classe 3 Credor | PRÓPRIO | |

Usuário: equadros     Página: 7 / 8     Data: 03/06/2014     Horário: 15:43:40. 7656250

CONFERE COM O ORIGINAL
O Escrivão
EDSON FERNANDES
Mat. 01/7433

## Votantes Presentes

# Deloitte. 7509

Nome da Assembléia: OGXPG

Local: Rio de Janeiro

Data Início: 3/6/2014 12:11:17

Observação:

| 167 | SPRINK SEGURANÇA CONTRA INCENDIO LTDA | 1 | Classe 3 Credor | PRÓPRIO |
| 169 | SUBSEA7 DO BRASIL SERVICOS LTDA | 1 | Classe 3 Credor | PRÓPRIO |
| 218 | Susquehanna Ireland Limited | 1 | Classe 3 Credor | PRÓPRIO |
| 176 | TOCANTINS ADVOGADOS | 1 | Classe 3 Credor | PRÓPRIO |
| 177 | TOP RIO VIAGENS E TURISMO LTDA | 1 | Classe 3 Credor | PRÓPRIO |
| 180 | TOTVS SA | 1 | Classe 3 Credor | PRÓPRIO |
| 185 | ULHOA CANTO REZENDE E GUERRA ADVOGADOS | 1 | Classe 3 Credor | PRÓPRIO |
| 187 | V&M DO BRASIL S.A. | 1 | Classe 3 Credor | PRÓPRIO |
| 9 | VENATIV ASSESSORIA AMBIENTAL E COME | 1 | Classe 3 Credor | PRÓPRIO |
| 190 | VINHAS E REDENSCHI ADVOGADOS | 1 | Classe 3 Credor | PRÓPRIO |
| 191 | VIVO SA | 1 | Classe 3 Credor | PRÓPRIO |
| 206 | VR Global Partners L.P. | 1 | Classe 3 Credor | PRÓPRIO |
| 201 | WELLSTREAM INTERNTIONAL LTD | 1 | Classe 3 Credor | PRÓPRIO |
| 202 | WILD WELL CONTROL, INC | 1 | Classe 3 Credor | PRÓPRIO |
| 195 | WLA INTERPRETACAO DE PERFIS LTDA | 1 | Classe 3 Credor | PRÓPRIO |
| 197 | WORKBOAT SERVICOS E APOIO MARITIMOS | 1 | Classe 3 Credor | PRÓPRIO |



## Lista de Presença Credores

**Deloitte.** 7510

Classe 3

| | Códi go Credor | Empresa Associada | RG | Nome Completo |
|---|---|---|---|---|
| 1 | 15 OFICIO DE NOTAS DA COMARCA DA CAPITAL | | 97685 | Frudonilo Pricé |
| | 2 OFFSHORE PROJETOS LTDA | | 13084495-7 | C.Paul&C.Juan @ |
| 3 | ABS GROUP SERVICES DO BRASIL LTDA | | | |
| 4 | ACAMIN NAVEGACAO E SERVICOS MARITIMOS LTDA | | | |
| 5 | ACCENTURE CONSULTORIA DE RECURSOS N | | | |
| 6 | ACCENTURE DO BRASIL LTDA | | | |
| 7 | AECOM DO BRASIL LTDA | | AB/SP 2885JB | Mariana Retende |
| 8 | AEROTAXI AEREO S/A | | | |
| 9 | AEROSPACE E MARINE INTERNATIONAL | | 9685 | Frudonilo Pricé. |
| 208 | Alessandra Manuli | | A0/SP 21,482 | Jean Silva de Cora |
| 230 | Alpha HG Fund LTD | | OAB/SP 286.486 | Tainge Eday Jugars |
| 10 | ALPINA BRIGGS DEFESA AMBIENTAL S/A | | | |
| 11 | ANALISYS AUDITORIA, CONSULTORIA E TREINAMENTO LTDA. | | 97685 | Frudonilo Pricé |
| 210 | Andromeda Global Credit Fund LTD | | OAB/SP 245.362 | Taniiu Silva Ama |
| 211 | Antonello Manuli | | OAB/SP 281.482 | Jean Silva de Cena |
| 12 | AQUALAB QUIMICA E SERVICOS LTDA | | 97685 | Frudonilo Pricé |
| 13 | AR FRIO SISTEMAS TERMICOS LTDA | | 97685 | Frudonilo Pricé |
| 14 | ARAQUEM DE AZEREDO | | 97688 | Frudonilo Pricé |
| 212 | Aspen Creek Partners, LP | | OAB/SP 205050 | Jhomaz Santana |
| 15 | ASSOCIACAO BRASILEIRA DAS EMPRESAS | | 97685 | Frudonilo Pricé |
| 16 | ASSOCIACAO DESPORTIVA RJX | | 97685 | Frudonilo Pricé |
| 17 | ASSOCIACAO DOS TAXISTAS DO CASTELINHO | | 97685 | Frudonilo Pricé |
| 18 | ATLANTIS SOLUCOES EM MEIO AMBIENTE | | 97685 | Frudonilo Pricé |
| 19 | AUTOMATOS PARTICIPACOES S.A. | | 97685 | Frudonilo Pricé |
| 213 | Autonomy Master Fund Limited | | OAB SP 230230 | Felipe E Santos Galba |
| 20 | AVIPAM TURISMO E TECNOLOGIA LTDA | | 97685 | Frudonilo Pricé |
| 21 | B.A.M CONSULTORIAS E GESTAO DE PATR | | 97685 | Frudonilo Pricé |

**Lista de Presença Credores**

**Deloitte.** 7511

Classe 3

| Código Credor | Empresa Associada | RG | Nome Completo |
|---|---|---|---|
| 22 BAKER HUGHES DO BRASIL LTDA | | 15.307 QAR/ET | |
| 23 BAKER HUGHES OILFIELD OPERATIONS INC | | 15.307 QAR/ET | Raui |
| 24 BANCO DAYCOVAL S/A | | 34.508.879-9 | Bruno Moraes Pacheco |
| 25 BANCO BRADESCO S/A | | 156.292 | Tiago Duarte Pedrosa |
| 26 BIO CHIRON CONSULTORIA LTDA | | 97685 | Frederico Pruce |
| 27 BLOOMBERG FINANCE L.P. | | 97685 | Frederico Pruce |
| 22 BNY Brazil International Fund SPC on Behalf of DBGP offshore Segregated Portfolios | | OAB/SP 270.482 | Frederico Pruce |
| 28 BP ENERGY DO BRASIL LTDA | | OAB/RJ 105.508 | |
| 29 BRAM OFFSHORE TRANSPORTES MARÍTIMOS LTDA | | OAB/RJ 18.41 | Nuit Guanabara Tomaz |
| 30 BRASBUNKER PARTICIPAÇÕES S.A | | | |
| 31 BRASDRILL SOCIEDADE DE PERFURAÇÕES LTDA | | OAB/SP 249509 | |
| 223 Brax Fund | | OAB/SP 271.482 | Igor Silva do Ua. |
| 207 Breenus Fund L.P. | | OAB/SP 235.25 | |
| 32 BRIC BRAZILIAN INTERMODAL COMPLEX S.A | | 97685 | Frederico Pruce |
| 33 BUREAU VERITAS DO BRASIL SOCIEDADE CLASSIFICADORA E CERTIFICADORA LTDA | | | |
| 34 C-INNOVATION DO BRASIL SERVIÇOS DE ROBÓTICA SUBMARINA LTDA. | | OAB/RJ 144.875 | Marcos Pitanga Ferrot |
| 41 C-INNOVATION LLC | | | |
| 35 CALAND BOREN B.V. | | 7.199.543 SD SAE | Tiago Soares de Aquino |
| 36 CAIS FUND | | | |
| 219 Capital Ventures International | | OAB/SP 270280 | Felipe Santos Galera |
| 37 CAPROCK COMUNICAÇÕES DO BRASIL LTDA | | 7.095.1024 | |
| 38 CAR RENTAL SYSTEMS DO BRASIL LOCAÇÃO | | 97685 | Frederico Pruce |
| 39 CARRIER WEB BR SOLUÇÕES TECNOLÓGICAS LTDA | | 133.6019-1 | |
| 40 CEM DIGITALIZAÇÃO DE DADOS LTDA | | 97685 | Frederico Pruce |
| 42 CLARIANT S/A | | | |
| 43 CMS CAMERON MCKENNA CONSULTORES EM | | 97685 | |

Usuário: equadros    Página: 2 / 11    Data: 03/06/2014    Horário: 09:16:10. 8906250

## Lista de Presença Credores

**Deloitte.** 7512

Classe 3

| Código | Credor | Empresa Associada | RG | Nome Completo |
|---|---|---|---|---|
| 44 | COMUNIQUE-SE COMUNICAÇÃO CORPORATIVA | | 97685 | Frederico Paiva |
| 45 | COPY HOUSE SERVIÇOS REPROGRAFICOS L | | 97685 | Frederico Paiva |
| 46 | CPR CENTRO DE PREVENÇÃO E LUTA DA ME | | | |
| 47 | CRISTOVINHO ALIMENTOS LTDA EPP | | 97685 | Frederico Paiva |
| 231 | CSHG Grand Fund LLC | | OAB/SP 286.486 | Thiago Braga Junqueira |
| 48 | CUSHMAN E WAKEFIELD SERVIÇOS GERAIS | | | |
| 49 | DAVIS POLK WARDWELL CONSULTORES E | | 97685 | Frederico Paiva |
| 203 | DEUTSCHE BANK TRUST COMPANY AMERICAS (TRUSTEE) - SENIOR NOTES DUE 2018 | | | |
| 204 | DEUTSCHE BANK TRUST COMPANY AMERICAS (TRUSTEE) - SENIOR NOTES DUE 2022 | | | |
| 50 | DIAMOND OFFSHORE NETHERLANDS B.V. | | OAB/SP 165.374 | Marco Xerez Ofa |
| 51 | DIAS CORREA ADVOGADOS | | 97685 | Frederico Paiva |
| 232 | Directive HG Fund | | OAB/SP 286.486 | Thiago Braga Junqueira |
| 52 | DOF BREDERVITAS | | 128.068 Copeiras | Marcos Felipe Bcellos Gilli |
| 233 | DuPont Pension Trust | | OAB/SP 286.486 | Thiago Braga Junqueira |
| 53 | EASY-WAY DO BRASIL CONSULTORIA E INFORMATICA LTDA | | | |
| 54 | EDUARDO DUARTE SERVIÇOS LTDA | | 97685 | Frederico Paiva |
| 234 | Elisabetta Anastasia Manuli | | OAB/SP 286.486 | Paulo Ricardo Quia |
| 234 | Emerging Markets Special Opportunities Ltd. | | OAB/SP 286.486 | Thiago Braga Junqueira |
| 235 | EMSO Rose Fund Ltd. | | OAB/SP 286.486 | Thiago Braga Junqueira |
| 236 | EMSO Saguaro Funds Ltd. | | OAB/SP 286.486 | Thiago Braga Junqueira |
| 237 | EMSO Julop Fund Ltd. | | OAB/SP 286.486 | Thiago Braga Junqueira |
| 55 | ENGINEERING DO BRASIL SA | | | |
| 56 | ENSCO DO BRASIL PETROLEO E GAS LTDA | | 268048 | |
| 57 | ERM BRASIL LTDA | | | |
| 276 | European Distressed Mac Limited | | OAB/SP 080.280 | Felipe B Santos Gn |
| 58 | EXPRO DO BRASIL SERVIÇOS LTDA | | 97685 | Frederico Paiva |
| 59 | FABIA FAHAR CONSULTORIA EMPRESARIAL | | 97685 | Frederico Paiva |

Usuário: equadros       Página:  3  /  11       Data: 03/06/2014       Hora:

**Lista de Presença Credores**   **Deloitte.** 7513

## Classe 3

| Código Credor | Empresa Associada | RG | Nome Completo |
|---|---|---|---|
| 60 | FEDERACAO DAS E DE T DE P DO ESTADO | | |
| 61 | FEDERAL EXPRESS CORPORATION | | |
| 205 | Firenze Corporate INC. | OAB SP 220 290 | FELIPE E SANTOS GALOA |
| 62 | FIRMO SABINO E LESSA ADVOGADOS | 97685 | Ermano Puli |
| 214 | First Geneva High Yield Fund | OAB SP 045850 | Thomaz Son / Jona |
| 63 | IVE STARS DE MG E SERVICOS DE PEI | 97685 | Fernan Puli |
| 64 | FM ORGANIZACAO E PLANEJAMENTO DE EV | 97685 | Fernoure Pue |
| 65 | FRANCA LOPES PINTO ADVOGADOS ASSOCIADOS | 97685 | Alemore Pue |
| 67 | FRANK'S INTERNATIONAL AMERICAS B.V. | 169 007 | Paulla Felix de Souza Braganto |
| 66 | FRANK'S INTERNATIONAL BRASIL LTDA. | 169 007 | Paulla Felix de Souza Braganto |
| 208 | FSB Investments LTD. | OAB SP 220 280 | FELIPE E SANTOS GALOA |
| 68 | EUGRO BRASIL SERVICOS SUBMARINOS | 97685 | Fernan Puli |
| 69 | FULLTIME COMERCIO DE MATERIAIS PARA | 97685 | Fernando Puli |
| 70 | G COMEX ARMAZENS GERAIS LTDA | 155 126 | |
| 215 | GAM Trading (N° 37) INC. | OAB SP 220 280 | FELIPE E SANTOS GALOA |
| 71 | GCA CONSULTORES LTDA (originalmente listado como GALENY GCA C & ASSOCIATES INC) | 155 909 | |
| 72 | GE OIL & GAS DO BRASIL LTDA | 262 23 000-8 | Jayme M. de Souza Jr |
| 73 | GEOCHEMICAL TECHNOLOGY SERVICOS AN | 97685 | Fernan Puli |
| 74 | GEOQUEST SYSTEMS B.V. | 106 962 OAB/RJ | Sergio Savi |
| 75 | GEORESEARCH DO BRASIL LTDA | 106 962 OAB/RJ | Sergio Savi |
| 229 | GLG European Distressed Fund | OAB SP 220 280 | FELIPE E SANTOS GALOA |
| 228 | GLG European Distressed Master Fund LTD. | OAB SP 220 280 | FELIPE E SANTOS GALOA |
| 227 | GLG Market Neutral Fund | OAB SP 220 280 | FELIPE E SANTOS GALOA |
| 76 | GOLS SERVICOS DE LOGISTICA OFFSHORE LTDA | 97685 | Fernan Puli |
| 238 | Green Fund, LLC | OAB/SP 286 186 | Thiago Braga Junqueira |
| 239 | Green II Fund, LLC | OAB/SP 286 186 | Thiago Braga Junqueira |
| 77 | GREENE'S ENERGIA SERVIÇOS DO BRASIL LTDA. | 185 809 OAB | |

Usuário: equadros   Página: 4 / 11   Data: 03/06/2014   Horário: 09:16:10. 9062500

CONFERE COM O ORIGINAL
Esc. Escrivão
EDSON FERNANDES
Mat. 017433

**Lista de Presença Credores**

**Deloitte.** 7514

Classe 3

| Código Credor | Empresa Associada | RG | Nome Completo |
|---|---|---|---|
| 78 HALLIBURTON SERVICES LTDA | | 09547550-5 | *illegible* |
| 79 HS ASSOCIATUS LTDA | | 97685 | Fronénico Amé |
| 80 IBM BRASIL INDUSTRIA MAQUINAS E SERVIÇOS LTDA | | DABIR-10.14123 | Roberto Parziu... |
| 81 ICF CONSULTORIA DO BRASIL LTDA | | 97685 | Fronénico Amé |
| 82 IDS CEM | | | |
| 83 IMAGEM GEOSISTEMAS E COMERCIO LTDA | | | |
| 84 INNOVATIO ENGENHARIA E CONSTRUÇÕES LTDA | | DABIR-10551-0 | Marcos Silveira |
| 85 INSTITUTO BRASILEIRO DE PETROLEO GA | | | |
| 86 INSTITUTO DE CIENCIAS NAUTICAS IGN | | 97685 | Fronénico Amé |
| 87 INSTITUTO INNOVARE PESQUISA DE MERC | | 97685 | Fronénico Amé |
| 88 INTEGRAL CONSULTORIA SS LTDA | | 97685 | Fronénico Amé |
| 89 INTER ASSESSORIA AERONAUTICA LTDA | | 95180 | Julio Claudio Jesses |
| 90 INTERCONNECTIONS EXCELENCIA EM MDIO | | 97685 | Fronénico Amé |
| 91 INTERMOOR DO BRASIL SERVIÇOS OFFSHORE DE INSTALAÇÃO LTDA. | | 13034475-7 | Prisilla Ehdn |
| 92 INTERNAUTICA CALL CENTER SERVICOS ID | | 97685 | Fronénico Amé |
| 93 INTERTEK DO BRASIL INSPECOES LTDA | | | |
| 94 INVENTUM PROGRAMACAO VISUAL E PROJE | | 97685 | Fronénico Amé |
| 95 INVISION GEOFISICA LTDA | | 97685 | Fronénico Amé |
| 96 IO INFORMAÇÕES OBJETIVAS PUBLICAÇÕ | | 9FCC | Fronénico Amé |
| 97 IRON MOUNTAIN DO BRASIL LTDA | | 97685 | Fronénico Amé |
| 220 ITAU | | | |
| 98 JAYMAR DO BRASIL SERVIÇOS E CONSULTORIA EM ATIVIDADES MARÍTIMAS LTDA. | | | |
| 99 JSL S.A. | | DABIR-138481 | *illegible* |
| 100 LABTOX - LABORATORIO DE ANALISE AMBIENTAL | | 97685 | Fronénico Amé |
| 101 LAVA SAO SALVADOR LAVANDERIA LTDA | | 97685 | Fronénico Amé |
| 102 LERSCH TRADUÇÕES | | 97685 | Fronénico Amé |

Usuário: equadros    Página: 5 / 11    Data: 03/06/2014    Horário: 09:...

## Lista de Presença Credores

**Deloitte.** 7515

Classe 3

| Código Creder | Empresa Associada | RG | Nome Completo |
|---|---|---|---|
| 103 | LOGIKA COMERCIO E | | |
| 104 | LOGIKA SERVICOS DE TRANSPORTES LTDA | 97685 | Euzênilo Paulo |
| 105 | LONDON OFFSHORE CONSULTANTS BRASIL LTDA | | |
| 240 | Lord Abbett Bond - Debenture Fund, Inc. | OAB/SP 286.786 | Thiago Braga Junqueira |
| 241 | Lord Abbett Investment Trust - Lord Abbett Income Fund | OAB/SP 286.786 | Thiago Braga Junqueira |
| 242 | Lord Abbett Investment Trust - Lord Abbett Inflation Focused Fund | OAB/SP 286.786 | Thiago Braga Junqueira |
| 243 | Lord Abbett Investment Trust - Lord Abbett Short Duration Income Fund | OAB/SP 286.786 | Thiago Braga Junqueira |
| 244 | Lord Abbett Investment Trust - Lord Abbett Total Return Fund | OAB/SP 286.786 | Thiago Braga Junqueira |
| 106 | LUCADE LI MERCEARIA LTDA EPP | 97685 | Euzênilo Paulo |
| 107 | LUMIS EIP TECNOLOGIA DA INFORMAÇÃO | 97685 | Euzênilo Paulo |
| 108 | LUPATECH EQUIPAMENTOS E SERVICOS PARA PETROLEO LTDA | | |
| 245 | LVS I LLC | OAB/SP 189.987 | Gustavo Colombo |
| 246 | Lyxor/Andromeda Global Credit Fund LTDA | | |
| 109 | MADRI ENGENHARIA PROJ E EST AMBIENT | 97685 | Euzênilo Paulo |
| 111 | MAERSK ENERGA LTDA | | |
| 112 | MAERSK H2S SAFETY SERVICES AS | 0415497500 | Rogerio C.W. Roppardo |
| 110 | MAERSK H2S SAFETY SERVICES BRASIL LTDA | 97.504 | Jean da Vas |
| 113 | MAERSK OIL BRASIL LTDA. | 132011 | |
| 114 | MAERSK SUPPLY SERVICE E APOIO MARITIMO LTDA | 97.504 | Jean da Vas |
| 115 | MAERSK SUPPLY SERVICE AS | 97.504 | Jean da Vas |
| 116 | MAIS MEDIA MONITORAMENTO DE INFORMA | 97685 | |
| 117 | MANAN 246 SERVICOS LTDA | 97685 | Euzênilo Paulo |
| 118 | MARINE PRODUCTION SYSTEMS DO BRASIL LTDA | 319.526-A | |
| 119 | MARINE PRODUCTION SYSTEMS LTD | 319.526-A | |
| 120 | MARLOPES ASSESSORIA EM SEGURANCA DO | 97685 | Euzênilo Paulo |

Usuário: equadros     Página:   6  / 11          Data: 03/06/2014     Horário: 08:16:10

## Lista de Presença Credores

**Deloitte.** 7516

Classe 3

| Código Credor | Empresa Associada | RG | Nome Completo |
|---|---|---|---|
| 122 MED-RIO CHECK-UP MED PREVENT LTDA | | 97685 | Francisco Priú |
| 121 MEDIA CORP SERVIÇOS DE PUBLICIDADE | | 97685 | Francisco Priú |
| 123 MEGAWORK CONSULTORIA E SISTEMAS LTD | | | |
| 124 MELHORAMENTOS CHPC LTDA | | | |
| 125 MELHORAMENTOS PAPEIS LTDA | | | |
| 126 MGR TECHNOLOGIES | | | |
| 127 MHAC INTERMEDIACAO DE NEGOCIOS EIRE | | 97685 | Francisco Priú |
| 128 MISTI CONSULTORIA E GESTAO LTDA | | | |
| 129 MI SWACO DO BRASIL - COMERCIO SERVIÇOS | | 106962 OAB/RJ | Asenald Savi |
| 246 MI Itaú | | OAB/SP 286.186 | Thiago Braz Tegueira |
| 247 Moneda Deuda Latinoamericana Fondo de Inversión | | OAB/SP 286.186 | Thiago Braz Tegueira |
| 248 Moneda Latin American Corporate Debt | | OAB/SP 286.186 | Thiago Braz Tegueira |
| 130 MP DE LIMA GEOLOGIA DE PETROLEO | | 97685 | Francisco Priú |
| 131 MSL LOGISTICA ADUANEIRA LTDA | | 97685 | Francisco Priú |
| 132 MTT SERVICOS DE INFORMATICA LTDA | | 97685 | Francisco Priú |
| 133 MULTCEIRO SERVIÇOS MARITIMOS LTDA | | | |
| 134 NNC ASSESSORIA COMERCIAL LTDA | | 97685 | Francisco Priú |
| 249 Nomura International Plc | | OAB/SP 286.186 | Thiago Braz Tegueira |
| 135 NORSKAN OFFSHORE LTDA. | | 123.678(OAB/RJ) | Marcio Felipe de Lemos |
| 136 Naval Capital Group Limited | | OAB/RJ 216.969 | Francisco Luna |
| 136 OCEANBOAT SERVICOS MARITIMOS LTDA | | | |
| 137 OCONTOPREV SA | | | |
| 198 OFFSHORE SERVICE VESSELS LLC | | 97685 | Francisco Priú |
| 138 OKER EMPREENDIMENTOS PARTICIPACOES | | 97685 | Francisco Priú |
| 139 OPMAR SERVICOS MARITIMOS LTDA. | | 97685 | Francisco Priú |
| 140 OPTIONS CONSULTORIA E TREINAMENTOS | | 97685 | Francisco Priú |
| 250 Passaic Place LLC. | | OAB/SP 286.186 | Thiago Braz Tegueira |

CONFERE COM O ORIGINAL

Usuário: equadros     Página: 7 / 11     Data: 03/06/2014     Horário: 09:16:40

**Lista de Presença Credores**    **Deloitte.** 7517

Classe 3

| Código Credor | Empresa Associada | RG | Nome Completo |
|---|---|---|---|
| 141 FERNANI SERVIÇOS MARITIMOS LTDA | | | |
| 142 PERENCO PETRÓLEO E GÁS DO BRASIL LTDA. | | OAB/RJ 134.498 | |
| 143 PETROBRAS DISTRIBUIDORA S.A. | | OAB/RJ 181.631 | |
| 144 PETRÓLEO BRASILEIRO S.A. | | OAB/RJ 122659 | ACOSSANDDA STEFAN DA SILVA VAENDE SILVA ALS SANTOS |
| 251 PIMCO Combined Alpha Strategies Master Fund LDC | | OAB/SP 184-987 | Giuliano Colombo |
| 252 PIMCO Dynamic Credit Income Fund | | OAB/SP 184-987 | Giuliano Colombo |
| 253 PIMCO Dynamic Income Fund | | OAB/SP 184-987 | Giuliano Colombo |
| 254 PIMCO Equity Series: PIMCO Dividend and Income Builder Fund | | OAB/SP 184-987 | Giuliano Colombo |
| 255 PIMCO Funds: Global Investors Series plc Income Fund | | OAB/SP 184-987 | Giuliano Colombo |
| 256 PIMCO Funds: PIMCO Diversified Income Fund | | OAB/SP 184-987 | Giuliano Colombo |
| 257 PIMCO Funds: PIMCO Floating Income Fund | | OAB/SP 184-987 | Giuliano Colombo |
| 258 PIMCO Funds: PIMCO Income Fund | | OAB/SP 184-987 | Giuliano Colombo |
| 259 PIMCO Funds: PIMCO International Fundamental Index PLUS AR Strategy Fund | | OAB/SP 184-987 | Giuliano Colombo |
| 260 PIMCO Funds: PIMCO Small Company Fundamental IndexPLUS AR Strategy Fund | | OAB/SP 184-987 | Giuliano Colombo |
| 261 PIMCO Funds: PIMCO Worldwide Fundamental Advantage AR Strategy Fund | | OAB/SP 184-987 | Giuliano Colombo |
| 262 PIMCO Global Credit Opportunity Master Fund LDC Corporate Relative Value Sleeve | | OAB/SP 484 987 | Giuliano Colombo |
| 263 PIMCO Global Credit Opportunity Master Fund LDC Fundamental High Yield Sleeve | | OAB/SP 184-987 | Giuliano Colombo |
| 264 PIMCO Global Stocks PLUS & Income Fund | | OAB/SP 184-987 | Giuliano Colombo |
| 265 PIMCO Income Opportunity Fund | | OAB/SP 184-987 | Giuliano Colombo |
| 266 PIMCO Monthly Income Fund (Canada) | | OAB/SP 184-987 | Giuliano Colombo |
| 267 PIMCO Tactical Opportunities Master Fund Ltd | | OAB/SP 184-987 | Giuliano Colombo |
| 145 PORTAGIO ENGENHARIA E CONSTRUCOES L | | 97685 | Antonino Ruti |
| 146 POTIGUAR ENGENHARIA CONSULTORIA E | | 97685 | Antonino Ruti |
| 147 PRATICAGEM FLUMINENSE SOCIEDADE DE | | 97685 | Antonino Ruti |

## Lista de Presença Credores

**Deloitte.**

7518

Classe 3

| Código | Credor | Empresa Associada | RG | Nome Completo |
|--------|--------|-------------------|-----|---------------|
| 148 | PRESICELLAS ASSESORIA EXECUTIVA LTDA | | 97685 | Fremario Prue |
| 149 | PRO OCEANO SERVICO OCEANOGRAFICO E | | | |
| 150 | RESERV ENGENRAMENTO ESTRUTURAL LTDA | 130334 PU-1  IP | K PL | PRISCILLA EDMON |
| 225 | Quaquer Event Arbitrag Fund (series de Quaquer Investment Trust) | OAB/JP 281.482 | Igor Silva & Uma |
| 151 | R C M PEREIRA MUDANCAS E TRANSPORTE | | 9600.1 | João Claudio Josse |
| 152 | R P FILHO SERVICOS HIDRAULICOS LTDA | | | |
| 153 | RADIO TAXI 2000 COOPERATIVA DE RA | | 97685 | Fremario Prue |
| 154 | REAL SRR PUBLICIDADE E MARKETING LTDA | | 97655 | Fremario Prue |
| 155 | RENTCON LOCACAO E COMERCIO DE EQUIPAMENTOS LTDA | | 12938 OA/PS | Berto do Fonseca Vamos |
| 156 | SAVECARE ATENDIMENTO PRE-HOSPITALAR | | 97685 | Fremario Prue |
| 157 | SCHLUMBERGER SERVICOS DE PETROLEO LTDA | | 106962 OAB/RJ | Sergio Savi |
| 158 | SERASA S.A | | | |
| 159 | SERRADOR RIO EMPREENDIMENTOS E PART. | | | |
| 160 | SERVICOS TEC E DE REP BARCRO LTDA E | | 97685 | Fremario Prue |
| 217 | Shahriar Shahida | | OAB/SP 215.062 | Antonio San AWA |
| 161 | SIGMA-ALDRICH BRASIL LTDA. (originalmente listado como VETEC QUIMICA FINA LTDA.) | | | |
| 162 | SMITH INTERNATIONAL DO BRASIL LTDA | | 106962 OAB/RJ | Sergio Savi |
| 163 | SOFFTECH BRASIL SERVICOS E COMERCIO | | 97685 | Fremario Prue |
| 164 | SOLINTEC CONSULTORIA E SERVICOS DE GEOLOGIA LTDA | | 97685 | Fremario Prue |
| 165 | SOMA DESENVOLVIMENTO & MEIO AMBIENTE | X | 490505 | Ivo Diog |
| 166 | SOTREQ S.A | | | |
| 199 | SOUTHERN SCHLUMBERGER SA | | 106962 OAB/RJ | Sergio Savi |
| 200 | SOUTHERN WESTERNGECO S.R.L. | | 106962 OAB/RJ | Sergio Savi |
| 268 | Spinnaker Global Emerging Markets Fund | | OAB/SP 184.987 | Giovanno Colombo |
| 269 | Spinnaker Global Opportunity Fund Ltd. | | OAB/SP 184.987 | Giovanno Colombo |
| 270 | Spinnaker Global Special Situations Fund | | OAB/SP 184.987 | Giovanno Colombo |

Usuário:  equadros          Página:    9  / 11          Data: 03/06/2014          Horário: 09:16:10
9531250

7519

## Lista de Presença Credores

# Deloitte.

Class e 3

| Código Credor | Empresa Associada | RG | Nome Completo |
|---|---|---|---|
| 167 SPRINC SEGURANÇA CONTRA INCENDIO LTDA | | 9768S | FELIPEWIO Bw |
| 168 STRUERS AS | | | |
| 169 SUBSEA DO BRASIL SERVICOS LTDA | | 9768S | FELIPEWICO Awe |
| 170 SUPERIOR ENERGY SERVICES SERVICOS D | | | |
| 171 SUPRICORP SUPRIMENTOS LTDA | | | |
| 218 Susquehanna Ireland Limited | CAS SP RIO RRO | FELIPE E. SANTOS GALEM |
| 172 T&TECH INFORMATICA PAPELARIA | | | |
| 173 TERRAFORUM CONSULTORIA LTDA | | | |
| 174 THOMSON REUTERS SERVICOS ECONOMICOS | | | |
| 175 TIGER RENTANK DO BRASIL EQUIPAMENTO | | | |
| 176 TOCANTINS ADVOGADOS | | 9768S | FELIPEWIO Bwe |
| 177 TOP RIO VIAGENS E TURISMO LTDA | | 97685 | FELIPEWICO Bue |
| 178 TORA LOGISTICA ARMAZENS E TERMINAIS MULTIMODAIS S.A | | | |
| 179 TORA TRANSPORTES INDUSTRIAIS LTDA | | | |
| 180 TOTVS S.A | | 12MBercled | |
| 181 TRAMP OIL BRASIL LTDA | | | |
| 182 TRANSMAGNO TRANSPORTE RODOVIARIOS | | | |
| 183 TRANSMAGNO TRANSPORTES RODOVIARIOS | | | |
| 184 TRONIC LIMITED | | 97685 | FELIPEWIO Bwe |
| 185 ULHOA CANTO REZENDE E GUERRA ADVOGADOS | | 97685 | FELIPEWIO Bwe |
| 186 UTI DO BRASIL LTDA | | | |
| 187 V&M DO BRASIL S.A (Consolidado) | | 92656 OABRJ | |
| 188 V&M DO BRASIL S.A | | 92656 OABRJ | |
| 189 VENATIV ASSESSORIA AMBIENTAL E COME | | 97688 | FELIPEWICO Bue |
| 190 VINHAS E REDENSCHI ADVOGADOS | | 97688 | FELIPEWICO Bue |
| 191 VIVO SA | | 11.089 464-6 | Omar Mohamad Saleh |
| 206 VR Global Partners L.P. | | 09500 28142 | |

Usuário: equadros          Página:   10  / 11          Data: 03/06/2014          Horário:09:16:10
                                                                                9531250

CONFERE COM O ORIGINAL
EDSON FERNANDES
Mat. 017463

7520

Lista de Presença Credores **Deloitte.**

## Classe 3

| Código Credor | Empresa Associada | RG | Nome Completo |
|---|---|---|---|
| 192 WEATHERFORD INDÚSTRIA E COMÉRCIO LTDA. | | | |
| 193 WEATHERFORD LABORATÓRIOS (BRASIL) | | 26-23000-8 | & JAYME M. DE SOUZA Jr |
| 201 WELLSTREAM INTERNTIONAL LTD | | | |
| 194 WHITE MARTINS GASES INDUSTRIAIS LTDA | | 6 873329x5R8 | |
| 202 WILD WELL CONTROL, INC | | 4748 8 | |
| 195 WLA INTERPRETAÇÃO DE PERFIS LTDA | | | |
| 96 WOOD GROUP KENNY DO BRASIL SERVICOS | | 9518 | |
| 197 WORKBOAT SERVICOS E APOIO MARITIMOS | | | |

CONFERE COM O ORIGINAL
No Escrivão

EDSON FERNANDES
Mat. 617433

7521

## Lista de Presença
### Credores com direito a voz

# Deloitte.

## Classe 3 (Coligada / Intercompany)

| Credor | Empresa Associada | RG | Assinatura |
|---|---|---|---|
| EBX HOLDING LTDA | OGX PETRÓLEO E GÁS S.A. | | |
| OGX AUSTRIA GMBH | OGX PETRÓLEO E GÁS S.A. | | |
| OSX 1 LEASING B.V | OGX PETRÓLEO E GÁS S.A. | 94605 | |
| OSX 2 LEASING BV | OGX PETRÓLEO E GÁS S.A. | 94605 | |
| OSX SERVICOS OPERACIONAIS LTDA | OGX PETRÓLEO E GÁS S.A. | 94605 | |
| OSX WHP 1 & 2 LEASING BV | OGX PETRÓLEO E GÁS S.A. | 94605 | |
| OGX NETHERLANDS BV | OGX PETRÓLEO E GÁS S.A. | | |

Página 1 de 1

7522

# Lista de

# Acompanhantes

## OGX P&G

## 03/06/2014

**(1ª Convocação da Assembleia Geral de Credores)**

7523

CONTROLE DE SOLICITAÇÃO DE PARTICIPAÇÃO COMO ACOMPANHANTE
ASSEMBLEIA GERAL DE CREDORES OGX P&G – 03/06/2014

| NÚMERO | NOME DE SOLICITANTE | ASSINATURA | OBSERVAÇÃO |
|---|---|---|---|
| 1 | SILVIA YURI SHIMAMOTO | | MAERSK SUPPLY |
| 2 | BÁRBARA BITTENCOURT | | MAERLAK H2S |
| 3 | GONÇALO P. COSTA | | MAERSK OIL BRASIL |
| 4 | BRUNO ACCIOLY PROTTA | | PENTCON COUQÃO E COM. DE EQC.PROMISENTS |
| 5 | Pedro Henrique Vigim | | SCHLUMBERGER E OBEN |
| 6 | MAURÍCIO DUPPRE | | SOMA |
| 7 | IARA GOULARO | | SOMA /SIQUEIRA CASTRO ADVOGADOS |
| 8 | BRUNO MAGALHÃES | | ANTHONHY CAPITAL |
| 9 | PAULO SABINO | | DOF |
| 10 | CINTHIA ACHAB | | DOF / MOBSUN |

CONFERE COM O ORIGINAL
Escrivão
OSON FERNANDES
Mat. 017433

7524

CONTROLE DE SOLICITAÇÃO DE PARTICIPAÇÃO COMO ACOMPANHANTE
ASSEMBLEIA GERAL DE CREDORES OGX P&G – 03/06/2014

| SENHA NÚMERO | NOME DE SOLICITANTE | ASSINATURA | OBSERVAÇÃO |
|---|---|---|---|
| 11 | EDUARDO TAKEMI | | |
| 12 | LEONARDO CASTELAN | | |
| 13 | Jose Olivero | | |
| 14 | Antoine Rodrigues | | GCA Buf |
| 15 | Athais Pedra Gueira de lisboa | | |
| 16 | JOSÉ SAMPAIO | | |
| 17 | Bernardo Araújo | | |
| 18 | Blum Mary | | BP ENERGY |
| 19 | Flavio Gil | | BAKER HUGHES |
| 20 | Manuela Sousuwaula | | Baker Hughes |

EDSON FERNANDES
Mat. 017/433

7525

CONTROLE DE SOLICITAÇÃO DE PARTICIPAÇÃO COMO ACOMPANHANTE
ASSEMBLEIA GERAL DE CREDORES OGX P&G – 03/06/2014

| SENHA NÚMERO | NOME DE SOLICITANTE | ASSINATURA | OBSERVAÇÃO |
|---|---|---|---|
| 21 | GABRIELA BARROS | | BAKER HUGHES |
| 22 | KARINA F. P. SALOMN | | DIAMOND BORAS |
| 23 | Rafael Quint | | GGMek |
| 24 | Ana Luísa Blumb | | PETROBRAS |
| 25 | VOSÉ LUÍS N. BORGES | | PETROBRAS |
| 26 | Rayssa Moral | | ABP |
| 27 | Pun Coralho | | ABP |
| 28 | PETER SIMPSON | | ZH OFFSHORE |
| 29 | DANIELA VETTO | | FORENCO |
| 30 | OLIVIER CAIXDAHOVILLE | | PEBENCO. |

CONFERE COM O ORIGINAL
Escrivão
ALIN FERNANDES
Mat. 01.7463

7526

CONTROLE DE SOLICITAÇÃO DE PARTICIPAÇÃO COMO ACOMPANHANTE
ASSEMBLEIA GERAL DE CREDORES OGX P&G – 03/06/2014

| SENHA NÚMERO | NOME DE SOLICITANTE | ASSINATURA | OBSERVAÇÃO |
|---|---|---|---|
| 31 | RICARDO WAGNER | | BP ENERGY |
| 32 | MARIA BIZARRA | | E INVOUADOR |
| 33 | Tatiana Adamos | | acompanhante do OSX |
| 34 | FELIPE BRANDÃO | | ACOMPANHANTE DA OSX |
| 35 | Filipe GUIMARÃES | | ACOMPANHANTE DA OSX |
| 36 | STEPHAN SS | | '' |
| 37 | Flávio Patto Villas | | Acompanhante da Wilmerlle Abreu |
| 38 | | | |
| 39 | | | |
| 40 | | | |

CONFERE COM O ORIGINAL
EDSON FERNANDES
Mat. 017432

7527

# Lista de Ouvintes

## OGX P&G

## 03/06/2014

### (1ª Convocação da Assembleia Geral de Credores)



7528

CONTROLE DE SOLICITAÇÃO DE PARTICIPAÇÃO COMO OUVINTE
ASSEMBLEIA GERAL DE CREDORES GRUPO OGX – 03/06/2014

| NÚMERO | NOME DE SOLICITANTE | ASSINATURA | OBSERVAÇÃO |
|---|---|---|---|
| 1 | Paula R. R. Siqueira Campos OAB/RJ 141.124 | | Adv. CGG |
| 2 | Cristiane B. Villela | | Adv C6G |
| X | Mauro Afonso | | Adf. C66 |
| 4 | Raquel Faria | | Adm CGG |
| 5 | Gabriel Barsotto Thode | | Adv C66 |
| 6 | Rodrigo Gomes de Sousa | | Advogado da Nordic Trustee (DLX) |
| 7 | Ansely Bustensi Simões da Fonseca | | Advogado ob Flournen Routons |
| 8 | Giovanna Cose Podanheu OAB 167.144 | | Advogado benolnador ESI Imveatment |
| 9 | David F.M. Gonzaga OAB-RJ 165.093 | | Advogado benolnador ESI Imveatment |
| X | Paulo Teatália Sandos | | Advogado ESI Imveatment |

CONFERE COM O ORIGINAL
DO Escrivão
EDSON FERNANDES
Mat. 01/7433