IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-CV-23051-KMW

MERIDIAN TRUST COMPANY, as trustee,
and AMERICAN ASSOCIATED GROUP, LTD.,

    Plaintiffs,

v.

EIKE BATISTA, ELIEZER BATISTA, *et al.*,

    Defendants.
_____/

**NOTICE OF FILING PLAINTIFFS' ATTORNEY'S AFFIDAVIT
IN COMPLIANCE WITH FLA. STAT. § 48.161 FOR EFG BANK AG**

Plaintiffs, MERIDIAN TRUST COMPANY and AMERICAN ASSOCIATED GROUP, LTD. ("Plaintiffs"), hereby file the Attorney's Affidavit in Compliance with Fla. Stat. § 48.161 for notification of service of process on EFG BANK AG, attached as Exhibit "1."

Dated: September 20, 2017.

    Respectfully submitted,

    ABALLI MILNE KALIL, P.A.
    *Counsel for Plaintiffs*
    2250 SunTrust International Center
    One Southeast Third Ave.
    Miami, FL 33131
    Phone: (305) 373–6600
    Fax: (305) 373–7929

    s/ *Hendrik G. Milne*
    Hendrik G. Milne
    Florida Bar No.: 335886
    Craig P. Kalil
    Florida Bar No.: 607282

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was served via CM/ECF on all parties authorized to receive service via CM/ECF, this 20th day of September, 2017.

*s/ Hendrik G. Milne*
Hendrik G. Milne, Esq.