# EXHIBIT "1"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-CV-23051-KMW

MERIDIAN TRUST COMPANY, as trustee,
and AMERICAN ASSOCIATED GROUP, LTD.,

    Plaintiffs,
v.

EIKE BATISTA, WERNER BATISTA, *et al.*,

    Defendants.
_____/

**PLAINTIFFS' ATTORNEY'S AFFIDAVIT
IN COMPLIANCE WITH FLA. STAT. § 48.161**

STATE OF FLORIDA:

COUNTY OF MIAMI-DADE:

    1.    EFG Bank AG ("Defendant") was served with process on August 1, 2017 at 4 pm, pursuant to section 48.181, Florida Statutes, by service on the Florida Secretary of State. A copy of the summons and first page of the amended complaint are attached as Composite Exhibit "A." Proof of service on the Florida Secretary of State and acceptance of service by the Florida Department of State, Division of Corporations is attached as Exhibit "B."

    2.    In compliance with section 48.161, Florida Statutes, copies of the notice of acceptance of service, the summons and amended complaint were sent via USPS Registered Mail to Defendant's address (Attention to the Legal Department) at Bleicherweg 8, 8001 Zurich, Switzerland. The return receipt is attached as Exhibit "C."

3. In addition, courtesy copies of the notice of acceptance of service, the summons, and amended complaint were sent to Defendant's address via Federal Express. The Federal Express return receipt is attached as Exhibit "D."

FURTHER AFFIANT SAYETH NAUGHT.

_____
Grant S. Smith, Esq.

Sworn to and subscribed to before me this 20th day of September 2017, by Grant S. Smith, who is personally known to me.

_____
Notary Public

Mildred Cardenas
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG045487
Expires 11/7/2020