**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO. 1:17-CV-23051-KMW**

MERIDIAN TRUST COMPANY, as trustee,
and AMERICAN ASSOCIATED GROUP, LTD.,

    Plaintiffs,

v.

EIKE BATISTA, WERNER BATISTA, *et al.*

    Defendants.
_____/

**NOTICE OF FILING DECLARATION
OF MARCELLO AUGUSTO LIMA DE OLIVEIRA**

Plaintiffs, MERIDIAN TRUST COMPANY and AMERICAN ASSOCIATED GROUP, LTD. ("Plaintiffs"), hereby file the Declaration of Marcello Augusto Lima De Oliveira attached hereto as Exhibit "1."

Dated: June 8, 2018.

    Respectfully submitted,

    ABALLI MILNE KALIL, P.A.
    *Counsel for Plaintiffs*
    2250 SunTrust International Center
    One Southeast Third Ave.
    Miami, FL 33131
    Phone: (305) 373–6600
    Fax: (305) 373–7929

    s/ *Hendrik G. Milne*
    Hendrik G. Milne
    Florida Bar No.: 335886
    Craig P. Kalil
    Florida Bar No.: 607282

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was served via CM/ECF on all parties authorized to receive service via CM/ECF, this 8th day of June, 2018.

*s/ Hendrik G. Milne*
Hendrik G. Milne, Esq.