# EXHIBIT "1"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-CV-23051-KMW

MERIDIAN TRUST COMPANY, as trustee,
and AMERICAN ASSOCIATED GROUP, LTD.,

       Plaintiffs,
v.

EIKE BATISTA, *et al.*,

       Defendants.
_____/

### DECLARATION OF MARCELLO AUGUSTO LIMA DE OLIVEIRA

       I, MARCELLO AUGUSTO LIMA DE OLIVEIRA, declare under penalties of perjury of the United States as follows:

    1.    My expert opinion on Brazilian law and the basis and reasons for that opinion are stated in my declaration given in this case, which is attached as Exhibit "A."

    2.    The facts considered by me in forming my expert opinion are contained within the documents listed in my declaration at pages 1-2.

    3.    My CV is attached hereto as Exhibit "B." In the past 10 years, I have authored the previous publications:

        a.    Marcello Oliveira, Estímulo e Competitividade na Geração Termelétrica: uma política de sinais trocados, in Temas relevantes no direito da energia elétrica, Coord. Fábio Amorim da Rocha, Ed. Synergia, 2012, p. 468-485.

        b.    Marcello Oliveira, Regulamentação da Mediação: fundamentos jurídicos, in Mediação de conflitos para iniciantes, praticantes e docentes, Coord. Tânia Almeida, Samantha Pelajo e Eva Jonathan, Ed. JusPodium, 2016, p. 283-295.

  c. 3) Marcello Oliveira, Regulamentação da Mediação de conflitos: Código de Ética e Regulamento Modelo, in Mediação de conflitos para iniciantes, praticantes e docentes, Coord. Tânia Almeida, Samantha Pelajo e Eva Jonathan, Ed. JusPodium, 2016, p. 297-315.

4. During the past 4 years, I have not testified as an expert at trial or by deposition in any case.

5. My firm's retainer agreement for the compensation to be paid for the study and testimony in this case is attached hereto as Exhibit "C."

Declared under penalties of perjury of the United States, this 7th day of June, 2018.

_____
Marcello Oliveira